IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 19-cv-1278 (CKK) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) |
| Defendants. | ) |

**ANSWER TO PLAINTIFFS JASON LEOPOLD AND BUZZFEED, INC.'S COMPLAINT**

Defendant, the U.S. Department of Justice ("DOJ"),[1] by and through undersigned counsel, hereby answers the Complaint (ECF No. 1) ("Complaint") filed by Plaintiffs Jason Leopold and Buzzfeed, Inc. ("Plaintiffs") on May 2, 2019, as follows, in correspondingly numbered paragraphs:

1. This paragraph sets forth Plaintiffs' characterization of this action, to which no response is required.

2. Admitted that Plaintiffs submitted Freedom of Information Act ("FOIA") requests to the DOJ and the Federal Bureau of Investigation ("FBI"). This rest of the paragraph consists of Plaintiffs' characterization of themselves and their work about which Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

---

[1] In their Complaint, Plaintiffs name as defendants the following entities and individual: "U.S. Department of Justice," "DOJ Office of Attorney General," "DOJ Deputy Attorney General," "DOJ Office of Special Counsel," and "Federal Bureau of Investigation." Compl. at 1, ECF No. 1. Because the Office of the Attorney General, the Deputy Attorney General, the Office of the Special Counsel, and the Federal Bureau of Investigation are part of the Department of Justice, the Department of Justice is the only proper defendant in this matter.

3. Admitted that the DOJ is a federal agency subject to the Freedom of Information Act; and admitted that the FBI and DOJ's Offices of the Attorney General, the Deputy Attorney General, and the Special Counsel are part of the DOJ; otherwise denied.

4. This paragraph consists of Plaintiffs' legal conclusions regarding jurisdiction, to which no response is required.

5. This paragraph consists of Plaintiffs' legal conclusions regarding venue, to which no response is required.

6. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 21, 2019, for a full and accurate statement of its contents. *See* Exh. A (Leopold FOIA request to DOJ, Mar. 21, 2019).

7. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 21, 2019, for a full and accurate statement of its contents. *See* Exh. A (Leopold FOIA request to DOJ, Mar. 21, 2019).

8. Admitted. Defendant respectfully refers the Court to the correspondence from the DOJ Office of Information Policy ("OIP") dated March 29, 2019, for a full and accurate statement of its contents. *See* Exh. B (OIP correspondence, Mar. 29, 2019).

9. Admitted that OIP granted expedited processing on March 29, 2019. The remainder of this paragraph purports to characterize the letter from OIP dated March 29, 2019, to which the Court is referred for a full and accurate statement of its contents. *See* Exh. B (OIP correspondence, Mar. 29, 2019).

10. Admitted that DOJ has not yet made a final determination as to Plaintiffs' FOIA request or produced responsive records; otherwise denied.

11. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 25, 2019, for a full and accurate statement of its contents. *See* Exh. C (Leopold FOIA request to DOJ, Mar. 25, 2019).

12. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 25, 2019, for a full and accurate statement of its contents. *See* Exh. C (Leopold FOIA request to DOJ, Mar. 25, 2019).

13. Admitted. Defendant respectfully refers the Court to the correspondence from the DOJ OIP dated April 4, 2019, for a full and accurate statement of its contents. *See* Exh. D (OIP correspondence, Apr. 4, 2019).

14. Denied. Defendant respectfully refers the Court to the correspondence from the DOJ OIP dated April 4, 2019, for a full and accurate statement of its contents. *See* Exh. D (OIP correspondence, Apr. 4, 2019).

15. Admitted that DOJ has not yet made a final determination as to Plaintiffs' FOIA request or produced responsive records; otherwise denied.

16. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 27, 2019, for a full and accurate statement of its contents. *See* Exh. E (Leopold FOIA request to FBI, Mar. 27, 2019).

17. Admitted. Defendant respectfully refers the Court to the correspondence from the FBI dated April 2, 2019, for a full and accurate statement of its contents. *See* Exh. F (FBI correspondence, Apr. 2, 2019).

18. Admitted. Defendant respectfully refers the Court to the correspondence from the FBI dated April 2, 2019, for a full and accurate statement of its contents. *See* Exh. F (FBI correspondence, Apr. 2, 2019).

19. Admitted that FBI has not yet made a final determination as to Plaintiffs' FOIA request or produced responsive records; otherwise denied.

20. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 25, 2019, for a full and accurate statement of its contents. *See* Exh. G (Leopold FOIA request to DOJ, Mar. 25, 2019).

21. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 25, 2019, for a full and accurate statement of its contents. *See* Exh. G (Leopold FOIA request to DOJ, Mar. 25, 2019).

22. Admitted. Defendant respectfully refers the Court to the correspondence from the DOJ OIP dated April 4, 2019, for a full and accurate statement of its contents. *See* Exh. H (OIP correspondence, Apr. 4, 2019).

23. Denied. Defendant respectfully refers the Court to the correspondence from the DOJ OIP dated April 4, 2019, for a full and accurate statement of its contents. *See* Exh. H (OIP correspondence, Apr. 4, 2019).

24. Admitted that DOJ has not yet made a final determination as to Plaintiffs' FOIA request or produced responsive records; otherwise denied.

25. Admitted. Defendant respectfully refers the Court to the FOIA request dated April 3, 2019, for a full and accurate statement of its contents. *See* Exh. I (Leopold FOIA request to DOJ, Apr. 3, 2019).

26. Admitted. Defendant respectfully refers the Court to the FOIA request dated April 3, 2019, for a full and accurate statement of its contents. *See* Exh. I (Leopold FOIA request to DOJ, Apr. 3, 2019).

27. Admitted. Defendant respectfully refers the Court to the correspondence from the DOJ OIP dated April 12, 2019, for a full and accurate statement of its contents. *See* Exh. J (OIP correspondence, Apr. 12, 2019).

28. Admitted that OIP granted expedited processing on April 12, 2019. The remainder of this paragraph purports to characterize the letter from OIP dated March 29, 2019, to which the Court is referred for a full and accurate statement of its contents. *See* Exh. J (OIP correspondence, Apr. 12, 2019).

29. Admitted that DOJ has not yet made a final determination as to Plaintiffs' FOIA request or produced responsive records; otherwise denied.

30. Admitted. Defendant respectfully refers the Court to the FOIA request dated March 27, 2019, for a full and accurate statement of its contents. *See* Exh. K (Leopold FOIA request to FBI, Mar. 27, 2019).

31. Admitted. Defendant respectfully refers the Court to the correspondence from the FBI dated April 2, 2019, for a full and accurate statement of its contents. *See* Exh. L (FBI correspondence, Apr. 2, 2019).

32. Admitted. Defendant respectfully refers the Court to the correspondence from the FBI dated April 2, 2019, for a full and accurate statement of its contents. *See* Exh. L (FBI correspondence, Apr. 2, 2019).

33. Admitted that FBI has not yet made a final determination as to Plaintiffs' FOIA request or produced responsive records; otherwise denied.

34. Defendant incorporates by reference its answers to all of the preceding paragraphs.

35. Admitted that the DOJ is a federal agency subject to the Freedom of Information Act; and admitted that the FBI and DOJ's Offices of the Attorney General, the Deputy Attorney General, and the Special Counsel are part of the DOJ; otherwise denied.

36. Admitted that Plaintiffs submitted FOIA requests to DOJ. Plaintiffs' characterization of the request as one for "agency records" is a legal conclusion, to which no response is required.

37. Admitted that DOJ has not yet made a final determination as to Plaintiffs' FOIA requests or produced responsive records; otherwise denied.

38. Defendant incorporates by reference its answers to all of the preceding paragraphs.

39. Admitted that the FBI is subject to the Freedom of Information Act; otherwise denied.

40. Admitted that Plaintiffs submitted FOIA requests to FBI. Plaintiffs' characterization of the request as one for "agency records" is a legal conclusion, to which no response is required.

41. Admitted that the FBI has not yet made a final determination as to Plaintiffs' FOIA requests or produced responsive records; otherwise denied.

The remaining paragraphs of the Complaint contain Plaintiffs' requested relief, to which no response is required. To the extent a response is required, Defendant denies the allegations contained in the remaining paragraphs of the Complaint and further avers that Plaintiffs are not entitled to any relief.

Defendant hereby denies all allegations in the Complaint not expressly admitted or denied.

## **DEFENSE**

Plaintiffs' FOIA requests are overbroad and/or not reasonably described.

Dated: June 13, 2019                    Respectfully submitted,

HASHIM MOOPPAN
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

> */s/ Courtney D. Enlow*
> COURTNEY D. ENLOW
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Room 12102
> Washington, D.C. 20005
> Tel: (202) 616-8467
> Email: courtney.d.enlow@usdoj.gov