# Exhibit A

FOIA Request to DOJ,

dated March 21, 2019

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
**Name:** Jason Leopold
**Affiliation:** Senior Investigative Reporter/BuzzFeed News
**Address:** 1669 Benedict Canyon Drive
Beverly Hills, CA 90210
**Email:** jasonleopold@gmail.com
**Phone:** 213-270-4334


RECORDS SOUGHT

I request disclosure from the Office of Attorney General, the Deputy Attorney General, and the Office of Special Counsel Robert Mueller the following records:

1. Copies of any and all records, which includes but is not limited to FBI 302s, emails, memos, letters, charts, used by the Office of Special Counsel Robert Mueller during the drafting and preparation of its FINAL REPORT relating to the Office's investigation into: any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump; and (ii) any matters that arose or may arise directly from the investigation; and (iii) any other matters within the scope of 28 C.F.R. § 600.4(a). [1]


**Reasonably Foreseeable Harm**.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—
(i) withhold information under this section only if—
(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or
(II) disclosure is prohibited by law; and
(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and
(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

---

[1] https://www.justice.gov/opa/press-release/file/967231/download

The Department of Justice and its components should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

**EXPEDITED PROCESSING**

This request seeks expedited processing as there is both an urgency to inform the public and it relates to a matter of widespread public interest and actual government activity. For nearly two years, the Office of Special Counsel Robert Mueller has been conducting an investigation into any ties between the Russian government and individuals associated with the campaign of President Donald Trump. This investigation has already resulted in the guilty pleas of more than three dozen individuals and charges and leveled against other people. The investigation, Mr. Mueller and his team, have been the subject of harsh criticism by President Trump on a near daily basis over Twitter and by numerous other people working for the president and who retain an official role in his cabinet. They have referred to this investigation as a "witch hunt" and President Trump has referred to the Office of Special Counsel prosecutors as "angry Democrats." In other words, President Trump has said the investigation is purely partisan. It is crucial that this report be released expeditiously as it would provide the public with insight into whether they can have confidence that the president can satisfactorily execute the duties of his office and would set the record straight as to whether the Trump Campaign had colluded with the Russian government during the presidential campaign.

INSTRUCTIONS REGARDING SEARCH

1.   *Request for Public Records:*
Please search for any records even if they are already publicly available.
2.   *Request for Electronic and Paper/Manual Searches:*
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.  I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.
3.   *Request regarding Photographs and other Visual Materials:*
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.
4.   *Request for Duplicate Pages:*
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders

them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5.  *Request to Search Emails:*
Please search for emails relating to the subject matter of my request.

6.  *Request for Search of Records Transferred to Other Agencies:*
I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge … if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.