# EXHIBIT A

| | |
|---|---|
| **From:** | Enlow, Courtney D. (CIV) |
| **To:** | Matt Topic |
| **Cc:** | FOIA Team |
| **Subject:** | RE: BuzzFeed v. DOJ (Mueller 2) 19-cv-1278 |
| **Date:** | Thursday, November 07, 2019 1:05:00 PM |

Hi Matt,

While I appreciate that Mr. Leopold has submitted a proposal to narrow the request, DOJ has not agreed to the proposal as submitted. Nor do I anticipate that DOJ will be in a position to provide a response to the proposal prior to Wednesday's hearing.

The mere submission of the proposal does not make the motion to dismiss moot. To be clear, DOJ's motion is not moot. Accordingly, we do not agree to joint filing. If you plan to file anything with the Court stating that DOJ's motion is moot, the filing should state that DOJ has not accepted Mr. Leopold's proposal and that DOJ's position is that the motion to dismiss is not moot.

Best regards,
Courtney

Courtney Enlow
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12102
Washington, D.C. 20005
(202) 616-8467
courtney.d.enlow@usdoj.gov

**From:** Matt Topic <matt@loevy.com>
**Sent:** Thursday, November 07, 2019 11:29 AM
**To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
**Cc:** FOIA Team <foia@loevy.com>
**Subject:** Re: BuzzFeed v. DOJ (Mueller 2) 19-cv-1278

Hi Courtney. Can you let me know by noon whether you'll be joining the filing?

On Wed, Nov 6, 2019 at 12:26 PM Matt Topic <matt@loevy.com> wrote:

> I don't think there's much point to debating the history etc.
>
> We now agree to narrow the request to what I provided today. We're willing to work with you about search methodology and discuss any issues with the narrowed scope. But since the full scope is no longer in play, we plan to file something by tomorrow. I think that should be a joint filing that says: Plaintiff has agreed to limit the scope of the

remaining request at issue in Defendants' pending motion for judgment on the pleadings. As such, the motion is moot.

On Wed, Nov 6, 2019 at 11:20 AM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:

> Hi Matt,
>
> Thanks for the proposal. I will review, talk to folks on my end, and get back to you as soon as I am able, though it likely will not be tomorrow. I understand that you would like to have the issue resolved before next week's status conference, but I would note that I raised the issue with the FOIA request in early summer and filed the motion in August, and yet the first time Mr. Leopold proposed narrowing his request was two days ago. Nevertheless, I will work on getting you a response as soon as possible.
>
> Best regards,
> Courtney
>
>
> Courtney Enlow
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W., Room 12102
> Washington, D.C. 20005
> (202) 616-8467
> courtney.d.enlow@usdoj.gov
>
>
>
> **From:** Matt Topic <matt@loevy.com>
> **Sent:** Wednesday, November 06, 2019 11:57 AM
> **To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
> **Cc:** FOIA Team <foia@loevy.com>
> **Subject:** Re: BuzzFeed v. DOJ (Mueller 2) 19-cv-1278
>
> Hi Courtney. Here is our proposal to resolve this issue. Happy to discuss further and also to answer anything that isn't clear. Given the impending status hearing, can you get back to me by the end of the day tomorrow?
>
> On Tue, Nov 5, 2019 at 5:03 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:
>> Great. I think having the request in front of us would be easier.
>>
>> Thanks,

> Courtney
>
> **From:** Matt Topic <matt@loevy.com>
> **Sent:** Tuesday, November 05, 2019 5:53 PM
> **To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
> **Cc:** FOIA Team <foia@loevy.com>
> **Subject:** Re: BuzzFeed v. DOJ (Mueller 2) 19-cv-1278
>
> Sounds good.  We can discuss if needed, but I fail to see how records containing a search term doesn't reasonably describe a record…in fact, it would be hard to be more clear.  But perhaps we won't need to have that argument.
>
> On Tue, Nov 5, 2019 at 4:47 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:
>> Hi Matt,
>>
>> I don't think a bare list of search terms is a proper FOIA request.  Rather than discuss in the abstract, I think the most efficient thing to do would be for you to send me in writing Mr. Leopold's proposal to narrow his request, and then we will have something to base our discussions on.
>>
>> Thanks,
>> Courtney
>>
>>
>> Courtney Enlow
>> Trial Attorney
>> U.S. Department of Justice
>> Civil Division, Federal Programs Branch
>> 1100 L Street, N.W., Room 12102
>> Washington, D.C. 20005
>> (202) 616-8467
>> courtney.d.enlow@usdoj.gov
>>
>>
>>
>> **From:** Matt Topic <matt@loevy.com>
>> **Sent:** Tuesday, November 05, 2019 5:33 PM
>> **To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
>> **Cc:** FOIA Team <foia@loevy.com>
>> **Subject:** Re: BuzzFeed v. DOJ (Mueller 2) 19-cv-1278
>>
>> We negotiate these on pretty much a daily basis.
>>
>> On Tue, Nov 5, 2019 at 4:32 PM Matt Topic <matt@loevy.com> wrote:

You position is that keyword or subject FOIA requests are per se improper?

On Tue, Nov 5, 2019 at 4:27 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:

> Hi Matt,
>
> I think there may be a misunderstanding.  DOJ is certainly willing to consider a narrower FOIA request from Mr. Leopold, but it cannot be a list of subjects or key words.  Instead, Mr. Leopold needs to reasonably describe the records he seeks such that DOJ staff can reasonably ascertain exactly which records are being requested.  Once you pass along that narrowed request to me, I will be happy to discuss next steps, though I'm aware of no requirement that DOJ propose a search methodology for the request.  At this point, I think it is premature to ask the court not to rule on the motion, but I'm happy to chat about that again once I see the narrowed request and have a chance to discuss with folks on my end.
>
> Best regards,
> Courtney
>
>
> Courtney Enlow
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W., Room 12102
> Washington, D.C. 20005
> (202) 616-8467
> courtney.d.enlow@usdoj.gov
>
>
> **From:** Matt Topic <matt@loevy.com>
> **Sent:** Monday, November 04, 2019 5:03 PM
> **To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
> **Cc:** FOIA Team <foia@loevy.com>
> **Subject:** Re: BuzzFeed v. DOJ (Mueller 2) 19-cv-1278
>
> Hi Courtney.  I've spoken with my client. We are working on a list of subjects for a potential narrowing that we can provide later this week.  We're OK with having you propose a search methodology for each item, explaining why you think it's reasonable, and discussing from there, rather than have a discussion about the recordkeeping systems up front.  With that, I think we should tell the court that we're having discussions about narrowing and asking that he hold off on

ruling on your motion while we try to resolve it. Does that work for you?

On Mon, Nov 4, 2019 at 3:17 PM 'Enlow, Courtney D. (CIV)' via FOIA Team <FOIA@loevy.com> wrote:
> Hi Matt,
>
> Yes, I am available this afternoon until 5:00 EST or tomorrow morning from 10:45 EST to noon.
>
> Thanks,
> Courtney
>
>
> Courtney Enlow
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W., Room 12102
> Washington, D.C. 20005
> (202) 616-8467
> courtney.d.enlow@usdoj.gov
>
>
> **From:** Matt Topic <matt@loevy.com>
> **Sent:** Monday, November 04, 2019 4:05 PM
> **To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
> **Cc:** FOIA Team <foia@loevy.com>
> **Subject:** BuzzFeed v. DOJ (Mueller 2) 19-cv-1278
>
> Hi Courtney. My client is interested in trying to reach a resolution on request DOJ 3143, which is currently the subject of your motion for judgment on the pleadings. Do you have some time this afternoon or tomorrow morning to discuss? We'd like to ask the court to put your motion on hold while we try to come to a resolution.
>
> --
>
> **Matthew Topic**
> **Loevy & Loevy**
>
> 311 North Aberdeen, 3rd Floor
> Chicago, IL 60607
> 312-789-4973 (direct)
> 773-368-8812 (cell)

matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

To schedule a call or meeting, click here: https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

To schedule a call or meeting, click here: https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

To schedule a call or meeting, click here: https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

To schedule a call or meeting, click here: https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.