IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., **Plaintiff** v. UNITED STATES DEPARTMENT OF JUSTICE, <u>et al.</u> **Defendants** CABLE NEWS NETWORK, INC., **Plaintiff,** v. FEDERAL BUREAU OF INVESTIGATION, **Defendant.** | Case No: 1:19-cv-01278-RBW |

**PLAINTIFF CABLE NEWS NETWORK, INC.'S RESPONSE TO
DOJ'S NOVEMBER 2, 2019 PRODUCTION OF DOCUMENTS
UNDER THIS COURT'S OCTOBER 3, 2019 ORDE**R

Plaintiff Cable News Network, Inc. ("CNN"), through its counsel, hereby files this response to the Department of Justice's ("DOJ") November 2, 2019 production of documents in response to this Court's Order of October 3, 2019. Dkt. 33.

I.     BACKGROUND

As the Court is aware, CNN filed this action in March 2019 narrowly seeking the production of Federal Bureau of Investigation ("FBI") "memoranda, such as 302s, from any and all of the interviews of the 'approximately 500 witnesses in the [Special Counsel Robert] Mueller investigation,' as well as 'any and all case files' related to those interviews." Dkt. 1 ¶ 11. At the

October 1, 2019 status conference, the Court appropriately expressed its concern but acceded, for now, to DOJ's representation that it was unable to process more than 500 pages of records per month. The Court ordered an initial production of 500 pages to CNN on or before November 1, 2019. Dkt. 33 at 2.

The FBI made its first production to CNN a day late – on November 2.[1] The 266 substantive pages included more than 100 pages that were heavily, or entirely, redacted, and DOJ withheld 237 pages completely, yet included those withheld pages in its count to 500 pages. In all, DOJ released information related to just six of the 880 FBI 302s from the Special Counsel investigation.

These limited records, however, reveal new information of significant public interest about the Special Counsel's investigation into the Donald J. Trump campaign's involvement with interference in the 2016 election. *See* Katelyn Polantz, *Mueller interview notes obtained by CNN show Trump's push for stolen emails*, CNN, Nov. 3, 2019, https://www.cnn.com/2019/11/02/politics/mueller-investigation-notes-trump-stolen-emails/index.html (Attached as Exhibit C). This initial production, for example, revealed witness' information that members of the Trump campaign repeatedly talked about how they could gain access to Democratic emails stolen by WikiLeaks.

DOJ elected not to produce to CNN, however, numerous additional FBI 302-related records that DOJ has separately produced in other actions pending in this District. CNN received

---

[1] DOJ informed CNN's counsel on the afternoon of Friday November 1, 2019, that the production would not arrive that day and instead would be delivered by FedEx on Saturday November 2. *See* Email exchange with DOJ counsel (Attached as Exhibit A). *See also* Katelyn Polantz, *how CNN got the secret Mueller interview documents*, CNN, Nov. 4, 2019, https://www.cnn.com/2019/11/04/politics/how-cnn-got-robert-mueller-interviews/index.html (Attached as Exhibit B).

302-related records for three interviews with former Trump Deputy Campaign Chairman Richard Gates, two for Trump personal lawyer Michael Cohen, and one for former Trump Campaign Chairman and presidential advisor Steve Bannon.  Only one of these 302s appears to overlap with the many 302s already produced by DOJ in other pending litigation.

The House of Representatives Judiciary Committee, as part of its impeachment inquiry, subpoenaed a subset of the same 302s requested by CNN.  *See In re: Application of the Committee on the Judiciary, U.S. House of Representatives, for an Order Authorizing the Release of Certain Grand Jury Materials* (the "House Lawsuit"), Civ. Action No. 1:19-gj-00048-BAH Dkt. 1-16, Attachment (Letter from Chairman Jerrold Nadler to Attorney General William P. Barr and Pat Cipollone, Counsel to the President, seeking, in part, 302 memoranda related to 33 individuals).  In an October 8, 2019 supplemental submission in the challenge to the subpoena, pending before Chief Judge Howell, DOJ provided details to the Court about the status of processing records.  House Dkt. 37 (Attached as Exhibit D).  In that filing, DOJ disclosed that it had, as of that date, processed and produced to Congress *thirty-three 302s for 17 individuals* and was in the midst of processing 302s for 16 additional individuals.[2]  *Id*. at ¶¶ 3, 5.

Of the thirty-three 302s that DOJ had produced, only one appears to overlap with a 302 produced by DOJ to CNN,[3] meaning that as of October 8, DOJ had *processed and produced 32*

---

[2] DOJ indicated it had produced the following 302s: "(1) Chris Christie, (2) Michael Cohen (six separate FBI-302s); (3) Rick Dearborn; (4) Uttam Dhillon; (5) John Kelly; (6) Jared Kushner; (7) Cory Lewandowski; (8) Paul Manafort (seven separate FBI-302s); (9) Mary McCord; (10) K.T. McFarland (five separate FBI-302s); (11) Stephen Miller; (12) Rob Porter (two separate FBI-302s); (13) Rod Rosenstein; (14) Christopher Ruddy; (15) Sarah Sanders; (16) Sean Spicer; (17) Sally Yates."  House Dkt. 37 ¶ 3.

[3] The House requested and received six 302s for Cohen.  House Dkt. 37 ¶ 3.  While DOJ produced two Cohen 302s to CNN, only one matches the date of a 302 requested by the House.  *See* House Dkt. 1-16, Attachment (requesting Cohen interviews conducted on 8/7/18; 9/12/18;

3

*additional 302s* to Congress that it has *not* produced to CNN.  DOJ has also made additional productions in other cases in this District.  For example, in *United States v. Michael T. Flynn*, DOJ publicly produced Michael T. Flynn's 302 on December 17, 2018 and Peter P. Strzok's 302 on May 16, 2019.  *See* Dkts. 62-1 and 77, Attachment 3, *United States v. Michael T. Flynn*, No. 1:17-cr-00232-EGS.  To date, CNN has not received either 302.[4]

As is evident from these other proceedings, multiple parties are requesting the same documents.  DOJ therefore can, and is, processing more than 500 pages per month that are responsive to CNN's request.  The public interest in these records, and the command of FOIA, require that the Court take a firmer approach with DOJ in fulfilling CNN's narrow request.

## II.    CONCLUSION

At the current rate of production, CNN and the public will wait more than seven more years for these important records to become public.  As another Court in this District has noted: "FOIA imposes no limits on courts' equitable powers in enforcing its terms and unreasonable delays in disclosing non-exempt documents violate the intent and purpose of the FOIA, and the courts have a duty to prevent such abuses."  *Elec. Privacy Info. Ctr. v. DOJ*, 416 F. Supp. 2d 30, 35 (D.D.C. 2006) (internal marks omitted) (quoting *Payne Enters. v. United States*, 837 F.2d 486, 494 (D.C. Cir. 1998).

---

10/17/18; 11/12/18; 11/20/18; and 3/19/19).  CNN received a Cohen 302 for an interview conducted on 8/7/18.

[4] DOJ also separately publicly produced 34 pages of 302 materials for Bruce Ohr, former associate deputy attorney general, in response to a FOIA request from Judicial Watch.  *See* 1:18-cv-02107-TSC; *Judicial Watch Gets Bruce Ohr FBI 302s*, Judicial Watch, Aug. 9, 2019, https://www.judicialwatch.org/tom-fittons-weekly-update/judicial-watch-gets-bruce-ohr-fbi-302s/.

For the reasons set forth in this filing, CNN respectfully requests that this Court (1) order DOJ to process and produce at least 5,000 pages per month, beginning on December 1, 2019,[5] (2) order DOJ to complete its production of documents responsive to CNN's FOIA request by no later than May 13, 2019, and (3) schedule briefing on motions for summary judgment to follow shortly thereafter.

Dated: November 12, 2019

Respectfully submitted,

*/s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299

*Counsel for Cable News Network, Inc.*

---

[5] CNN requests that the Court make clear that DOJ shall cause the documents to be in CNN's hands on the first business day of each month.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing to be filed and served electronically via the Court's ECF System upon counsel of record.


Dated:  November 12, 2019			/s/ *Charles D. Tobin*
						Charles D. Tobin