**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
JASON LEOPOLD, BUZZFEED, INC.,   )
                                                    )
           Plaintiffs,                    )
                                                    )
       v.                                     )  Civil Action No. 19-cv-1278 (RBW)
                                                    )
UNITED STATES DEPARTMENT OF   )
JUSTICE, et al.                              )
                                                    )
           Defendants.                  )
_____)
                                                    )
CABLE NEWS NETWORK,              )
                                                    )
           Plaintiff,                       )
                                                    )
      v.                                      )  Civil Action No. 19-cv-1626 (RBW)
                                                    )
FEDERAL BUREAU OF                    )
INVESTIGATION,                           )
                                                    )
           Defendant.                    )
_____)

## DEFENDANT'S RESPONSE TO COURT ORDER

On October 3, 2019, the Court directed the Department of Justice to

indicate to the Court the following: (1) the number of individuals in each of the several components of the Department processing documents responsive to requests made pursuant to the FOIA; (2) the total number of cases brought pursuant to the FOIA against the Department pending before other members of this Court and other federal district courts that are also being processed by the components of the Department that are also processing the FOIA requests made by the plaintiffs in the above-captioned matters; and (3) the steps, if any, taken by the Department to request additional funding from Congress for the purpose of hiring additional personnel to assist in the processing of documents responsive to FOIA requests.

Order, Dkt. 33. Defendant respectfully submits the attached declarations from David Hardy, the

Section Chief of the Federal Bureau of Investigation's Record/Information Dissemination Section,

and Vanessa Brinkmann, Senior Counsel in the Department of Justice's Office of Information Policy, in response to the Court's inquiries.

Dated: November 12, 2019	Respectfully submitted,

HASHIM MOOPPAN
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*