# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and<br>BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| CABLE NEWS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Court's oral rulings issued at the status conference held on November 13, 2019, it is hereby

**ORDERED** that, beginning on December 2, 2019, the United States Department of Justice (the "Department") shall prioritize its processing and production of the FBI FD-302 forms requested by the plaintiffs, until otherwise ordered by the Court.[1]  It is further

**ORDERED** that, on or before November 20, 2019, the Department shall file a submission with the Court, indicating the number of pages that it has produced to the United

---

[1] The Court will address the processing and production of FBI FD-302-related records at a later date.

States House Committee on the Judiciary (the "House Judiciary Committee") in response to the House Judiciary Committee's subpoena for FBI FD-302 forms.  It is further

**ORDERED** that the status conference currently scheduled for November 25, 2019, at 2:00 p.m. is **CONTINUED** to 2:30 p.m. on that same date.

**SO ORDERED** this 19th day of November, 2019.

REGGIE B. WALTON<br>United States District Judge