1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLUMBIA

3    JASON LEOPOLD, et al.        .
                       Plaintiff,    .
4                                  .   Docket No. CV 19-1278-RBW
                                   .
5    CABLE NEWS NETWORK            .
                       Plaintiff,    .   Docket No. CV 19-1626-RBW
6    vs.                          .
                                   .   November 13, 2019
7    U.S. DEPARTMENT OF JUSTICE    .
                       Defendant.    .
8    . . . . . . . . . . . . . . .x   9:35 a.m.

9

10                TRANSCRIPT OF STATUS CONFERENCE

11      BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For Plaintiff Leopold:   Matthew Topic
                              Merrick Jason Wayne
15                            LOVEY & LOVEY
                              311 N. Aberdeen Street, Third Floor
16                            Chicago, IL 60607
                              (312) 243-5900
17                            Email: matt@lovey.com
                              Email: merrick@lovey.com
18
     For Plaintiff CNN:       Charles D. Tobin
19                            Matthew E. Kelley
                              BALLARD SPAHR LLP
20                            1909 K Street, NW
                              12th Floor
21                            Washington, DC 20006
                              (202) 661-2218
22                            Email: tobinc@ballardspahr. com
                              Email: kelleym@ballardspahr.com
23

24

25

1    APPEARANCES: [Cont'd]

2

     For the Defendant:    Courtney D. Enlow
3                          Elizabeth J. Shapiro
                           U.S. DEPARTMENT OF JUSTICE
4                          Civil Division, Federal Programs Branch
                           1100 L Street, NW
5                          Washington, DC 20005
                           (202) 616-8467
6                          Email: courtney.d.enlow@usdoj.gov
                           Email: Elizabeth.Shapiro@usdoj.gov
7

8

     Court Reporter:   Cathryn J. Jones, RPR
9                      Official Court Reporter
                       Room 6521, U.S. District Court
10                     333 Constitution Avenue, N.W.
                       Washington, D.C. 20001
11

12

13

14

     Proceedings recorded by machine shorthand, transcript
15   produced by computer-aided transcription.

16

17

18

19

20

21

22

23

24

25

1              **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Your Honor, this morning this

3    is In re:  Jason Leopold, et al. and Cable News Network

4    versus the United States Department of Justice, et al.  This

5    is Civil Action Number 19-1278 and Civil Action Number

6    19-1626.

7              Ask the parties to step forward and identify

8    yourselves for the record, please.

9              MR. TOBIN:  Good morning, Your Honor, my name is

10   Charles Tobin with the law firm of Ballard Spahr, with me is

11   Matthew Kelley also with Ballard Spahr.

12             THE COURT:  Good morning.

13             MR. TOPIC:  Good morning, Your Honor, Matt Topic

14   of Lovey and Lovey for BuzzFeed and Leopold.

15             THE COURT:  Good morning.

16             MS. DAVISSON:  Good morning, Your Honor, John

17   Davisson with the Electronic Privacy Information Center.

18   Your Honor, we were not entirely clear if the Court needed

19   our appearance today, but we are here if there's anything to

20   address.

21             THE COURT:  Okay.  Good morning.

22             MS. ENLOW:  Good morning, Your Honor, Courtney

23   Enlow on behalf of the government, and with me at counsel

24   table is Marsha Berman.

25             THE COURT:  Good morning.  It appears based upon

1    what's been reported to me that there has been at least some

2    progress, but obviously it seems to me not enough to really

3    result in full compliance with the requests that are being

4    made.  The government has filed a motion for a partial

5    summary judgment in reference to Category one of the

6    request.

7            And I guess some of the concern I have -- I mean,

8    I want this process to result in information being provided

9    that the government has a right to provide to the American

10   public.  On the other hand, I don't think unless something

11   is done to narrow the scope of what's being requested I just

12   don't see an expeditious revelation of that information

13   because of just the pure volume of requests that have been

14   made not only this case but a number of other cases that

15   have increased the number of FOIA matters that are being

16   processed by the entities involved in this litigation.

17           And I really think that the plaintiffs need to

18   really reassess to what extent you need all the information

19   that's been requested and whether you can get essentially

20   what you want and what the American public has a right to

21   know by narrowing the scope of what's requested.  I know to

22   some degree that's been done.  I know in reference to one of

23   the narrowing I guess the Department hasn't weighed in as

24   far as I know, as to whether they have agreed to that.

25           But the volume of documents that we're talking

1      about based upon what the government submitted through its

2      affidavits that I require they submit is just humongous.  I

3      also did require and they did respond to what efforts have

4      been taken to try and increase the capacity to review these

5      documents and make the determinations as to whether they are

6      subject to production pursuant to FOIA.  And at least to

7      some degree there have been some efforts made in that

8      regard.

9              I do think the government could have done more

10     because there was apparently a lot of money that the

11     Department had, and didn't use some of those funds and used

12     some of those funds for some legitimate purposes, but query

13     whether they were as important as what we're talking about

14     as it relates to FOIA litigations.

15             So while I think there's some criticism to be cast

16     to the government in reference to what it's really done to

17     try to address this problem.  On the other hand, they have

18     addressed it to some degree, and even it seems to me if they

19     addressed it even to a greater degree we still would be

20     talking about a long period of time before they would be

21     able to comply with the request that have been made in this

22     case.

23             And I fully appreciate the desire to get this

24     information as quickly as possible, but I don't think it

25     would be appropriate for me to conclude that all of the

1    other litigation, especially litigation that's been filed

2    prior to this litigation, that I should issue an order

3    requiring the government to do a lot more than what they are

4    now required to do which would obviously require them to put

5    other cases on the back burner and not give the due

6    consideration to those matters to the same extent that they

7    have an obligation to process the requests in this case.

8           So I don't know if the plaintiffs can reassess to

9    what extent you really need all of the information that's

10   being requested in order to disclose what you believe should

11   be disclosed.  Because as I said if you're not willing or

12   able to do that I just think the reality is that it's going

13   to be a long time before you get the information and

14   probably by the time you get at least some of the

15   information maybe the bulk of the information, it may be too

16   late to really utilize it for the purpose for which you're

17   seeking to acquire it.

18          I don't know if you are prepared to sit down with

19   the government and try and narrow the scopes so we can at

20   least get some of these documents within a reasonable period

21   of time.  Because the reality as I said is if the scope of

22   the requests remain as they are even though they've been

23   reduced to some degree I think the reality is going to be a

24   long time before you can get it.

25          MR. TOPIC:  Your Honor, as to the -- I think

1    you're primarily probably talking about the largest request

2    that we made.  We have since told the government here's a

3    list of things that we would narrow it to.  And we'll

4    willing to continue talking with them.  I think some of them

5    are very narrow things.  If they come back and say well,

6    this item that you identified is still going to generate

7    millions of pages we can talk further, so we hear what

8    you're saying.

9          We have already begun that process with the

10   government.  We made a proposal to them.  We have not gotten

11   any specific details yet from them, and to be fair it was

12   only maybe about a week ago that we initiated that

13   discussion.  So I think we can take that largest request and

14   maybe just set it to the side for the moment and let us

15   continue to work with them.

16         But we have a number other requests several of

17   which were granted expedited processing and so far we

18   haven't really talked about that.  The statute requires that

19   cases where expedited processing is granted or supposed to

20   be expedited.  They're supposed to be given priority.

21   They're supposed to be complied with as soon as practicable.

22         And we have a number of requests here that were

23   made back in March and April for which expedited processing

24   was granted.  They're relatively narrow in scope.  And I'd

25   like to see if maybe we can't focus our attention on getting

1    a schedule in place for producing those as soon as

2    practicable as the law contemplates.  We can continue to

3    discuss the broadest of the requests and see what we can't

4    do to narrow that down to something more reasonable, but I

5    think it would help everyone if we maybe try to move forward

6    on the ones that were granted expedited processing which are

7    pretty narrow in scope when you look at them.

8              THE COURT:  I'll query the government in reference

9    to that.  I guess one question I have for the government

10   which came up in the context of the productions in this

11   case.  Obviously, there are a number of requests out there

12   that are seeking some of the same information that's being

13   requested here.

14             And I assume those requests are being processed,

15   and query government counsel, in reference to those other

16   processes if documents that correspond to the documents

17   being requested here are processed and a determination for

18   release or non-release is being made is there some way where

19   the government is able to know what is happening in those

20   other cases, and therefore, when those documents and other

21   matters are cleared for production or it's determined that

22   production is not appropriate whether there's a way to know

23   that those documents are identical to documents being

24   requested here?

25             MS. ENLOW:  Your Honor, I believe the FBI and OIP

1    make every effort to be aware of all the litigation that's

2    pending and all the cases where they're sending out

3    responses to FOIA requests and if they do overlap.  The

4    numbers don't lie though.  There are so many of them that

5    the FBI said they had in their declarations over 30,000 open

6    FOIA requests.  OIP has got about 1800, I believe they said

7    in their declarations.

8             So while I believe every effort is made to produce

9    the documents when they are responsive in other cases

10   sometimes I'm sure that does not happen.  But I don't think

11   anybody wants to delay giving documents in one case when

12   they're clearly responsive in another.  I know FBI posts,

13   for example, responsive documents on their, what they call

14   their vault, online essentially if it's responsive to more

15   than one FOIA request.  That's kind of their routine

16   practice.  And so I believe that's what they've been doing

17   with various special counsel records as well.

18            THE COURT:  Again, I don't know to what extent

19   such documents have been identified in the context of either

20   this case or other cases, but do you have any idea to what

21   extent that duplication what percent, what number we're

22   talking about as far as that duplication is concerned?

23            MS. ENLOW:  I don't, Your Honor.  I believe the

24   FBI ends up putting things on their vault online if they

25   have, if they've identified three or more FOIA request for

1    the same information.  So the 302s that are at issued in the

2    consolidated case are going online after the productions are

3    being made to CNN and Mr. Leopold so the other requesters

4    can get them as well, but I don't have a sense of the rest

5    of the overlap.

6           THE COURT:  Let me just ask if a document is

7    identified in other litigation as either subject to

8    production or it's determined that production is not

9    appropriate because the document or at least some of the

10   document is exempt, and the document is processed in those

11   other matters and produced in those other matters and

12   therefore, should be produced simultaneously it seems to me

13   in this case, are you counting those documents in the 500

14   per month that you have an obligation to produce?

15          Because it seems to me they should not be counted

16   if they've been identified in another case and they're

17   provided in this case that that should not be included in

18   the number of productions that you have an obligation to

19   produce in this case.

20          MS. ENLOW:  So they haven't been counted in the

21   500 that was released on November 1st.  Those were entirely

22   new, not been processed for other FOIA cases.

23          THE COURT:  That would be my position that as far

24   as to the extent that such documents exists and I have to

25   believe that would be the case since in other litigations I

1   know specifically regarding 302s that 302s are being

2   requested in those other cases related to identical or

3   related matters that are being requested in this case.  And

4   it seems to me that if the government doesn't have to

5   reprocess a document that's already been processed in

6   another matter that those should not be counted in the

7   number that you're obligated to produce in this case.

8          MS. ENLOW:  Understood, Your Honor.  I think

9   that's a very limited set at the moment.  I believe CNN's

10  filing flagged a few of those, Michael Flynn's, which were

11  not processed for FOIA.  They were released to the public in

12  his criminal matter.  And then I believe there was the Bruce

13  Ohr 302 and Peter Strzok 302.  I believe those matters were

14  flagged by CNN.  I haven't had a chance to look at those

15  other two, but we can certainly give them to CNN and

16  Mr. Leopold as responsive to their FOIA requests.

17         We did not like I said include those in the

18  original 500 from November 1st.  We gave them all new 302s.

19  I'm aware of one other case in the DDC that was asking for

20  one of the 302s.  That has not been processed yet.  I'm not

21  aware of any other ones, so there would be overlap at all.

22         THE COURT:  What about counsel's reference to

23  these documents that the government has agreed should be

24  processed expeditiously and they say that even though there

25  was an agreement that that is appropriate that no documents

1   falling within that category have yet been produced?

2           MS. ENLOW:  Your Honor, I mean the numbers just

3   don't lie here.  I mean the OIP I believe granted expedited

4   processing on some of Mr. Leopold's requests.  But again,

5   they have about 1800 open cases.  They've got nine employees

6   working on the initial review of documents and then I

7   believe seven, yes, seven attorneys in the litigation unit.

8   That's simply not a lot of folks to process those number of

9   FOIA requests.

10          THE COURT:  My recollection of the affidavits is

11  that particular component has not made efforts to try and

12  increase its numbers.

13          MS. ENLOW:  I don't believe that's entirely

14  accurate.  I think the Office of Information Policy has been

15  look into getting detailees from other parts of the

16  government.  They've made efforts to hire more contractors.

17  I believe they've even advertised for more detailees for the

18  attorney adviser position so the cases that are in

19  litigation.

20          That office has also put in efforts to, that

21  office and the Justice Management Division which houses the

22  records, have put in efforts to increase the technological

23  capacity for reviewing these documents.  Obviously, the

24  Special Counsel's records are gigantic set of documents that

25  have to be housed somewhere to perform searches.  And so one

1   thing the Justice Management Division is doing to facilitate

2   FOIA, processing of FOIA requests is to increase server

3   capacity, and then also to invest in things like automated

4   redaction systems that can take some of the personal labor

5   out of this work.

6          I would also say with regard to staff I mean it's

7   simply not the case unfortunately that you can just throw

8   bodies at this and have, be processed a lot faster.

9          THE COURT:  I know it takes training.

10         MS. ENLOW:  Exactly.  It takes training not only

11  in FOIA but also special counsel records, and just an

12  awareness of what other matters are happening.  How is this

13  going to affect X, Y, and Z pending investigation?  Who do I

14  contact?  We need to contact subject matter experts within

15  the FBI who might be intelligence analysts or special agents

16  who are doing operational work for the mission of the FBI,

17  but then need to review records to make sure that we're not

18  letting out classified material or law enforcement

19  techniques and procedures.

20         So these offices really are doing the best they

21  can with the resources they have.

22         THE COURT:  This may be above your pay grade, but

23  according to what's been represented by the plaintiffs

24  allegedly a large amount of money was unused by the

25  Department and therefore, I guess returned to the Treasury.

 1   And also representation there was a sizable amount of money

 2   that was used to purchase furniture.  I don't know within

 3   the Department whether if there are funds available that

 4   aren't being used, or to what extent they can be diverted

 5   for some other purpose that may be considered extremely

 6   important.

 7           I know that at least the administration has felt

 8   in the context of some funding that it can divert those

 9   funds even though they were appropriated for some reason

10   because it's felt that they are more important to be used

11   for some other unappropriated reason than apparently the

12   administration is not shy about doing that.  But I don't

13   know to what extent priority is given to this, and

14   therefore, money that may have been programmed for other

15   purposes is not being programmed, reprogrammed to provide

16   enhanced capability to address what admittedly is a

17   tremendous burden that's being placed on the Department and

18   the FBI in reference to these FOIA requests.

19           But it just seems to me that if money can be

20   diverted for other reasons the administration seems to be

21   important if it really had this issue on its radar as

22   something that's important to comply with then it seems to

23   me more effort, not criticizing you, could have been made to

24   utilize those funds.  I know it takes time to bring people

25   up to speed where they're able to do the type of processing

1   necessary to appropriately process these documents that it

2   seems to me more could have been done in order to do that.

3          MS. ENLOW:  Your Honor, I believe that millions

4   unused was in a filing that Mr. Leopold filed last night, so

5   I noticed that.  I believe it was a reference to a news

6   article.  I have not had a chance to --

7          THE COURT:  I don't know if it's true or not.

8          MS. ENLOW:  I don't either to be frank.  I haven't

9   had a chance to contact anybody within Justice to determine

10  the veracity of that.  I frankly just don't know.  I do know

11  that as in the declarations we are, FBI and OIP are shifting

12  resources internally to try to attack these records, try to

13  process them as fast as they can and push them out the door.

14         THE COURT:  So as I recall I'm trying to, there's

15  a lot there.  I know there was one category that the

16  plaintiffs at least one of the other plaintiffs was willing

17  to make some concessions on, but the government had not yet

18  responded as to whether you agreed to that limitation

19  proposed.

20         MS. ENLOW:  Yes, your Honor.  So that category was

21  originally a request for every single record from the

22  Special Counsel office, millions, billions of pages.  And I

23  requested back in the summer that the plaintiffs narrow and

24  they refused, and so we filed the motion for partial

25  judgment on the pleadings because that request is patently

1    overbroad on its face and when you look at the file

2    declarations to support the motion.

3           Last week Mr. Leopold's counsel contacted me and

4    said Mr. Leopold might be interested in narrowing.  We are,

5    of course, interested engaging in good faith efforts to

6    narrow the requests that was admitted last Wednesday was a

7    request a 50-part request.

8           THE COURT:  I guess that's category one, one and

9    five or just one?

10          MS. ENLOW:  I'm not sure Mr. Leopold labeled it a

11   certain category.  That seems to be how epic that their

12   request.  It think it was request 3140 to DOJ.  Thank you --

13   3143.

14          THE COURT:  I know there's been an agreement by

15   the government in reference to what's been proposed

16   regarding the limitation on category one.  I don't know

17   whether assessment has been made based upon that agreement

18   to what extent that has reduced the number of documents that

19   fall within that category.  But I believe it's category five

20   where there's been a proposed limitation by looks like it

21   may be Mr. Leopold.  According to what we were told and knew

22   of yesterday that the government had not assessed whether or

23   not it was agreeing that limitation was appropriate.

24          MS. ENLOW:  Okay.  Yes, category five was the one

25   I was talking with all Special Counsel records.  And then

1  the request to narrow is a request that literally had 50

2  parts.  And within the 50, there were some that could have

3  been multiple parts as well, so I haven't had a chance to

4  fully assess that.  On its fact it looks patently overbroad

5  to ask for a search of 40 plus search terms and then plus

6  additional searches in the Special Counsel record's.  Again,

7  I haven't had a change to really engage with that request at

8  this point given that it is again so broad.

9         As we've continuously stated we are happy to

10 engage in request for narrowing, but at this point the

11 motion for judgment on the pleadings for that request is not

12 moot because we have not reached any sort of agreement on

13 the narrowing.

14        THE COURT:  What about in reference to category

15 one which it seem to me there were possibly some overlap

16 between what's being processed category one and what's being

17 requested in category five?  And you have requested partial

18 summary judgment regarding what's in category one, the

19 agreement that's been reached to limit as I understand what

20 would be produced pursuant to category one does that moot

21 from your prospective the motion for partial summary

22 judgment?

23        MS. ENLOW:  So I believe category one is the

24 request for all records that were used by the Special

25 Counsel in drafting the report.  So yes, as we've stated in

1   our reply brief after we filed the motion, Mr. Leopold

2   agreed to narrow it to just the records cited in the report.

3   And then just recently again agreed to further narrow to

4   just records that are publicly cited and not -- excuse me,

5   that are cited in the report, but are not publicly

6   available, so that will reduce the volume.

7           But it doesn't reduce the volume in a very large

8   amount considering the amount of citations that are in that

9   report.  And also some of the citations in the report are

10  just serials, and my understanding is those are FBI files.

11  So that's not just a ten page document that can be an entire

12  case file, for example, so that's quite a large volume as

13  well.  I don't have an estimate at this point as to what the

14  volume of records we're looking at is.

15          I can also tell you that the records that are

16  being processed in the consolidated case the 302s, those

17  302s are the ones that have been cited in the report, so

18  that is already overlapping.  Mr. Leopold has filed

19  overlapping, many overlapping FOIA requests and this is one

20  of them.  The request for all the 302s and then the request

21  for all the materials cited in the report.  The production

22  that we did November 1st, that covered both of those

23  requests.

24          THE COURT:  So you're of the view that the partial

25  summary judgment is still ripe for consideration despite the

1    limitation they indicated?

2              MS. ENLOW:  It's ripe –– the motion for judgment

3    on the pleadings had, the original motion had the two

4    requests at issue; the one for all the Special Counsel

5    records and the one for the records cited in the report.

6    The one for all the Special Counsel records is not moot.

7    It's still alive.  We've not reached any agreement on

8    narrowing on that.  The motion as related to the records

9    cited in the report that part is moot as Mr. Leopold has now

10   agreed to narrow and the Department of Justice has agreed as

11   well, so that part of the motion is moot as we noted in a

12   footnote in our reply brief.

13             THE COURT:  Anything else?

14             MS. ENLOW:  No, I think that's it, Your Honor.

15   Thank you.

16             MR. TOBIN:  Your Honor, may CNN be heard?

17             THE COURT:  Yes.

18             MR. TOBIN:  Your Honor, Charles Tobin for CNN.  We

19   appreciate the Court looking for ways to streamline and

20   consolidate the process.  Easier work for the Court or more

21   streamline work for the Court, better for the public, more

22   information gets out on an expedited basis.

23             To remind the Court we are only involved in this

24   case by consolidation for that exact reason because the 302

25   request, the narrow 302 request CNN made overlaps to a

 1    certain extent with Mr. Leopold's request.  CNN only

 2    requested the 302 reports in the case the summaries that go,

 3    the case files that go with those reports.  And the Court

 4    recognizing that in the last hearing ordered the government

 5    to start processing the 302s at a certain rate.

 6             We believe that the Court's questions are apt and

 7    go directly to the points we made in our papers about what

 8    else might be out there, and that raises the concerns we

 9    have with the production that the government made.  They

10    produced 500 documents, 500 and one pages I should say

11    pursuant to the Court's order.  Just six 302 reports, three

12    for Mr. Gates, Richard Gates.  One from Michael Cohen, and

13    two from Steve Bannon, and so we have six of them.

14             Largely those pages were redacted.  There were

15    just a copy of hundred pages that had any material on them

16    whatsoever, and the majority of the redactions cited

17    Exemption (b)(5) which to us has no bearing on.  That's an

18    exemption for interagency or interagency communications, and

19    these are records of interviews that are not communication

20    between agencies.  Obviously, that's an issue for a later

21    day.

22             I just wanted to alert the Court, there's a lot to

23    be litigated apparently in the way the government is

24    releasing those documents.  And so our goal is to get to

25    that point, to get as much information out to the public,

1    and to get to the point where we litigate the merits of the

2    exemptions as soon as possible on the narrow 302 requests

3    that CNN has made.

4              One of the concerns we have with the government's

5    production, one of the other concerns, goes to the Court's

6    question what is out there?  What other requests have been

7    made?  The government was requested by the House of

8    Representatives in the proceedings, the subpoena proceedings

9    that were pending or pending before Chief Judge Howell, to

10   produce 32 302 reports.  And as of an October 8 filing in

11   that case, 17 of those 302s have been produced to the House

12   in the House impeachment proceedings, 302 records, the exact

13   same records that overlap with both CNN and Mr. Leopold's

14   production.

15             Yet as I mentioned only six of them have been

16   produced to CNN pursuant to the Court's order.  And from our

17   point of view going exactly to the Court's question there's

18   no reason why the government couldn't have, if it required

19   reprocessing, in other words, more information was released

20   to the House that might be released to the public, they may

21   claim more exemptions certainly they could have started that

22   process earlier.  And certainly there were certain, probably

23   certain amounts of those 302s that could have been released

24   at the same time as the meager six that were produced on

25   November 1st.

1          And so as part of today's discussion and outcome

2    of today's proceeding we would request that the Court direct

3    the government to process and release on an expedited two

4    week basis whatever documents have been given to the House

5    in the 302s and the case files for the 302 reports.  If it's

6    going to require more time I would ask that the Court make

7    them justify why it would require more time.  That seems to

8    us to be a readily ascertainable set of documents that have

9    been through the FBI and the DOJ process, and ought to be

10   released quickly.

11          We're also concerned, Your Honor, again with the

12   slow roll of simply six 302s out of 880.  There are only 13

13   pages each, the 302s themselves, Your Honor, on an average

14   basis based on what we've seen so far.  And it seems to us

15   500 pages of 302 records if, for example, the Court were to

16   narrow the directive of the FBI, and say I've directed you

17   to put the 302s and related records as a priority item.

18   Let's now narrow that to just the 302s themselves the FBI

19   would be quite capable of producing them at a faster rate

20   than 500 a month or at least more of the 302 records

21   themselves.

22          The agents' reports, summaries of the interviews,

23   and more information would get out to the public.  That

24   might be another way just from the standpoint of judicial

25   management that you might be able to help us fulfill the

1   importance of FOIA at the very time these documents have the

2   greatest amount of interest to the public.  We would submit

3   with the House of Representatives starting impeachment

4   proceedings today, with Roger Stone's trial concluding today

5   in Judge Jackson's court, with a lot of the information

6   within the 302s being part of the public testimony in both

7   the House proceedings and Mr. Stone's trial that the public

8   interest is at its greatest and that the maximum amount of

9   information is capable of being released to the public at

10  this time.

11          And so we encourage the Court.  We want to work

12  with the Court.  We want to work with the government to find

13  ways to make the most information come out in an expedited

14  way as possible.  And those are the some of the suggestions,

15  and frankly some of the concerns we have with the way the

16  government is slow rolling the information.

17          THE COURT:  You said you are seeking the 302s and

18  you said the case files?

19          MR. TOBIN:  The case files which are the agents'

20  handwritten notes that they've been producing to us along

21  with the exhibits that have been shown to the witnesses.

22          THE COURT:  All related to the 302s?

23          MR. TOBIN:  All related simply to the 302s, so

24  it's a narrow subset if you will of what Mr. Leopold is

25  seeking and that the Court ordered at the last hearing for

1    the interest of economy and consolidation and expedition

2    directed the FBI to release to us on a rolling basis

3    starting the first of each month at 500 pages.

4              THE COURT:  Let me just ask Mr. Leopold's counsel

5    in reference to what's been requested would you put the 302s

6    at the top of the list of what you considered to be most

7    important to be produced?

8              MR. TOPIC:  We would put it on equal footing with

9    the other requests that were granted expedited processing.

10   So that's, the first one are basically summaries of the

11   Mueller report and communications about summaries.  You may

12   recall there was some controversy between Mr. Mueller and

13   Mr. Barr about the summary that Mr. Barr released whether it

14   was accurate.  And then the request for documents that are

15   cited in the report that one was also granted expedited

16   processing.

17             And there's the last one I would highlight is it's

18   a request to FBI for FBI senior leadership communications

19   about the investigation and some related things.  The

20   government identified 1100 pages of emails so a pretty

21   modest volume in the grand scheme of things.  So ideally,

22   we'd like to see those be processed on, you know, we'd like

23   to get going on those on a similar schedule.

24             THE COURT:  The last one you said was what

25   communication between --

1              MR. TOPIC:  Yes, we've agreed on custodians and

2     we've agreed on search terms for people within FBI

3     leadership for communications about Mueller-related things.

4     And the government has already run the searches and told us

5     that there's before any duplication there's 1100 pages of

6     emails.  That's request FBI 1432684 is the tracking number

7     referenced in the complaint.

8              So we would put those on comparable footing with

9     the 302s, and for at least two of those the government has

10    acknowledged that it warrants expedited processing.

11             THE COURT:  Well, I'm not trying to minimize the

12    importance of any of these three categories they've agreed

13    are subject to expedited processing, but is there any of the

14    three that you think are more important than the other or

15    you put them on the same level?

16             MR. TOPIC:  I have a list.  If you give me one

17    moment I can tell you which of those if we had to pick one

18    which is the one we'd like to see go first.

19             THE COURT:  Because I'm inclined to require that

20    unless I'm convinced otherwise, that they turn their

21    attention first to getting the 302s and the related 302

22    information since it relates to both litigation unless I'm

23    convinced that the other matters you believe are either more

24    important or at least equally important.

25             MR. TOPIC:  The FBI leadership emails of

1    approximately 1100 pages would be the highest priority for

2    us.  There are two different defendants in our case.  As I

3    understand they have separate processing teams.  We have

4    affidavits from each of them about what their staffing is.

5    So on the DOJ side --

6            THE COURT:  And in reference to these FBI

7    leadership communications I mean to some degree I'm sure

8    it's speculation, but what are you projecting that

9    conceivably would be disclosed by them that would be of

10   significant public interest as compared to what would be

11   disclosed by the 302s and the associated documents?

12           MR. TOPIC:  I think knowing what people at the

13   highest levels of the FBI had to say about the

14   investigation, the report, the messaging around the report

15   would illuminate to the public a little bit more about how

16   to interpret their report, and the attorney general versus

17   Mr. Mueller and who's accurately describing things,

18   potentially policy on charging decisions or not.

19           I can't tell you specifically what it is my

20   client's looking for in those, but these again are people

21   kind of at the highest levels of government talking about

22   these things.  Again, we're talking about 1100 pages, so if

23   this was a request that was going to require, you know, many

24   thousands of pages to be reviewed might be a little bit

25   different.  But I think it's one that for lack of a

1    different term might be kind of low hanging fruit.  They've

2    already identified the people.  They've already run the

3    searches.  I don't think we're very far away from this

4    getting those processed, getting that request out of the

5    way.

6              And in terms of the DOJ, the request for summaries

7    and discussions about summaries that is DOJ 3627, which was

8    granted expedited processing.  We're picking one that's the

9    one we would ask DOJ to focus on.  As it stands right now

10   they haven't told us how many documents, anything like that.

11   They haven't proposed custodians or search terms.  We're

12   always willing to talk with them about that and see if we

13   can't come up with an agreement on what would be a

14   reasonable search and a reasonable approach to that.

15             But so far it's eight months now.  It's been radio

16   silence on that request and several of the other expedited

17   requests.  We just have no idea what we're either dealing

18   with.  Are we dealing with 3,000 pages?  Are we dealing with

19   100,000 pages?  We just don't know.  And so we'd like to try

20   to at least move those forward and have the government run

21   the searches or do whatever initial things they are going to

22   do so we can have an informed discussion with them and see

23   if we can't come up with a way to narrow those requests, or

24   come to an agreement about what a reasonable search would

25   be.

1            THE COURT:  Government counsel, in reference to

2       documents that are being requested by the plaintiffs and

3       documents that would have been produced to the Congress and

4       also documents that would have been produced during the

5       Stone file that would be the same documents that they are

6       seeking, why can't those be immediately processed?

7       Conceivably I guess there's some reason as to why production

8       pursuant to FOIA may be more limited than maybe production

9       pursuant to the discovery obligations in the Stone case or

10      the production that's being provided to Congress.

11           But it seems to me since there's already been a

12      look see at those documents that the extent of the review to

13      decide what should be produced in this litigation would not

14      be an onerous task.

15           MS. ENLOW:  With regard to the Stone case I mean

16      it's my understanding that documents were produced to

17      opposing counsel in that case under a protective order.  And

18      so I think, you know, the government's obligations under

19      *Brady* or *Giglio* are completely different than they are under

20      FOIA, of course.  And then for the documents, for the 302s

21      that were --

22           THE COURT:  But at least there would have been an

23      observation of those documents, so it seems to me that the

24      extent of review would not be as extensive as if they were

25      being looked at for the first time.

1          MS. ENLOW:  Well, I mean, it was an observation of

2     the documents by the prosecutors.  I don't know if any FOIA

3     person would have had any reason to even look at those

4     documents before they were produced to opposing counsel

5     under the protective order in that case.  They're not going

6     out to the public.  I simply don't know, but I would not

7     expect FOIA individuals or individual that would be looking

8     at, have looked at those.

9          And as for the House I think it's important to be

10    clear exactly how these two processes are different.  CNN

11    did file as Exhibit D to their filing I believe yesterday

12    the supplemental submission regarding the accommodation

13    process which lays out in detail the exact terms of that

14    process.  I'll just try to summarize them for the Court as I

15    understand them from this document.

16          The House judiciary committee had issued a

17    subpoena for certain materials related to the Mueller

18    report, and as part of the accommodation process the

19    Department entered into an agreement with the House

20    judiciary committee with regard to 302s referenced in volume

21    two with the instruction section of the report.  And in a

22    similar accommodation process is a similar but separate

23    accommodation process that is ongoing with the House

24    permanent select committee on intelligence in connection

25    with some, certain of the volume one 302s, so those are the

1   Russian interference volume two -- 302s.

2          And as part of that process the Department has

3   made available in redacted format 302s in a secure reading

4   room under confidentiality agreement that members of these

5   two committees and certain members of their staff could

6   review the 302s in the secure reading room.  There's

7   certainly no release to Congress in any respect.

8          In the redactions that are being taken in that

9   there as referenced in this filing they said they redacted

10  Grand Jury material, documents on the basis of privilege.

11         THE COURT:  It seems to me in essence you're

12  saying because of the nature and circumstances of the

13  production of those documents in those cases, which is

14  viewed from a very different prospective than what's done in

15  a FOIA review, that essentially it's not going to reduce the

16  amount of time it takes to process those same documents as

17  far as production in this case is concerned?

18         MS. ENLOW:  Exactly right, Your Honor.  Those

19  documents are produced to Congress as part of the

20  accommodation process based on the articulated need from

21  these various committees.

22         THE COURT:  So what do you propose?  I mean,

23  obviously it seems to me having agreed that these three

24  categories as identified by Leopold's counsel the government

25  agreed are subject to expedited processing, it seems to me

1   those matters need to be reviewed and that expeditious

2   review needs to occur.

3           But I also in reference to CNN regarding the 302s

4   which both are requesting it seems to me that has to have a

5   priority too, but I mean, I don't want to give preference of

6   one over the other.  On the other hand, I do, and it was my

7   decision obviously to consolidate the cases because the

8   request that CNN is making overlaps to some degree to what

9   Leopold is requesting.  But I'm trying to accommodate both

10  and trying to get as many documents to them as quickly as

11  possible.

12          So do you have any idea in reference to the three

13  categories of documents that are subject you all agree

14  subject to expedited consideration.  How many documents

15  we're talking about?  And how long you project it would take

16  in order to process and produce those documents or not

17  produce them because you believe they are exempt?

18          MS. ENLOW:  So, Your Honor, I believe when the

19  Court consolidated the cases my recollection is that it was

20  the understanding that the 302s would go first because

21  they're subject to both cases, and subject to one of Mr.

22  Leopold's request, of course.  And so that's been the

23  priority to get the 302s first and then have all of those

24  processed, any briefing that needs to be done and resolve

25  that, and keep going with Mr. Leopold's requests.

1              What Mr. Leopold is essentially asking for is not

2     only a 500 page per month production schedule which for the

3     reasons we've outlined in the declarations is essentially

4     what agencies can handle what they usually handle, he wants

5     a production schedule for every one of FOIA requests.  That

6     would amount to a 3,000 page per month request.  And these

7     are the same people who are reviewing the 302s that have to

8     review these documents as well.

9              So it's just putting more and more burden on

10    people that cannot do that much without significant strains,

11    without affecting other FOIA, processing other FOIA requests

12    that are not in litigation.  Without affecting you know

13    perhaps other court ordered deadlines which are numerous 500

14    page per month schedules in DC and other courts as well.

15    These people are simply doing the best they can with what

16    they have.  They really can't do much more.  The 500 pages

17    of the 302s is the priority and that's what they're focused

18    on.

19             THE COURT:  And do you have a projection in

20    reference to the processing of 302s at a rate of 500

21    documents per month how long it would be before you'd finish

22    the review and production, or claim of exemption regarding

23    those documents?

24             MS. ENLOW:  Your Honor, so there's at a rate of

25    500 pages per month, and my understanding is that the

1    plaintiffs as their requests states they want the 302, the

2    narrative, and then the handwritten notes which take a long

3    time to process, and then the attachments, you know,

4    exhibits that might have been shown to the witness.  And to

5    process all of that there's I believe 220 302s referenced in

6    the report.  The FTI has estimated that the volume of those

7    in the report are 11,000 pages.

8              Now when you extrapolate that to the other 302s

9    that aren't referenced in the report I believe there's 800

10   total.  If you extrapolate that obviously you're getting up

11   to about 40,000 pages.  That's going to take years to

12   process.

13             Now if CNN and Mr. Leopold would like to narrow it

14   to just the narrative of the 302 and not have the

15   handwritten notes and not have the attachments then perhaps

16   there will be -- clearly that would be a quicker resolution.

17   We have not had that conversation.  This is the first I've

18   heard of this idea they wanted to narrow.  Like I said, we

19   have been focused on processing 302s as requested in the two

20   FOIA requests which includes the narrative, the handwritten

21   notes, and the attachments.

22             THE COURT:  Well, I think my inclination is, I

23   think the 302s who knows what's out there, but I would think

24   the 302s would probably contain significant information that

25   conceivably the other documents may add to it.  But in my

1    experience the 302s are fairly thorough and tend to capture

2    all of the other information that is being requested.

3    That's not always the case obviously, but in my experience

4    that generally is the case.

5          Because in criminal litigation frequently we have

6    circumstances where the 302 is produced, and then there are

7    other documents that I've required be produced that weigh in

8    on the production of the 302.  And I haven't found in the

9    many years I've been doing this work where there are

10    significant other information.  It does occur that's been

11    left out of the 302s, so it seems to me, but I'll give the

12    parties a change to try and work it out.

13          But it seems to me so that at least the 302s can

14    be produced as quickly as possible, and then subsequent

15    other information can be produced, that it seems to me the

16    appropriate thing to do is to require that the 302s be

17    focused on without the other information related to the 302s

18    until at some point later so that we can get the production

19    of those as quickly as possible.

20          That doesn't however encompass these three matters

21    that the government agree are subject to expeditious

22    processing.  And I mean how does the Department -- what is

23    the thought process or the process that you employ when you

24    determine that certain documents are subject to expeditious

25    processing?  Is that given I assume preference over the

1    other documents that are being requested?

2         MS. ENLOW:  Yes, Your Honor.  It's my

3    understanding that when the Office of Information Policy

4    grants expedited processing that takes it to a different

5    queue, so you have the FOIA requests that haven't been

6    granted expedited processing and the ones that have.  It's

7    just that there's so many that have and there's just not

8    enough people to process them.

9         THE COURT:  Well, again, I want to give you all

10   the opportunity to try and resolve it.  It seems to me that

11   -- and again, it's unfortunate.  Because I think that the

12   objective of the statute that Congress enacted is being

13   thwarted by the lack of ability to more expeditiously

14   process the documents.  And having reviewed the affidavits

15   that were submitted and considering the volume that we're

16   talking about I don't think I can be overly critical of the

17   Department and FBI in reference to the production schedule

18   that's currently in place, and what the government wants me

19   to continue to adhere to in light of all the other

20   litigation involved and the volume of documents that we're

21   talking about.

22        So it seems to me there's just going to have to be

23   a compromise that counsel has to reach in reference to what

24   should be given priority.  And it's my inclination unless I

25   can be convinced otherwise that what I'm prepared to order

1   is that the first documents to be processed for production

2   be the 302s and try and get that out of the way and then we

3   can turn to these other matters that the Department agree

4   should be subject to expedited processing, and then also

5   deal with the question of these related 302 documents and

6   what line they should be as far as the processing schedule.

7          But it seems to me if we don't do something of

8   that nature the reality is that we're just not going to get

9   the most important documents out which should be out as

10  quickly as possible.

11         MS. ENLOW:  Yes, your Honor, I agree.  And I also

12  think that's the most fair thing to do for CNN to resolve

13  their case and we can move on with Mr. Leopold's other

14  requests.

15         THE COURT:  So if it's just the 302s obviously

16  they want the other documents too, I understand that.  Your

17  projection as to how long would it take to get those out at

18  the rate the documents are being produced in this

19  litigation?

20         MS. ENLOW:  Are you referring to just the

21  narrative, typewritten narrative?

22         THE COURT:  Yes.

23         MS. ENLOW:  I don't have an projection on that,

24  Your Honor.

25         THE COURT:  And you said it's how many of those?

1          MS. ENLOW:  So there's 800 total 302s for the

2    investigation.  I had approximate page count when you

3    include the handwritten notes and attachments, but I don't

4    know just for the --

5          THE COURT:  How many pages you're talking about if

6    it's just narratives?

7          MS. ENLOW:  Correct, I don't know.  Like I said

8    this is the first I've heard of the narrowing proposal, so I

9    just don't have that information.

10          I would ask though, Your Honor, for the December

11    1st production since we're halfway through November already

12    if we could, if the agencies could continue with the

13    processing of the 500 pages including the handwritten notes

14    and the attachments.  And then for the January production

15    focus just on the narratives.

16          It's just a bit difficult to switch in midstream

17    especially with the Thanksgiving at the end of the month as

18    well.

19          THE COURT:  Okay.  Anything else?

20          MS. ENLOW:  Not for me, Your Honor.  Thank you.

21          THE COURT:  I don't think I'm prepared to rule on

22    the partial motion for summary judgment today because I want

23    to give the parties the opportunity to try and see if you

24    can reach some accommodation that might moot the issue.  I

25    would tend to agree that it's not mooted at this point based

1    upon where we are.  But I don't want to weigh in until it's

2    clear that the parties are in -- and can reduce the number

3    that's being requested.

4           MR. TOBIN:  Your Honor, if I may, just to address

5    CNN's request and a couple of comments that government

6    counsel made.

7           First of all, with respect to the House of

8    Representatives' production we attached as exhibit, we

9    attached Exhibit D to our papers a letter from the House to

10   the Court to the attorney general that talked about the

11   production that had it made to the House.  Largely as I

12   understand it from that record the production to the House

13   had redactions for 6(e) material and that's being litigated

14   right now in Judge Howell's court and in the D.C. Circuit.

15   She ordered the unredacting and all of that.

16          If they have reviewed it once already and the

17   majority redactions are for 6(e) materials, and as to those

18   33 302s, those redactions aren't going to move, aren't going

19   to change if they're released to the public.  And so it

20   seems to me that contrary to what counsel said, and to go to

21   Your Honor's question, the fact that the eyes have already

22   been on those documents make that subset of the 302s far

23   more manageable.

24          And so I would request that the Court accommodate

25   a release of those subset of 302s separately from the track

1    of whatever the Court orders today on the remaining 302s, so

2    that we have a more expedited processing and release of the

3    materials that were given and are being subpoenaed by the

4    House of Representatives, of course, under the FOIA regime.

5          It seems to me those documents have already gone

6    through Justice's eyes once.  The majority of the redactions

7    according to the House representation are for 6(e)

8    materials.  That review does not mean to be re-conducted

9    again, and therefore, it's just a smaller amount of material

10   that need a second set of eyes, and those should be dealt

11   with on a more expedited process.

12         So I would request that the Court order those to

13   be reviewed separately apart from the remaining 302s and be

14   produced on a more expedited basis perhaps within 30 days.

15   Again, I just think again that's going to the Court's

16   question what overlap is there.  What combined interests are

17   there that can be accommodated so we can move this as

18   quickly as possible.

19         Second of all, I would note that if I'm doing the

20   math right under the rubric of 500 302s being process in a

21   month and only the 302s.  Our math is that there's an

22   average of 13 pages per 302 from what we've seen so far

23   .that's somewhere on the order of a year and a half to

24   complete process the 302s.  And given the extreme public

25   interest right now, your Honor, we submit that is just too

1    much time to go by.  And so we would request the Court to

2    increase the page processing requirement so that it's 1500

3    not 500, and so we have this resolved within six to eight

4    months.

5              THE COURT:  Again, I'm not unsympathetic to that,

6    but how can I do that without adversely affecting the

7    production in other cases?  And I think I should respect the

8    orders that are issued by my colleagues in reference to what

9    they are ordering and not usurp because if all of us start

10   to do that then we are in total disarray.  And I think it's

11   unfortunate again the situation is as it is, but it is what

12   it is.

13             I just have a real -- although I fully appreciate

14   what you're requesting I have a real problem with ordering

15   what you're requesting because that's going to affect the

16   production in other cases.

17             MR. TOBIN:  Well, Your Honor, if they had shown

18   earnest.  First of all, I'm very unclear from the affidavits

19   exactly what their capability is.  They say that they're

20   working on streamlined electronic processing, on the other

21   hand, they say they're not adding employees, on the third

22   hand they say that they're adding contractors.

23             So I'm not entirely clear.  It's a very mirky

24   record to me.  I think deliberately so quite frankly, Your

25   Honor.  Because they don't want to answer the question of

1   how earnestly, which is really the root issue, that they're

2   trying to process these.  And there's no procedure with

3   which I can test that quite frankly and I'm not suggesting

4   that we do that.  What we have are the untested

5   representations of the Department of Justice in tandem with

6   a record that shows that this administration has tried to

7   make FOIA a much smaller priority and avoid their

8   obligations as much as possible.

9        Going directly to the Court's question that they

10  did not answer in their papers the Trump administration in

11  2018 requested to cut seven bodies from the overall

12  component in the Department of Justice that handles FOIA.

13  We found that out through public information through a

14  search online of the portals where they make the budget

15  requests to Congress.

16       The Obama administration had added in the two

17  fiscal years before that 16 bodies to their FOIA component

18  of the same overall component at the Department of Justice.

19  And then in 2019, for fiscal 2019, after successfully

20  lobbying to cut seven bodies from the Department they asked

21  for no increases the Trump administration in the face of

22  this 78 percent as represented by the Department of Justice

23  increase over the last four years of the number of FOIA

24  requests.

25       So the government it appears to us is purposely

1    disabling its ability to orderly process the documents that

2    the public has a right to see.  And that deeply concerns us.

3    I know it concerns the Court as well.  And take away I'm not

4    really sure what the capability is.  And everything we have

5    seen shows the will is not there even if the way is not

6    there as well.

7            And so we just remain concerned, Your Honor, with

8    a process that is going to come out of these proceedings

9    that will make the public wait up to 16, 18 months to see

10   the basic information that is informing the impeachment

11   proceedings on the Hill, the criminal proceedings referred

12   by the Special Counsel's office.  Just the general purpose

13   of FOIA which is to know what the government is up to.

14           So we would ask the Court to increase the

15   processing requirement on the government.  And if they come

16   to the Court at some point after making a good faith earnest

17   effort producing a significant volume of documents at least

18   initially, and come to the Court and say we need to focus on

19   other things, we can have another proceeding and talk about

20   what they've actually done to try and meet their obligations

21   under FOIA.

22           So we would ask for the Court to increase the

23   production of just the 302s, so that we get that out of the

24   way in a six to eight month period.  And we would also ask

25   the Court to separately direct the Department of Justice to

1    process the 33 302s and order those produced in a very short

2    time period.

3              THE COURT:  Any response from government before I

4    rule?

5              MS. ENLOW:  Yes, Your Honor.  Just to respond

6    first to the 302s that were produced to the House.  I

7    believe the representation from opposing counsel was that

8    they were taken to Grand Jury and that's going to be the

9    same for FOIA, so it should be easy to produce it here.

10   That's not the case, and that's not what the government's

11   filing said that they have attached to their status report

12   that they filed.

13             Exhibit D of their own status report, which is the

14   government's filing, shows that many of the documents

15   produced to, in this accommodation process were 95 percent

16   or more unredacted.  Some were substantially redacted, but

17   some were not.  And then they have various reasons why they

18   were redacted that would not necessarily be the same as

19   FOIA.  And so just to say that it should be easy, we should

20   just produce in FOIA because the only thing is Grand Jury

21   and that's going to be the same that's just not accurate.

22             What we can do is prioritize the 302s that were

23   produced to the House to push those out in the first, you

24   know, the upcoming 500 page per month productions.  We can

25   certainly do that.  But to say that it's the same and that

1   we should just be able to do it all by December 1st, that's

2   just not accurate.

3          THE COURT:  What about his request which we

4   addressed before about increasing the number beyond the 500,

5   which had been previously ordered consistent with what other

6   judges have done?

7          MS. ENLOW:  Again, Your Honor, I think the

8   increasing it beyond 500 is as you noted inconsistent with

9   the other orders that many of the other judges have done in

10  this district.

11         THE COURT:  Do you know of any judges have ordered

12  more than 500?

13         MS. ENLOW:  I'm aware of a case against DOD

14  involving Khashoggi where they had a couple of thousand page

15  per month processing schedule.  I don't actually know if

16  that was here or in another court.  For some reason I think

17  it might have been in SDNY, but the norm is 500 page per

18  month.  And so I think it's appropriate to stick with that

19  here.  If they want to just have the narratives of the 302s,

20  just the typewritten narratives not the handwritten notes,

21  not the exhibits that already will get them more 302s than

22  they had been getting obviously.

23         And so the idea that if we prioritize the

24  documents that were, as part of the House accommodation

25  process and then they're getting the narratives they'll get

1   these really quickly.

2         THE COURT:  Do you know in reference to the Stone

3   litigation whether the 302s produced in that litigation are

4   the same 302s that would have been produced to the House?

5         MS. ENLOW:  I don't know that, Your Honor.  I

6   don't know.  My understanding though in Stone again, there's

7   a protective order.

8         THE COURT:  Right.  I'm just saying it seems to me

9   in reference to the matters that the House is considering

10  and the matters that relate to the Stone litigation,

11  obviously I understand that there's different assessments

12  that have to be made as it relates to the production of

13  those documents, but it seems to me priority should be given

14  to those since those are matters currently in the public

15  eye.

16         So I'd be incline -- and again, I don't know how

17  many documents we're talking about, to set a time limit that

18  may go beyond the 500 as it relates to the production of

19  those documents.  I'm not going to order it by December 1st,

20  but I don't know how long it would take you to find out how

21  many pages we're talking about.  Because I think I might be

22  inclined to order that those be produced and be produced by

23  a particular date, which as I say may result in more than

24  500.  And then once those are produced to go back to the 500

25  number, but I would like to know how many we're talking

1   about before I order that.

2          How long would it take you to find out how many --

3   if we're only talking about the 302s that were produced to

4   Congress and the 302s that were produced in connection with

5   the Stone litigation.  Understanding that it's a different

6   review that has to occur, how many pages we're talking about

7   before I decide at what point I think it would appropriate

8   for those to be produced or processed?

9          MS. ENLOW:  We would be happy to file something

10  with the Court.  It's already Wednesday, I would think a

11  week.

12         THE COURT:  Very well.  I'll require that you let

13  me know how many pages of documents we're talking about

14  regarding those 302s I've identified.  And I will set a time

15  period in which they would have to be processed if

16  appropriate produced.  And I don't know if that, with the

17  holidays I don't know if a January 1st date would be too

18  much, or whether it should be a February 1st date or

19  whatever.

20         But I think we need to if the parties can't more

21  narrow the scope of what's being requested I think I have to

22  do it and I am going to conclude that the documents related

23  to what's been given to the House and what's been given in

24  the Stone litigation at least at this should be given

25  priority and get those documents out as soon as possible,

1    and then we'll reassess where we are at that point.

2          So if you can do that in a week I guess we can

3    come back and I'll indicate what I think is reasonable.

4          MS. ENLOW:  Your Honor, to be clear would the

5    Court like an assessment of just narrative?

6          THE COURT:  Just the narrative.  I'm not talking

7    about -- I understand the other documents may be important

8    and may contain information that's not in the narrative, but

9    I do think what's in the narrative will be the meat of what

10   probably those other documents relate to.  So that would

11   mean you would submit something by the 20th.  And then I

12   guess we can come back the following week, the week, I don't

13   know, the Thanksgiving week I don't know if people have

14   plans I'm available on the 25th I guess in the afternoon if

15   that's good.

16         MS. ENLOW:  That's a Monday?

17         THE COURT:  That's a Monday, yes.  Is that good

18   for everybody at two o'clock?

19         MR. TOBIN:  Yes, sir.

20         THE COURT:  Okay.  I know it's not satisfactory

21   probably to anybody, but I think I've got to -- again, if

22   you all can't narrow the scope and put priority on what they

23   have to process to try and get those documents as soon as

24   possible.  Like I say I may be inclined to order it be done

25   by some time in January, so I don't know how many documents

1   there are.  But if it's a reasonable amount even though it

2   will result in more than 500, I do think it's important to

3   get those processed and released, if appropriate, as soon as

4   possible.  So I may be probably inclined to set a date for

5   the production of those 302s I've identified some time

6   probably in January.

7            MR. TOPIC:  Your Honor, can I just get clarity

8   procedurally where we're at on the rest of our requests.  It

9   sounds like you've granted a stay.

10           THE COURT:  No, they will -- I think they've

11  already said that they're going to continue to produce the

12  500 that they have an obligation to produce as of December

13  1st.

14           MR. TOPIC:  Right.  But for our other requests

15  separate from the 302s you've granted them I think

16  essentially a stay of processing those until they complete

17  the processing of 302s?

18           THE COURT:  I understand that that's not

19  satisfactory, but I just don't know what to do in order to

20  at least get the documents that I perceive to be the most

21  important out as soon as possible.  Because if I don't do

22  that then you're going to get dribs and drabs of a number of

23  different type of documents that may not be as important.

24           MR. TOPIC:  And I'm not attempting to reargue

25  that.  I just would like to get some clarity on how is that

1    being done procedurally, and it seems to me like it's

2    essentially an open America stay for all of our other

3    requests until they complete the processing of the 302s?

4              THE COURT:  That's what I'd be inclined to do.  I

5    hate to have to that, but I think in order to get the 302s

6    out there as soon as possible I think I've got to give

7    priority to them which is what I will do.

8              MR. TOBIN:  Okay.  Thank you, Your Honor.

9              THE COURT:  Thank you.

10             [Thereupon, the proceedings adjourned at 10:40

11             a.m.]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

I, Cathryn J. Jones, an Official Court Reporter for the United States District Court of the District of Columbia, do hereby certify that I reported, by machine shorthand, the proceedings had and testimony adduced in the above case.

I further certify that the foregoing 49 pages constitute the official transcript of said proceedings as transcribed from my machine shorthand notes.

In witness whereof, I have hereto subscribed my name, this the 26th day of November, 2019.


                         /s/_Cathryn J. Jones
                         Cathryn J. Jones, RPR
                         Official Court Reporter

MR. TOBIN: [9]  3/8 19/15 19/17 23/18 23/22 38/3 40/16 47/18 49/7
MR. TOPIC: [10]  3/12 6/24 24/7 24/25 25/15 25/24 26/11 48/6 48/13 48/23
MS. DAVISSON: [1]  3/15
MS. ENLOW: [35]  3/21 8/24 9/22 10/19 11/7 12/1 12/12 13/9 15/2 15/7 15/19 16/9 16/23 17/22 19/1 19/13 28/14 28/25 30/17 31/17 32/23 35/1 36/10 36/19 36/22 36/25 37/6 37/19 43/4 44/6 44/12 45/4 46/8 47/3 47/15
THE COURT: [54]
THE DEPUTY CLERK: [1]  3/1

**.**
.that's [1]  39/23
.x [1]  1/8

**/**
/s [1]  50/13

**1**
100,000 [1]  27/19
10:40 [1]  49/10
11,000 [1]  33/7
1100 [5]  2/4 24/20 25/5 26/1 26/22
1278 [1]  3/5
12th [1]  1/20
13 [3]  1/6 22/12 39/22
1432684 [1]  25/6
1500 [1]  40/2
16 [2]  41/17 42/9
1626 [1]  3/6
17 [1]  21/11
18 [1]  42/9
1800 [2]  9/6 12/5
19-1278 [1]  3/5
19-1278-RBW [1]  1/4
19-1626 [1]  3/6
19-1626-RBW [1]  1/5
1909 [1]  1/20
1st [10]  10/21 11/18 18/22 21/25 37/11 44/1 45/19 46/17 46/18 48/13

**2**
20001 [1]  2/10
20005 [1]  2/5
20006 [1]  1/21
2018 [1]  41/11
2019 [4]  1/6 41/19 41/19 50/11
202 [2]  1/21 2/5
20th [1]  41/17
220 [1]  33/5
2218 [1]  1/21
243-5900 [1]  1/16
25th [1]  47/14
26th [1]  50/11

**3**
3,000 [2]  27/18 32/6
30 [1]  39/14
30,000 [1]  9/5
302 [19]  11/13 11/13 19/24 19/25 20/2 20/11 21/2 21/10 21/12 22/5 22/15 22/20 25/21 33/1 33/14 34/6 34/8 36/5 39/22

**302s [73]**
311 [1]  1/15
312 [1]  1/16
3140 [1]  16/12
3143 [1]  16/13
32 [1]  21/10
33 [2]  38/18 43/1
333 [1]  2/10
3627 [1]  27/7

**4**
40 [1]  17/5
40,000 [1]  33/11
49 [1]  50/7

**5**
50 [2]  17/1 17/2
50-part [1]  16/7
500 [26]  10/13 10/21 11/18 20/10 20/10 22/15 22/20 24/3 32/2 32/13 32/16 32/20 32/25 37/13 39/20 40/3 43/24 44/4 44/8 44/12 44/17 45/18 45/24 45/24 48/2 48/12
5900 [1]  1/16

**6**
60607 [1]  1/16
616-8467 [1]  2/5
6521 [1]  2/9
661-2218 [1]  1/21

**7**
78 percent [1]  41/22

**8**
800 [2]  33/9 37/1
8467 [1]  2/5
880 [1]  22/12

**9**
95 percent [1]  43/15
9:35 [1]  1/8

**A**
a.m [2]  1/8 49/11
Aberdeen [1]  1/15
ability [2]  35/13 42/1
able [6]  5/21 6/12 8/19 14/25 22/25 44/1
about [41]  5/1 5/13 5/20 7/1 7/12 7/18 9/6 9/22 11/22 12/5 14/12 17/14 20/7 24/11 24/13 24/19 25/3 26/4 26/13 26/15 26/21 26/22 27/7 27/12 27/24 31/15 33/11 35/16 35/21 37/5 38/10 42/19 44/3 44/4 45/17 45/21 46/1 46/3 46/6 46/13 47/7
above [2]  13/22 50/6
accommodate [2]  31/9 38/24
accommodated [1]  39/17
accommodation [8]  29/12 29/18 29/22 29/23 30/20 37/24 43/15 44/24
according [3]  13/23 16/21 39/7
accurate [4]  12/14 24/14 43/21 44/2
accurately [1]  26/17
acknowledged [1]  25/10
acquire [1]  6/17
Action [2]  3/5 3/5
actually [2]  42/20 44/15

**A (continued)**
add [1]  33/25
added [1]  41/18
adding [2]  40/21 40/22
additional [1]  17/6
address [3]  3/20 5/17 14/16 38/4
addressed [3]  5/18 5/19 44/4
adduced [1]  50/5
adhere [1]  35/19
adjourned [1]  49/10
administration [7]  14/7 14/12 14/20 41/6 41/10 41/16 41/21
admitted [1]  16/6
admittedly [1]  14/16
adversely [1]  40/6
advertised [1]  12/17
adviser [1]  12/18
affect [2]  13/13 40/15
affecting [3]  32/11 32/12 40/6
affidavits [5]  5/2 12/10 26/4 35/14 40/18
after [4]  10/2 18/1 41/19 42/16
afternoon [1]  47/14
again [19]  9/18 12/4 17/6 17/8 18/3 22/1 26/20 26/22 35/9 35/11 39/9 39/15 39/15 40/5 40/11 44/7 45/6 45/16 47/21
against [1]  44/13
agencies [3]  20/20 32/4 37/12
agents [1]  13/15
agents' [2]  22/22 23/19
ago [1]  7/12
agree [5]  31/13 34/21 36/3 36/11 37/25
agreed [12]  4/24 11/23 15/18 18/2 18/3 19/10 19/10 25/1 25/2 25/12 30/23 30/25
agreeing [1]  16/23
agreement [10]  11/25 16/14 16/17 17/12 17/19 19/7 27/13 27/24 29/19 30/4
aided [1]  2/15
al [3]  1/3 3/3 3/4
alert [1]  20/22
alive [1]  19/7
all [29]  4/18 5/25 6/9 9/1 9/2 11/18 11/21 16/25 17/24 18/20 18/21 19/4 19/6 23/22 23/23 31/13 31/23 33/5 34/2 35/9 35/19 38/7 38/15 39/19 40/9 40/18 44/1 47/22 49/2
allegedly [1]  13/24
along [1]  23/20
already [14]  7/9 11/5 18/18 25/4 27/2 27/2 28/11 37/11 38/16 38/21 39/5 44/21 46/10 48/11
also [16]  3/11 5/3 12/20 13/3 13/6 13/11 14/1 18/9 18/15 22/11 24/15 28/4 31/3 36/4 36/11 42/24
although [1]  40/13
always [2]  27/12 34/3
am [1]  46/22
America [1]  49/2
American [2]  4/9 4/20
amount [10]  13/24 14/1 18/8 18/8 23/2 23/8 30/16 32/6 39/9 48/1
amounts [1]  21/23
analysts [1]  13/15
another [6]  9/12 10/16 11/6 22/24

**A**

another... [2] 42/19 44/16
answer [2] 40/25 41/10
any [16] 7/11 9/20 11/21 17/12 19/7
20/15 25/5 25/12 25/13 29/2 29/3 30/7
31/12 31/24 43/3 44/11
anybody [3] 9/11 15/9 47/21
anything [4] 3/19 19/13 27/10 37/19
apart [1] 39/13
apparently [3] 5/10 14/11 20/23
appearance [1] 3/19
APPEARANCES [2] 1/13 2/1
appears [2] 3/25 41/25
appreciate [3] 5/23 19/19 40/13
approach [1] 27/14
appropriate [10] 5/25 8/22 10/9 11/25
16/23 34/16 44/18 46/7 46/16 48/3
appropriated [1] 14/9
appropriately [1] 15/1
approximate [1] 37/2
approximately [1] 26/1
April [1] 7/23
apt [1] 20/6
are [102]
aren't [4] 14/4 33/9 38/18 38/18
around [1] 26/14
article [1] 15/6
articulated [1] 30/20
as [114]
ascertainable [1] 22/8
ask [10] 3/7 10/6 17/5 22/6 24/4 27/9
37/10 42/14 42/22 42/24
asked [1] 41/20
asking [2] 11/19 32/1
assess [1] 17/4
assessed [1] 16/22
assessment [2] 16/17 47/5
assessments [1] 45/11
associated [1] 26/11
assume [2] 8/14 34/25
attached [3] 38/8 38/9 43/11
attachments [5] 33/3 33/15 33/21 37/3
37/14
attack [1] 15/12
attempting [1] 48/24
attention [2] 7/25 25/21
attorney [3] 12/18 26/16 38/10
attorneys [1] 12/7
automated [1] 13/3
available [4] 14/3 18/6 30/3 47/11
Avenue [1] 2/10
average [2] 22/13 39/22
avoid [1] 41/7
aware [4] 9/1 11/19 11/21 44/13
awareness [1] 13/12
away [2] 27/3 42/3

**B**

back [7] 6/5 7/5 7/23 15/23 45/24 47/3
47/12
BALLARD [3] 1/19 3/10 3/11
ballardspahr [1] 1/22
ballardspahr.com [1] 1/22
Bannon [1] 20/13
Barr [2] 24/13 24/13
based [6] 3/25 5/1 16/17 22/14 30/20
37/25

basis [1] 42/10
basically [1] 24/10
basis [6] 19/22 22/4 22/14 24/2 30/10
39/14
be [115]
bearing [1] 20/17
because [24] 4/13 5/10 6/11 6/21 10/9
10/15 14/10 15/25 17/12 19/24 25/19
30/12 31/7 31/17 31/20 34/5 35/11
37/22 40/9 40/15 40/25 43/20 45/21
48/21
been [57]
before [13] 1/11 5/20 6/13 6/24 21/9
25/5 29/4 32/21 41/17 43/3 44/4 46/1
46/7
begun [1] 7/9
behalf [1] 3/23
being [35] 4/3 4/8 4/11 4/15 6/10 8/12
8/14 8/17 8/18 8/23 10/3 11/1 11/3
14/4 14/15 14/17 17/16 17/16 18/16
23/6 23/9 28/2 28/10 28/25 30/8 34/2
35/1 35/12 36/18 38/3 38/13 39/3
39/20 46/21 49/1
believe [26] 6/10 8/25 9/6 9/8 9/16
9/23 10/25 11/9 11/12 11/13 12/3 12/7
12/13 12/17 15/3 15/5 16/19 17/23
20/6 25/23 29/11 31/17 31/18 33/5
33/9 43/7
Berman [1] 3/24
best [2] 13/20 32/15
better [1] 19/21
between [4] 17/16 20/20 24/12 24/25
beyond [4] 44/4 44/8 45/18
billions [1] 15/22
bit [3] 26/15 26/24 37/16
bodies [4] 13/8 41/11 41/17 41/20
both [7] 18/22 21/13 23/6 25/22 31/4
31/9 31/21
Brady [1] 28/19
Branch [1] 2/4
brief [2] 18/1 19/12
briefing [1] 31/24
bring [1] 14/24
broad [1] 17/8
broadest [1] 26/3
Bruce [1] 11/12
budget [1] 41/14
bulk [1] 6/15
burden [2] 14/17 32/9
burner [1] 6/5
BuzzFeed [1] 3/14

**C**

CABLE [2] 1/5 3/3
call [1] 9/13
came [1] 8/10
can [42] 4/19 6/8 6/19 6/24 7/7 7/13
8/2 10/4 11/15 13/4 13/7 13/21 14/4
14/8 14/19 15/13 18/11 18/15 25/17
27/22 32/4 32/15 33/4 34/15 34/18
35/16 35/25 36/3 36/13 37/24 38/2
39/17 39/17 40/6 41/3 42/19 43/22
43/24 47/2 47/2 47/12 48/7
can't [9] 7/25 8/3 26/19 27/13 27/23
28/6 32/16 46/20 47/22
cannot [1] 32/10
capability [1] 14/16 40/19 42/4

capable [2] 22/19 23/9
capacity [3] 5/4 12/23 13/3
capture [1] 34/1
case [37] 4/14 5/22 6/7 8/11 9/11 9/20
10/2 10/13 10/16 10/17 10/19 10/25
11/3 11/7 11/19 13/7 18/12 18/16
19/24 20/2 20/3 21/11 22/5 23/18
23/19 26/2 28/9 28/15 28/17 29/5
30/17 34/3 34/4 36/13 43/10 44/13
50/6
cases [17] 4/14 6/5 7/19 8/20 9/2 9/9
9/20 10/22 11/2 12/5 12/18 30/13 31/7
31/19 31/21 40/7 40/16
cast [1] 5/15
categories [3] 25/12 30/24 31/13
category [16] 4/5 12/1 15/15 15/20
16/8 16/11 16/16 16/19 16/19 16/24
17/14 17/16 17/17 17/18 17/20 17/23
Cathryn [4] 2/8 50/2 50/13 50/14
Center [1] 3/17
certain [9] 16/11 20/1 20/5 21/22
21/23 29/17 29/25 30/5 34/24
certainly [5] 11/15 21/21 21/22 30/7
43/25
CERTIFICATE [1] 50/1
certify [2] 50/4 50/7
chance [4] 11/14 15/6 15/9 17/3
change [3] 17/7 34/12 38/19
charging [1] 26/18
Charles [3] 1/18 3/10 19/18
Chicago [1] 1/16
Chief [1] 21/9
Circuit [1] 38/14
circumstances [2] 30/12 34/6
citations [3] 18/8 18/9
cited [9] 18/2 18/4 18/5 18/17 18/21
19/5 19/9 20/16 24/15
Civil [3] 2/4 3/5 3/5
claim [2] 21/21 32/22
clarity [2] 48/7 48/25
classified [1] 13/18
clear [5] 3/18 29/10 38/2 40/23 47/4
cleared [1] 8/21
clearly [2] 9/12 33/16
client's [1] 26/20
CNN [16] 1/18 10/3 11/14 11/15 19/16
19/18 19/25 20/1 21/3 21/13 21/16
29/10 31/3 31/8 33/13 36/12
CNN's [2] 11/9 38/5
Cohen [1] 20/12
colleagues [1] 40/8
COLUMBIA [2] 1/2 50/4
com [1] 1/22
combined [1] 39/16
come [10] 7/5 23/13 27/13 27/23 27/24
42/8 42/15 42/18 47/3 47/12
comments [1] 38/5
committee [3] 29/16 29/20 29/24
committees [2] 30/5 30/21
communication [2] 20/19 24/25
communications [5] 20/18 24/11
24/18 25/3 26/7
comparable [1] 25/8
compared [1] 26/10
complaint [1] 25/7
complete [3] 39/24 48/16 49/3
completely [1] 28/19

**C**

compliance [1]  4/3
complied [1]  7/21
comply [2]  5/21 14/22
component [4]  12/11 41/12 41/17
41/18
compromise [1]  35/23
computer [1]  2/15
computer-aided [1]  2/15
conceivably [3]  26/9 28/7 33/25
concern [1]  4/7
concerned [4]  9/22 22/11 30/17 42/7
concerns [6]  20/8 21/4 21/5 23/15
42/2 42/3
concessions [1]  15/17
conclude [2]  5/25 46/22
concluding [1]  23/4
conducted [1]  39/8
CONFERENCE [1]  1/10
confidentiality [1]  30/4
Congress [7]  28/3 28/10 30/7 30/19
35/12 41/15 46/4
connection [2]  29/24 46/4
consideration [3]  6/6 18/25 31/14
considered [2]  14/5 24/6
considering [3]  18/8 35/15 45/9
consistent [1]  44/5
consolidate [2]  19/20 31/7
consolidated [3]  10/2 18/16 31/19
consolidation [2]  19/24 24/1
constitute [1]  50/8
Constitution [1]  2/10
Cont'd [1]  2/1
contact [3]  13/14 13/14 15/9
contacted [1]  16/3
contain [2]  33/24 47/8
contemplates [1]  8/2
context [3]  8/10 9/19 14/8
continue [6]  7/4 7/15 8/2 35/19 37/12
48/11
continuously [1]  17/9
contractors [2]  12/16 40/22
contrary [1]  38/20
controversy [1]  24/12
conversation [1]  33/17
convinced [3]  25/20 25/23 35/25
copy [1]  20/15
Correct [1]  37/7
correspond [1]  8/16
could [9]  5/9 14/23 15/2 17/2 21/21
21/23 30/5 37/12 37/12
couldn't [1]  21/18
counsel [20]  3/23 8/15 9/17 13/11
15/22 16/3 16/25 17/6 17/25 19/4 19/6
24/4 28/1 28/17 29/4 30/24 35/23 38/6
38/20 43/7
counsel's [3]  11/22 12/24 42/12
count [1]  37/2
counted [3]  10/15 10/20 11/6
counting [1]  10/13
couple [2]  38/5 44/14
course [4]  16/5 28/20 31/22 39/4
court [39]  1/1 2/8 2/9 2/9 3/18 19/19
19/20 19/21 19/23 20/3 20/22 22/2
22/6 22/15 23/5 23/11 23/12 23/25
29/14 31/19 32/13 38/10 38/14 38/24
39/1 39/12 40/1 42/3 42/14 42/16

42/18 42/22 42/25 44/16 46/10 47/5
50/2 50/3 50/14
Court's [7]  20/6 20/11 21/5 21/16
21/17 39/15 41/9
Courtney [2]  2/2 3/22
courtney.d.enlow [1]  2/6
courts [1]  32/14
covered [1]  18/22
criminal [3]  11/12 34/5 42/11
critical [1]  35/16
criticism [1]  5/15
criticizing [1]  14/23
currently [2]  35/18 45/14
custodians [2]  25/1 27/11
cut [2]  41/11 41/20
CV [1]  1/4 1/5

**D**

D.C [2]  2/10 38/14
date [4]  45/23 46/17 46/18 48/4
Davisson [1]  3/17
day [2]  20/21 50/11
days [1]  39/14
DC [3]  1/21 2/5 32/14
DDC [1]  11/19
deadlines [1]  32/13
deal [1]  36/5
dealing [3]  27/17 27/18 27/18
dealt [1]  39/10
December [4]  37/10 44/1 45/19 48/12
decide [2]  28/13 46/7
decision [1]  31/7
decisions [1]  26/18
declarations [5]  9/5 9/7 15/11 16/2
32/3
deeply [1]  42/2
Defendant [2]  1/7 2/2
defendants [1]  26/2
degree [7]  4/22 5/7 5/18 5/19 6/23
26/7 31/8
delay [1]  9/11
deliberately [1]  40/24
DEPARTMENT [20]  1/7 2/3 3/4 4/23
5/11 13/25 14/3 14/17 19/10 29/19
30/2 34/22 35/17 36/3 41/5 41/12
41/18 41/20 41/22 42/25
describing [1]  26/17
desire [1]  5/23
despite [1]  18/25
detail [1]  29/13
detailees [2]  12/15 12/17
details [1]  7/11
determination [1]  8/17
determinations [1]  5/5
determine [2]  15/9 34/24
determined [2]  8/21 10/8
did [6]  5/3 5/3 11/17 18/22 29/11
41/10
didn't [1]  5/11
different [10]  26/2 26/25 27/1 28/19
29/10 30/14 35/4 45/11 46/5 48/23
difficult [1]  37/16
direct [2]  22/2 42/25
directed [2]  22/16 24/2
directive [1]  22/16
directly [2]  20/7 41/9
disabling [1]  42/1

disarray [1]  40/10
disclose [1]  6/10
disclosed [3]  6/11 26/9 26/11
discovery [1]  28/9
discuss [1]  8/3
discussion [3]  7/13 22/1 27/22
discussions [1]  27/7
district [7]  1/1 1/2 1/12 2/9 44/10 50/3
50/3
divert [1]  14/8
diverted [2]  14/4 14/20
Division [3]  2/4 12/21 13/1
do [39]  5/9 6/3 6/4 6/12 8/4 9/3 9/20
13/13 14/25 15/2 15/10 17/21 27/22
30/22 31/6 31/12 32/10 32/16 32/19
34/16 36/7 36/12 40/6 40/10 41/4
43/22 43/25 44/1 44/11 45/2 46/22
47/2 47/9 48/2 48/19 48/21 49/4 49/7
50/4
Docket [2]  1/4 1/5
document [7]  10/6 10/9 10/10 10/10
11/5 18/11 29/15
documents [79]
DOD [1]  44/13
does [5]  9/10 17/20 34/10 34/22 39/8
doesn't [3]  11/4 18/7 34/20
doing [8]  9/16 13/1 13/16 13/20 14/12
32/15 34/9 39/19
DOJ [6]  16/12 22/9 26/5 27/6 27/7
27/9
don't [45]  4/10 4/12 5/24 6/8 6/18 9/4
9/10 9/18 9/23 10/4 12/3 12/13 14/2
14/12 15/7 15/8 15/10 16/16 18/13
27/3 27/19 29/2 29/6 31/5 35/16 36/7
36/23 37/3 37/7 37/9 37/21 38/1 40/25
44/15 45/5 45/6 45/16 45/20 46/16
46/17 47/12 47/13 47/25 48/19 48/21
done [12]  4/11 4/22 5/9 5/16 15/2
30/14 31/24 42/20 44/6 44/9 47/24
49/1
door [1]  15/13
down [2]  6/18 8/4
drabs [1]  48/22
drafting [1]  17/25
dribs [1]  48/22
due [1]  6/5
duplication [3]  9/21 9/22 25/5
during [1]  28/4

**E**

each [3]  22/13 24/3 26/4
earlier [1]  21/22
earnest [2]  40/18 42/16
earnestly [1]  41/1
Easier [1]  19/20
easy [2]  43/9 43/19
economy [1]  24/1
effort [4]  9/1 9/8 14/23 42/17
efforts [7]  5/3 5/7 12/11 12/16 12/20
12/22 16/5
eight [3]  27/15 40/3 42/24
either [5]  9/19 10/7 15/8 25/23 27/17
electronic [2]  3/17 40/20
Elizabeth [1]  2/3
Elizabeth.Shapiro [1]  2/6
else [3]  19/13 20/8 37/19
Email [6]  1/17 1/17 1/22 1/22 2/6 2/6

**E**

emails [3]  24/20 25/6 25/25
employ [1]  34/23
employees [2]  12/5 40/21
enacted [1]  4/4
encompass [1]  34/20
encourage [1]  23/11
end [1]  37/17
ends [1]  9/24
enforcement [1]  13/18
engage [2]  17/7 17/10
engaging [1]  16/5
enhanced [1]  14/16
Enlow [2]  2/2 3/23
enough [2]  4/2 35/8
entered [1]  29/19
entire [1]  18/11
entirely [4]  3/18 10/21 12/13 40/23
entities [1]  4/16
epic [1]  16/11
equal [1]  24/8
equally [1]  25/24
especially [2]  6/1 37/17
essence [1]  30/11
essentially [7]  4/19 9/14 30/15 32/1
 32/3 48/16 49/2
estimate [1]  18/13
estimated [1]  33/6
et [3]  1/3 3/3 3/4
even [9]  5/18 5/19 6/22 11/24 12/17
 14/9 29/3 42/5 48/1
every [4]  9/1 9/8 15/21 32/5
everybody [1]  47/18
everyone [1]  8/5
everything [1]  42/4
exact [3]  19/24 21/12 29/13
exactly [5]  13/10 21/17 29/10 30/18
 40/19
example [3]  9/13 18/12 22/15
excuse [1]  18/4
exempt [2]  10/10 31/17
exemption [3]  20/17 20/18 32/22
exemptions [2]  21/2 21/21
exhibit [4]  29/11 38/8 38/9 43/13
exhibits [3]  23/21 33/4 44/21
exists [1]  10/24
expect [1]  29/7
expedited [23]  7/17 7/19 7/20 7/23 8/6
 12/3 19/22 22/3 23/13 24/9 24/15
 25/10 25/13 27/8 27/16 30/25 31/14
 35/4 35/6 36/4 39/2 39/11 39/14
expedition [1]  24/1
expeditious [4]  4/12 31/1 34/21 34/24
expeditiously [2]  11/24 35/13
experience [2]  34/1 34/3
experts [1]  13/14
extensive [1]  28/24
extent [12]  4/18 6/6 6/9 9/18 9/21
 10/24 14/4 14/13 16/18 20/1 28/12
 28/24
extrapolate [2]  33/8 33/10
extreme [1]  39/24
extremely [1]  14/5
eye [1]  45/15
eyes [3]  38/21 39/6 39/10

**F**

face [2]  16/1 41/21
facilitate [1]  13/1
fact [2]  17/4 38/21
fair [2]  7/11 36/12
fairly [1]  34/1
faith [2]  16/5 42/16
fall [1]  16/19
falling [1]  12/1
far [11]  4/24 7/17 9/22 10/23 22/14
 27/3 27/15 30/17 36/6 38/22 39/22
fast [1]  15/13
faster [2]  13/8 22/19
FBI [21]  8/25 9/5 9/12 9/24 13/15
 13/16 14/18 15/11 18/10 22/9 22/16
 22/18 24/2 24/18 24/18 25/2 25/6
 25/25 26/6 26/13 35/17
February [1]  46/18
Federal [1]  2/4
felt [2]  14/7 14/10
few [1]  11/10
file [5]  16/1 18/12 28/5 29/11 46/9
filed [7]  4/6 6/1 15/4 15/24 18/1 18/18
 43/12
files [5]  18/10 20/3 22/5 23/18 23/19
filing [7]  11/10 15/4 21/10 29/11 30/9
 43/11 43/14
find [3]  23/12 45/20 46/2
finish [1]  32/21
firm [1]  3/10
first [14]  24/3 24/10 25/18 25/21 28/25
 31/20 31/23 33/17 36/1 37/8 38/7
 40/18 43/6 43/23
fiscal [2]  41/17 41/19
five [4]  16/9 16/19 16/24 17/17
flagged [2]  11/10 11/14
Floor [2]  1/15 1/20
Flynn's [1]  11/10
focus [4]  7/25 27/9 37/15 42/18
focused [3]  32/17 33/19 34/17
FOIA [37]  4/15 5/6 5/14 9/3 9/6 9/15
 9/25 10/22 11/11 11/16 12/9 13/2 13/2
 13/11 14/18 18/19 23/1 28/8 28/20
 29/2 29/7 30/15 32/5 32/11 32/11
 33/20 35/5 39/4 41/7 41/12 41/17
 41/23 42/13 42/21 43/9 43/19 43/20
folks [1]  12/8
following [1]  47/12
footing [2]  24/8 25/8
footnote [1]  19/12
foregoing [1]  50/7
format [1]  30/3
forward [3]  3/7 8/5 27/20
found [2]  34/8 41/13
four [1]  41/23
frank [1]  15/8
frankly [4]  15/10 23/15 40/24 41/3
frequently [1]  34/5
fruit [1]  27/1
FTI [1]  33/6
fulfill [1]  22/25
full [1]  4/3
fully [3]  5/23 17/4 40/13
funding [1]  14/8
funds [5]  5/11 5/12 14/3 14/9 14/24
furniture [1]  14/2
further [3]  7/7 18/3 50/7

**G**

Gates [2]  20/12 20/12
gave [1]  11/18
general [3]  26/16 38/10 42/12
generally [1]  34/4
generate [1]  7/6
get [29]  4/19 5/23 6/13 6/14 6/20 6/24
 10/4 20/24 20/25 21/1 22/23 24/23
 31/10 31/23 34/18 36/2 36/8 36/17
 42/23 44/21 44/25 46/25 47/23 48/3
 48/7 48/20 48/22 48/25 49/5
gets [1]  19/22
getting [8]  7/25 12/15 25/21 27/4 27/4
 33/10 44/22 44/25
gigantic [1]  12/24
Giglio [1]  28/19
give [8]  6/5 11/15 25/16 31/5 34/11
 35/9 37/23 49/6
given [12]  7/20 14/13 17/8 22/4 34/25
 35/24 39/3 39/24 45/13 46/23 46/23
 46/24
giving [1]  9/11
go [16]  20/2 20/3 20/7 25/18 31/20
 38/20 40/1 45/18 45/24
goal [1]  20/24
goes [1]  21/5
going [28]  6/12 6/23 7/6 10/2 13/13
 21/17 22/6 24/23 26/23 27/21 29/5
 30/15 31/25 33/11 35/22 36/8 38/18
 38/18 39/15 40/15 41/9 42/8 43/8
 43/21 45/19 46/22 48/11 48/22
gone [1]  39/5
good [12]  3/9 3/12 3/13 3/15 3/16 3/21
 3/22 3/25 16/5 42/16 47/15 47/17
got [4]  9/6 12/5 47/21 49/6
gotten [1]  7/10
government [42]  3/23 4/4 4/9 5/1 5/9
 5/16 6/3 6/19 7/2 7/10 8/8 8/9 8/15
 8/19 11/4 11/23 12/16 15/17 16/15
 16/22 20/4 20/9 20/23 21/7 21/18 22/3
 23/12 23/16 24/20 25/4 25/9 26/21
 27/20 28/1 30/24 34/21 35/18 38/5
 41/25 42/13 42/15 43/3
government's [4]  21/4 28/18 43/10
 43/14
grade [1]  13/22
grand [4]  24/21 30/10 43/8 43/20
granted [11]  7/17 7/19 7/24 8/6 12/3
 24/9 24/15 27/8 35/6 48/9 48/15
grants [1]  35/4
greater [1]  5/19
greatest [2]  23/2 23/8
guess [9]  4/7 4/23 8/9 13/25 16/8 28/7
 47/2 47/12 47/14

**H**

had [28]  5/11 9/5 11/14 14/21 15/6
 15/9 15/17 16/22 17/1 17/3 17/7 19/3
 19/3 20/15 25/17 26/13 29/3 33/16
 33/17 37/2 38/11 38/13 40/17 41/16
 44/5 44/14 44/22 50/5
half [1]  39/23
halfway [1]  37/11
hand [5]  4/10 5/17 31/6 40/21 40/22
handle [2]  32/4 32/4
handles [1]  41/12
handwritten [7]  23/20 33/2 33/15

**H**

handwritten... [4] 33/20 37/3 37/11 44/20
hanging [1] 27/1
happen [1] 9/10
happening [2] 8/19 13/12
happy [2] 17/9 46/9
has [27] 4/1 4/4 4/9 4/20 9/6 11/20 11/23 12/11 12/14 12/20 14/7 16/17 16/18 18/18 19/9 19/10 20/17 21/3 25/4 25/9 30/2 31/4 33/6 35/23 41/6 42/2 46/6
hasn't [1] 4/23
hate [1] 49/5
have [108]
haven't [10] 7/18 10/20 11/14 15/8 17/3 17/7 27/10 27/11 34/8 35/5
having [2] 30/23 35/14
he [1] 32/4
hear [1] 7/7
heard [3] 19/16 33/18 37/8
hearing [2] 20/4 23/25
help [2] 8/5 22/25
here [9] 3/19 7/22 8/13 8/17 8/24 12/3 43/9 44/16 44/19
here's [1] 7/2
hereby [1] 50/4
hereto [1] 50/10
highest [3] 26/1 26/13 26/21
highlight [1] 24/17
Hill [1] 42/11
hire [1] 12/16
his [2] 11/12 44/3
holidays [1] 46/17
Honor [37] 3/2 3/9 3/13 3/16 3/18 3/22 6/25 8/25 9/23 11/8 12/2 15/3 15/20 19/14 19/16 19/18 22/11 22/13 30/18 31/18 32/24 35/2 36/11 36/24 37/10 37/20 38/4 39/25 40/17 40/25 42/7 43/5 44/7 45/5 47/4 48/7 49/8
Honor's [1] 38/21
HONORABLE [1] 1/11
House [23] 21/7 21/11 21/12 21/20 22/4 23/3 23/7 29/9 29/16 29/19 29/23 38/7 38/9 38/11 38/12 39/4 39/7 43/6 43/23 44/24 45/4 45/4 45/9 46/23
housed [1] 12/25
houses [1] 12/21
how [24] 13/12 16/11 26/15 27/10 29/10 31/14 31/15 32/21 34/22 36/17 36/25 37/5 40/6 41/1 45/16 45/20 45/20 45/25 46/2 46/2 46/6 46/13 47/25 48/25
Howell [1] 21/9
Howell's [1] 38/14
however [1] 34/20
humongous [1] 5/2
hundred [1] 20/15

**I**

I'd [3] 7/24 45/16 49/4
I'll [5] 8/8 29/14 34/11 46/12 47/3
I'm [25] 9/10 11/19 11/20 15/14 16/10 25/11 25/19 25/20 25/22 26/7 31/9 35/25 37/21 39/19 40/5 40/18 40/23 41/3 42/3 44/13 45/8 45/19 47/6 47/14 48/24

I've [9] 22/16 33/17 34/7 34/9 37/8 46/14 47/21 48/5 49/6
idea [5] 9/20 27/17 31/12 33/18 44/23
ideally [1] 24/21
identical [2] 8/23 11/2
identified [10] 7/6 9/19 9/25 10/7 10/16 24/20 27/2 30/24 46/14 48/5
identify [1] 3/7
IL [1] 1/16
illuminate [1] 26/15
immediately [1] 28/6
impeachment [3] 21/12 23/3 42/10
importance [2] 23/1 25/12
important [15] 5/13 14/6 14/10 14/21 14/22 24/7 25/14 25/24 25/24 29/9 36/9 47/7 48/2 48/21 48/23
inclination [2] 33/22 35/24
incline [1] 45/16
inclined [5] 25/19 45/22 47/24 48/4 49/4
include [2] 11/17 37/3
included [1] 10/17
includes [1] 33/20
including [1] 37/13
inconsistent [1] 44/8
increase [8] 5/4 12/12 12/22 13/2 40/2 41/23 42/14 42/22
increased [1] 4/15
increases [1] 41/21
increasing [2] 44/4 44/8
indicate [1] 47/3
indicated [1] 19/1
individual [1] 29/7
individuals [1] 29/7
information [31] 3/17 4/8 4/12 4/18 5/24 6/9 6/13 6/15 6/15 8/12 10/1 12/14 19/22 20/25 21/19 22/23 23/5 23/9 23/13 25/16 25/22 33/24 34/2 34/10 34/15 34/17 35/3 37/9 41/13 42/10 47/8
informed [1] 27/22
informing [1] 42/10
initial [2] 12/6 27/21
initially [1] 42/18
initiated [1] 7/12
instruction [1] 29/21
intelligence [2] 13/15 29/24
interagency [1] 20/18 20/18
interest [5] 23/2 23/8 24/1 26/10 39/25
interested [2] 16/4 16/5
interests [1] 39/16
interference [1] 30/1
internally [1] 15/12
interpret [1] 26/16
interviews [2] 20/19 22/22
invest [1] 13/3
investigation [4] 13/13 24/19 26/14 37/2
involved [4] 4/16 19/23 35/20
involving [1] 44/14
is [110]
issue [6] 6/2 14/21 19/4 20/20 37/24 41/1
issued [3] 10/1 29/16 40/8
it [102]
it's [44] 5/16 6/12 8/21 9/14 10/8 13/6 15/17 16/19 19/2 19/7 22/5 23/24

24/17 26/8 26/25 27/15 27/15 28/16 32/9 32/9 35/2 35/6 35/11 35/24 36/15 36/25 37/6 37/16 37/25 38/1 39/9 40/2 40/10 40/23 43/25 44/18 46/5 46/10 47/20 48/1 48/2 49/1
item [2] 7/6 22/17
its [7] 5/1 12/12 14/21 16/1 17/4 23/8 42/1

**J**

Jackson's [1] 23/5
January [4] 37/14 46/17 47/25 48/6
JASON [3] 1/3 1/14 3/3
John [1] 3/16
Jones [4] 2/8 50/2 50/13 50/14
JUDGE [5] 1/11 1/12 21/9 23/5 38/14
judges [3] 44/6 44/9 44/11
judgment [8] 4/5 15/25 17/11 17/18 17/22 18/25 19/2 37/22
judicial [1] 22/24
judiciary [2] 29/16 29/20
Jury [3] 30/10 43/8 43/20
just [61]
JUSTICE [12] 1/7 2/3 3/4 12/21 13/1 15/9 19/10 41/5 41/12 41/18 41/22 42/25
Justice's [1] 39/6
justify [1] 22/7

**K**

keep [1] 31/25
Kelley [1] 1/19 3/11
kelleym [1] 1/22
Khashoggi [1] 44/14
kind [9] 9/15 26/21 27/1
knew [1] 16/21
know [51]
knowing [1] 26/12
knows [1] 33/23

**L**

labeled [1] 16/10
labor [1] 13/4
lack [2] 26/25 35/13
large [3] 13/24 18/7 18/12
Largely [2] 20/14 38/11
largest [2] 7/1 7/13
last [8] 15/4 16/3 16/6 20/4 23/25 24/17 24/24 41/23
late [1] 6/16
later [2] 20/20 34/18
law [3] 3/10 8/2 13/18
lays [1] 29/13
leadership [4] 24/18 25/3 25/25 26/7
least [16] 4/1 5/6 6/14 6/20 10/9 14/7 15/16 22/20 25/9 25/24 27/20 28/22 34/13 42/17 46/24 48/20
left [1] 34/11
legitimate [1] 5/12
LEOPOLD [17] 1/3 1/14 3/3 3/14 10/3 11/16 15/4 16/4 16/10 16/21 18/1 18/18 19/9 23/24 31/9 32/1 33/13
Leopold's [9] 12/4 16/3 20/1 21/13 24/4 30/24 31/22 31/25 36/13
let [4] 7/14 10/6 24/4 46/12
Let's [1] 22/18
letter [1] 38/9

## L

letting [1] 13/18
level [1] 25/15
levels [2] 26/13 26/21
lie [2] 9/4 12/3
light [1] 35/19
like [18] 7/25 11/17 13/3 16/20 24/22 24/22 25/18 27/10 27/19 33/13 33/18 37/7 45/25 47/5 47/24 48/9 48/25 49/1
limit [2] 17/19 45/17
limitation [5] 15/18 16/16 16/20 16/23 19/1
limited [1] 11/9 28/8
line [1] 36/6
list [3] 7/3 24/6 25/16
literally [1] 17/1
litigate [1] 21/1
litigated [2] 20/23 38/13
litigation [19] 4/16 6/1 6/1 6/2 9/1 10/7 12/7 12/19 25/22 28/13 32/12 34/5 35/20 36/19 45/3 45/3 45/10 46/5 46/24
litigations [2] 5/14 10/25
little [2] 26/15 26/24
LLP [1] 1/19
lobbying [1] 41/20
long [9] 5/20 6/13 6/24 31/15 32/21 33/2 36/17 45/20 46/2
look [6] 8/7 11/14 12/15 16/1 28/12 29/3
looked [2] 28/25 29/8
looking [4] 18/14 19/19 26/20 29/7
looks [2] 16/20 17/4
lot [7] 5/10 6/3 12/8 13/8 15/15 20/22 23/5
LOVEY [4] 1/15 1/15 3/14 3/14
lovey.com [2] 1/17 1/17
low [1] 27/1

## M

machine [3] 2/14 50/4 50/9
made [23] 4/4 4/14 5/7 5/21 7/2 7/10 7/23 8/18 9/8 10/3 12/11 12/16 14/23 16/17 19/25 20/7 20/9 21/3 21/7 30/3 38/6 38/11 45/12
majority [3] 20/16 38/17 39/6
make [10] 5/5 9/1 13/17 15/17 22/6 23/13 38/22 41/7 41/14 42/9
making [2] 31/8 42/16
manageable [1] 38/23
management [3] 12/21 13/1 22/25
many [19] 9/4 18/19 26/23 27/10 31/10 31/14 34/9 35/7 36/25 37/5 43/14 44/9 45/17 45/21 45/25 46/2 46/6 46/13 47/25
March [1] 7/23
Marsha [1] 3/24
material [5] 13/18 20/15 30/10 38/13 39/9
materials [5] 18/21 29/17 38/17 39/3 39/8
math [2] 39/20 39/21
matt [2] 1/17 3/13
matter [3] 11/6 11/12 13/14
matters [15] 4/15 6/6 8/21 10/11 10/11 11/3 11/13 13/12 25/23 31/1 34/20 36/3 45/9 45/10 45/14

## Matthew

Matthew [3] 1/14 1/19 3/11
maximum [1] 23/8
may [18] 6/15 13/22 14/5 14/14 16/21 19/16 21/20 24/11 28/8 33/25 38/4 45/18 45/23 47/7 47/8 47/24 48/4 48/23
maybe [6] 6/12 7/7 7/14 7/25 8/5 28/8
me [39] 3/10 3/23 4/1 4/2 5/18 5/25 10/6 10/12 10/15 11/4 14/19 14/23 15/2 16/3 17/15 18/4 24/4 25/16 28/11 28/23 30/11 30/23 30/25 31/4 34/11 34/13 34/15 35/10 35/18 35/22 36/7 37/20 38/20 39/5 40/24 45/8 45/13 46/13 49/1
meager [1] 21/24
mean [12] 4/7 12/2 12/3 13/6 26/7 28/15 29/1 30/22 31/5 34/22 39/8 47/11
meat [1] 47/9
meet [1] 42/20
members [2] 30/4 30/5
mentioned [1] 21/15
merits [1] 21/1
merrick [1] 1/14 1/17
messaging [1] 36/14
Michael [2] 11/10 20/12
midstream [1] 37/16
might [12] 13/15 16/4 20/8 21/20 22/24 22/25 26/24 27/1 33/4 37/24 44/17 45/21
millions [3] 7/7 15/3 15/22
minimize [1] 25/11
mirky [1] 40/23
mission [1] 13/16
modest [1] 24/21
moment [3] 7/14 11/9 25/17
Monday [2] 47/16 47/17
money [5] 5/10 13/24 14/1 14/14 14/19
month [14] 10/14 22/20 24/3 32/2 32/6 32/14 32/21 32/25 37/17 39/21 42/24 43/24 44/15 44/18
months [3] 27/15 40/4 42/9
moot [6] 17/12 17/20 19/6 19/9 19/11 37/24
mooted [1] 37/25
more [36] 5/9 6/3 8/4 9/14 9/25 12/16 12/17 14/10 14/23 15/2 19/20 19/21 21/19 21/21 22/6 22/7 22/20 22/23 25/14 25/23 26/15 28/8 32/9 32/9 32/16 35/13 38/23 39/2 39/11 39/14 43/16 44/12 44/21 45/23 46/20 48/2
morning [9] 3/2 3/9 3/12 3/13 3/15 3/16 3/21 3/22 3/25
most [5] 23/13 24/6 36/9 36/12 48/20
motion [11] 4/9 15/24 16/2 17/11 17/21 18/1 19/2 19/3 19/8 19/11 37/22
move [5] 8/5 27/20 36/13 38/18 39/17
Mr [20] 10/3 12/4 15/4 16/3 16/4 16/10 18/1 18/18 19/9 20/1 21/13 23/24 24/4 24/13 24/13 31/21 31/25 32/1 33/13 36/13
Mr. [6] 11/16 16/21 20/12 23/7 24/12 26/17
Mr. Gates [1] 20/12
Mr. Leopold [2] 11/16 16/21
Mr. Mueller [2] 24/12 26/17

## Mr. Stone's

Mr. Stone's [1] 23/7
much [7] 20/25 32/10 32/16 40/1 41/7 41/8 46/18
Mueller [5] 24/11 24/12 25/3 26/17 29/17
Mueller-related [1] 25/3
multiple [1] 17/3
my [18] 3/9 10/23 12/10 18/10 26/19 28/16 31/6 31/19 32/25 33/22 33/25 34/3 35/2 35/24 35/24 40/8 45/6 50/9 50/10

## N

N.W [1] 2/10
name [2] 3/9 50/11
narrative [9] 33/2 33/14 33/20 36/21 36/21 47/5 47/6 47/8 47/9
narratives [5] 37/6 37/15 44/19 44/20 44/25
narrow [23] 4/11 6/19 7/3 7/5 7/24 8/4 8/7 15/23 16/6 17/1 18/2 18/3 19/10 19/25 21/2 22/16 22/18 23/24 27/23 33/13 33/18 46/21 47/22
narrowing [7] 4/21 4/23 16/4 17/10 17/13 19/8 37/8
nature [2] 30/12 36/8
necessarily [1] 43/18
necessary [1] 15/1
need [10] 4/17 4/18 6/9 13/14 13/17 30/20 31/1 39/10 42/18 46/20
needed [1] 3/18
needs [2] 31/2 31/24
NETWORK [2] 1/5 3/3
new [2] 10/22 11/18
news [3] 1/5 3/3 15/5
night [1] 15/4
nine [1] 12/5
no [11] 1/4 1/5 11/25 19/14 20/17 21/18 27/17 30/7 41/2 41/21 48/10
non [1] 8/18
non-release [1] 8/18
norm [1] 44/17
not [83]
note [1] 39/19
noted [2] 19/11 44/8
notes [8] 23/20 33/2 33/15 33/21 37/3 37/13 44/20 50/9
noticed [1] 15/5
November [7] 1/6 10/21 11/18 18/22 21/25 37/11 50/11
now [6] 6/4 19/9 22/18 27/9 27/15 33/8 33/13 38/14 39/25
number [18] 3/5 3/5 4/14 4/15 7/16 7/22 8/11 9/21 10/18 11/7 12/8 16/18 25/6 38/2 41/23 44/4 45/25 48/22
numbers [3] 9/4 12/2 12/12
numerous [1] 32/13
NW [2] 1/20 2/4

## O

o'clock [1] 47/18
Obama [1] 41/16
objective [1] 35/12
obligated [1] 11/7
obligation [4] 6/7 10/14 10/18 48/12
obligations [4] 28/9 28/18 41/8 42/20
observation [2] 28/23 29/1
obviously [12] 4/2 6/4 8/11 12/23

**obviously... [8]** 20/20 30/23 31/7
33/10 34/3 36/15 44/22 45/11
**occur [3]** 31/2 34/10 46/6
**October [1]** 21/10
**October 8 [1]** 21/10
**of Ballard [1]** 3/10
**office [6]** 12/14 12/20 12/21 15/22
35/3 42/12
**offices [1]** 13/20
**official [4]** 2/9 50/2 50/8 50/14
**Ohr [1]** 11/13
**OIP [4]** 8/25 9/6 12/3 15/11
**Okay [5]** 3/21 16/24 37/19 47/20 49/8
**once [3]** 38/16 39/6 45/24
**one [42]** 4/5 4/22 8/9 9/11 9/15 11/19
11/20 12/25 15/15 15/16 16/8 16/8
16/9 16/16 16/24 17/15 17/16 17/18
17/20 17/23 18/19 19/4 19/5 19/6
20/10 20/12 21/4 21/5 24/10 24/15
24/17 24/24 25/16 25/17 25/18 26/25
27/8 27/9 29/25 31/6 31/21 32/5
**onerous [1]** 28/14
**ones [4]** 8/6 11/21 18/17 35/6
**ongoing [1]** 29/23
**online [1]** 9/14 9/24 10/2 41/14
**only [11]** 4/14 7/12 13/10 19/23 20/1
21/15 22/12 32/2 39/21 43/20 46/3
**open [3]** 9/5 12/5 49/2
**operational [1]** 13/16
**opportunity [2]** 35/10 37/23
**opposing [3]** 28/17 29/4 43/7
**order [19]** 6/2 6/10 15/2 20/11 21/16
28/17 29/5 31/16 35/25 39/12 39/23
43/1 45/7 45/19 45/22 46/1 47/24
48/19 49/5
**ordered [6]** 20/4 23/25 32/13 38/15
44/5 44/11
**ordering [2]** 40/9 40/14
**orderly [1]** 42/1
**orders [3]** 39/1 40/8 44/9
**original [2]** 11/18 19/3
**originally [1]** 15/21
**other [64]**
**otherwise [2]** 25/20 35/25
**ought [1]** 22/9
**our [13]** 3/19 7/25 18/1 19/12 20/7
20/24 21/16 26/2 38/9 39/21 48/8
48/14 49/2
**out [31]** 8/11 9/2 13/5 13/18 15/13
19/22 20/8 20/25 21/6 22/12 22/23
23/13 27/4 29/6 29/13 33/23 34/11
34/12 36/2 36/9 36/9 36/17 41/13 42/8
42/23 43/23 45/20 46/2 46/25 48/21
49/6
**outcome [1]** 22/1
**outlined [1]** 32/3
**over [4]** 9/5 31/6 34/25 41/23
**overall [2]** 41/11 41/18
**overbroad [2]** 16/1 17/4
**overlap [6]** 9/3 10/5 11/21 17/15 21/13
39/16
**overlapping [3]** 18/18 18/19 18/19
**overlaps [2]** 19/25 31/8
**overly [1]** 35/16
**own [1]** 43/13

**page [9]** 18/11 32/2 32/6 32/14 37/2
40/2 43/24 44/14 44/17
**pages [26]** 7/7 15/22 20/10 20/14
20/15 22/13 22/15 24/3 24/20 25/5
26/1 26/22 26/24 27/18 27/19 32/16
32/25 33/7 33/11 37/5 37/13 39/22
45/21 46/6 46/13 50/7
**papers [3]** 20/7 38/9 41/10
**part [9]** 16/7 19/9 19/11 22/1 23/6
29/18 30/2 30/19 44/24
**partial [6]** 4/4 15/24 17/17 17/21 18/24
37/22
**particular [2]** 12/11 45/23
**parties [5]** 3/7 34/12 37/23 38/2 46/20
**parts [2]** 12/15 17/2 17/3
**patently [2]** 15/25 17/4
**pay [1]** 13/22
**pending [4]** 9/2 13/13 21/9 21/9
**people [10]** 14/24 25/2 26/12 26/20
27/2 32/7 32/10 32/15 35/8 47/13
**per [10]** 10/14 32/2 32/6 32/14 32/21
32/25 39/22 43/24 44/15 44/17
**perceive [1]** 48/20
**percent [3]** 9/21 41/22 43/15
**perform [1]** 12/25
**perhaps [3]** 32/13 33/15 39/14
**period [5]** 5/20 6/20 42/24 43/2 46/15
**permanent [1]** 29/24
**person [1]** 29/3
**personal [1]** 13/4
**Peter [1]** 11/13
**pick [1]** 25/17
**picking [1]** 27/8
**place [2]** 8/1 35/18
**placed [1]** 14/17
**Plaintiff [4]** 1/3 1/5 1/14 1/18
**plaintiffs [8]** 4/17 6/8 13/23 15/16
15/16 15/23 28/2 33/1
**plans [1]** 47/14
**pleadings [3]** 15/25 17/11 19/3
**please [1]** 3/8
**plus [2]** 17/5 17/5
**point [11]** 17/8 17/10 18/13 20/25 21/1
21/17 34/18 37/25 42/16 46/7 47/1
**points [1]** 20/7
**policy [3]** 12/14 26/18 35/3
**portals [1]** 41/14
**position [2]** 10/23 12/18
**possible [14]** 5/24 21/2 23/14 31/11
34/14 34/19 36/10 39/18 41/8 46/25
47/24 48/4 48/21 49/6
**possibly [1]** 17/15
**posts [1]** 9/12
**potentially [1]** 26/18
**practicable [1]** 7/21 8/2
**practice [1]** 9/16
**preference [2]** 31/5 34/25
**prepared [2]** 6/18 35/25 37/21
**pretty [2]** 8/7 24/20
**previously [1]** 44/5
**primarily [1]** 7/1
**prior [1]** 6/2
**prioritize [2]** 43/22 44/23
**priority [13]** 7/20 14/13 22/17 26/1
31/5 31/23 32/17 35/24 41/7 45/13
46/25 47/22 49/7

**Privacy [1]** 3/17
**privilege [1]** 30/10
**probably [8]** 6/14 7/1 21/22 33/24
47/10 47/21 48/4 48/6
**problem [2]** 5/17 40/14
**procedurally [2]** 48/8 49/1
**procedure [1]** 41/2
**procedures [1]** 13/19
**proceeding [2]** 22/2 42/19
**proceedings [12]** 2/14 21/8 21/8
21/12 23/4 23/7 42/8 42/11 42/11
49/10 50/5 50/8
**process [36]** 4/8 6/7 7/9 12/8 15/1
15/13 19/20 21/22 22/3 22/9 29/13
29/14 29/18 29/22 29/23 30/2 30/16
30/20 31/16 33/3 33/5 33/12 34/23
34/23 35/8 35/14 39/11 39/20 39/24
41/2 42/1 42/8 43/1 43/15 44/25 47/23
**processed [20]** 4/16 8/14 8/17 10/10
10/22 11/5 11/11 11/20 11/24 13/8
17/16 18/16 24/22 27/4 28/6 31/24
36/1 46/8 46/15 48/3
**processes [2]** 8/16 29/10
**processing [33]** 7/17 7/19 7/23 8/6
12/4 13/2 14/25 20/5 24/9 24/16 25/10
25/13 26/3 27/8 30/25 32/11 32/20
33/19 34/22 34/25 35/4 35/6 36/4 36/6
37/13 39/2 40/2 40/20 42/15 44/15
48/16 48/17 49/3
**produce [11]** 9/8 10/14 10/19 11/7
21/10 31/16 31/17 43/9 43/20 48/11
48/12
**produced [35]** 2/15 10/11 10/12 12/1
17/20 20/10 21/11 21/16 21/24 24/7
28/3 28/4 28/13 28/16 29/4 30/19 34/6
34/7 34/14 34/15 36/18 39/14 43/1
43/6 43/15 43/23 45/3 45/4 45/22
45/22 45/24 46/4 46/4 46/8 46/16
**producing [4]** 8/1 22/19 23/20 42/17
**production [32]** 5/6 8/21 8/22 10/8
10/8 18/21 20/9 21/5 21/14 28/7 28/8
28/10 30/13 30/17 32/2 32/5 32/22
34/8 34/18 35/17 36/1 37/11 37/14
38/8 38/11 38/12 40/7 40/16 42/23
45/12 45/18 48/5
**productions [4]** 8/10 10/2 10/18 43/24
**programmed [2]** 14/14 14/15
**Programs [1]** 2/4
**progress [1]** 4/2
**project [1]** 31/15
**projecting [1]** 26/8
**projection [3]** 32/19 36/17 36/23
**proposal [2]** 7/10 37/8
**propose [1]** 30/22
**proposed [4]** 15/19 16/15 16/20 27/11
**prosecutors [1]** 29/2
**prospective [2]** 17/21 30/14
**protective [3]** 28/17 29/5 45/7
**provide [2]** 4/9 14/15
**provided [3]** 4/8 10/17 28/10
**public [20]** 4/10 4/20 11/11 19/21
20/25 21/20 22/23 23/2 23/6 23/7 23/9
26/10 26/15 29/6 38/19 39/24 41/13
42/2 42/9 45/14
**publicly [2]** 18/4 18/5
**purchase [1]** 14/2
**pure [1]** 4/13

**P**

**purpose [3]** 6/16 14/5 42/12
**purposely [1]** 41/25
**purposes [2]** 5/12 14/15
**pursuant [5]** 5/6 17/20 20/11 21/16 28/8 28/9
**push [2]** 15/13 43/23
**put [9]** 6/4 12/20 12/22 22/17 24/5 24/8 25/8 25/15 47/22
**putting [2]** 9/24 32/9

**Q**

**query [3]** 5/12 8/8 8/15
**question [8]** 8/9 21/6 21/17 36/5 38/21 39/16 40/25 41/9
**questions [1]** 20/6
**queue [1]** 35/5
**quicker [1]** 33/16
**quickly [8]** 5/24 22/10 31/10 34/14 34/19 36/10 39/18 45/1
**quite [4]** 18/12 22/19 40/24 41/3

**R**

**radar [1]** 14/21
**radio [1]** 27/15
**raises [1]** 20/8
**rate [5]** 20/5 22/19 32/20 32/24 36/18
**RBW [2]** 1/4 1/5
**re [2]** 3/3 39/8
**re-conducted [1]** 39/8
**reach [2]** 35/23 37/24
**reached [3]** 17/12 17/19 19/7
**readily [1]** 22/8
**reading [2]** 30/3 30/6
**real [2]** 40/13 40/14
**reality [4]** 6/12 6/21 6/23 36/8
**really [14]** 4/2 4/17 4/18 5/16 6/9 6/16 7/18 13/20 14/21 17/7 32/16 41/1 42/4 45/1
**reargue [1]** 48/24
**reason [7]** 14/9 14/11 19/24 21/18 28/7 29/3 44/16
**reasonable [7]** 6/20 8/4 27/14 27/14 27/24 47/3 48/1
**reasons [3]** 14/20 32/3 43/17
**reassess [3]** 4/18 6/8 47/1
**recall [2]** 15/14 24/12
**recently [1]** 18/3
**recognizing [1]** 20/4
**recollection [2]** 12/10 31/19
**record [5]** 3/8 15/21 38/12 40/24 41/6
**record's [1]** 17/6
**recorded [1]** 2/14
**records [22]** 9/17 12/22 12/24 13/11 13/17 15/12 16/25 17/24 18/2 18/4 18/14 18/15 19/5 19/5 19/6 19/8 20/19 21/12 21/13 22/15 22/17 22/20
**redacted [5]** 20/14 30/3 30/9 43/16 43/18
**redaction [1]** 13/4
**redactions [6]** 20/16 30/8 38/13 38/17 38/18 39/6
**reduce [4]** 18/6 18/7 30/15 38/2
**reduced [2]** 6/23 16/18
**reference [21]** 4/5 4/22 5/16 8/8 8/15 11/22 14/18 15/5 16/15 17/14 24/5 26/6 28/1 31/3 31/12 32/20 35/17

35/23 40/8 45/2 45/9
**referenced [5]** 25/7 29/20 30/9 33/5 33/9
**referred [1]** 42/11
**referring [1]** 36/20
**refused [1]** 15/24
**regard [4]** 5/8 13/6 28/15 29/20
**regarding [7]** 11/1 16/16 17/18 29/12 31/3 32/22 46/14
**REGGIE [1]** 1/11
**regime [1]** 39/4
**relate [2]** 45/10 47/10
**related [13]** 11/2 11/3 19/8 22/17 23/22 23/23 24/19 25/3 25/21 29/17 34/17 36/5 46/22
**relates [4]** 5/14 25/22 45/12 45/18
**relatively [1]** 7/24
**release [7]** 8/18 8/18 22/3 24/2 30/7 38/25 39/2
**released [10]** 10/21 11/11 21/19 21/20 21/23 22/10 23/9 24/13 38/19 48/3
**releasing [1]** 20/24
**remain [2]** 6/22 42/7
**remaining [2]** 39/1 39/13
**remind [1]** 19/23
**reply [2]** 18/1 19/12
**report [21]** 17/25 18/12 18/5 18/9 18/9 18/17 18/21 19/5 19/9 24/11 24/15 26/14 26/16 26/16 29/18 29/21 33/6 33/7 33/9 43/11 43/13
**reported [2]** 4/1 50/4
**Reporter [4]** 2/8 2/9 50/2 50/14
**reports [6]** 20/2 20/3 20/11 21/10 22/5 22/22
**representation [3]** 14/1 39/7 43/7
**representations [1]** 41/5
**Representatives [3]** 21/8 23/3 39/4
**Representatives' [1]** 38/8
**represented [2]** 13/23 41/22
**reprocess [1]** 11/5
**reprocessing [1]** 21/19
**reprogrammed [1]** 14/15
**request [39]** 4/6 5/21 7/1 7/13 9/15 9/25 15/21 15/25 16/7 16/7 16/12 16/12 17/1 17/1 17/7 17/10 17/11 17/24 18/20 18/20 19/25 19/25 20/1 22/2 24/14 24/18 25/6 26/23 27/4 27/6 27/16 31/8 31/22 32/6 38/5 38/24 39/12 40/1 44/3
**requested [22]** 4/11 4/19 4/21 6/10 8/13 8/17 8/24 11/2 11/5 15/23 17/17 17/17 20/2 21/7 24/5 28/2 33/19 34/2 35/1 38/3 41/11 46/21
**requesters [1]** 10/3
**requesting [4]** 31/4 31/9 40/14 40/15
**requests [37]** 4/3 4/13 6/7 6/22 7/16 7/22 8/3 8/11 8/14 9/3 9/6 11/16 12/4 12/9 13/2 14/18 16/6 18/19 18/23 19/4 21/2 21/6 24/9 27/17 27/23 31/25 32/5 32/11 33/1 33/20 35/5 36/14 41/15 41/24 48/8 48/14 49/3
**require [9]** 5/2 5/3 6/4 22/6 22/7 25/19 26/23 34/16 46/12
**required [3]** 6/4 21/18 34/7
**requirement [2]** 40/2 42/15
**requires [1]** 7/18
**requiring [1]** 6/3

**resolution [1]** 33/16
**resolve [3]** 31/24 35/10 36/12
**resolved [1]** 40/3
**resources [2]** 13/21 15/12
**respect [3]** 30/7 38/7 40/7
**respond [2]** 5/3 43/5
**responded [1]** 15/18
**response [1]** 43/3
**responses [1]** 9/3
**responsive [5]** 9/9 9/12 9/13 9/14 11/16
**rest [2]** 10/4 48/8
**result [4]** 4/3 4/8 45/23 48/2
**returned [1]** 13/25
**revelation [1]** 4/12
**review [12]** 5/4 12/6 13/17 28/12 28/24 30/6 30/15 31/2 32/8 32/22 39/8 46/6
**reviewed [5]** 26/24 31/1 35/14 38/16 39/13
**reviewing [2]** 12/23 32/7
**Richard [1]** 20/12
**right [10]** 4/9 4/20 27/9 30/18 38/14 39/20 39/25 42/2 45/8 48/14
**ripe [2]** 18/25 19/2
**Roger [1]** 23/4
**roll [1]** 22/12
**rolling [2]** 23/16 24/2
**room [3]** 2/9 30/4 30/6
**root [1]** 41/1
**routine [1]** 9/15
**RPR [2]** 2/8 50/14
**rubric [1]** 39/20
**rule [2]** 37/21 43/4
**run [3]** 25/4 27/2 27/20
**Russian [1]** 30/1

**S**

**said [17]** 6/11 6/21 9/5 9/6 11/17 16/4 23/17 23/18 24/24 30/9 33/18 36/25 37/7 38/20 43/11 48/11 50/8
**same [15]** 6/8 8/12 10/1 21/13 21/24 25/15 28/5 30/16 32/7 41/18 43/9 43/18 43/21 43/25 45/4
**satisfactory [2]** 47/20 48/19
**say [14]** 7/5 11/24 13/6 20/10 22/16 26/13 40/19 40/21 40/22 42/18 43/19 43/25 45/23 47/24
**saying [3]** 7/8 30/12 45/8
**schedule [7]** 8/1 24/23 32/2 32/5 35/17 36/6 44/15
**schedules [1]** 32/14
**scheme [1]** 24/21
**scope [5]** 4/11 4/21 6/21 7/24 8/7 46/21 47/22
**scopes [1]** 6/19
**SDNY [1]** 44/17
**search [7]** 17/5 17/5 25/2 27/11 27/14 27/24 41/14
**searches [5]** 12/25 17/6 25/4 27/3 27/21
**second [2]** 39/10 39/19
**section [1]** 29/21
**secure [2]** 30/3 30/6
**see [11]** 4/12 7/25 8/3 24/22 25/18 27/12 27/22 28/12 37/23 42/2 42/9
**seeking [5]** 6/17 8/12 23/17 23/25 28/6

**S**

**seem [1]** 17/15
**seems [29]** 4/2 5/18 10/12 10/15 11/4 14/19 14/20 14/22 15/2 16/11 22/7 22/14 28/11 28/23 30/11 30/23 30/25 31/4 34/11 34/13 34/15 35/10 35/22 36/7 38/20 39/5 45/8 45/13 49/1
**seen [3]** 22/14 39/22 42/5
**select [1]** 29/24
**sending [1]** 9/2
**senior [2]** 1/11 24/18
**sense [1]** 10/4
**separate [3]** 26/3 29/22 48/15
**separately [3]** 38/25 39/13 42/25
**serials [1]** 18/10
**server [1]** 13/2
**set [8]** 7/14 11/9 12/24 22/8 39/10 45/17 46/14 48/4
**seven [4]** 12/7 12/7 41/11 41/20
**several [2]** 7/16 27/16
**Shapiro [1]** 2/3
**She [1]** 38/15
**shifting [1]** 15/11
**short [1]** 43/1
**shorthand [3]** 2/14 50/5 50/9
**should [22]** 6/2 6/10 10/12 10/15 10/17 11/6 11/23 20/10 28/13 35/24 36/4 36/6 36/9 39/10 40/7 43/9 43/19 43/19 44/1 45/13 46/18 46/24
**shown [3]** 23/21 33/4 40/17
**shows [3]** 41/6 42/5 43/14
**shy [1]** 14/12
**side [2]** 7/14 26/5
**significant [5]** 26/10 32/10 33/24 34/10 42/17
**silence [1]** 27/16
**similar [3]** 24/23 29/22 29/22
**simply [6]** 12/8 13/7 22/12 23/23 29/6 32/15
**simultaneously [1]** 10/12
**since [6]** 7/2 10/25 25/22 28/11 37/11 45/14
**single [1]** 15/21
**sir [1]** 47/19
**sit [1]** 6/18
**situation [1]** 40/11
**six [7]** 20/11 20/13 21/15 21/24 22/12 40/3 42/24
**sizable [1]** 14/1
**slow [2]** 22/12 23/16
**smaller [2]** 39/9 41/7
**so [88]**
**some [44]** 4/1 4/7 4/22 5/7 5/7 5/11 5/12 5/12 5/15 5/18 6/14 6/20 6/23 7/4 8/12 8/18 10/9 12/4 13/4 14/5 14/8 14/9 14/11 15/17 17/2 17/15 18/9 23/14 23/15 24/19 26/7 28/7 29/25 31/8 34/18 37/24 42/16 43/16 43/17 44/16 47/25 48/5 48/25
**something [6]** 4/10 8/4 14/22 36/7 46/9 47/11
**sometimes [1]** 9/10
**somewhere [2]** 12/25 39/23
**soon [8]** 7/21 8/1 21/2 46/25 47/23 48/3 48/21 49/6
**sort [1]** 17/12
**sounds [1]** 48/9

**SPAHR [3]** 1/19 3/10 3/11
**special [11]** 6/17 12/24 13/11 13/13 15/22 16/25 17/6 17/24 19/4 19/6 42/12
**specific [1]** 7/11
**specifically [2]** 11/1 26/19
**speculation [1]** 26/8
**speed [1]** 14/25
**staff [2]** 13/6 30/5
**staffing [1]** 26/4
**standpoint [1]** 22/24
**stands [1]** 27/9
**start [2]** 20/5 40/9
**started [1]** 21/21
**starting [2]** 23/3 24/3
**stated [2]** 17/9 17/25
**states [5]** 1/1 1/12 3/4 33/1 50/3
**status [1]** 1/10 43/11 43/13
**statute [2]** 7/18 35/12
**stay [3]** 48/9 48/16 49/2
**step [1]** 3/7
**Steve [1]** 20/13
**stick [1]** 44/18
**still [4]** 5/19 7/6 18/25 19/7
**Stone [3]** 28/5 28/9 28/15 45/2 45/6 45/10 46/5 46/24
**Stone's [1]** 23/4 23/7
**strains [1]** 32/10
**streamline [1]** 19/19 19/21
**streamlined [1]** 40/20
**Street [3]** 1/15 1/20 2/4
**Strzok [1]** 11/13
**subject [12]** 5/6 10/7 13/14 25/13 30/25 31/13 31/14 31/21 31/21 34/21 34/24 36/4
**submission [1]** 29/12
**submit [4]** 5/2 23/2 39/25 47/11
**submitted [2]** 5/1 35/15
**subpoena [2]** 21/8 29/17
**subpoenaed [1]** 39/3
**subscribed [1]** 50/10
**subsequent [1]** 34/14
**subset [3]** 23/24 38/22 38/25
**substantially [1]** 43/16
**successfully [1]** 41/19
**such [2]** 9/19 10/24
**suggesting [1]** 41/3
**suggestions [1]** 23/14
**summaries [6]** 20/2 22/22 24/10 24/11 27/6 27/7
**summarize [1]** 29/14
**summary [6]** 4/5 17/18 17/21 18/25 24/13 37/22
**summer [1]** 15/23
**supplemental [1]** 29/12
**support [1]** 16/2
**supposed [3]** 7/19 7/20 7/21
**sure [5]** 9/10 13/17 16/10 26/7 42/4
**switch [1]** 37/16
**systems [1]** 13/4

**T**

**table [1]** 3/24
**take [9]** 7/13 13/4 31/15 33/2 33/11 36/17 42/3 45/20 46/2
**taken [3]** 5/4 30/8 43/8
**takes [5]** 13/9 13/10 14/24 30/16 35/4

**talk [3]** 7/7 27/12 42/19
**talked [2]** 7/18 38/10
**talking [20]** 4/25 5/13 5/20 7/1 7/4 9/22 16/25 26/21 26/22 31/15 35/16 35/21 37/5 45/17 45/21 45/25 46/3 46/6 46/13 47/6
**tandem [1]** 41/5
**task [1]** 28/14
**teams [1]** 26/3
**techniques [1]** 13/19
**technological [1]** 12/22
**tell [3]** 18/15 25/17 26/19
**ten [1]** 18/11
**tend [2]** 34/1 37/25
**term [1]** 27/1
**terms [5]** 17/5 25/2 27/6 27/11 29/13
**test [1]** 41/3
**testimony [2]** 23/6 50/5
**than [12]** 6/3 9/15 14/11 22/20 25/14 28/8 28/19 30/14 44/12 44/21 45/23 48/2
**Thank [5]** 16/12 19/15 37/20 49/8 49/9
**Thanksgiving [2]** 37/17 47/13
**that [349]**
**that's [48]** 4/19 4/22 6/1 6/9 8/12 9/1 9/15 9/16 11/5 11/9 12/8 12/13 14/17 14/22 16/8 17/19 18/11 18/12 19/14 20/17 20/20 24/10 25/6 27/8 28/10 31/22 32/17 33/11 34/3 34/10 35/18 36/12 38/3 38/13 39/15 40/15 43/8 43/10 43/10 43/21 43/21 44/1 47/8 47/15 47/16 47/17 48/18 49/4
**their [22]** 9/5 9/7 9/13 9/14 9/15 9/24 11/16 16/11 15/20 26/4 26/16 29/11 30/5 33/1 36/13 40/19 41/7 41/10 41/17 42/20 43/11 43/13
**them [32]** 6/4 7/4 7/4 7/10 7/11 7/15 8/7 9/4 10/4 11/5 11/18 15/13 15/13 18/20 20/13 20/15 21/15 22/7 22/19 25/15 26/4 26/9 27/12 27/22 29/14 29/15 31/10 31/17 35/8 44/21 48/15 49/7
**themselves [3]** 22/13 22/18 22/21
**then [28]** 11/12 12/6 13/3 13/17 14/22 16/25 17/5 18/3 18/20 24/14 28/20 31/23 33/2 33/3 33/15 34/6 34/14 36/2 36/4 37/14 40/10 41/19 43/17 44/25 45/24 47/1 47/11 48/22
**there [36]** 4/1 5/7 5/10 8/11 8/11 8/18 9/4 11/12 11/21 11/24 14/1 14/3 15/15 15/15 17/2 17/15 20/8 20/14 21/6 21/22 22/12 24/12 25/13 26/2 28/22 30/9 33/16 33/23 34/6 34/9 39/16 39/17 42/5 42/6 48/1 49/6
**there's [25]** 3/19 5/15 8/22 15/14 16/14 16/20 20/20 21/17 24/17 25/5 25/5 28/7 28/11 30/6 32/24 33/5 33/9 35/7 35/7 35/22 37/1 39/21 41/2 45/6 45/11
**therefore [5]** 8/20 10/12 13/25 14/14 39/9
**Thereupon [1]** 49/10
**these [27]** 5/4 6/20 11/23 12/23 13/20 14/18 15/11 15/12 20/19 23/1 25/12 26/6 26/20 26/22 29/10 30/4 30/21 30/23 32/6 32/8 32/15 34/20 36/3 36/5 41/2 42/8 45/1

**T**

**they [79]**
**they'll [1]** 44/25
**they're [17]** 7/20 7/21 7/24 9/2 9/12 10/16 14/25 29/5 31/21 32/17 38/19 40/19 40/21 40/22 41/1 44/25 48/11
**they've [13]** 6/22 9/16 9/25 10/16 12/5 12/16 12/17 23/20 25/12 27/1 27/2 42/20 48/10
**thing [4]** 13/1 34/16 36/12 43/20
**things [11]** 7/3 7/5 9/24 13/3 24/19 24/21 25/3 26/17 26/22 27/21 42/19
**think [49]** 4/10 4/17 5/9 5/15 5/24 6/12 6/23 6/25 7/4 7/13 8/5 9/10 11/8 12/14 16/12 19/14 25/14 26/12 26/25 27/3 28/18 29/9 33/22 33/23 33/23 35/11 35/16 36/12 37/21 39/15 40/7 40/10 40/24 44/7 44/16 44/18 45/21 46/7 46/10 46/20 46/21 47/3 47/9 47/21 48/2 48/10 48/15 49/5 49/6
**third [2]** 1/15 40/21
**this [51]**
**thorough [1]** 34/1
**those [81]**
**though [7]** 6/22 9/4 11/24 14/9 37/10 45/6 48/1
**thought [1]** 34/23
**thousand [1]** 44/14
**thousands [1]** 26/24
**three [7]** 9/25 20/11 25/12 25/14 30/23 31/12 34/20
**through [6]** 5/1 22/9 37/11 39/6 41/13 41/13
**throw [1]** 13/7
**thwarted [1]** 35/13
**time [20]** 5/20 6/13 6/14 6/21 6/24 14/24 21/24 22/6 22/7 23/1 23/10 28/25 30/16 33/3 40/1 43/2 45/17 46/14 47/25 48/5
**Tobin [3]** 1/18 3/10 19/18
**tobinc [1]** 1/22
**today [5]** 3/19 23/4 23/4 37/22 39/1
**today's [2]** 22/1 22/2
**told [4]** 7/2 16/21 25/4 27/10
**too [5]** 6/15 31/5 36/16 39/25 46/17
**top [1]** 24/6
**Topic [2]** 1/14 3/13
**total [3]** 33/10 37/1 40/10
**track [1]** 38/25
**tracking [1]** 25/6
**training [2]** 13/9 13/10
**transcribed [1]** 50/9
**transcript [3]** 1/10 2/14 50/8
**transcription [1]** 2/15
**Treasury [1]** 13/25
**tremendous [1]** 14/17
**trial [2]** 23/4 23/7
**tried [1]** 41/6
**true [1]** 15/7
**Trump [2]** 41/10 41/21
**try [15]** 5/4 5/17 6/19 8/5 12/11 15/12 15/12 27/19 29/14 34/12 35/10 36/2 37/23 42/20 47/23
**trying [5]** 15/14 25/11 31/9 31/10 41/2 42/25
**turn [2]** 25/20 36/3
**two [13]** 11/15 19/3 20/13 22/3 25/9 26/2 29/10 29/21 30/1 30/5 33/19

41/15 47/18
**type [2]** 14/25 46/23
**typewritten [2]** 36/21 44/20

**U**

**U.S [3]** 1/7 2/3 2/9
**unappropriated [1]** 14/11
**unclear [1]** 40/18
**under [8]** 28/17 28/18 28/19 29/5 30/4 39/4 39/20 42/21
**understand [8]** 17/19 26/3 29/15 36/16 38/12 45/11 47/7 48/18
**understanding [7]** 18/10 28/16 31/20 32/25 35/3 45/6 46/5
**Understood [1]** 11/8
**unfortunate [2]** 35/11 40/11
**unfortunately [1]** 13/7
**unit [1]** 12/7
**UNITED [4]** 1/1 1/12 3/4 50/3
**unless [4]** 4/10 25/20 25/22 35/24
**unredacted [1]** 43/16
**unredacting [1]** 38/15
**unsympathetic [1]** 40/5
**untested [1]** 41/4
**until [4]** 34/18 38/1 48/16 49/3
**unused [2]** 13/24 15/4
**up [8]** 8/10 9/24 14/25 27/13 27/23 33/10 42/9 42/13
**upcoming [1]** 43/24
**upon [4]** 3/25 5/1 16/17 38/1
**us [13]** 7/14 20/17 22/8 22/14 22/25 23/20 24/2 25/4 26/2 27/10 40/9 41/25 42/25
**usdoj.gov [2]** 2/6 2/6
**use [1]** 5/11
**used [5]** 5/11 14/2 14/4 14/10 17/24
**usually [1]** 32/4
**usurp [1]** 40/9
**utilize [2]** 6/16 14/24

**V**

**various [3]** 9/17 30/21 43/17
**vault [2]** 9/14 9/24
**veracity [1]** 15/10
**versus [2]** 3/4 26/16
**very [10]** 7/5 11/9 18/7 23/1 27/3 30/14 40/18 40/23 43/1 46/12
**view [2]** 18/24 21/17
**viewed [1]** 30/14
**volume [14]** 4/13 4/25 18/6 18/7 18/12 18/14 24/21 29/20 29/25 30/1 33/6 35/15 35/20 42/17

**W**

**wait [1]** 42/9
**WALTON [1]** 1/11
**want [12]** 4/8 4/20 23/11 23/12 31/5 33/1 35/9 36/16 37/22 38/1 40/25 44/19
**wanted [2]** 20/22 33/18
**wants [3]** 9/11 32/4 35/18
**warrants [1]** 25/10
**was [36]** 5/10 7/11 7/24 10/21 11/12 11/19 11/25 13/24 14/1 14/2 15/4 15/5 15/15 15/16 15/20 16/6 16/6 16/12 16/23 16/23 16/24 16/25 21/7 21/19 24/12 24/14 24/15 24/24 26/23 26/23

27/7 29/1 31/6 31/19 43/7 44/16
**Washington [3]** 1/21 2/5 2/10
**way [11]** 8/18 8/22 20/23 22/24 23/14 23/15 27/5 27/23 36/2 42/5 42/24
**Wayne [1]** 1/14
**ways [2]** 19/19 23/13
**we [99]**
**we'd [4]** 24/22 24/22 25/18 27/19
**we'll [2]** 7/3 47/1
**we're [23]** 4/25 5/13 9/21 13/17 18/14 22/11 22/21 27/3 27/8 27/11 27/17 31/15 35/15 35/20 36/8 37/11 45/17 45/21 45/25 46/3 46/6 46/13 48/8
**we've [8]** 17/9 17/25 19/7 22/14 25/1 25/2 32/3 39/22
**Wednesday [2]** 16/6 46/10
**week [8]** 7/12 16/3 22/4 46/11 47/2 47/12 47/12 47/13
**weigh [2]** 34/7 38/1
**weighed [1]** 4/23
**well [17]** 7/5 9/17 10/4 17/3 18/13 19/11 25/11 29/1 32/8 32/14 33/22 35/9 37/18 40/17 42/3 42/6 46/12
**were [37]** 3/18 5/13 7/17 7/22 8/6 10/21 11/10 11/11 11/13 14/9 16/21 17/2 17/15 17/24 20/14 20/14 21/9 21/22 21/24 22/15 24/9 28/16 28/21 28/24 29/4 35/15 39/3 43/6 43/8 43/15 43/16 43/17 43/18 43/22 44/24 46/3 46/4
**what [81]**
**what's [15]** 4/1 4/11 4/21 13/23 16/15 17/16 17/16 17/18 24/5 30/14 33/23 46/21 46/23 46/23 47/9
**whatever [4]** 22/4 27/21 39/1 46/19
**whatsoever [1]** 20/16
**when [10]** 8/7 8/20 9/9 9/11 16/1 31/18 33/8 34/23 35/3 37/2
**where [13]** 7/19 8/18 9/2 14/25 16/20 21/1 34/6 34/9 38/1 41/14 44/14 47/1 48/8
**whereof [1]** 50/10
**whether [12]** 4/19 4/24 5/5 5/13 8/22 14/3 15/18 16/17 16/22 24/13 45/3 46/18
**which [31]** 6/4 6/16 7/17 7/23 8/6 8/10 11/10 12/21 17/15 20/17 23/19 25/17 25/18 27/7 29/13 30/13 31/4 32/2 32/13 33/2 33/20 36/9 41/1 41/3 42/13 43/13 44/3 44/5 45/23 46/15 49/7
**while [2]** 5/15 9/8
**who [5]** 13/13 13/15 13/16 32/7 33/23
**who's [1]** 26/17
**why [5]** 21/18 22/7 28/6 28/7 43/17
**will [11]** 18/6 23/24 33/16 42/5 42/9 44/21 46/14 47/9 48/2 48/10 49/7
**willing [4]** 6/11 7/4 15/16 27/12
**within [11]** 6/20 12/1 13/14 14/2 15/9 16/19 17/2 23/6 25/2 39/14 40/3
**without [5]** 32/10 32/11 32/12 34/17 40/6
**witness [3]** 33/4 50/10
**witnesses [1]** 23/21
**words [1]** 21/19
**work [9]** 7/15 13/5 13/16 19/20 19/21 23/11 23/12 34/9 34/12
**working [2]** 12/6 40/20

**W**

**would [70]**

**Y**

**year [1]** 39/23
**years [4]** 33/11 34/9 41/17 41/23
**yes [12]** 12/7 15/20 16/24 17/25 19/17
25/1 35/2 36/11 36/22 43/5 47/17
47/19
**yesterday [2]** 16/22 29/11
**yet [5]** 7/11 11/20 12/1 15/17 21/15
**you [74]**
**you'd [1]** 32/21
**you're [12]** 6/11 6/16 7/1 7/8 11/7
18/24 30/11 33/10 37/5 40/14 40/15
48/22
**you've [2]** 48/9 48/15
**your [41]** 3/2 3/9 3/13 3/16 3/18 3/22
6/25 8/25 9/23 11/8 12/2 13/22 15/3
15/20 17/21 19/14 19/16 19/18 22/11
22/13 30/18 31/18 32/24 35/2 36/11
36/16 36/24 37/10 37/20 38/4 38/21
39/25 40/17 40/24 42/7 43/5 44/7 45/5
47/4 48/7 49/8
**yourselves [1]** 3/8