UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 19-1278 (RBW) ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) |
| Defendants. | ) ) |
| CABLE NEWS NETWORK, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 19-1626 (RBW) ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of the Defendant's Motion for Extension of Time and Request for Expedited Ruling, it is hereby

**ORDERED** that the Defendant's Motion for Extension of Time and Request for Expedited Ruling, ECF No. 48, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks (1) an extension of time for the United States Department of Justice (the "Department") to complete its production of the typewritten narratives of the FD-302s made available to the United States House Committee on the Judiciary (the "House Judiciary Committee") and the United States House Permanent Select Committee on

Intelligence (the "House Intelligence Committee") and (2) clarification regarding the scope of the Department's February 1, 2020 production.  The motion is **DENIED** in all other respects.  It is further

  **ORDERED** that the Court's November 28, 2019 Order, ECF No. 47, is **MODIFIED** as follows:

1. The Department shall, on or before January 2, 2020, process and produce to Jason Leopold and Buzzfeed, Inc. (the "Leopold plaintiffs") and Cable News Network ("CNN") the non-exempt portions of at least 430 pages of the typewritten narratives of the FD-302s that were made available to the House Judiciary Committee and the House Intelligence Committee.

2. The Department shall, on or before January 17, 2020, process and produce to the Leopold plaintiffs and CNN the non-exempt portions of the remaining 227 pages of the typewritten narratives of the FD-302s that were made available to the House Judiciary Committee and the House Intelligence Committee.

3. The Department shall, on or before February 1, 2020, process and produce to the Leopold plaintiffs and CNN 500 pages of the typewritten narratives of the FD-302s referenced in the report regarding Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election.

The Court's November 28, 2019 Order, ECF No. 47, otherwise remains in effect.

  **SO ORDERED** this 16th day of December, 2019.

                     REGGIE B. WALTON
                     United States District Judge