# **Exhibit B**

## List of Interviewees In Order of Priority

### CNN

1. Donald F. McGahn
2. Rick Gates
3. Stephen K. Bannon
4. Michael Cohen
5. Michael T. Flynn
6. Hope Hicks
7. K.T. McFarland
8. Reinhold Priebus
9. Jefferson Sessions
10. Stephen Miller
11. Annie Donaldson
12. Andrew McCabe
13. Sean Spicer
14. James Comey
15. Joseph "Jody" Hunt
16. Lewanowski
17. James Rybicki
18. James Burnham
19. Josh Raffel
20. John Eisenberg
21. Rick Dearborn
22. Robert Goldstone
23. Anatoli Samochornov
24. Sally Yates
25. Dana Boente
26. Mark Corallo
27. Sarah Sanders
28. Michael Rogers
29. Matt Axelrod
30. Daniel Coats
31. Richard Ledgett
32. John Culver
33. Mike Dempsey
34. Edward "Ted" Gistaro
35. Michael Pompeo
36. Rachel Brand
37. Counsel for Flynn

### Leopold and BuzzFeed

1. George Papadopoulos
2. Jared Kushner
3. Felix Sater

4. Steve Bannon
5. Hope Hicks
6. Christopher Steele
7. Jeff Sessions
8. Don McGahn
9. John Eisenberg
10. Remaining 302s for Michael Cohen
11. Reinhold Priebus
12. Matthew Tait
13. Paula Shugart
14. Remaining 302s for Jerome Corsi
15. Erik Prince
16. Petr Aven
17. James Burnham
18. Alex Van Der Zwaan
19. Corey Lewandowski
20. Jason Miller
21. Sam Clovis
22. Mary McCord
23. Carter Page
24. Jody Hunt
25. Scott Schools
26. Dan Coats
27. Michael Rogers
28. Mike Pompeo
29. Jason Fishbein
30. Yuval Weber
31. James Rybicki
32. Denis Klimentov
33. Anatoli Samachoronov
34. Eric York
35. Richard Gerson
36. John Podesta
37. Matt Axelrod
38. Shlomo Weber