# **Exhibit C**

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 3 | | 4/11/2014 |
| 3 | | 6/9/2014 |
| 8 | Gates, Richard | 7/2/2014 |
| 7 | Manafort, Paul J. | 7/30/2014 |
| 4 | | 8/2/2016 |
| 2 | | 8/5/2016 |
| 4 | | 8/17/2016 |
| 2 | | 9/26/2016 |
| 2 | | 10/4/2016 |
| 3 | Ohr, Bruce | 11/22/2016 |
| 2 | Ohr, Bruce | 12/5/2016 |
| 3 | Ohr, Bruce | 12/12/2016 |
| 2 | Baker, James | 12/19/2016 |
| 1 | Ohr, Bruce | 12/20/2016 |
| 18 | Priebus, Reinhold | 1/18/2017 |
| 11 | Flynn, Michael T. | 1/19/2017 |
| 2 | Ohr, Bruce | 1/23/2017 |
| 5 | Flynn, Michael | 1/24/2017 |
| 1 | Ohr, Bruce | 1/25/2017 |
| 1 | Ohr, Bruce | 1/27/2017 |
| 1 | Papadopoulos, George Demetrios | 1/27/2017 |
| 26 | Hunt, Joseph "Jody" | 2/1/2017 |
| 4 | Papadopoulos, George Demetrios | 2/1/2017 |
| 1 | Papadopoulos, George Demetrios | 2/1/2017 |
| 3 | Papadopoulos, George Demetrios | 2/2/2017 |
| 2 | Ohr, Bruce | 2/6/2017 |
| 2 | Eisenberg, John | 2/7/2017 |
| 4 | Papadopoulos, George | 2/10/2017 |
| 2 | | 2/11/2017 |
| 1 | | 2/13/2017 |
| 2 | Ohr, Bruce | 2/14/2017 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 3 | | 2/16/2017 |
| 2 | | 2/17/2017 |
| 3 | | 2/24/2017 |
| 2 | | 3/3/2017 |
| 7 | McGahn, Donald | 3/8/2017 |
| 2 | Page, Carter | 3/9/2017 |
| 1 | Page, Carter | 3/9/2017 |
| 5 | Page, Carter | 3/10/2017 |
| 1 | Page, Carter | 3/10/2017 |
| 1 | Page, Carter | 3/11/2017 |
| 1 | Page, Carter | 3/15/2017 |
| 5 | Page, Carter | 3/16/2017 |
| 1 | Page, Carter | 3/21/2017 |
| 2 | Ohr, Bruce | 3/27/2017 |
| 2 | | 3/28/2017 |
| 11 | Page, Carter | 3/30/2017 |
| 3 | Page, Carter | 3/31/2017 |
| 2 | | 4/12/2017 |
| 2 | | 4/18/2017 |
| 1 | | 4/18/2017 |
| 2 | | 4/25/2017 |
| 1 | | 5/2/2017 |
| 1 | | 5/2/2017 |
| 1 | | 5/2/2017 |
| 1 | | 5/3/2017 |
| 2 | | 5/3/2017 |
| 2 | Ohr, Bruce | 5/8/2017 |
| 4 | | 5/10/2017 |
| 2 | | 5/11/2017 |
| 2 | | 5/11/2017 |
| 1 | | 5/11/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 2 | | 5/11/2017 |
| 2 | | 5/11/2017 |
| 1 | Ohr, Bruce | 5/12/2017 |
| 1 | Ohr, Bruce | 5/15/2017 |
| 1 | Ohr, Bruce | 5/15/2017 |
| 3 | Papadopoulos, Georgios | 5/16/2017 |
| 2 | | 5/19/2017 |
| 4 | | 5/23/2017 |
| 11 | Rosenstein, Rod | 5/23/2017 |
| 1 | Schools, Scott N. | 5/23/2017 |
| 12 | | 5/24/2017 |
| 1 | | 5/26/2017 |
| 3 | Hoff, Rachel | 5/26/2017 |
| 3 | Hoff, Rachel Mary | 5/26/2017 |
| 3 | | 5/26/2017 |
| 1 | | 5/26/2017 |
| 1 | | 5/30/2017 |
| 1 | | 5/31/2017 |
| 8 | Weber, Yuval | 6/1/2017 |
| 1 | | 6/6/2017 |
| 2 | | 6/6/2017 |
| 2 | Comey, James | 6/7/2017 |
| 1 | Denman, Diana Destine | 6/7/2017 |
| 4 | Denman, Diana Destine | 6/7/2017 |
| 3 | | 6/8/2017 |
| 4 | Klimentov, Denis | 6/9/2017 |
| 8 | Rybicki, James | 6/9/2017 |
| 9 | Rogers, Michael | 6/12/2017 |
| 2 | | 6/12/2017 |
| 5 | Ledgett, Richard | 6/13/2017 |
| 4 | | 6/13/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 3 | Rybicki, James | 6/13/2017 |
| 2 | | 6/14/2017 |
| 1 | | 6/14/2017 |
| 4 | | 6/14/2017 |
| 5 | Coats, Daniel | 6/14/2017 |
| 4 | Culver, John | 6/14/2017 |
| 4 | Dempsey, Mike | 6/14/2017 |
| 4 | Gistaro, Edward "Ted" | 6/14/2017 |
| 3 | | 6/14/2017 |
| 1 | Page, Carter | 6/15/2017 |
| 2 | | 6/16/2017 |
| 2 | | 6/17/2017 |
| | Lewandowski, Corey | 6/19/2017 |
| 1 | | 6/19/2017 |
| 7 | | 6/22/2017 |
| 3 | Rybicki, James | 6/22/2017 |
| 2 | | 6/23/2017 |
| 12 | | 6/23/2017 |
| 5 | | 6/26/2017 |
| 3 | | 6/27/2017 |
| 7 | | 6/27/2017 |
| 6 | | 6/27/2017 |
| 3 | | 6/28/2017 |
| 3 | Pompeo, Michael | 6/28/2017 |
| 2 | | 6/29/2017 |
| 1 | | 6/30/2017 |
| 5 | | 7/6/2017 |
| 1 | | 7/7/2017 |
| 8 | | 7/7/2017 |
| 1 | | 7/10/2017 |
| 1 | | 7/10/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 1 | | 7/11/2017 |
| 8 | Samochornov, Anatoli | 7/12/2017 |
| 2 | York, Eric | 7/12/2017 |
| 3 | | 7/13/2017 |
| 5 | Samochornov, Anatoli | 7/13/2017 |
| 1 | | 7/13/2017 |
| 2 | York, Eric | 7/13/2017 |
| 1 | | 7/14/2017 |
| 2 | | 7/14/2017 |
| 12 | McCord, Mary | 7/17/2017 |
| 1 | | 7/17/2017 |
| 2 | | 7/18/2017 |
| 6 | | 7/19/2017 |
| 5 | Strzok, Peter | 7/19/2017 |
| 8 | Axelrod, Matt | 7/20/2017 |
| 3 | | 7/20/2017 |
| 3 | | 7/21/2017 |
| 1 | | 7/21/2017 |
| 1 | | 7/21/2017 |
| 1 | | 7/21/2017 |
| 1 | | 7/24/2017 |
| 2 | | 7/24/2017 |
| 1 | | 7/27/2017 |
| 3 | | 7/27/2017 |
| 10 | | 7/27/2017 |
| 2 | Papadopoulos, Antonios | 7/27/2017 |
| 8 | | 7/28/2017 |
| 8 | Weber, Shlomo | 7/28/2017 |
| 2 | | 7/31/2017 |
| 2 | | 7/31/2017 |
| 2 | | 7/31/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 2 | | 7/31/2017 |
| 2 | | 8/1/2017 |
| 1 | | 8/1/2017 |
| 1 | | 8/2/2017 |
| 1 | | 8/2/2017 |
| 1 | | 8/2/2017 |
| 11 | | 8/2/2017 |
| 2 | | 8/3/2017 |
| 1 | | 8/4/2017 |
| 1 | | 8/7/2017 |
| 6 | | 8/7/2017 |
| 1 | Rybicki, James | 8/7/2017 |
| 1 | | 8/8/2017 |
| 1 | | 8/8/2017 |
| 4 | | 8/10/2017 |
| 8 | Papadopoulos, George | 8/10/2017 |
| 2 | | 8/11/2017 |
| 9 | | 8/11/2017 |
| 11 | Papadopoulos, George | 8/11/2017 |
| 1 | | 8/14/2017 |
| 1 | | 8/15/2017 |
| 2 | | 8/15/2017 |
| 1 | | 8/15/2017 |
| 1 | | 8/15/2017 |
| 6 | | 8/15/2017 |
| 1 | | 8/16/2017 |
| 1 | | 8/16/2017 |
| 12 | | 8/16/2017 |
| 1 | | 8/16/2017 |
| 1 | | 8/16/2017 |
| 2 | | 8/16/2017 |

| | SCO Interviews | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 1 | | 8/16/2017 |
| 7 | | 8/16/2017 |
| 16 | McCabe, Andrew | 8/17/2017 |
| 9 | | 8/18/2017 |
| 4 | | 8/18/2017 |
| 1 | | 8/21/2017 |
| 1 | | 8/21/2017 |
| 1 | | 8/21/2017 |
| 5 | | 8/22/2017 |
| 3 | | 8/22/2017 |
| 8 | Tait, Matthew | 8/22/2017 |
| 8 | | 8/23/2017 |
| 2 | | 8/24/2017 |
| 1 | | 8/24/2017 |
| 2 | | 8/25/2017 |
| 2 | | 8/28/2017 |
| 2 | | 8/28/2017 |
| 4 | | 8/28/2017 |
| 2 | | 8/29/2017 |
| 2 | | 8/29/2017 |
| 5 | | 8/29/2017 |
| 15 | Gordon, Jeffrey Duane | 8/29/2017 |
| 11 | McFarland, Kathleen | 8/29/2017 |
| 11 | McFarland, Kathleen Troia "K.T." | 8/29/2017 |
| 2 | | 8/30/2017 |
| 1 | | 8/31/2017 |
| 1 | | 8/31/2017 |
| 3 | Gribbin, Alamanda | 8/31/2017 |
| 1 | | 8/31/2017 |
| 14 | Miller, Jason | 8/31/2017 |
| 14 | Miller, Jason James | 8/31/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| | Miller, Stephen | 8/31/2017 |
| 4 | | 9/1/2017 |
| 3 | | 9/5/2017 |
| 2 | | 9/6/2017 |
| 14 | Gordon, Jeffrey Duane | 9/7/2017 |
| 7 | | 9/7/2017 |
| 2 | | 9/7/2017 |
| 18 | | 9/7/2017 |
| 7 | | 9/8/2017 |
| 10 | | 9/11/2017 |
| 1 | | 9/12/2017 |
| 3 | Carafano, James Jay | 9/12/2017 |
| 7 | | 9/12/2017 |
| 4 | | 9/12/2017 |
| 12 | | 9/12/2017 |
| 8 | Laufman, David | 9/12/2017 |
| 1 | | 9/12/2017 |
| 8 | | 9/12/2017 |
| 3 | | 9/12/2017 |
| 2 | | 9/14/2017 |
| 3 | | 9/14/2017 |
| 3 | Hoskins, James M. Jr. | 9/14/2017 |
| 1 | | 9/14/2017 |
| 7 | McFarland, Kathleen Troia "K.T." | 9/14/2017 |
| 10 | | 9/14/2017 |
| 11 | | 9/15/2017 |
| 12 | Yates, Sally | 9/15/2017 |
| 2 | | 9/18/2017 |
| 2 | | 9/18/2017 |
| 2 | | 9/19/2017 |
| 2 | | 9/19/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 22 | Papadopoulos, George | 9/19/2017 |
| 8 | Sater, Felix | 9/19/2017 |
| 2 | | 9/20/2017 |
| 2 | | 9/20/2017 |
| 3 | | 9/20/2017 |
| 4 | Papadopoulos, George | 9/20/2017 |
| 9 | | 9/21/2017 |
| 2 | | 9/21/2017 |
| 1 | | 9/21/2017 |
| 9 | | 9/22/2017 |
| 8 | | 9/22/2017 |
| 1 | | 9/22/2017 |
| 1 | | 9/25/2017 |
| 5 | | 9/25/2017 |
| 12 | Shugart, Paula | 9/25/2017 |
| 1 | | 9/25/2017 |
| 18 | McCabe, Andrew | 9/26/2017 |
| 2 | | 9/26/2017 |
| 6 | | 9/26/2017 |
| 9 | | 9/26/2017 |
| 4 | | 9/26/2017 |
| 4 | | 9/26/2017 |
| 14 | | 9/28/2017 |
| 3 | | 9/29/2017 |
| 22 | | 9/29/2017 |
| 1 | | 10/2/2017 |
| 1 | | 10/2/2017 |
| 5 | | 10/2/2017 |
| 1 | | 10/3/2017 |
| 12 | Clovis, Samuel Harvey Jr. | 10/3/2017 |
| 5 | Clovis, Samuel Harvey Jr. | 10/3/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 23 | | 10/3/2017 |
| 2 | | 10/3/2017 |
| 2 | | 10/4/2017 |
| 6 | | 10/4/2017 |
| 1 | | 10/5/2017 |
| 12 | | 10/5/2017 |
| 2 | | 10/5/2017 |
| 6 | | 10/5/2017 |
| 7 | | 10/6/2017 |
| 1 | | 10/6/2017 |
| 2 | Papadopoulos, George D. | 10/6/2017 |
| 2 | | 10/6/2017 |
| 1 | | 10/10/2017 |
| 1 | | 10/10/2017 |
| 1 | Page, Carter | 10/10/2017 |
| 3 | | 10/10/2017 |
| 2 | | 10/10/2017 |
| 4 | | 10/10/2017 |
| 1 | | 10/11/2017 |
| 1 | | 10/11/2017 |
| 4 | | 10/12/2017 |
| 2 | | 10/12/2017 |
| 1 | Brown, Cantrell | 10/13/2017 |
| 14 | | 10/13/2017 |
| 1 | | 10/13/2017 |
| 30 | Priebus, Reinhold | 10/13/2017 |
| 2 | | 10/16/2017 |
| 17 | Spicer, Sean | 10/16/2017 |
| 12 | Spicer, Sean | 10/16/2017 |
| 1 | | 10/16/2017 |
| 1 | | 10/17/2017 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 6 | McFarland, Kathleen Troia "K.T." | 10/17/2017 |
|  | Spicer, Sean | 10/17/2017 |
| 3 |  | 10/18/2017 |
| 4 |  | 10/18/2017 |
| 5 |  | 10/19/2017 |
| 16 |  | 10/19/2017 |
| 3 |  | 10/19/2017 |
| 2 | McFarland, K.T. | 10/19/2017 |
| 1 |  | 10/19/2017 |
| 2 |  | 10/20/2017 |
| 1 |  | 10/20/2017 |
| 1 |  | 10/20/2017 |
| 1 |  | 10/20/2017 |
| 13 |  | 10/23/2017 |
| 2 |  | 10/23/2017 |
| 1 | Kushner, Jared Corey | 10/24/2017 |
| 2 |  | 10/24/2017 |
| 1 |  | 10/25/2017 |
| 5 | Miller, Matthew | 10/25/2017 |
| 7 |  | 10/25/2017 |
| 8 | Clovis, Samuel Harvey Jr. | 10/26/2017 |
| 1 |  | 10/26/2017 |
| 10 |  | 10/26/2017 |
| 3 |  | 10/29/2017 |
| 2 |  | 10/31/2017 |
| 12 |  | 10/31/2017 |
| 3 |  | 10/31/2017 |
| 5 | Laufman, David | 10/31/2017 |
| 14 | Miller, Stephen | 10/31/2017 |
| 1 |  | 10/31/2017 |
| 5 |  | 11/1/2017 |

| SCO Interviews | | |
| --- | --- | --- |
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 2 | | 11/1/2017 |
| 5 | Kushner, Jared Corey | 11/1/2017 |
| 2 | | 11/1/2017 |
| 2 | | 11/1/2017 |
| 5 | | 11/1/2017 |
| 4 | | 11/2/2017 |
| 13 | | 11/2/2017 |
| 3 | | 11/2/2017 |
| 23 | Burnham, James | 11/3/2017 |
| 1 | McFarland, K.T. & McFarland, Alan | 11/3/2017 |
| 2 | | 11/3/2017 |
| 3 | | 11/3/2017 |
| 25 | van der Zwaan, Alex | 11/3/2017 |
| 30 | Donaldson, Annie | 11/6/2017 |
| 2 | | 11/6/2017 |
| 3 | Papadopoulos, George D. | 11/7/2017 |
| 17 | Lewandowski, Corey | 11/8/2017 |
| 2 | | 11/8/2017 |
| 9 | | 11/8/2017 |
| 9 | | 11/9/2017 |
| 1 | | 11/9/2017 |
| 1 | | 11/13/2017 |
| 18 | Akhmetshin, Rinat | 11/14/2017 |
| 11 | | 11/14/2017 |
| 5 | | 11/14/2017 |
| 6 | | 11/15/2017 |
| 6 | | 11/15/2017 |
| 25 | Comey, James | 11/15/2017 |
| 2 | | 11/16/2017 |
| 2 | | 11/16/2017 |
| 15 | Flynn, Michael T. | 11/16/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 12 | Kaveladze, Ike Thomas | 11/16/2017 |
| 11 | Flynn, Michael T. | 11/17/2017 |
| 11 | | 11/17/2017 |
| 9 | | 11/17/2017 |
| 2 | Page, Carter | 11/17/2017 |
| 4 | | 11/17/2017 |
| 4 | | 11/20/2017 |
| 7 | Flynn, Michael T. | 11/20/2017 |
| 13 | | 11/20/2017 |
| 13 | Dhillon, Uttam | 11/21/2017 |
| 8 | | 11/21/2017 |
| 1 | | 11/21/2017 |
| 10 | Flynn, Michael T. | 11/21/2017 |
| 19 | McFarland, Kathleen | 11/22/2017 |
| 1 | York, Eric | 11/22/2017 |
| 10 | Dearborn, Rick | 11/28/2017 |
| 12 | | 11/28/2017 |
| 19 | | 11/28/2017 |
| 2 | | 11/28/2017 |
| 7 | | 11/29/2017 |
| 1 | | 11/29/2017 |
| 1 | | 11/29/2017 |
| 16 | Eisenberg, John | 11/29/2017 |
| 10 | Flynn, Michael T. | 11/29/2017 |
| 1 | | 11/29/2017 |
| 1 | | 11/29/2017 |
| 7 | | 11/30/2017 |
| 19 | McGahn, Donald | 11/30/2017 |
| 3 | | 11/30/2017 |
| 4 | | 12/1/2017 |
| 16 | | 12/1/2017 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 1 | | 12/2/2017 |
| 21 | | 12/4/2017 |
| 5 | Denman, Diana Destine | 12/4/2017 |
| 13 | | 12/4/2017 |
| 12 | | 12/4/2017 |
| 1 | | 12/5/2017 |
| 6 | | 12/5/2017 |
| 7 | | 12/5/2017 |
| 2 | McFarland, K.T. & McFarland, Alan | 12/5/2017 |
| 5 | | 12/5/2017 |
| 1 | | 12/5/2017 |
| 1 | | 12/6/2017 |
| 2 | | 12/6/2017 |
| 2 | | 12/6/2017 |
| 1 | | 12/6/2017 |
| 2 | | 12/6/2017 |
| 1 | | 12/6/2017 |
| 1 | | 12/6/2017 |
| 1 | | 12/6/2017 |
| 9 | | 12/7/2017 |
| 28 | Hicks, Hope | 12/7/2017 |
| 28 | Hicks, Hope | 12/7/2017 |
| 11 | | 12/7/2017 |
| 9 | | 12/7/2017 |
| 23 | Hicks, Hope | 12/8/2017 |
| 2 | | 12/8/2017 |
| 1 | | 12/9/2017 |
| 19 | Barrack, Thomas J. | 12/12/2017 |
| 1 | | 12/12/2017 |
| 18 | McGahn, Donald | 12/12/2017 |
| 7 | | 12/13/2017 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 9 | | 12/13/2017 |
| 9 | Lieberman, Edward H. | 12/13/2017 |
| 10 | | 12/13/2017 |
| 2 | | 12/14/2017 |
| 2 | | 12/14/2017 |
| 1 | | 12/14/2017 |
| 15 | McGahn, Donald | 12/14/2017 |
| 15 | Miller, Stephen | 12/14/2017 |
| 15 | Miller, Stephen | 12/14/2017 |
| 7 | Sater, Felix | 12/15/2017 |
| 12 | | 12/20/2017 |
| 5 | | 12/20/2017 |
| 1 | | 12/20/2017 |
| 10 | | 12/20/2017 |
| 5 | | 12/20/2017 |
| 10 | | 12/21/2017 |
| 6 | | 12/21/2017 |
| 12 | | 12/22/2017 |
| 5 | | 1/3/2018 |
| 5 | Beniaminov, Roman | 1/6/2018 |
| 2 | | 1/8/2018 |
| 1 | | 1/8/2018 |
| 9 | | 1/8/2018 |
| 12 | | 1/8/2018 |
| 7 | | 1/9/2018 |
| 14 | Hawker, Jonathan | 1/9/2018 |
| 1 | Hawker, Jonathan | 1/9/2018 |
| 10 | Khalilzad, Zalmay | 1/9/2018 |
| 4 | | 1/10/2018 |
| 1 | | 1/10/2018 |
| 7 | Flynn, Michael T. | 1/11/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 1 | | 1/11/2018 |
| 1 | | 1/11/2018 |
| 10 | Berkowitz, Avrahm | 1/12/2018 |
| 10 | Berkowitz, Avrahm | 1/12/2018 |
| 1 | | 1/13/2018 |
| 5 | | 1/17/2018 |
| 2 | Nader, George | 1/17/2018 |
| 2 | Nader, George | 1/17/2018 |
| 2 | | 1/17/2018 |
| 25 | Sessions, Jefferson | 1/17/2018 |
| 25 | Sessions, Jefferson Beauregard III | 1/17/2018 |
| 6 | | 1/18/2018 |
| 2 | | 1/18/2018 |
| 1 | Nader, George | 1/18/2018 |
| 15 | Nader, George | 1/19/2018 |
| 4 | | 1/19/2018 |
| 10 | | 1/20/2018 |
| 1 | | 1/22/2018 |
| 19 | Nader, George | 1/22/2018 |
| 13 | Nader, George | 1/23/2018 |
| 5 | | 1/23/2018 |
| 6 | Boyd, Charles | 1/24/2018 |
| 6 | Flynn, Michael T. | 1/24/2018 |
| 5 | | 1/24/2018 |
| 1 | | 1/24/2018 |
| 1 | | 1/24/2018 |
| 4 | Rozov, Andrey | 1/25/2018 |
| 5 | Zakheim, Dov | 1/25/2018 |
| 22 | Gates, Richard William III | 1/29/2018 |
| 1 | Gates, Rick | 1/29/2018 |
| 16 | Gates, Richard William III | 1/30/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 1 | Gates, Rick | 1/30/2018 |
| 2 | | 1/30/2018 |
| 3 | Lenzi, Mark | 1/30/2018 |
| 7 | Luff, Sandra | 1/30/2018 |
| 8 | | 1/30/2018 |
| 11 | Boente, Dana | 1/31/2018 |
| 21 | Gates, Richard William III | 1/31/2018 |
| 1 | Gates, Rick | 1/31/2018 |
| 1 | | 1/31/2018 |
| 1 | | 2/1/2018 |
| 15 | | 2/1/2018 |
| 23 | Gates, Richard William III | 2/1/2018 |
| 1 | Gates, Rick | 2/1/2018 |
| 10 | Heilbrunn, Jacob | 2/1/2018 |
| 2 | | 2/1/2018 |
| 16 | Gates, Richard William III | 2/2/2018 |
| 1 | Gates, Rick | 2/2/2018 |
| 1 | | 2/2/2018 |
| 1 | | 2/3/2018 |
| 2 | | 2/4/2018 |
| 13 | | 2/5/2018 |
| 7 | | 2/5/2018 |
| 1 | | 2/5/2018 |
| 1 | | 2/6/2018 |
| 6 | | 2/6/2018 |
| 1 | | 2/6/2018 |
| 5 | | 2/6/2018 |
| 15 | Gates, Richard William III | 2/7/2018 |
| 1 | Gates, Rick | 2/7/2018 |
| 18 | Davis, Richard Hannah | 2/8/2018 |
| 1 | Davis, Richard Hannah | 2/8/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 3 | | 2/8/2018 |
| 14 | Goldstone, Robert | 2/8/2018 |
| 19 | Raffel, Josh | 2/8/2018 |
| 19 | | 2/8/2018 |
| 12 | Burt, Richard | 2/9/2018 |
| 12 | Gates, Richard William III | 2/9/2018 |
| 5 | | 2/9/2018 |
| 26 | Bannon, Stephen K. | 2/12/2018 |
| 20 | Gates, Richard William  III | 2/12/2018 |
| 15 | Gates, Richard William III | 2/12/2018 |
| 15 | Gates, Richard William III | 2/12/2018 |
| 1 | Gates, Rick | 2/12/2018 |
| 1 | Gates, Rick | 2/12/2018 |
| 8 | | 2/13/2018 |
| 37 | Bannon, Stephen K. | 2/14/2018 |
| 11 | Corallo, Mark | 2/15/2018 |
| 15 | | 2/15/2018 |
| | Sanders, P. | 2/15/2018 |
| 31 | Saunders, Paul | 2/15/2018 |
| 1 | | 2/16/2018 |
| 1 | | 2/16/2018 |
| 18 | | 2/19/2018 |
| 8 | | 2/20/2018 |
| 1 | | 2/21/2018 |
| 5 | | 2/21/2018 |
| 1 | | 2/21/2018 |
| 2 | Gates, Richard William  III | 2/22/2018 |
| 7 | | 2/22/2018 |
| 1 | | 2/22/2018 |
| 1 | | 2/23/2018 |
| 4 | | 2/26/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 17 | Gates, Richard William III | 2/27/2018 |
| 1 | Gates, Rick | 2/27/2018 |
| 8 | Landrum, Lendwood | 2/27/2018 |
| 11 | | 2/27/2018 |
| 3 | | 2/27/2018 |
| 3 | | 2/27/2018 |
| 7 | Gates, Richard William III | 2/28/2018 |
| 2 | Gates, Richard William III | 2/28/2018 |
| 2 | Counsel for Flynn | 3/1/2018 |
| 2 | | 3/1/2018 |
| 4 | Gates, Richard William III | 3/1/2018 |
| 1 | Gates, Richard William III | 3/1/2018 |
| 6 | | 3/1/2018 |
| 1 | | 3/6/2018 |
| 11 | | 3/7/2018 |
| 11 | | 3/8/2018 |
| 33 | Simes, Dimitri | 3/8/2018 |
| 1 | | 3/9/2018 |
| 11 | Gates, Richard William III | 3/12/2018 |
| 18 | Hicks, Hope | 3/13/2018 |
| 9 | | 3/15/2018 |
| 2 | Gates, Richard William III | 3/16/2018 |
| 5 | Gates, Richard William III | 3/18/2018 |
| 1 | Gates, Rick | 3/18/2018 |
| 6 | | 3/19/2018 |
| 8 | Gates, Richard William III | 3/20/2018 |
| 3 | | 3/20/2018 |
| 7 | Safron | 3/20/2018 |
| 4 | | 3/20/2018 |
| 6 | | 3/20/2018 |
| 7 | Gates, Richard William III | 3/21/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 13 | Berkowitz, Avrahm | 3/22/2018 |
| 13 | Berkowitz, Avrahm | 3/22/2018 |
| 5 | | 3/22/2018 |
| 1 | | 3/23/2018 |
| 8 | | 3/23/2018 |
| 1 | | 3/26/2018 |
| 2 | Gates, Richard William III | 3/27/2018 |
| 3 | | 3/27/2018 |
| 1 | | 3/27/2018 |
| 20 | Simes, Dimitri | 3/27/2018 |
| 1 | | 3/29/2018 |
| 1 | | 3/29/2018 |
| 8 | Szobocsan, John | 3/29/2018 |
| 3 | | 3/30/2018 |
| 3 | Nix, Steven | 3/30/2018 |
| 10 | Donaldson, Annie | 4/2/2018 |
| 2 | | 4/2/2018 |
| 3 | | 4/2/2018 |
| 11 | Priebus, Reinhold | 4/3/2018 |
| 3 | | 4/3/2018 |
| 12 | Prince, Erik Dean | 4/4/2018 |
| 14 | Rtskhiladze, Giorgi | 4/4/2018 |
| 12 | Vargas, Catherine | 4/4/2018 |
| 14 | | 4/5/2018 |
| 8 | Lewandowski, Corey | 4/6/2018 |
| 3 | | 4/9/2018 |
| 1 | Gates, Richard | 4/10/2018 |
| 1 | Gates, Richard | 4/10/2018 |
| 6 | Gates, Richard William III | 4/10/2018 |
| 1 | Gates, Richard | 4/11/2018 |
| 6 | Gates, Richard William III | 4/11/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 33 | Kushner, Jared Corey | 4/11/2018 |
| 33 | Kushner, Jared Corey | 4/11/2018 |
| 5 | | 4/11/2018 |
| 31 | | 4/12/2018 |
| 31 | | 4/12/2018 |
| 1 | | 4/12/2018 |
| 19 | Porter, Robert | 4/13/2018 |
| 1 | | 4/16/2018 |
| 1 | Gates, Richard William III | 4/17/2018 |
| 3 | Gates, Richard William III | 4/17/2018 |
| 1 | Gates, Richard | 4/18/2018 |
| 5 | Gates, Richard William III | 4/18/2018 |
| 1 | | 4/19/2018 |
| 1 | | 4/19/2018 |
| 2 | | 4/19/2018 |
| 2 | | 4/19/2018 |
| 6 | | 4/20/2018 |
| 2 | | 4/24/2018 |
| 2 | | 4/24/2018 |
| 10 | | 4/24/2018 |
| 2 | | 4/24/2018 |
| 5 | | 4/25/2018 |
| 11 | Flynn, Michael T. | 4/25/2018 |
| 5 | | 4/26/2018 |
| 1 | Safron | 4/26/2018 |
| 2 | | 4/27/2018 |
| 2 | | 4/27/2018 |
| 1 | | 4/27/2018 |
| 3 | | 4/29/2018 |
| 3 | Gates, Richard | 4/30/2018 |
| 12 | Flynn, Michael T. | 5/1/2018 |

| SCO Interviews | | |
| --- | --- | --- |
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 1 | Gates, Richard William III | 5/1/2018 |
| 1 | | 5/1/2018 |
| 8 | Caputo, Michael | 5/2/2018 |
| 2 | | 5/2/2018 |
| 2 | | 5/2/2018 |
| 1 | | 5/3/2018 |
| 9 | | 5/3/2018 |
| 1 | Gates, Richard | 5/3/2018 |
| 8 | | 5/3/2018 |
| 5 | | 5/3/2018 |
| 2 | | 5/3/2018 |
| 10 | Prince, Erik Dean | 5/3/2018 |
| 1 | | 5/4/2018 |
| 6 | Flynn, Michael T. | 5/4/2018 |
| 2 | Gates, Richard William III | 5/4/2018 |
| 1 | | 5/4/2018 |
| 1 | | 5/4/2018 |
| 4 | | 5/7/2018 |
| 14 | | 5/7/2018 |
| 10 | | 5/8/2018 |
| 20 | Porter, Robert | 5/8/2018 |
| 6 | | 5/9/2018 |
| 7 | | 5/9/2018 |
| 4 | | 5/10/2018 |
| 2 | | 5/10/2018 |
| 2 | | 5/10/2018 |
| 2 | | 5/10/2018 |
| 4 | | 5/10/2018 |
| 7 | Rtskhiladze, Giorgi | 5/10/2018 |
| 7 | Rtskhiladze, Giorgi | 5/10/2018 |
| 1 | | 5/10/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 3 | | 5/10/2018 |
| 2 | | 5/11/2018 |
| 2 | Gates, Richard William III | 5/11/2018 |
| 2 | | 5/11/2018 |
| 2 | | 5/11/2018 |
| 2 | | 5/11/2018 |
| 1 | | 5/11/2018 |
| 2 | | 5/11/2018 |
| 2 | | 5/11/2018 |
| 2 | | 5/14/2018 |
| 3 | | 5/14/2018 |
| 2 | | 5/14/2018 |
| 4 | | 5/16/2018 |
| 5 | | 5/16/2018 |
| 2 | | 5/16/2018 |
| 2 | | 5/16/2018 |
| 3 | | 5/17/2018 |
| 2 | | 5/17/2018 |
| 2 | | 5/17/2018 |
| 8 | | 5/17/2018 |
| 6 | Kalashnikova, Olga | 5/17/2018 |
| 2 | | 5/17/2018 |
| 6 | | 5/17/2018 |
| 1 | | 5/18/2018 |
| 12 | | 5/18/2018 |
| 1 | | 5/18/2018 |
| 3 | | 5/18/2018 |
| 7 | | 5/18/2018 |
| 3 | Aven, Petr | 5/20/2018 |
| 1 | | 5/21/2018 |
| 14 | Patten, Sam | 5/22/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 1 | Patten, Sam | 5/22/2018 |
| 2 | | 5/22/2018 |
| 2 | | 5/23/2018 |
| 5 | | 5/23/2018 |
| 2 | Gates, Richard William III | 5/23/2018 |
| 1 | | 5/23/2018 |
| 1 | | 5/23/2018 |
| 4 | | 5/23/2018 |
| 2 | | 5/24/2018 |
| 3 | | 5/25/2018 |
| 1 | | 5/25/2018 |
| 3 | | 5/27/2018 |
| 2 | | 5/29/2018 |
| 3 | | 5/29/2018 |
| 3 | | 5/30/2018 |
| 1 | | 5/30/2018 |
| 2 | | 5/30/2018 |
| 1 | | 5/30/2018 |
| 4 | Podesta, John | 5/30/2018 |
| 6 | | 5/30/2018 |
| 4 | Marinello, Beatriz | 5/31/2018 |
| 4 | Marinello, Beatriz M. | 5/31/2018 |
| 11 | | 5/31/2018 |
| 5 | | 5/31/2018 |
| 2 | | 5/31/2018 |
| 1 | | 6/1/2018 |
| 2 | | 6/2/2018 |
| 2 | | 6/3/2018 |
| 1 | Gates, Richard William III | 6/4/2018 |
| 7 | | 6/5/2018 |
| 2 | Gates, Richard William III | 6/5/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 6 | Gerson, Richard M. | 6/5/2018 |
| 6 | Gerson, Richard M. | 6/5/2018 |
| 4 | | 6/6/2018 |
| 1 | | 6/6/2018 |
| 8 | Ruddy, Chris | 6/6/2018 |
| 4 | | 6/6/2018 |
| 10 | | 6/7/2018 |
| 10 | | 6/7/2018 |
| 1 | | 6/7/2018 |
| 1 | | 6/7/2018 |
| 4 | | 6/7/2018 |
| 2 | Gates, Richard William III | 6/8/2018 |
| 8 | | 6/8/2018 |
| | Hawker, Jonathan | 6/9/2018 |
| 1 | | 6/11/2018 |
| 6 | | 6/11/2018 |
| 1 | Gates, Richard William III | 6/12/2018 |
| 1 | | 6/12/2018 |
| 2 | | 6/12/2018 |
| 1 | Gates, Richard William III | 6/13/2018 |
| 2 | | 6/13/2018 |
| 3 | | 6/14/2018 |
| 5 | Gerson, Richard M. | 6/15/2018 |
| 5 | Gerson, Richard M. | 6/15/2018 |
| 3 | | 6/15/2018 |
| 5 | Dearborn, Rick | 6/20/2018 |
| 1 | | 6/20/2018 |
| 1 | | 6/20/2018 |
| 1 | | 6/25/2018 |
| 5 | Mashburn, John | 6/25/2018 |
| 1 | Gates, Richard | 6/26/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 10 | | 6/26/2018 |
| 2 | | 6/27/2018 |
| 6 | | 6/29/2018 |
| 2 | | 7/2/2018 |
| 11 | | 7/2/2018 |
| 1 | Gates, Richard | 7/3/2018 |
| 1 | Gates, Richard | 7/3/2018 |
| 1 | | 7/3/2018 |
| 2 | | 7/3/2018 |
| 1 | Gates, Rick | 7/5/2018 |
| 4 | | 7/6/2018 |
| 6 | Devine, Thomas | 7/6/2018 |
| 1 | Devine, Thomas | 7/6/2018 |
| 1 | Gates, Rick | 7/6/2018 |
| 1 | | 7/6/2018 |
| 5 | | 7/6/2018 |
| 1 | | 7/9/2018 |
| 2 | | 7/9/2018 |
| 1 | | 7/9/2018 |
| 1 | | 7/10/2018 |
| 1 | | 7/10/2018 |
| 1 | | 7/10/2018 |
| 2 | | 7/10/2018 |
| 5 | | 7/11/2018 |
| 1 | Gates, Richard | 7/11/2018 |
| 1 | | 7/11/2018 |
| 2 | | 7/11/2018 |
| 4 | | 7/12/2018 |
| 2 | | 7/12/2018 |
| 1 | | 7/12/2018 |
| 1 | | 7/13/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 3 | Oknyansky, Henry | 7/13/2018 |
| 8 | | 7/13/2018 |
| 7 | | 7/13/2018 |
| 2 | | 7/13/2018 |
| 3 | | 7/16/2018 |
| 1 | | 7/17/2018 |
| 2 | | 7/17/2018 |
| 1 | Gates, Richard | 7/18/2018 |
| 1 | | 7/18/2018 |
| 10 | | 7/18/2018 |
| 1 | | 7/18/2018 |
| 6 | | 7/19/2018 |
| 2 | | 7/19/2018 |
| 10 | Sanders, Sarah | 7/23/2018 |
| 6 | | 7/25/2018 |
| 3 | | 7/26/2018 |
| 12 | | 7/31/2018 |
| 11 | | 8/1/2018 |
| 8 | Aven, Petr | 8/2/2018 |
| 3 | | 8/2/2018 |
| 8 | Kelly, John | 8/2/2018 |
| 6 | | 8/2/2018 |
| 4 | | 8/2/2018 |
| 2 | | 8/3/2018 |
| 4 | | 8/3/2018 |
| 1 | | 8/3/2018 |
| 3 | | 8/7/2018 |
| 7 | | 8/7/2018 |
| 22 | Cohen, Michael | 8/7/2018 |
| 3 | | 8/8/2018 |
| 2 | | 8/9/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 6 | | 8/9/2018 |
| 5 | | 8/9/2018 |
| 6 | | 8/10/2018 |
| 3 | | 8/14/2018 |
| 2 | | 8/14/2018 |
| 6 | | 8/14/2018 |
| 7 | | 8/14/2018 |
| 1 | | 8/15/2018 |
| 6 | | 8/16/2018 |
| 1 | | 8/16/2018 |
| 4 | | 8/16/2018 |
| 2 | | 8/17/2018 |
| 2 | | 8/17/2018 |
| 1 | | 8/20/2018 |
| 1 | | 8/20/2018 |
| 5 | | 8/20/2018 |
| 2 | | 8/21/2018 |
| 1 | | 8/21/2018 |
| 1 | | 8/21/2018 |
| 2 | | 8/22/2018 |
| 3 | | 8/23/2018 |
| 2 | | 8/23/2018 |
| 1 | | 8/23/2018 |
| 3 | | 8/23/2018 |
| 1 | Newman, Omarosa Manigault | 8/23/2018 |
| 1 | Priestap, E. W. | 8/23/2018 |
| 4 | | 8/24/2018 |
| 2 | | 8/29/2018 |
| 3 | Klein, David | 8/30/2018 |
| 1 | | 8/30/2018 |
| 1 | | 9/4/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 2 | | 9/4/2018 |
| 5 | Fishbein, Jason | 9/5/2018 |
| 7 | Corsi, Jerome | 9/6/2018 |
| 1 | | 9/6/2018 |
| 1 | | 9/6/2018 |
| 7 | | 9/7/2018 |
| 1 | Gates, Richard | 9/11/2018 |
| 1 | Manafort, Paul | 9/11/2018 |
| 8 | Manafort, Paul J. | 9/11/2018 |
| 1 | | 9/12/2018 |
| 16 | Cohen, Michael | 9/12/2018 |
| 16 | Cohen, Michael | 9/12/2018 |
| 5 | | 9/12/2018 |
| 3 | Gates, Richard William III | 9/12/2018 |
| 2 | | 9/12/2018 |
| 7 | Manafort, Paul J. | 9/12/2018 |
| 1 | | 9/12/2018 |
| 7 | | 9/13/2018 |
| 1 | | 9/13/2018 |
| 1 | Manafort, Paul | 9/13/2018 |
| 5 | Manafort, Paul J. | 9/13/2018 |
| 3 | | 9/14/2018 |
| 2 | | 9/17/2018 |
| 3 | Corsi, Jerome | 9/17/2018 |
| 2 | | 9/17/2018 |
| 3 | Flynn, Michael | 9/17/2018 |
| 15 | Cohen, Michael | 9/18/2018 |
| 2 | | 9/19/2018 |
| 7 | | 9/19/2018 |
| 1 | Manafort, Paul | 9/20/2018 |
| 8 | Manafort, Paul J. | 9/20/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 8 | Corsi, Jerome | 9/21/2018 |
| 1 | Manafort, Paul | 9/21/2018 |
| 3 | Manafort, Paul J. | 9/21/2018 |
| 1 | | 9/22/2018 |
| 1 | | 9/23/2018 |
| 4 | | 9/24/2018 |
| 1 | Manafort, Paul | 9/26/2018 |
| 1 | Gates, Richard III | 9/27/2018 |
| 8 | Gates, Richard William III | 9/27/2018 |
| 3 | Gates, Richard William III | 9/27/2018 |
| 3 | | 9/28/2018 |
| 2 | | 9/29/2018 |
| 12 | Manafort, Paul J. | 10/1/2018 |
| 2 | | 10/3/2018 |
| 2 | | 10/3/2018 |
| 2 | | 10/3/2018 |
| 2 | | 10/4/2018 |
| 4 | | 10/4/2018 |
| 4 | | 10/5/2018 |
| 2 | | 10/5/2018 |
| 2 | Cohen, Michael | 10/8/2018 |
| 11 | | 10/9/2018 |
| 8 | | 10/9/2018 |
| 1 | Gates, Richard III | 10/10/2018 |
| 5 | | 10/11/2018 |
| 1 | Manafort, Paul | 10/11/2018 |
| 10 | Manafort, Paul J. | 10/11/2018 |
| 2 | | 10/11/2018 |
| 1 | | 10/15/2018 |
| 6 | | 10/15/2018 |
| 12 | Gates, Richard | 10/16/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 1 |  | 10/16/2018 |
| 1 | Manafort, Paul | 10/16/2018 |
| 8 | Manafort, Paul J. | 10/16/2018 |
| 3 |  | 10/16/2018 |
| 12 | Cohen, Michael | 10/17/2018 |
| 18 | Foresman, Robert | 10/17/2018 |
| 1 |  | 10/17/2018 |
| 3 |  | 10/18/2018 |
| 1 |  | 10/19/2018 |
| 1 |  | 10/22/2018 |
| 3 | Gates, Richard III | 10/23/2018 |
| 3 |  | 10/23/2018 |
| 3 |  | 10/24/2018 |
| 3 |  | 10/24/2018 |
| 1 | Gates, Richard III | 10/25/2018 |
| 8 | Gates, Richard William III | 10/25/2018 |
| 3 | Page, Lisa | 10/25/2018 |
| 16 | Bannon, Stephen K | 10/26/2018 |
| 16 | Bannon, Stephen K. | 10/26/2018 |
| 16 | Bannon, Stephen K. | 10/26/2018 |
| 8 | Gates, Richard III | 10/26/2018 |
| 3 |  | 10/26/2018 |
| 1 | Gates, Richard III | 10/29/2018 |
| 1 |  | 10/30/2018 |
| 14 | Corsi, Jerome | 10/31/2018 |
| 11 | Corsi, Jerome | 11/1/2018 |
| 5 |  | 11/1/2018 |
| 3 |  | 11/1/2018 |
| 2 | Corsi, Jerome | 11/2/2018 |
| 1 |  | 11/2/2018 |
| 3 |  | 11/2/2018 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | Date of Interview |
| 1 | | 11/6/2018 |
| 1 | | 11/6/2018 |
| 3 | | 11/6/2018 |
| 2 | | 11/6/2018 |
| 8 | | 11/6/2018 |
| 2 | Gates, Richard William III | 11/7/2018 |
| 1 | Gates, Rick | 11/7/2018 |
| 1 | Gates, Rick | 11/7/2018 |
| 12 | Gates, Rick | 11/7/2018 |
| 15 | Cohen, Michael | 11/12/2018 |
| 4 | Gates, Rick | 11/13/2018 |
| 2 | | 11/14/2018 |
| 6 | | 11/14/2018 |
| 2 | | 11/15/2018 |
| 4 | | 11/15/2018 |
| 5 | | 11/19/2018 |
| 1 | Gates, Richard III | 11/19/2018 |
| 2 | Gates, Richard III | 11/19/2018 |
| 3 | Gates, Rick III | 11/19/2018 |
| 7 | Cohen, Michael | 11/20/2018 |
| 3 | Gates, Richard III | 11/21/2018 |
| 9 | Rybicki, James | 11/21/2018 |
| 1 | | 11/26/2018 |
| 3 | Gates, Rick III | 11/27/2018 |
| 2 | Klimentov, Dmitri | 11/27/2018 |
| 1 | | 11/28/2018 |
| 5 | Gates, Richard III | 11/28/2018 |
| 2 | | 12/2/2018 |
| 1 | | 12/3/2018 |
| 2 | | 12/3/2018 |
| 1 | | 12/4/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 6 | | 12/4/2018 |
| 1 | | 12/5/2018 |
| 1 | | 12/6/2018 |
| 12 | | 12/6/2018 |
| 8 | | 12/11/2018 |
| 2 | | 12/11/2018 |
| 1 | | 12/12/2018 |
| 1 | | 12/13/2018 |
| 2 | | 12/14/2018 |
| 2 | | 12/19/2018 |
| 1 | | 12/19/2018 |
| 1 | | 12/21/2018 |
| 6 | | 1/3/2019 |
| 1 | | 1/9/2019 |
| 2 | | 1/11/2019 |
| 1 | | 1/16/2019 |
| 1 | Gates, Richard | 1/17/2019 |
| 4 | Bannon, Stephen K. | 1/18/2019 |
| 7 | Gates, Richard III | 1/22/2019 |
| | | |
| 1 | | 1/25/2019 |
| 2 | | 1/25/2019 |
| 1 | | 1/25/2019 |
| 1 | | 1/25/2019 |
| 1 | | 1/25/2019 |
| 2 | | 1/25/2019 |
| 2 | | 1/25/2019 |
| 2 | Brand, Rachel | 1/29/2019 |
| 1 | | 1/29/2019 |
| 2 | | 1/31/2019 |
| 1 | | 2/5/2019 |

| SCO Interviews | | |
|---|---|---|
| Number of Pages (Typed) | Subject Interviewed | | Date of Interview |
| 1 | | | 2/5/2019 |
| 2 | | | 2/8/2019 |
| 10 | Christie, Chris | | 2/13/2019 |
| 1 | | | 2/13/2019 |
| 11 | Gordon, Jeffrey Duane | | 2/14/2019 |
| 4 | Gates, Richard | | 2/17/2019 |
| 2 | | | 2/21/2019 |
| 2 | Gates, Richard | | 2/25/2019 |
| 4 | | | 2/25/2019 |
| 1 | | | 2/26/2019 |
| 4 | McGahn, Donald F. | | 2/28/2019 |
| 3 | | | 3/16/2019 |
| 2 | | | 3/18/2019 |
| 5 | Cohen, Michael | | 3/19/2019 |
| 5 | Cohen, Michael | | 3/19/2019 |
| 1 | | | 3/28/2019 |
| 7 | | | 7/26/2019 |
| 10 | | | 9/8/2019 |
| 2 | | | 9/27/2019 |
| 5 | | | 10/17/2019 |
| 2 | | | 10/24/2019 |
| 5 | | | 11/9/2019 |
| 1 | | | 09/12/2017 & 10/19/2017 |
| 1 | | | 1/17/2018  & 1/18/2018 |
| 1 | | | 1/17/2018 & 1/18/2018 |
| 21 | | | 10/3/2018 & 10/4/2018 |
| 1 | | | 12/31/18 & 1/19/19 |
| 1 | | | 4/10/2018 & 4/27/2018 |

| SCO Interviews | | |
|---|---|---|
| **Number of Pages (Typed)** | **Subject Interviewed** | **Date of Interview** |
| 1 | | 6/20/2018 - 6/28/2018 |
| 1 | | 8/16/2017 |
| 5 | | 8/3/2018 or 8/6/2018 |
| 2 | | 8/9/2018, 8/13/2018, & 8/15/2018 |
| 26 | Steele, Christopher | 9/18/2017 & 9/19/2017 |
| Total Pages | | |

5373