1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3    JASON LEOPOLD, et al.          .
                        Plaintiff,  .
4                                   .  Docket No. CV 19-1278-RBW
                                    .
5    CABLE NEWS NETWORK             .
                        Plaintiff,  .  Docket No. CV 19-1626-RBW
6    vs.                            .
                                    .  January 8, 2020
7    U.S. DEPARTMENT OF JUSTICE     .
                        Defendant.  .
8    . . . . . . . . . . . . . . . .x  11:33 a.m.

9

10              TRANSCRIPT OF STATUS CONFERENCE

11      BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

12               UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For Plaintiff Leopold:   Matthew Topic
                              Merrick Jason Wayne
15                            LOVEY & LOVEY
                              311 N. Aberdeen Street, Third Floor
16                            Chicago, IL 60607
                              (312) 243-5900
17                            Email: matt@lovey.com
                              Email: merrick@lovey.com
18
     For Plaintiff CNN:       Charles D. Tobin
19                            Matthew E. Kelley
                              BALLARD SPAHR LLP
20                            1909 K Street, NW
                              12th Floor
21                            Washington, DC 20006
                              (202) 661-2218
22                            Email: tobinc@ballardspahr. com
                              Email: kelleym@ballardspahr.com
23

24

25

1    APPEARANCES: [Cont'd]

2

     For the Defendant:     Courtney D. Enlow
3                           Elizabeth J. Shapiro
                            U.S. DEPARTMENT OF JUSTICE
4                           Civil Division, Federal Programs Branch
                            1100 L Street, NW
5                           Washington, DC 20005
                            (202) 616-8467
6                           Email: courtney.d.enlow@usdoj.gov
                            Email: Elizabeth.Shapiro@usdoj.gov
7

8

     Court Reporter:   Cathryn J. Jones, RPR
9                       Official Court Reporter
                        Room 6521, U.S. District Court
10                      333 Constitution Avenue, N.W.
                        Washington, D.C. 20001
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Your Honor, this morning this

3    is In Re:  Jason Leopold versus U.S. Department of Justice,

4    Civil Action Number 19-1278, along with Cable News Network

5    versus the Federal Bureau of Investigations, Civil Action

6    Number 19-1626.

7              Ask the parties to step forward and identify

8    yourselves for the record, please.

9              MR. TOPIC:  Good morning, Your Honor, Matt Topic

10   for Leopold and BuzzFeed.

11             THE COURT:  Good morning.

12             MR. TOBIN:  Good morning, Your Honor, Charles

13   Tobin and Matt Kelley for CNN.  With us at counsel table is

14   Kaylin Pollins from CNN.

15             THE COURT:  Good morning.

16             MS. ENLOW:  Good morning, Your Honor, Courtney

17   Enlow Department from the Department of Justice.  And with

18   me at counsel table is Elizabeth Shapiro.

19             THE COURT:  Good morning.

20             I guess the first thing we need to address is in

21   reference to the order that was issued on November 28th,

22   which set forth a number of obligations on the part of the

23   government.  Has there been full compliance with that?

24             MS. ENLOW:  Yes, Your Honor.  That order directed

25   the government to produce -- well, it was modified, of

1   course, by the motion for an extension which was granted,

2   but ordered the government to produce 430 pages of the 302s

3   that were made available to the House on January 2nd, and

4   directed the government to produce a list of witnesses who

5   were interviewed as part of the Special Counsel's

6   investigation on January 3rd.  It also ordered the

7   government to produce to Leopold only, 500 pages of

8   summaries of the Mueller report.

9           The government did the production on January 2nd,

10   did the list of witnesses on January 3rd, and also on

11   January 3rd, issued a response letter to Mr. Leopold saying

12   that the only summaries are the executive summaries that are

13   already in the report that were produced, of course, in the

14   other Leopold case and with the reference to the actual

15   report itself.  And then the drafts of those summaries which

16   would be withheld and fall under Exemption 5 of the

17   deliberative.

18           THE COURT:  Any exception that counsel wants to

19   take to the representations made by government counsel in

20   reference to compliance with that order?

21           MR. TOBIN:  Yes, Your Honor, Charles Tobin for

22   CNN.

23           As to the production ordered as to the documents

24   for CNN they did meet the threshold in terms of the number

25   of documents that they processed.  As far as the list of

1    names that the Court ordered them to produce there were a

2    number of redactions, blank names, mystery interviewees, if

3    you will not on the list.  As I understand Ms. Enlow's cover

4    email it's not because they're necessarily claiming

5    exemptions.  It's that they haven't reached the

6    determination yet as to whether some of those names should

7    be exempt because they have not reviewed the 302s.

8            And I would say that unless they had an exemption

9    specifically to cite, which they expressly said they do not,

10   they have not complied with the Court's order in providing

11   the names consistent with what the Court directed them to

12   do.

13           THE COURT:  Government.

14           MS. ENLOW:  Your Honor, a couple of things.  First

15   of all, as the Court may recall the FBI created this list as

16   a result of the Court order.  This is not a document that's

17   subject to a FOIA request.  And so there's not exemptions

18   marked on the list because in fact it was not processed

19   under the FOIA.  It's not subject to the FOIA request.

20           What the FBI did was create this list in a very

21   short amount of time.  They had to pull the 302s from a

22   variety of files.  There's not simply one repositories so

23   that it was an easy task.  To the contrary they were in

24   various files.  We pulled them together.  And what they did

25   was they went through the list and did their best to ensure

1    that the list was complete, and accurate, and redacted names

2    where release of the names could reveal FBI's operational

3    sensitivities, law enforcement information, or it could

4    reveal federal Grand Jury information, meaning witnesses who

5    testified in front of the Grand Jury, or where revealing the

6    name could infringe upon the personal privacy of

7    individuals.

8            Now it may be the case that when the FBI processes

9    the 302s for each of these witnesses that these names are

10   revealed, but unsurprisingly perhaps the FBI hasn't

11   processed all these 302s yet.  They're going at the court

12   ordered rate, 500 pages per month.  And so when the FBI gets

13   to another 302 they would certainly look at the name and see

14   whether that can released at that point.

15           To the extent there's any errors or any

16   information that should have been released but wasn't, as I

17   told plaintiffs' counsel the FBI is certainly committed to

18   correcting the list if any errors are discovered, any

19   inadvertent errors.  Again, this was put together in a short

20   time span, already processing other 302s when the holidays

21   were intervening as well.  They did the best they could with

22   the resources and the time they had, and any errors would be

23   corrected, and any redactions will be lifted once the actual

24   302s themselves are processed.

25           THE COURT:  Considering the time schedule that we

1    are on now as far as reviewing and processing the 302s,

2    what's your projection as to when they'd be in a position to

3    make an assessment regarding whether those names should be

4    provided?

5            MS. ENLOW:  So it really is an individual

6    assessment for each 302, right, because they have to look at

7    who the witness is.  Is it -- I mean if they're taking a

8    privacy exemption is it known?  Is it cited?  Is it

9    officially acknowledged somewhere and not just in a press

10   report, but officially acknowledged by the government?  And

11   then they have to do the balancing test, right, of whether

12   or not revealing this person's privacy -- whether or not

13   revealing this person's name would be an unwarranted

14   infringement upon their privacy.

15           So it's very difficult to do in the abstract.

16   And, of course, had they released just a bunch of names

17   right now if they determined later once they actually got to

18   the 302s to process that oh, this witness shouldn't have

19   been, we shouldn't have released this person's name it's

20   already been released.  We can't take that back.  So the FBI

21   took the conservative approach of when they just didn't

22   have -- when they knew or when they suspected that the name

23   hadn't yet been released, officially acknowledged, then they

24   redacted it.

25           Again, if the FBI determines that there should be

1    additional names included on the list that were already

2    officially acknowledged, for example, we'll provide a

3    corrected list.

4         THE COURT:  Why is what the government represents

5    not a reasonable approach to take?  I mean, obviously it

6    seems to me they just can't start releasing information

7    because once the cat's out of the box I mean there's nothing

8    they can do.  And if they release information they should

9    not, names of individuals whose names should not be made

10   known to the public the harm is already done.

11        MR. TOBIN:  And I appreciate that, Your Honor.

12   There may be some narrow circumstances where that may be the

13   case.  All we can do is it's kind of like a game of

14   Battleship guessing what's on the other side of the board.

15   We don't have to guess as to certain names.  For example,

16   there were known witnesses in Paul Manafort's trial, who we

17   know gave 302, gave interviews that were reduced to 302s.

18   Some of those names have been redacted from the list the FBI

19   gave to us on Friday.

20        And so it justs seems to us that there were

21   certain filters in places that are as readily available if

22   not more so to them where there is an official

23   acknowledgment.  Where there is a public representation

24   where people have come forward.  Not just relying on press

25   reports, but relying on the events that have taken place

1    during this long investigation and that they didn't do that.

2    And they had six weeks, Your Honor, to do that under the

3    Court's order.  It wasn't something that they had to throw

4    together in a week.

5             And so in the briefing that the Court received

6    last night the government said, you know, you don't need to

7    bring it to the Court's attention, just tell us.  Well

8    again, it's a game of Battleship where we have to take a

9    look at the information they give us.  The burden then

10   becomes on us to go back and check the publicly acknowledged

11   sources of the government, and then go back to the

12   government and before you know it another two weeks or four

13   weeks have elapsed before the information gets either

14   released to the public or brought to the Court's attention

15   for hearings like the one the Court has orally been

16   scheduling now.

17            And so our response is they're just not trying

18   hard enough, Your Honor, to make this easier on all of us.

19            MS. ENLOW:  Couple of things, Your Honor.  First

20   is that like I said the FBI -- these are people putting

21   together this list as a result of the Court order.  They did

22   the best they could with the short time span they had, with

23   the intervening holidays, with Thanksgiving, Christmas, New

24   Year's.

25            I have fully acknowledged in my email to the

1    plaintiffs last Friday that there could have been some

2    mistakes.  And if there are some mistakes it would be much

3    more efficient if they would just tell me and then I could

4    work with the FBI and see was that really a mistake.  Is

5    there a reason why this was left out, et cetera.  If we find

6    mistakes we will certainly correct it.

7              And so if mistakes --

8              THE COURT:  And so theoretically there are

9    individuals who their identities were disclosed, for

10   example, in the Manafort trial, and that information has not

11   been produced because the 302s haven't been yet reviewed,

12   would you be of the position consistent with their review

13   that those names should be made available?

14             MS. ENLOW:  Your Honor, if it's beneficially

15   acknowledged that someone was interviewed by Special

16   Counsel's office standing here today I would think that

17   those would be released.  I would want to go back and talk

18   to the FBI and see was there a reason why certain names were

19   left off.  What was it?  Or is this just an inadvertent

20   human error?  I suspect things like that are just

21   inadvertent human error.

22             THE COURT:  I think the counsel, parties have to

23   work together.  And I think to the extent that plaintiffs'

24   counsel is able to identify 302s that relate to individuals

25   who counsel believes their identity was made known public

1   already then it seems to me it's not too much of an onerous

2   burden to have plaintiffs' counsel advise government counsel

3   of that fact so government counsel can go back and

4   specifically look at those particular documents or have the

5   FBI look at those documents to see if a mistake was made in

6   reference to the identity of those individuals not being

7   made known.

8          So it seems to me that's a reasonable approach to

9   take to try and address the concern that's being raised in

10  reference to those individuals.

11         MS. ENLOW:  Thank you, Your Honor.

12         THE COURT:  So I'll require that that be done.

13         Regarding anything else that the government

14  represented in reference to the November 28th order any

15  other issues about noncompliance with that?

16         MR. TOBIN:  Speaking on behalf of both plaintiffs,

17  no, Your Honor.

18         THE COURT:  Now what else at this point is being

19  requested that I do different than what already is in play?

20         MR. TOBIN:  A few things, Your Honor.  Your Honor,

21  we would request that the Court increase the production, and

22  we've asked for this before.  But the, in the most recent

23  round in order to accommodate both their expedited requests,

24  BuzzFeed and ours, the Court did order an increased overall

25  production of documents.

1              Mr. Topic and I and our clients have gotten

2     together and we agree at this juncture to ask for a

3     consolidated request of both requests to increase the page

4     limit to 1,000 for the typewritten 302s summaries.  And so

5     we would ask the Court in consideration of what's been done

6     before to raise that for the next production, the production

7     starting on March 1, I think is where we're at right now.

8     That would be the first ask that we would make.

9              THE COURT:  And right now as I believe it's what,

10    750, is that right, or 500, 750 I think it is.  750, right.

11             MR. TOBIN:  It's 500 for us --

12             MR. TOPIC:  It was 500 for the 302s.  You ordered

13    500 for the summaries, and then I think for the things that

14    had been submitted to Congress that was sort of put on its

15    own track and maybe that's where the 750 was coming from.

16             MR. TOBIN:  So we already had at least a thousand

17    documents.

18             THE COURT:  Okay.  The 750, yes, that's in

19    reference to what was made available to the House committee,

20    the House judiciary committee.

21             MR. TOBIN:  Your Honor, we've made the suggestion

22    the Court implementing a reasonable agency standard.  If the

23    Court would look for guidance we would ask the Court to look

24    for guidance to the *Open Society* case, to Judge Engelmayer's

25    work up in New York where the State Department and the

1    Department of Defense told the judge that it would be too

2    burdensome to produce the level of documents that they asked

3    for.  And the judge ended up ordering stayed after hearing

4    evidence and actually looking at very much the same type of

5    evidence here, including the burden, including cases in

6    Washington, D.C. and New York filed against those agencies,

7    the judge ordered a 5,000 page review.

8            And what the judge essential said we would ask the

9    Court in some fashion to adopt just as a guide post going

10   forward is that, I have to look at what a reasonable agency

11   in 2019, should be capable of an objective standard, rather

12   than giving way to the subject of representations of the

13   government.  And the reason the judge did that is because

14   there's nothing in FOIA itself other than a compulsion to

15   process documents.

16           And so Judge Engelmayer looked at things very,

17   very carefully, ordered 5,000 a month.  And we checked the

18   status of that case, and those agencies have complied with

19   that order.  And so we think that we're asking for basically

20   20 percent of that with 1,000.  And we think if the Court

21   would adopt that as a standard, as a rubric, it might inform

22   arguments going forward to the extent we have to have any.

23   And so we did ask for that in the papers that we filed last

24   week, but the quantity that we've asked for is 1,000.

25           THE COURT:  Government.

1              MS. ENLOW:  Yes, Your Honor.  On the thousand

2     pages per month, I mean, first of all, just to set the

3     record straight, for the first production in November the

4     Court ordered 500 pages.  For the production in December the

5     Court ordered 500 pages.

6              In November there was discussion at the hearing

7     about how the public has the highest interest in the 302s

8     that were made available to the House.  And so that is why

9     the Court directed the government to produce the 750 pages

10    made available to the House.  That was already quite frankly

11    a strain on the FBI and on the Department in trying to

12    produce those.  Obviously, we had to move for an extension

13    due to an internal miscommunication.  It was very difficult

14    to even process the amount they've already been processing.

15             They are on track to produce the rest of it

16    January 17th.  But again, it's a strain because they're also

17    going to produce per the Court's order 500 pages on February

18    1st.

19             There's no reason to deviate from this 500 page

20    standard.  This Open Society case is a Southern District of

21    New York case.  It is not followed in DDC where there are

22    numerous other FOIA case -- plenty more, many more FOIA

23    cases here than SDNY.  Instead here the D.C. Circuit has

24    recognized in the *National Security Council*'s case from 2017

25    that the FBI standard processing rate of 500 pages per month

1    serves to promote efficiency and allows the FBI to process

2    more FOIA requests for more requesters.

3           This is the same, you know, argument we make all

4    the time which is that there's a limited amount of resources

5    for FOIA requesters.  And with more and more FOIA requests

6    coming in, more and more being in litigation as soon as

7    there's orders to produce more than 500 pages per month

8    other FOIA requests just do not get the attention that they

9    need.  They get less of the amount of resources for

10   processing and production.

11          And so here with this *Open Society* SDNY case the

12   5,000 pages were month is an aberration.  I'm not aware of

13   other cases that do 5,000 pages per month.  What I am aware

14   of is the D.C. Circuit saying that the 500 pages per month

15   is the standard.  There's a reason we have that standard.

16   It helps the other FOIA requesters get the documents they

17   need.  And then a wealth of judges in this court following

18   that standard of 500 pages per month which I cited in my

19   brief at least, you know, half a dozen or a dozen cases.

20   And even many that go below that 300 pages per month.

21          So here sticking with the 500 pages per month is a

22   reasonable standard.  It also takes into account all the

23   work that has to be done for these.  I mean this is a

24   counterintelligence, national security, and a criminal

25   investigation.  And so these documents they have to be

1    reviewed for classification by the FBI.  They have to be

2    reviewed as, you know, for the initial FOIA exemptions.

3    They have to be sent to their subject matter experts.  And

4    at the FBI we're talking about intelligence analysts, people

5    in the field, attorneys, you know, computer scientists,

6    anyone who might have dealt with the actual operational

7    aspects of this investigation and ensure that nothing goes

8    out the door that relates to law enforcement sensitive

9    information that shouldn't go out.

10          And then it has to be further reviewed.  This

11   process is not a fast process especially given the nature of

12   the documents we're looking at here.  The 500 pages per

13   month is in accordance case law, excuse me.  It's in

14   accordance with the FBI standard procedure and it makes

15   sense here as well.

16          THE COURT:  Okay.  Anything else?

17          MR. TOBIN:  If I may, Your Honor.  First of all,

18   the cases that the government cites I mean none of these had

19   the urgency and the exigency of this particular request in

20   light of the impeachment proceedings, in light of the

21   pending election that's just short of ten months ago.

22          None of those cases arose out of important

23   newsworthy, public interest that FOIA was intended to

24   fulfill.  The public needs the information now in order to

25   have the ability to follow the impeachment proceedings with

1   maximum understanding, follow the aftermath, and in the run

2   up to the election.

3          Under the 1,000 pages we are asking I believe we

4   calculated the production will be done in July.  If the

5   Court stays with the 500 per month it will be done the day

6   before the election.  And that's just too little, too late

7   for this information to come out.

8          Second of all, I think Khashoggi, the Khashoggi

9   case that was the subject of the Open Society, the murder of

10  the journalist, Jamal Khashoggi.  That case was probably the

11  best analogy to the facts that are confronting the Court

12  right now, an exigent, important news event that cried out

13  for the release of as much information as possible.

14         We went looking for an analogy here within the

15  D.C. Circuit, and we found what we think is the right one,

16  was actually handled by -- you don't have to look far.  It

17  was handled by my colleague, Mr. Kelley, and some others in

18  my firm.  It was the Hillary Clinton emails.  We went for

19  some clients on behalf, to the Department of State and asked

20  for Judge Contreras to direct the release of the material on

21  the investigation of Hillary Clinton's emails.

22         And in his order, Your Honor, he went with

23  percentages.  He went with the percentage per month that had

24  to be released.  And if you calculate those percentages for

25  the documents presented in the first month he ordered 3850

1      documents produced.  In the second month, 4400 documents

2      processed actually; 5500, the next month; 6600, the

3      following month, and 7700, all the way up to 9,900 pages per

4      month.  So that things were processed in an orderly fashion

5      in a six month period.

6              So with all due respect -- and I'll hand a copy to

7      Courtney, and Your Honor, I'd like to hand a copy up to you

8      if I may.

9              With all due respect to the government and the

10     litany of cases that they rely on and the suggestion that

11     even 500 is a generous amount courts within this Circuit

12     have recognized as did the Southern District of New York

13     that certain news events just can't wait for the convenience

14     of the government and its representations about priorities.

15             At some point the Court has to step in and fulfill

16     the important purpose of FOIA relative to the importance to

17     the public of the information that is being sought.  And

18     again, I think we're already at the 1,000 page mark.  And I

19     think the Court should order that so that this material is

20     released in July in whatever fashion.

21             I should also point out, Your Honor, 40 percent of

22     the documents, 40 percent of the processing to date have

23     been withheld by the government as one exemption or another,

24     largely (B)(5) which we will address when the Court, if the

25     Court would let us in a minute.  A vast -- a number of other

1    documents have one line per page on it.  Often those lines

2    are material favorable to the president which makes us

3    skeptical about certainly not of Justice counsel at the

4    table here, but the process that the filters that are being

5    used to make these determinations.

6          So even come July we're still going to have

7    significant summary judgment litigation issues to ask the

8    Court's help to work through.  And so we think that this

9    homegrown precedent if you will here for what we're asking

10   it makes perfect sense under the reasonable agency rubric

11   that we've asked the Court to adopt.  And the government is

12   already at that thousand pages now.  We'd ask the Court to

13   make that part of the order.

14         THE COURT:  What's the government's response to

15   the position about the timeliness of the production in light

16   of the significance of the information in question, and the

17   impending election and impeachment proceedings, and whether

18   those factors should weigh in favor of granting the request

19   that they are making?

20         MS. ENLOW:  Your Honor, no, those factors should

21   not weigh in favor of their request.  Especially when you

22   consider the amount of FOIA requests that are also related

23   to similar matters.  I'm sure the DDC has been flooded with

24   FOIA requests about Ukraine, for example.  And so when

25   you -- it just keeps coming back down to there's only so

1   many people that can do this work to process these

2   documents.

3           And it takes a lot of work for them to go through

4   and make sure that none of these operational sensitivities

5   of the FBI, for example, are released.  I mean they need --

6           THE COURT:  Is there any way you can expeditiously

7   be in a position to advise me as to how many FOIA requests

8   are outstanding right now that involve the type of time

9   sensitivity that we're talking about here?

10          MS. ENLOW:  Yes.  Do you mean at the moment?

11          THE COURT:  No, no.  I'd give you a couple of

12  weeks or a week or so to get me that information, come back

13  for a further hearing so I can know what the universe of

14  documents are or universe of cases are that are dealing with

15  FOIA requests where you have time -- because I think time --

16  I think what counsel says is correct in reference to some of

17  the impending events and the fact that conceivably what

18  we're concerned with here may be of greater precedent or

19  greater importance than maybe some of the other FOIA cases.

20          I think it might be helpful in my assessment as to

21  whether I grant their requests how many other matters we

22  have out there where you have timeliness as an important

23  factor as to when production should occur.

24          MS. ENLOW:  We can certainly put together a list,

25  Your Honor.  Although -- certainly we'll file --

1            THE COURT:  I'm going to be away for the next

2    week, so it would have to be the week of the 21st, I think

3    are the 27th, one of those two weeks.

4            MS. ENLOW:  So I will be out of town at a prior

5    scheduled deposition for that Tuesday, Wednesday.

6            THE COURT:  Of which week?

7            MS. ENLOW:  The next weekend, the week after

8    actually.

9            THE COURT:  So you're talking about the week of

10   the 20th or the week of 27th when you're out on a

11   deposition?

12           MS. ENLOW:  I'm actually out on deposition for the

13   next three weeks, but the week of the 20th, I'm out that

14   Tuesday and Wednesday.  The week of the 28th, I'm out that

15   Monday and Tuesday.

16           THE COURT:  So we could come back on the 29th is

17   that good, or the 30th?

18           MS. ENLOW:  Yes, your Honor.

19           THE COURT:  Is that good for counsel?  I think I

20   better be informed about whether I should agree.  Because I

21   do think timeliness is important, and I think knowing how

22   many other cases have the same type of time importance

23   involved would be helpful.

24           MR. TOBIN:  That works for CNN, Your Honor, just

25   fine.

1                THE COURT:  Okay.

2                MR. TOPIC:  Can I maybe just add one request to

3      that, Your Honor.

4                In this case essentially you're treating the 302s

5      as an expedited request.  You've put it ahead of other

6      requests that have been expedited.  So I would ask maybe at

7      the same time if the government is going to rely on 500

8      pages a month as a standard could they please identify cases

9      that were granted expedited processing in which 500 pages

10     per month was the standard?  The point is expedited

11     processing is supposed to be expedited and so far we're just

12     putting it on the same track as every other case.

13               If they have some cases that are 500 pages per

14     month with expedited processing perhaps they could provide

15     those at the same time they are providing this other

16     information.

17               THE COURT:  Very well.  I'll order that be done.

18     Okay.  Other matters?

19               MS. ENLOW:  Very quickly.  On the schedule for the

20     next hearing, if that could be January 30th, I will just

21     inform my colleagues out of town on the 30th.

22               THE COURT:  I don't have my calendar because

23     they're updating my phone.  The 30th in the afternoon is

24     open?  The afternoon of the 30th is open you say?

25               THE DEPUTY CLERK:  The morning of the 30th.

 1          THE COURT:  The morning of the 30th.  Very well.

 2    What time, do I have anything that morning?

 3          THE DEPUTY CLERK:  No, Your Honor.

 4          THE COURT:  So whatever is convenient for counsel

 5    I'm free that entire morning so ten o'clock, is that good?

 6    Okay.  We'll come back then.

 7          Next matter.

 8          MR. TOBIN:  Your Honor, for CNN and speaking on

 9    both of BuzzFeed as well on this issue, the only other

10    matter is that we wanted to apprise the Court and Department

11    of Justice that we're going to be asking the Court for

12    partial summary judgment on the (B)(5) exemptions.  This has

13    been an ongoing process, tripartite process just try and

14    streamline matters, identify some of the issues to be

15    resolved.

16          We have enough quantity now of (B)(5) exempted

17    material, claimed (B)(5) exempted material to bring that

18    before the Court.  We gave the Court a little pre-staging of

19    it in the submissions they now claim that it's attorney work

20    product.  It doesn't really make sense to us in the context

21    of partial disclosure of witness interviews which is factual

22    material.

23          We can belabor the discussion of the merits, but

24    we really just wanted to talk to the Court about the timing.

25    We would like to have the first briefing submitted on

1    February 3rd, the first of February.  We're prepared to go

2    first if the government is not able to do that.  In the

3    ordinary course of these cases the government typically

4    moves and then we cross move.  If they'd like to go first

5    that would be fine; otherwise, we'll file on February 3rd.

6              THE COURT:  The government have a position on

7    whether we should proceed with partial summary judgment?

8              MS. ENLOW:  Your Honor, a generally piecemealed

9    summary judgment doesn't do much good in FOIA cases.  Here,

10   if the Court is inclined to order partial summary judgment

11   briefing, I think it makes the most sense to do that for

12   Exemption 5, but only for the attorney work product

13   exemption.  Because that is a threshold issue that goes

14   throughout various 302s.  It's mainly a legal issue.  Not

15   very fact depended upon the 302s that are involvement.

16             So I think we could brief that and have the Court

17   decide that overarching legal issue.  With regard to any

18   other Exemption 5 withholdings for other privileges, I don't

19   think that is a good use of the time for the parties or the

20   Court.  Those are going to be more fact specific, and, you

21   know, going through line by line in the documents as opposed

22   to an overarching threshold issue as the attorney work

23   product is.

24             If the Court is inclined to order briefing on

25   attorney work products which by the way has been adopted by

1    the two courts that I'm aware of there's the Judicial Watch

2    case in DDC, and there's a New York Times case in SDNY have

3    both found 302s to be attorney work product and properly

4    withheld under Exemption 5.  But if the Court is inclined to

5    order that briefing the government is fine with CNN filing

6    the first brief.

7              If the Court would rather the normal process take

8    place and the government file the first brief I would just

9    ask for not a February 3rd date.  As I said I'm out of town

10   essentially the next three weeks.

11             THE COURT:  What was the attorney work product

12   theory?  As I understand those things have changed.  The

13   302s are authored by the law enforcement agent.  So what

14   was, what's the theory as to why something authored by the,

15   by law enforcement authority is covered by the attorney work

16   product privilege?

17             MS. ENLOW:  Yes, Your Honor.  So in both the

18   Judicial Watch from Judge Collyer last year in this

19   District, and in the New York Times in SDNY, they both

20   recognized that FD 302s are written by the FBI agent, but

21   that does not matter in circumstances such as these where

22   the attorneys are leading the investigation.  And it's

23   really the attorney's work product that is in the, the

24   result if you will of the FBI agent writing down what the

25   interview was about.

```
 1              THE COURT:  Oh, I understand now.  Okay.  So it's
 2    not -- it's not the agent reporting based upon what he or
 3    she has observed, but being done at the behest of the
 4    attorney, U.S. Attorney or Justice Department lawyer?
 5              MS. ENLOW:  Right, yes, Your Honor.
 6              THE COURT:  I understand.
 7              What's your position on that as to whether I
 8    should only have the briefing on the attorney work product
 9    issue and not other exemptions?
10              MR. TOBIN:  That makes it hyper-piecemeal not just
11    piecemeal, Your Honor.  It seems to us they've relied very
12    heavily on this attorney work product.  There are something
13    like 25 or more percent of the entire production we've seen
14    to date that just has wholesale (B)(5) redaction pages and
15    pages with one line often only favorable to the president
16    unredacted, and then they have provided wholesale certain
17    other 302s.  So there's real inconsistency across the
18    documents and how they've applied it.  Not to mention as we
19    alluded to earlier certain material was disclosed in the
20    Mueller report but then redacted from the 302 from which it
21    derived.
22              And so we don't think that there's going to be
23    anything orderly about a work product only (B)(5) exemption
24    summary judgment.  We think the Court ought to hear the
25    entire (B)(5) exemptions.  That will free up or at least
```

1   knowing going forward that we have a settled issue that

2   covers a large amount of the material that's being redacted.

3   And then at later proceedings we can talk about (B)(6) and

4   (B)(7) and the other material that form the basis, and quite

5   frankly are a small portion of the remaining redactions.

6           THE COURT:  I mean I don't like to do piecemeal

7   resolution of these issues, but I do appreciate again

8   because of the significant nature of the information being

9   sought and the timeliness of consideration that it would be

10  appropriate to try and address some of these issues as soon

11  as possible if that's going to have an impact on what the

12  production's going to be, and obviously I think it would

13  conceivably.

14          And it just seems to me only addressed is the

15  attorney work product privilege in a vacuum without also

16  considering the other (B)(5) exemptions which is further

17  piecemeal litigation.  I think I'd be inclined to address

18  all of the (B)(5) exemptions collectively rather than to do

19  it piecemeal.

20          MR. TOBIN:  If I understand the government it

21  would be helpful to them on the timeline if we went first

22  and so we'll file on February 3rd.

23          THE COURT:  Very well.  Then I'll require that you

24  file -- yes.

25          MS. ENLOW:  I apologize, Your Honor.  I just want

1    to make clear that I mean I think briefing the work product

2    as a threshold issue makes a lot of sense that goes

3    throughout.  Briefing piecemeal the other privileges under

4    Exemption 5 really won't save the Court any resources or the

5    parties really because we're going to have to go back and

6    brief it again for the 302s that the FBI hasn't processed

7    yet, assuming other privileges are going to be taken for

8    those as well.

9         So for work product the threshold issue would be

10   the legal issue is going to be the same.

11        THE COURT:  So you're saying a ruling on the other

12   (B)(5) exemptions really is not going to set a precedent for

13   what is the appropriate position to take regarding other

14   302s?

15        MS. ENLOW:  Right, exactly.  Because those are

16   going to be more factual dependent on what the actual

17   redactions are for.

18        MR. TOBIN:  May I address that?

19        THE COURT:  Yes.

20        MR. TOBIN:  I just fundamentally disagree that it

21   won't become a guideline.  I'll give you an example.  There

22   are witnesses like former Governor Christy who are not even

23   in the government.  And so setting aside the work product

24   exemption if they're going to claim some kind of

25   predecisional deliberative process, which is the ordinary

1    course, the majority of (B)(5) litigation surrounds that.

2    Governor Christy isn't even a member of the government.

3    This was not -- his interview was not a part of that.

4    Neither was Chris Ruddy, the friend of the president's, who

5    is the CEO of News Max.  He also is not a person in

6    government who is contributing to the deliberative process

7    predecisional of coming to a government's decision.

8            So if we could address that exemption or that

9    portion of the (B)(5) in the context of Chris Ruddy and

10   Governor Christy, who they have given us heavily redacted

11   302s for, it would set a template for further productions.

12           THE COURT:  Not knowing the landscape and, you

13   know, what exactly you all know more about what is in these

14   documents, because I haven't had a chance to look at them,

15   but it does seem to me at least there's a potential that at

16   least a ruling now would conceivably have an impact on other

17   302s that would be reviewed down the line.  So I don't see

18   it as necessarily a waste of time to address all of the

19   (B)(5) exemptions at this point.  Maybe it's a waste of

20   time, I don't know, but it just seems to me it's conceivably

21   not a waste of time.

22           So I would adhere to the position that all the

23   (B)(5) would be subject to partial summary judgment at this

24   time.  And then if I have to readdress it regarding other

25   302s that's something I'll just have to do at this time.

1            MR. TOBIN:  Thank you, Your Honor.

2            THE COURT:  Okay.  How much time would the

3    government need to respond CNN is going to file on the 3rd

4    of February?

5            MS. ENLOW:  Your Honor, I would ask for three

6    weeks at least to respond.

7            THE COURT:  One moment.

8            [Brief pause.]

9            THE COURT:  What did you say?

10           MS. ENLOW:  I would ask for at least three weeks

11   to respond.

12           THE COURT:  Very well, the 24th of February.

13           MS. ENLOW:  Thank you.  I just want to make one

14   thing clear if the Court rules on attorney work product some

15   of these underlying exemptions for the other privileges the

16   Court will never have to rule on.  So that's why it makes

17   sense here to just do the attorney work product as the

18   threshold issue as opposed to try and brief these other

19   exemptions which the Court may never have to reach.

20           THE COURT:  Well, I'll see what CNN, what they

21   submit, and I guess you can maybe raise that issue in

22   reference to why I should not despite the fact that they're

23   raising it should not consider it at this time, and I'll

24   take that into consideration.

25           Does CNN, and I guess both plaintiffs want to file

1   a reply?

2           MR. TOBIN:  Yes, Your Honor.  On behalf of all

3   plaintiffs ten days, please, and then we were going to ask

4   the Court if we could set a hearing.

5           THE COURT:  That would be, so the 6th of March is

6   fine I guess.

7           MR. TOBIN:  Thank you, Your Honor.

8           THE COURT:  Unfortunately, I don't have my IPhone

9   because they're -- you have my calendar on there?  The

10  earliest date I could do a hearing would be April 2nd,

11  unfortunately because I've got 100 motions on my calendar I

12  have to try and resolve before April 1st.  And I just

13  can't -- system overload.  It's only so much I can, I have

14  100 motions I have to resolve.

15          MR. TOPIC:  That week I'm actually out of -- if we

16  went to the week after that would be fine on my end.

17          THE COURT:  I think I'm in trial in Pittsburgh,

18  right?  I have a trial here, which trial is that?  And then

19  do I start a trial on the 13th?  Where's that, that's in

20  Pittsburgh.

21          MR. TOPIC:  Don't hang it up on my account.  I can

22  send someone else if that date works.

23          THE COURT:  That's what we'll do.  Otherwise,

24  we're into May.  I have a two week trial in Pittsburgh I'll

25  be away.

1                Okay.

2                MR. TOBIN:  So April 1st or 2nd?

3                THE COURT:  Yes, we said April 2nd at, I only have

4      a ten o'clock?

5                THE DEPUTY CLERK:  Your Honor, I'm showing -- you

6      have a ten o'clock, 10:30 and then the two o'clock.

7                THE COURT:  Okay, 11 o'clock?

8                MR. TOBIN:  That's fine for us, Your Honor.

9                THE COURT:  Other matters?

10               MR. TOBIN:  None from CNN.

11               MS. ENLOW:  Your Honor, a couple of points on the

12     briefing schedule, the government would cross move for

13     summary judgment, so I just wanted to build on the reply

14     date as well, March 6th.

15               THE COURT:  How much time do you need then after

16     March 6th?

17               MS. ENLOW:  Two weeks.

18               THE COURT:  Very well, the 20th.

19               MS. ENLOW:  Great.  And then also we'd ask the

20     Court to waive the requirement under local Rule 7(h), I

21     believe to have the Statement of Facts accompanying the

22     cross motions for summary judgment.

23               THE COURT:  Any objection?

24               MR. TOBIN:  No, objection.

25               THE COURT:  Very well.  Yes.

1              MR. TOPIC:  I just have one other small item not

2      related to the 302 portion of the case.  As you may recall

3      we have a request for essentially all of the Special

4      Counsel's office records.  We've been attempting to

5      negotiate that with the government and see if we can't come

6      up with something narrower that they would be willing to

7      process.

8              I've been waiting about two months now for a

9      response to the proposed list that I sent the government.

10     Ms. Enlow just told me looking at it quickly that she

11     thought it was still too broad, but I don't have any

12     specifics.  The agency hasn't weighed in.  And if in fact

13     they are going to contend that that narrow list is still too

14     broad I'd like to get some information about which pieces of

15     that list are too broad so we can continue negotiating that.

16     I'd ask if perhaps you could set a date for the government

17     to have an official response to the narrowed list that we

18     provided and we do that in two weeks.

19             THE COURT:  Government.

20             MS. ENLOW:  Your Honor, just to point out this

21     narrowed, narrowed quote unquote list, is 50 bullet points

22     long, and some of those bullet points have multiple

23     subparts.  I have been working with the Office of

24     Information Policy to see if there's any part of this

25     request that's a feasible narrowing of the original request

```
 1    which was for all the Special Counsel records.

 2            We've been working together on that, but as the

 3    Court is aware they're also processing other parts of Mr.

 4    Leopold's request.  And so we have been looking at these,

 5    this 50 point bullet list but it's taking some time.  We

 6    have noticed already that some of these requests are

 7    overlapping from other of Mr. Leopold's requests.  We were

 8    trying to put together a list of those to at least eliminate

 9    that any kind of, you know, if there was going to be a

10    narrower request.

11            THE COURT:  Is there a date by which you think you

12    reasonably could be able to comply with what's being

13    requested so that we have at least a target date so it can

14    be done?

15            MS. ENLOW:  We were looking through the list

16    together.  We had discussed having it done in the next

17    couple of weeks in February perhaps, but again, this is a 50

18    part list.  Some of them are requests for search for a

19    specific word throughout all the Special Counsel's files,

20    for example.  Things like that it's really hard to get a

21    sense of how big the volume is for those types of requests.

22    So we've been working through it, but it's just taking some

23    time just to even --

24            THE COURT:  I'll set the 7th of February for you

25    to respond to what they're requesting.  Obviously, if it
```

1    becomes too burdensome, you can't do it you can make a

2    request for an extension.

3              MS. ENLOW:   Thank you.

4              THE COURT:   Thank you.

5              [Thereupon, the proceedings adjourned at 12:25

6              p.m.]

1                          CERTIFICATE

2            I, Cathryn J. Jones, an Official Court Reporter

3   for the United States District Court of the District of

4   Columbia, do hereby certify that I reported, by machine

5   shorthand, the proceedings had and testimony adduced in the

6   above case.

7            I further certify that the foregoing 35 pages

8   constitute the official transcript of said proceedings as

9   transcribed from my machine shorthand notes.

10           In witness whereof, I have hereto subscribed my

11  name, this the 13th day of January, 2020.

12

13                           /s/_Cathryn J. Jones
14                           Cathryn J. Jones, RPR
                             Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

MR. TOBIN: [22]  3/11 4/20 8/10 11/15
11/19 12/10 12/15 12/20 16/16 21/23
23/7 26/9 27/19 28/17 28/19 29/25
31/1 31/6 32/17 32/9 32/23
MR. TOPIC: [6]  3/8 12/11 22/1 31/14
31/20 32/25
MS. ENLOW: [30]  3/15 3/23 5/13 7/4
9/18 10/13 11/10 13/25 19/19 20/9
20/23 21/3 21/6 21/11 21/17 22/18
24/7 25/16 26/4 27/24 28/14 30/4 30/9
30/12 32/10 32/16 32/18 33/19 34/14
35/2
THE COURT: [57]
THE DEPUTY CLERK: [4]  3/1 22/24
23/2 32/4

**.**
.x [1]  1/8

**/**
/s [1]  36/13

**1**
1,000 [5]  12/4 13/20 13/24 17/3 18/18
100 [2]  31/11 31/14
10:30 [1]  32/6
11 o'clock [1]  32/7
1100 [1]  2/4
11:33 [1]  1/8
1278 [1]  3/4
12:25 [1]  35/5
12th [1]  1/20
13th [2]  31/19 36/11
1626 [1]  3/6
17th [1]  14/16
19-1278 [1]  3/4
19-1278-RBW [1]  1/4
19-1626 [1]  3/6
19-1626-RBW [1]  1/5
1909 [1]  1/20
1st [3]  14/18 31/12 32/2

**2**
20 percent [1]  13/20
20001 [1]  2/10
20005 [1]  2/5
20006 [1]  1/21
2017 [1]  14/24
2019 [1]  13/11
202 [2]  1/21 2/5
2020 [2]  1/6 36/11
20th [3]  21/10 21/13 32/18
21st [1]  21/2
2218 [1]  1/21
243-5900 [1]  1/16
24th [1]  30/12
25 [1]  26/13
27th [2]  21/3 21/10
28th [3]  3/21 11/14 21/14
29th [1]  21/16
2nd [5]  4/3 4/9 31/10 32/2 32/3

**3**
300 [1]  15/20
302 [5]  6/13 7/6 8/17 26/20 33/2
302s [27]  4/2 5/7 5/21 6/9 6/11 6/20

6/24 7/1 7/18 8/17 10/11 10/24 12/4
12/12 14/7 22/4 24/4 24/15 25/3
25/13 25/20 26/17 28/6 28/14 29/11
29/17 29/25
30th [7]  21/17 22/20 22/21 22/23 22/24
22/25 23/1
311 [1]  1/15
312 [1]  1/16
333 [1]  2/10
35 [1]  36/7
3850 [1]  17/25
3rd [8]  4/6 4/10 4/11 24/1 24/5 25/9
27/22 30/3

**4**
40 percent [2]  18/21 18/22
430 [1]  4/2
4400 [1]  18/1

**5**
5,000 [4]  13/7 13/17 15/12 15/13
50 [3]  33/21 34/5 34/17
500 [21]  4/7 6/12 12/10 12/11 12/12
12/13 14/4 14/5 14/17 14/19 14/25
15/7 15/14 15/18 15/21 16/12 17/5
18/11 22/7 22/9 22/13
5500 [1]  18/2
5900 [1]  1/16

**6**
60607 [1]  1/16
616-8467 [1]  2/5
6521 [1]  2/9
6600 [1]  18/2
661-2218 [1]  1/21
6th [3]  31/5 32/14 32/16

**7**
750 [6]  12/10 12/10 12/10 12/15 12/18
14/9
7700 [1]  18/3
7th [1]  34/24

**8**
8467 [1]  2/5

**9**
9,900 [1]  18/3

**A**
a.m [1]  1/8
Aberdeen [1]  1/15
aberration [1]  15/12
ability [1]  16/25
able [3]  10/24 24/2 34/12
about [17]  11/15 14/7 16/4 18/14 19/3
19/15 19/24 20/9 21/9 21/20 23/24
25/25 26/23 27/3 29/13 33/8 33/14
above [1]  36/6
abstract [1]  7/15
accommodate [1]  11/23
accompanying [1]  32/21
accordance [2]  16/13 16/14
account [2]  15/22 31/21
accurate [1]  6/1
acknowledged [7]  7/9 7/10 7/23 8/2
9/10 9/25 10/15
acknowledgment [1]  8/23

across [1]  26/17
Action [2]  3/4 3/5
actual [4]  4/14 6/23 16/6 28/16
actually [7]  7/17 13/4 17/16 18/2 21/8
21/12 31/15
add [1]  22/2
additional [1]  8/1
address [8]  3/20 11/9 18/24 27/10
27/17 28/18 29/8 29/18
addressed [1]  27/14
adduced [1]  36/5
adhere [1]  29/22
adjourned [1]  35/5
adopt [3]  13/9 13/21 19/11
adopted [1]  24/25
advise [2]  11/2 20/7
after [4]  13/3 21/7 31/16 32/15
aftermath [1]  17/1
afternoon [2]  22/23 22/24
again [8]  6/19 7/25 9/8 14/16 18/8
27/7 28/6 34/17
against [1]  13/6
agencies [2]  13/6 13/18
agency [4]  12/22 13/10 19/10 33/12
agent [4]  25/13 25/20 25/24 26/2
ago [1]  16/21
agree [2]  12/2 21/20
ahead [1]  22/5
al [1]  1/3
all [20]  5/15 6/11 8/13 9/18 14/2 15/3
15/22 16/17 17/8 18/3 18/6 18/9 27/18
29/13 29/18 29/22 31/2 33/3 34/1
34/19
allows [1]  15/1
alluded [1]  26/19
along [1]  3/4
already [13]  4/13 6/20 7/20 8/1 8/10
11/1 11/19 12/16 14/10 14/14 18/18
19/12 34/6
also [10]  4/6 4/10 14/16 15/22 18/21
19/22 27/15 29/5 32/19 34/3
Although [1]  20/25
am [1]  15/13
amount [7]  5/21 14/14 15/4 15/9 18/11
19/22 27/2
analogy [2]  17/11 17/14
analysts [1]  16/4
another [3]  6/13 9/12 18/23
any [16]  4/18 6/15 6/15 6/18 6/18 6/22
6/23 11/14 13/22 20/6 24/17 28/4
32/23 33/11 33/24 34/9
anyone [1]  16/6
anything [4]  11/13 16/16 23/2 26/23
apologize [1]  27/25
APPEARANCES [2]  1/13 2/1
applied [1]  26/18
appreciate [2]  8/11 27/7
apprise [1]  23/10
approach [3]  7/21 8/5 11/8
appropriate [2]  27/10 28/13
April [4]  31/10 31/12 32/2 32/3
April 2nd [1]  31/10
are [43]
argument [1]  15/3
arguments [1]  13/22
arose [1]  16/22
as [56]

**A**
aside [1] 28/23
ask [16] 3/7 12/2 12/5 12/8 12/23 13/8
13/23 19/7 19/12 22/6 25/9 30/5 30/10
31/3 32/19 33/16
asked [5] 11/22 13/2 13/24 17/19
19/11
asking [4] 13/19 17/3 19/9 23/11
aspects [1] 16/7
assessment [3] 7/3 7/6 20/20
assuming [1] 28/7
attempting [1] 33/4
attention [3] 9/7 9/14 15/8
attorney [14] 23/19 24/12 24/22 24/25
25/3 25/11 25/15 26/4 26/4 26/8 26/12
27/15 30/14 30/17
attorney's [1] 25/23
attorneys [2] 16/5 25/22
authored [2] 25/13 25/14
authority [1] 25/15
available [6] 4/3 8/21 10/13 12/19 14/8
14/10
Avenue [1] 2/10
aware [4] 15/12 15/13 25/1 34/3
away [2] 21/1 31/25

**B**
back [10] 7/20 9/10 9/11 10/17 11/3
19/25 20/12 21/16 23/6 28/5
balancing [1] 7/11
BALLARD [1] 1/19
ballardspahr [1] 1/22
ballardspahr.com [1] 1/22
based [1] 26/2
basically [1] 13/19
basis [1] 27/4
Battleship [2] 8/14 9/8
be [63]
because [18] 5/4 5/7 5/18 7/6 8/7
10/11 13/13 14/16 20/15 21/20 22/22
24/13 27/8 28/5 28/15 29/14 31/9
31/11
become [1] 28/21
becomes [2] 9/10 35/1
been [24] 3/23 6/16 7/19 7/20 7/23
8/18 9/15 10/1 10/11 10/11 12/5 12/14
14/14 18/23 19/23 22/6 23/13 24/25
33/4 33/8 33/23 34/2 34/4 34/22
before [8] 1/11 9/12 9/13 11/22 12/6
17/6 23/18 31/12
behalf [3] 11/16 17/19 31/2
behest [1] 26/3
being [10] 11/6 11/9 11/18 15/6 18/17
19/4 26/3 27/2 27/8 34/12
belabor [1] 23/23
believe [3] 12/9 17/3 32/21
believes [1] 10/25
below [1] 15/20
beneficially [1] 10/14
best [4] 5/25 6/21 9/22 17/11
better [1] 21/20
big [1] 34/21
blank [1] 5/2
board [1] 8/14
both [8] 11/16 11/23 12/3 23/9 25/3
25/17 25/19 30/25
box [1] 8/7

**Branch [1]** 2/4
brief [7] 15/19 24/16 25/6 25/8 28/6
30/8 30/18
briefing [9] 9/5 23/25 24/11 24/24 25/5
26/8 28/1 28/3 32/12
bring [2] 9/7 23/17
broad [3] 33/11 33/14 33/15
brought [1] 9/14
build [1] 32/13
bullet [3] 33/21 33/22 34/5
bunch [1] 7/16
burden [3] 9/9 11/2 13/5
burdensome [2] 13/2 35/1
Bureau [1] 3/5
BuzzFeed [3] 3/10 11/24 23/9

**C**
CABLE [2] 1/5 3/4
calculate [1] 17/24
calculated [1] 17/4
calendar [3] 22/22 31/9 31/11
can [17] 6/14 8/8 8/13 11/3 20/1 20/6
20/13 20/24 22/2 23/23 27/3 30/21
31/13 31/21 33/15 34/13 35/1
can't [6] 7/20 8/6 18/13 31/13 33/5
35/1
capable [1] 13/11
carefully [1] 13/17
case [19] 4/14 6/8 8/13 12/24 13/18
14/20 14/21 14/22 14/24 15/11 16/3
17/9 17/10 22/4 22/12 25/2 25/2 33/2
36/6
cases [14] 13/5 14/23 15/13 15/19
16/18 16/22 18/10 20/14 20/19 21/22
22/8 22/13 24/3 24/9
cat's [1] 8/7
Cathryn [4] 2/8 36/2 36/13 36/14
CEO [1] 29/5
certain [6] 8/15 8/21 10/18 18/13
26/16 26/19
certainly [6] 6/13 6/17 10/6 19/3 20/24
20/25
CERTIFICATE [1] 36/1
certify [2] 36/4 36/7
cetera [1] 10/5
chance [1] 29/14
changed [1] 25/12
Charles [3] 1/18 3/12 4/21
check [1] 9/10
checked [1] 13/17
Chicago [1] 1/16
Chris [2] 29/4 29/9
Christmas [1] 9/23
Christy [3] 28/22 29/2 29/10
Circuit [4] 14/23 15/14 17/15 18/11
circumstances [2] 8/12 25/21
cite [1] 5/9
cited [2] 7/8 15/18
cites [1] 16/18
Civil [3] 2/4 3/4 3/5
claim [2] 23/19 28/24
claimed [1] 23/17
claiming [1] 5/4
classification [1] 16/1
clear [2] 28/1 30/14
clients [2] 12/1 17/19
Clinton [1] 17/18

**Clinton's [1]** 7/21
CNN [12] 1/18 3/13 3/14 4/22 4/24
21/24 23/8 25/5 30/3 30/20 30/25
32/10
colleague [1] 17/17
colleagues [1] 22/21
collectively [1] 27/18
Collyer [1] 25/18
COLUMBIA [2] 1/2 36/4
com [1] 1/22
come [7] 8/24 17/7 19/6 20/12 21/16
23/6 33/5
coming [4] 12/15 15/6 19/25 29/7
committed [1] 6/17
committee [2] 12/19 12/20
complete [1] 6/1
compliance [2] 3/23 4/20
complied [2] 5/10 13/18
comply [1] 34/12
compulsion [1] 13/14
computer [1] 16/5
conceivably [4] 20/17 27/13 29/16
29/20
concern [1] 11/9
concerned [2] 20/18
CONFERENCE [1] 1/10
confronting [1] 17/11
Congress [1] 12/14
conservative [1] 7/21
consider [2] 19/22 30/23
consideration [3] 12/5 27/9 30/24
considering [2] 6/25 27/16
consistent [2] 5/11 10/12
consolidated [1] 12/3
constitute [1] 36/8
Constitution [1] 2/10
Cont'd [1] 2/1
contend [1] 33/13
context [2] 23/20 29/9
continue [1] 33/15
contrary [1] 5/23
Contreras [1] 17/20
contributing [1] 29/6
convenience [1] 18/13
convenient [1] 23/4
copy [2] 18/6 18/7
correct [2] 10/6 20/16
corrected [2] 6/23 8/3
correcting [1] 6/18
could [17] 6/2 6/3 6/6 6/21 9/22 10/1
10/3 21/16 22/8 22/14 22/20 24/16
29/8 31/4 31/10 33/16 34/12
Council's [1] 14/24
counsel [16] 3/13 3/18 4/18 4/19 6/17
10/22 10/24 10/25 11/2 11/2 11/3 19/3
20/16 21/19 23/4 34/1
Counsel's [4] 4/5 10/16 33/4 34/19
counterintelligence [1] 15/24
couple [5] 5/14 9/19 20/11 32/11
34/17
course [5] 4/1 4/13 7/16 24/3 29/1
court [54]
Court's [5] 5/10 9/3 9/7 9/14 14/17
19/8
Courtney [3] 2/2 3/16 18/7
courtney.d.enlow [1] 2/6
courts [2] 18/11 25/1

# C

cover [1] 5/3
covered [1] 25/15
covers [1] 27/2
create [1] 5/20
created [1] 5/15
cried [1] 17/12
criminal [1] 15/24
cross [3] 24/4 32/12 32/22
CV [2] 1/4 1/5

# D

D.C [5] 2/10 13/6 14/23 15/14 17/15
date [9] 18/22 25/9 26/14 31/10 31/22
32/14 33/16 34/11 34/13
day [2] 17/5 36/11
days [1] 31/3
DC [2] 1/21 2/5
DDC [3] 14/21 19/23 25/2
dealing [1] 20/14
dealt [1] 16/6
December [1] 14/4
decide [1] 24/17
decision [1] 29/7
Defendant [2] 1/7 2/2
Defense [1] 13/1
deliberative [3] 4/17 28/25 29/6
DEPARTMENT [11] 1/7 2/3 3/3 3/17
3/17 12/25 13/1 14/11 17/19 23/10
26/4
depended [1] 24/15
dependent [1] 28/16
deposition [3] 21/5 21/11 21/12
derived [1] 26/21
despite [1] 30/22
determination [1] 5/6
determinations [1] 19/5
determined [1] 7/17
determines [1] 7/25
deviate [1] 14/19
did [13] 4/9 4/10 4/24 5/20 5/24 5/25
6/21 9/21 11/24 13/13 13/23 18/12
30/9
didn't [2] 7/21 9/1
different [1] 11/19
difficult [2] 7/15 14/13
direct [1] 17/20
directed [4] 3/24 4/4 5/11 14/9
disagree [1] 28/20
disclosed [2] 10/9 26/19
disclosure [1] 23/21
discovered [1] 6/18
discussed [1] 34/16
discussion [2] 14/6 23/23
DISTRICT [9] 1/1 1/2 1/12 2/9 14/20
18/12 25/19 36/3 36/3
Division [1] 2/4
do [30] 5/9 5/12 7/11 7/15 8/8 8/13 9/1
9/2 11/19 15/8 15/13 20/1 20/10 21/21
23/2 24/2 24/9 24/11 27/6 27/7 27/18
29/25 30/17 31/10 31/19 31/23 32/15
33/18 35/1 36/4
Docket [2] 1/4 1/5
document [1] 5/16
documents [21] 4/23 4/25 11/4 11/5
11/25 12/17 13/2 13/15 15/16 15/25
16/12 17/25 18/1 18/1 18/22 19/1 20/2

20/11 24/21 26/18 29/14
does [3] 25/21 29/15 30/25
doesn't [2] 23/20 24/9
don't [12] 8/15 9/6 17/16 22/22 24/18
26/22 27/6 29/17 29/20 31/8 31/21
33/11
done [10] 8/10 11/12 12/5 15/23 17/4
17/5 22/17 26/3 34/14 34/16
door [1] 16/8
down [3] 19/25 25/24 29/17
dozen [2] 15/19 15/19
drafts [1] 4/15
due [3] 14/13 18/6 18/9
during [1] 9/1

# E

each [2] 6/9 7/6
earlier [1] 26/19
earliest [1] 31/10
easier [1] 9/18
easy [1] 5/23
efficiency [1] 15/1
efficient [1] 10/3
either [1] 9/13
elapsed [1] 9/13
election [4] 16/21 17/2 17/6 19/17
eliminate [1] 34/8
Elizabeth [2] 2/3 3/18
Elizabeth.Shapiro [1] 2/6
else [4] 11/13 11/18 16/16 31/22
email [8] 1/17 1/17 1/22 1/22 2/6 2/6
5/4 9/25
emails [2] 17/18 17/21
end [1] 31/16
ended [1] 13/3
enforcement [4] 6/3 16/8 25/13 25/15
Engelmayer [1] 13/16
Engelmayer's [1] 12/24
Enlow [3] 2/2 3/17 33/10
Enlow's [1] 5/3
enough [2] 9/18 23/16
ensure [2] 5/25 16/7
entire [3] 23/5 26/13 26/25
error [2] 10/20 10/21
errors [4] 6/15 6/18 6/19 6/22
especially [2] 16/11 19/21
essential [1] 13/8
essentially [3] 24/2 25/10 33/3
et [2] 1/3 10/5
even [7] 14/14 15/20 18/11 19/6 28/22
29/2 34/23
event [1] 17/12
events [3] 8/25 18/13 20/17
every [1] 22/12
evidence [2] 13/4 13/5
exactly [2] 28/15 29/13
example [7] 8/2 8/15 10/10 19/24 20/5
28/21 34/20
exception [1] 4/18
excuse [1] 16/13
executive [1] 4/12
exempt [1] 5/7
exempted [2] 23/16 23/17
exemption [12] 4/16 5/8 7/8 18/23
24/12 24/13 24/18 25/4 26/23 28/4
28/24 29/8
exemptions [12] 5/5 5/17 16/2 23/12

26/9 26/25 27/16 27/18 28/12 29/19
30/15 30/13
exigency [1] 16/19
exigent [1] 17/12
expedited [7] 11/23 22/5 22/6 22/9
22/10 22/11 22/14
expeditiously [1] 20/6
experts [1] 16/3
expressly [1] 5/9
extension [2] 4/1 14/12 35/2
extent [3] 6/15 10/23 13/22

# F

fact [7] 5/18 11/3 20/17 24/15 24/20
30/22 33/12
factor [1] 20/23
factors [2] 19/18 19/20
facts [2] 17/11 32/21
factual [2] 23/21 28/16
fall [1] 4/16
far [4] 4/25 7/1 17/16 22/11
fashion [3] 13/9 18/4 18/20
fast [1] 16/11
favor [2] 19/18 19/21
favorable [2] 19/2 26/15
FBI [23] 5/15 5/20 6/8 6/10 6/12 6/17
7/20 7/25 8/18 9/20 10/4 10/18 11/5
14/11 14/25 15/1 16/1 16/4 16/14 20/5
25/20 25/24 28/6
FBI's [1] 6/2
FD [1] 25/20
feasible [1] 33/25
February [10] 14/17 24/1 24/1 24/5
25/9 27/22 30/4 30/12 34/17 34/24
February 3rd [4] 24/1 24/5 25/9 27/22
federal [3] 2/4 3/5 6/4
few [1] 11/20
field [1] 16/5
file [7] 20/25 24/5 25/8 27/22 27/24
30/3 30/25
filed [2] 13/6 13/23
files [3] 5/22 5/24 34/19
filing [1] 25/5
filters [2] 8/21 19/4
find [1] 10/5
fine [6] 21/25 24/5 25/5 31/6 31/16
32/8
firm [1] 17/18
first [15] 3/20 5/14 9/19 12/8 14/2 14/3
16/17 17/25 23/25 24/1 24/2 24/4 25/6
25/8 27/21
flooded [1] 19/23
Floor [2] 1/15 1/20
FOIA [20] 5/17 5/19 5/19 13/14 14/22
14/22 15/2 15/5 15/5 15/8 15/16 16/2
16/23 18/16 19/22 19/24 20/7 20/15
20/19 24/9
follow [2] 16/25 17/1
followed [1] 14/21
following [2] 15/17 18/3
foregoing [1] 36/7
form [1] 27/4
former [1] 28/22
forth [1] 3/22
forward [5] 3/7 8/24 13/10 13/22 27/1
found [2] 17/15 25/3
four [1] 9/12

## F

**frankly [2]**  14/10 27/5
**free [2]**  23/5 26/25
**Friday [2]**  8/19 10/1
**friend [1]**  29/4
**front [1]**  6/5
**fulfill [2]**  16/24 18/15
**full [1]**  3/23
**fully [1]**  9/25
**fundamentally [1]**  28/20
**further [5]**  16/10 20/13 27/16 29/11 36/7

## G

**game [2]**  8/13 9/8
**gave [4]**  8/17 8/17 8/19 23/18
**generally [1]**  24/8
**generous [1]**  18/11
**get [6]**  15/8 15/9 15/16 20/12 33/14 34/20
**gets [2]**  6/12 9/13
**give [3]**  9/9 20/11 28/21
**given [2]**  16/11 29/10
**giving [1]**  13/12
**go [10]**  9/10 9/11 10/17 11/3 15/20 16/9 20/3 24/1 24/4 28/5
**goes [3]**  16/7 24/13 28/2
**going [24]**  6/11 13/9 13/22 14/17 19/6 21/1 22/7 23/11 24/20 24/21 26/22 27/1 27/11 27/12 28/5 28/7 28/10 28/12 28/16 28/24 30/3 31/3 33/13 34/9
**good [11]**  3/9 3/11 3/12 3/15 3/16 3/19 21/17 21/19 23/5 24/9 24/19
**got [2]**  7/17 31/11
**gotten [1]**  12/1
**government [40]**
**government's [2]**  19/14 29/7
**Governor [3]**  28/22 29/2 29/10
**Grand [2]**  6/4 6/5
**grant [1]**  20/21
**granted [2]**  4/1 22/9
**granting [1]**  19/18
**Great [1]**  32/19
**greater [2]**  20/18 20/19
**guess [5]**  3/20 8/15 30/21 30/25 31/6
**guessing [1]**  8/14
**guidance [2]**  12/23 12/24
**guide [1]**  13/9
**guideline [1]**  28/21

## H

**had [15]**  5/8 5/21 6/22 7/16 9/2 9/3 9/22 12/14 12/16 14/12 16/18 17/23 29/14 34/16 36/5
**hadn't [1]**  7/23
**half [1]**  15/19
**hand [2]**  18/6 18/7
**handled [2]**  17/16 17/17
**hang [1]**  31/21
**hard [2]**  9/18 34/20
**harm [1]**  8/10
**has [13]**  3/23 9/15 10/10 14/7 14/23 15/23 16/10 18/15 19/23 23/12 24/25 26/3 26/14
**hasn't [3]**  6/10 28/6 33/12
**have [81]**

**haven't [3]**  5/5 10/11 29/14
**having [1]**  34/16
**he [5]**  17/22 17/23 17/25 26/2 29/5
**hear [1]**  26/24
**hearing [6]**  13/3 14/6 20/13 22/20 31/4 31/10
**hearings [1]**  9/15
**heavily [2]**  26/12 29/10
**help [1]**  19/8
**helpful [3]**  20/20 21/23 27/21
**helps [1]**  15/16
**here [16]**  10/16 13/5 14/23 14/23 15/11 15/21 16/12 16/15 17/14 19/4 19/9 20/9 20/18 24/9 30/17 31/18
**hereby [1]**  36/4
**hereto [1]**  36/10
**highest [1]**  14/7
**Hillary [2]**  17/18 17/21
**his [2]**  17/22 29/3
**holidays [2]**  6/20 9/23
**homegrown [1]**  19/9
**Honor [42]**
**HONORABLE [1]**  1/11
**House [5]**  4/3 12/19 12/20 14/8 14/10
**how [8]**  14/7 20/7 20/21 21/21 26/18 30/2 32/15 34/21
**human [2]**  10/20 10/21
**hyper [1]**  26/10
**hyper-piecemeal [1]**  26/10

## I

**I'd [5]**  18/7 20/11 27/17 33/14 33/16
**I'll [10]**  11/12 18/6 22/17 27/23 28/21 29/25 30/20 30/23 31/24 34/24
**I'm [12]**  15/12 19/23 21/1 21/12 21/13 21/14 23/5 25/1 25/9 31/15 31/17 32/5
**I've [2]**  31/11 33/8
**identify [4]**  3/7 10/24 22/8 23/14
**identities [1]**  10/9
**identity [2]**  10/25 11/6
**IL [1]**  1/16
**impact [2]**  27/11 29/16
**impeachment [3]**  16/20 16/25 19/17
**impending [1]**  19/17 20/17
**implementing [1]**  12/22
**importance [3]**  18/16 20/19 21/22
**important [5]**  16/22 17/12 18/16 20/22 21/21
**inadvertent [3]**  6/19 10/19 10/21
**inclined [4]**  24/10 24/24 25/4 27/17
**included [1]**  8/1
**including [2]**  13/5 13/5
**inconsistency [1]**  26/17
**increase [2]**  11/21 12/3
**increased [1]**  11/24
**individual [1]**  7/5
**individuals [6]**  6/7 8/9 10/9 10/24 11/6 11/10
**inform [2]**  13/21 22/21
**informed [1]**  21/20
**infringe [1]**  6/6
**infringement [1]**  7/14
**initial [1]**  16/2

**Instead [1]**  14/23
**Intelligence [1]**  16/4
**intended [1]**  16/23
**interest [2]**  14/7 16/23
**internal [1]**  14/13
**intervening [2]**  6/21 9/23
**interview [2]**  25/25 29/3
**interviewed [2]**  4/5 10/15
**interviewees [1]**  5/2
**interviews [2]**  8/17 23/21
**investigation [6]**  4/6 9/1 15/25 16/7 17/21 25/22
**Investigations [1]**  3/5
**involve [1]**  20/8
**involved [1]**  21/23
**involvement [1]**  24/15
**IPhone [1]**  31/8
**is [90]**
**isn't [1]**  29/2
**issue [12]**  3/9 24/13 24/14 24/17 24/22 26/9 27/1 28/2 28/9 28/10 30/18 30/21
**issued [2]**  3/21 4/11
**issues [5]**  11/15 19/7 23/14 27/7 27/10
**it [77]**
**it's [24]**  5/4 5/5 5/19 7/15 7/19 8/13 9/8 10/14 11/1 12/9 12/11 14/16 16/13 23/19 24/14 25/22 26/1 26/2 29/19 29/20 30/13 34/5 34/20 34/22
**item [1]**  33/1
**its [2]**  12/14 18/14
**itself [2]**  4/15 13/14

## J

**Jamal [1]**  17/10
**January [9]**  1/6 4/3 4/6 4/9 4/10 4/11 14/16 22/20 36/11
**January 17th [1]**  14/16
**January 30th [1]**  22/20
**January 3rd [1]**  4/11
**JASON [3]**  1/3 1/14 3/3
**Jones [4]**  2/8 36/2 36/13 36/14
**journalist [1]**  17/10
**judge [11]**  1/11 1/12 12/24 13/1 13/3 13/7 13/8 13/13 13/16 17/20 25/18
**judges [1]**  15/17
**judgment [9]**  19/7 23/12 24/7 24/9 24/10 26/24 29/23 32/13 32/22
**Judicial [2]**  25/1 25/18
**judiciary [1]**  14/13
**July [3]**  17/4 18/20 19/6
**juncture [1]**  12/2
**Jury [2]**  6/4 6/5
**just [40]**
**JUSTICE [7]**  1/7 2/3 3/3 3/17 19/3 23/11 26/4
**justs [1]**  8/20

## K

**Kaylin [1]**  3/14
**keeps [1]**  19/25
**Kelley [3]**  1/19 3/13 17/17
**kelleym [1]**  1/22
**Khashoggi [3]**  17/8 17/8 17/10
**kind [3]**  8/13 28/24 34/9
**knew [1]**  7/22
**know [13]**  8/17 9/6 9/12 15/3 15/19

**K**

**know... [8]** 16/2 16/5 20/13 24/21 29/13 29/13 29/20 34/9
**knowing [3]** 21/21 27/1 29/12
**known [5]** 7/8 8/10 8/16 10/25 11/7

**L**

**landscape [1]** 29/12
**large [1]** 27/2
**largely [1]** 18/24
**last [4]** 9/6 10/1 13/23 25/18
**late [1]** 17/6
**later [2]** 7/17 27/3
**law [5]** 6/3 16/8 16/13 25/13 25/15
**lawyer [1]** 26/4
**leading [1]** 25/22
**least [9]** 12/16 15/19 26/25 29/15 29/16 30/6 30/10 34/8 34/13
**left [2]** 10/5 10/19
**legal [3]** 24/14 24/17 28/10
**LEOPOLD [7]** 1/3 1/14 3/3 3/10 4/7 4/11 4/14
**Leopold's [2]** 34/4 34/7
**less [1]** 15/9
**let [1]** 18/25
**letter [1]** 4/11
**level [1]** 13/2
**lifted [1]** 6/23
**light [3]** 16/20 16/20 19/15
**like [12]** 8/13 9/15 9/20 10/20 18/7 23/25 24/4 26/13 27/6 28/22 33/14 34/20
**limit [1]** 12/4
**limited [1]** 15/4
**line [5]** 19/1 24/21 24/21 26/15 29/17
**lines [1]** 19/1
**list [24]** 4/4 4/10 4/25 5/3 5/15 5/18 5/20 5/25 6/1 6/18 8/1 8/3 8/18 9/21 20/24 33/9 33/13 33/15 33/17 33/21 34/5 34/8 34/15 34/18
**litany [1]** 18/10
**litigation [4]** 15/6 19/7 27/17 29/1
**little [2]** 17/6 23/18
**LLP [1]** 1/19
**local [1]** 32/20
**long [2]** 9/1 33/22
**look [10]** 6/13 7/6 9/9 11/4 11/5 12/23 12/23 13/10 17/16 29/14
**looked [1]** 13/16
**looking [6]** 13/4 16/12 17/14 33/10 34/4 34/15
**lot [2]** 20/3 28/2
**LOVEY [2]** 1/15 1/15
**lovey.com [2]** 1/17 1/17

**M**

**machine [2]** 36/4 36/9
**made [11]** 4/3 4/19 8/9 10/13 10/25 11/5 11/7 12/19 12/21 14/8 14/10
**mainly [1]** 24/14
**majority [1]** 29/1
**make [11]** 7/3 9/18 12/8 15/3 19/5 19/13 20/4 23/20 28/1 30/13 35/1
**makes [7]** 16/14 19/2 19/10 24/11 26/10 28/2 30/16
**making [1]** 19/19
**Manafort [1]** 10/10

**Manafort's [1]** 8/16
**many [6]** 14/22 15/20 20/1 20/7 20/21 21/22
**March [4]** 12/7 31/5 32/14 32/16
**March 6th [2]** 32/14 32/16
**mark [1]** 18/18
**marked [1]** 5/18
**material [9]** 17/20 18/19 19/2 23/17 23/17 23/22 26/19 27/2 27/4
**matt [3]** 1/17 3/9 3/13
**matter [4]** 16/3 23/7 23/10 25/21
**matters [5]** 19/23 20/21 22/18 23/14 32/9
**Matthew [2]** 1/14 1/19
**Max [1]** 29/5
**maximum [1]** 17/1
**may [11]** 5/15 6/8 8/12 8/12 16/17 18/8 20/18 28/18 30/19 31/24 33/2
**maybe [6]** 12/15 20/19 22/2 22/6 29/19 30/21
**me [12]** 3/18 8/6 10/3 11/1 11/8 16/13 20/7 20/12 27/14 29/15 29/20 33/10
**mean [10]** 7/7 8/5 8/7 14/2 15/23 16/18 20/5 20/10 27/6 28/1
**meaning [1]** 6/4
**meet [1]** 4/24
**member [1]** 29/2
**mention [1]** 26/18
**merits [1]** 23/23
**merrick [2]** 1/14 1/17
**might [3]** 13/21 16/6 20/20
**minute [1]** 18/25
**miscommunication [1]** 14/13
**mistake [1]** 10/4 11/5
**mistakes [4]** 10/2 10/2 10/6 10/7
**modified [1]** 3/25
**moment [2]** 20/10 30/7
**Monday [1]** 21/15
**month [23]** 6/12 13/17 14/2 14/25 15/7 15/12 15/13 15/14 15/18 15/20 15/21 16/13 17/5 17/23 17/25 18/1 18/2 18/3 18/4 18/5 22/8 22/10 22/14
**months [2]** 16/21 33/8
**more [15]** 8/22 10/3 14/22 14/22 15/2 15/2 15/5 15/5 15/6 15/6 15/7 24/20 26/13 28/16 29/13
**morning [11]** 3/2 3/9 3/11 3/12 3/15 3/16 3/19 22/25 23/1 23/2 23/5
**most [1]** 11/22 24/11
**motion [1]** 4/1
**motions [3]** 31/11 31/14 32/22
**move [3]** 14/12 24/4 32/12
**moves [1]** 24/4
**Mr [2]** 4/11 34/3
**Mr. [3]** 12/1 17/17 34/7
**Mr. Kelley [1]** 17/17
**Mr. Leopold's [1]** 34/7
**Mr. Topic [1]** 12/1
**Ms [1]** 5/3
**Ms. [1]** 33/10
**Ms. Enlow [1]** 33/10
**much [8]** 10/2 11/1 13/4 17/13 24/9 30/2 31/13 32/15
**Mueller [2]** 4/8 26/20
**multiple [1]** 33/22
**murder [1]** 11/17
**my [15]** 9/25 15/18 17/17 17/18 20/20

22/21 22/22 22/23 31/8 31/9 31/11 31/16 31/21 36/9 36/10
**mystery [1]** 5/2

**N**

**N.W [1]** 2/10
**name [6]** 6/6 6/13 7/13 7/19 7/22 36/11
**names [16]** 5/1 5/2 5/6 5/11 6/1 6/2 6/9 7/3 7/16 8/1 8/9 8/9 8/15 8/18 10/13 10/18
**narrow [2]** 8/12 33/13
**narrowed [3]** 33/17 33/21 33/21
**narrower [2]** 33/6 34/10
**narrowing [1]** 33/25
**national [2]** 14/24 15/24
**nature [2]** 16/11 27/8
**necessarily [2]** 5/4 29/18
**need [7]** 3/20 9/6 15/9 15/17 20/5 30/3 32/15
**needs [1]** 16/24
**negotiate [1]** 33/5
**negotiating [1]** 33/15
**Neither [1]** 29/4
**NETWORK [2]** 1/5 3/4
**never [2]** 30/16 30/19
**New [7]** 9/23 12/25 13/6 14/21 18/12 25/2 25/19
**news [5]** 1/5 3/4 17/12 18/13 29/5
**newsworthy [1]** 16/23
**next [9]** 12/6 18/2 21/1 21/7 21/13 22/20 23/7 25/10 34/16
**night [1]** 9/6
**no [9]** 1/4 1/5 11/17 14/19 19/20 20/11 20/11 23/3 32/24
**noncompliance [1]** 11/15
**none [4]** 16/18 16/22 20/4 32/10
**normal [1]** 25/7
**not [47]**
**notes [1]** 36/9
**nothing [3]** 8/7 13/14 16/7
**noticed [1]** 34/6
**November [4]** 3/21 11/14 14/3 14/6
**November 28th [2]** 3/21 11/14
**now [16]** 6/8 7/1 7/17 9/16 11/18 12/7 12/9 16/24 17/12 19/12 20/8 23/16 23/19 26/1 29/16 33/8
**number [6]** 3/4 3/6 3/22 4/24 5/2 18/25
**numerous [1]** 14/22
**NW [2]** 1/20 2/4

**O**

**o'clock [5]** 23/5 32/4 32/6 32/6 32/7
**objection [2]** 32/23 32/24
**objective [1]** 13/11
**obligations [1]** 3/22
**observed [1]** 26/3
**obviously [4]** 8/5 14/12 27/12 34/25
**occur [1]** 20/23
**off [1]** 10/19
**office [3]** 10/16 33/4 33/23
**official [6]** 2/9 8/22 33/17 36/2 36/8 36/14
**officially [4]** 7/9 7/10 7/23 8/2
**often [2]** 19/1 26/15
**oh [2]** 7/18 26/1
**Okay [9]** 12/18 16/16 22/1 22/18 23/6

## Column O

**O**

Okay... [4]  26/1 30/2 32/1 32/7
once [3]  6/23 7/17 8/7
one [11]  5/22 9/15 17/15 18/23 19/1
21/3 22/2 26/15 30/7 30/13 33/1
onerous [1]  11/1
ongoing [1]  23/13
only [11]  4/7 4/12 19/25 23/9 24/12
26/8 26/15 26/23 27/14 31/13 32/3
open [6]  12/24 14/20 15/11 17/9 22/24
22/24
operational [3]  6/2 16/6 20/4
opposed [2]  24/21 30/18
orally [1]  9/15
order [20]  3/21 3/24 4/20 5/10 5/16 9/3
9/21 11/14 11/23 11/24 13/19 14/17
16/24 17/22 18/19 19/13 22/17 24/10
24/24 25/5
ordered [11]  4/2 4/6 4/23 5/1 6/12
12/12 13/7 13/17 14/4 14/5 17/25
ordering [1]  13/3
orderly [2]  18/4 26/23
orders [1]  15/7
ordinary [2]  24/3 28/25
original [1]  33/25
other [36]  4/14 6/20 8/14 11/15 13/14
14/22 15/8 15/13 15/16 18/25 20/19
20/21 21/22 22/5 22/12 22/15 22/18
23/9 24/18 24/18 26/9 26/17 27/4
27/16 28/3 28/7 28/11 28/13 29/16
29/24 30/15 30/18 32/9 33/1 34/3 34/7
others [1]  17/17
otherwise [2]  24/5 31/23
ought [1]  26/24
our [2]  9/17 12/1
ours [1]  11/24
out [18]  8/7 10/5 16/8 16/9 16/22 17/7
17/12 18/20 20/22 21/4 21/10 21/12
21/13 21/14 22/21 25/9 31/15 33/20
out of [1]  31/15
outstanding [1]  20/8
overall [1]  11/24
overarching [2]  24/17 24/22
overlapping [1]  34/7
overload [1]  31/13
own [1]  12/15

**P**

p.m [1]  35/6
page [5]  12/3 13/7 14/19 18/18 19/1
pages [26]  4/2 4/7 6/12 14/2 14/4 14/5
14/9 14/17 14/25 15/7 15/12 15/13
15/14 15/18 15/20 15/21 16/12 17/3
18/3 19/12 22/8 22/9 22/13 26/14
26/15 36/7
papers [1]  13/23
part [6]  3/22 4/5 19/13 29/3 33/24
34/18
partial [5]  23/12 23/21 24/7 24/10
29/23
particular [2]  11/4 16/19
parties [4]  3/7 10/22 24/19 28/5
parts [1]  34/3
Paul [1]  8/16
pause [1]  30/8
pending [1]  16/21
people [4]  8/24 9/20 16/4 20/1

## Column P (continued)

**per** [17]  6/12 14/2 14/17 14/25 15/2
15/13 15/14 18/18 19/20 15/21 16/12
17/5 17/23 18/3 19/1 22/10 22/13
percent [4]  13/20 18/21 18/22 26/13
percentage [1]  17/23
percentages [2]  17/23 17/24
perfect [1]  19/10
perhaps [4]  6/10 22/14 33/16 34/17
period [1]  18/5
person [1]  29/5
person's [3]  7/12 7/13 7/19
personal [1]  6/6
phone [1]  22/23
piecemeal [6]  26/10 26/11 27/6 27/17
27/19 28/3
piecemealed [1]  24/8
pieces [1]  33/14
Pittsburgh [3]  31/17 31/20 31/24
place [2]  8/25 25/8
places [1]  8/21
Plaintiff [4]  1/3 1/5 1/14 1/18
plaintiffs [4]  10/1 11/16 30/25 31/3
plaintiffs' [5]  6/17 10/23 11/2
play [1]  11/19
please [3]  3/8 22/8 31/3
plenty [1]  14/22
point [8]  6/14 11/18 18/15 18/21 22/10
29/19 33/20 34/5
points [2]  32/11 33/21 33/22
Policy [1]  33/24
Pollins [1]  3/14
portion [3]  27/5 29/9 33/2
position [8]  7/2 10/12 19/15 20/7 24/6
26/7 28/13 29/22
possible [2]  17/13 27/11
post [1]  13/9
potential [1]  29/15
pre [1]  23/18
pre-staging [1]  23/18
precedent [3]  19/9 20/18 28/12
predecisional [2]  28/25 29/7
prepared [1]  24/1
presented [1]  17/25
president [2]  19/2 26/15
president's [1]  29/4
press [2]  7/9 8/24
prior [1]  21/4
priorities [1]  18/14
privacy [4]  6/6 7/8 7/12 7/14
privilege [2]  25/16 27/15
privileges [4]  24/18 28/3 28/7 30/15
probably [1]  17/10
procedure [1]  16/14
proceed [1]  24/7
proceedings [7]  16/20 16/25 19/17
27/3 35/5 36/5 36/8
process [14]  7/18 13/15 14/14 15/1
16/11 16/11 19/4 20/1 23/13 23/13
25/7 28/25 29/6 33/7
processed [7]  4/25 5/18 6/11 6/24
18/2 18/4 28/6
processes [1]  6/8
processing [10]  6/20 7/1 14/14 14/25
15/10 18/22 22/9 22/11 22/14 34/3
produce [11]  3/25 4/2 4/4 4/7 5/1 13/2
14/9 14/12 14/15 14/17 15/7
produced [4]  4/13 10/11 18/1

## Column Q / R

**product** [16]  23/20 24/12 24/23 25/3
25/11 25/16 25/23 26/8 26/12 26/23
27/15 28/1 28/9 28/23 30/14 30/17
production [13]  4/9 4/23 11/21 11/25
12/6 12/6 14/3 14/4 15/10 17/4 19/15
20/23 26/13
production's [1]  27/12
productions [1]  29/11
products [1]  24/25
Programs [1]  2/4
projection [1]  7/2
promote [1]  15/1
properly [1]  25/3
proposed [1]  33/9
provide [2]  8/2 22/14
provided [3]  7/4 26/16 33/18
providing [2]  5/10 22/15
public [8]  8/10 8/23 9/14 10/25 14/7
16/23 16/24 18/17
publicly [1]  9/10
pull [1]  5/21
pulled [1]  5/24
purpose [1]  18/16
put [5]  6/19 12/14 20/24 22/5 34/8
putting [2]  9/20 22/12

**Q**

quantity [2]  13/24 23/16
question [1]  19/16
quickly [2]  22/19 33/10
quite [2]  14/10 27/4
quote [1]  33/21

**R**

raise [2]  12/6 30/21
raised [1]  11/9
raising [1]  30/23
rate [2]  6/12 14/25
rather [3]  13/11 25/7 27/18
RBW [2]  1/4 1/5
Re [1]  3/3
reach [1]  30/19
reached [1]  5/5
readdress [1]  29/24
readily [1]  8/21
real [1]  26/17
really [9]  7/5 10/4 23/20 23/24 25/23
28/4 28/5 28/12 34/20
reason [5]  10/5 10/18 13/13 14/19
15/15
reasonable [6]  8/5 11/8 12/22 13/10
15/22 19/10
reasonably [1]  34/12
recall [2]  5/15 33/2
received [1]  9/5
recent [1]  11/22
recognized [3]  14/24 18/12 25/20
record [2]  3/8 14/3
records [2]  33/4 34/1
redacted [6]  6/1 7/24 8/18 26/20 27/2
29/10
redaction [1]  26/14
redactions [5]  5/2 6/23 27/5 28/17
reduced [1]  8/17
reference [9]  3/21 4/14 4/20 11/6
11/10 11/14 12/19 20/16 30/22
regard [1]  24/17

**R**

regarding [4]  7/3 11/13 28/13 29/24
REGGIE [1]  1/11
relate [1]  10/24
related [2]  19/22 33/2
relates [1]  16/8
relative [1]  18/16
release [4]  6/2 8/8 17/13 17/20
released [11]  6/14 6/16 7/16 7/19 7/20
 7/23 9/14 10/17 17/24 18/20 20/5
releasing [1]  8/6
relied [1]  26/11
rely [2]  18/10 22/7
relying [2]  8/24 8/25
remaining [1]  27/5
reply [2]  31/1 32/13
report [5]  4/8 4/13 4/15 7/10 26/20
reported [1]  36/4
Reporter [4]  2/8 2/9 36/2 36/14
reporting [1]  26/2
reports [1]  8/25
repositories [1]  5/22
representation [1]  8/23
representations [3]  4/19 13/12 18/14
represented [1]  11/14
represents [1]  8/4
request [15]  5/17 5/19 11/21 12/3
 16/19 19/18 19/21 22/2 22/5 33/3
 33/25 33/25 34/4 34/10 35/2
requested [2]  11/19 34/13
requesters [3]  15/2 15/5 15/16
requesting [1]  34/25
requests [15]  11/23 12/3 15/2 15/5
 15/8 19/22 19/24 20/7 20/15 20/21
 22/6 34/6 34/7 34/18 34/21
require [2]  11/12 27/23
requirement [1]  32/20
resolution [1]  27/7
resolve [2]  31/12 31/14
resolved [1]  23/15
resources [4]  6/22 15/4 15/9 28/4
respect [2]  18/6 18/9
respond [4]  30/3 30/6 30/11 34/25
response [5]  4/11 9/17 19/14 33/9
 33/17
rest [1]  14/15
result [5]  5/16 9/21 25/24
reveal [2]  6/2 6/4
revealed [1]  6/10
revealing [3]  6/5 7/12 7/13
review [2]  10/12 13/7
reviewed [6]  5/7 10/11 16/1 16/2
 16/10 29/17
reviewing [1]  7/1
right [13]  7/6 7/11 7/17 12/7 12/9
 12/10 12/10 17/12 17/15 20/8 26/5
 28/15 31/18
Room [1]  2/9
round [1]  11/23
RPR [2]  2/8 36/14
rubric [2]  13/21 19/10
Ruddy [2]  29/4 29/9
rule [2]  30/16 32/20
rules [1]  30/14
ruling [2]  28/11 29/16
run [1]  17/1

**S**

said [7]  5/9 9/6 9/20 13/8 25/9 32/3
 36/8
same [7]  13/4 15/3 21/22 22/7 22/12
 22/15 28/10
save [1]  28/4
say [3]  5/8 22/24 30/9
saying [3]  4/11 15/14 28/11
says [1]  20/16
schedule [3]  6/25 22/19 32/12
scheduled [1]  21/5
scheduling [1]  9/16
scientists [1]  16/5
SDNY [4]  14/23 15/11 25/2 25/19
search [1]  34/18
second [2]  17/8 18/1
security [2]  14/24 15/24
see [8]  6/13 10/4 10/18 11/5 29/17
 30/20 33/5 33/24
seem [1]  29/15
seems [7]  8/6 8/20 11/1 11/8 26/11
 27/14 29/20
seen [1]  26/13
send [1]  31/22
SENIOR [1]  1/11
sense [7]  16/15 19/10 23/20 24/1
 28/2 30/17 34/21
sensitive [1]  16/8
sensitivities [2]  6/3 20/4
sensitivity [1]  20/9
sent [2]  16/3 33/9
serves [1]  15/1
set [7]  3/22 14/2 28/12 29/11 31/4
 33/16 34/24
setting [1]  28/23
settled [1]  27/1
Shapiro [2]  2/3 3/18
she [2]  26/3 33/10
short [4]  5/21 6/19 9/22 16/21
shorthand [2]  36/5 36/9
should [18]  5/6 6/16 7/3 7/25 8/8 8/9
 10/13 13/11 18/19 18/21 19/18 19/20
 20/23 21/20 24/7 26/8 30/22 30/23
shouldn't [3]  7/18 7/19 16/9
showing [1]  32/5
side [1]  8/14
significance [1]  19/16
significant [2]  19/7 27/8
similar [1]  19/23
simply [1]  5/22
six [2]  9/2 18/5
skeptical [1]  19/3
small [2]  27/5 33/1
so [64]
Society [4]  12/24 14/20 15/11 17/9
some [22]  5/6 8/12 8/18 10/1 10/2
 13/9 17/17 17/19 18/15 20/16 20/19
 22/13 23/14 27/10 28/24 30/14 33/14
 33/22 34/5 34/6 34/18 34/22
someone [2]  10/15 31/22
something [5]  9/3 25/14 26/12 29/25
 33/6
somewhere [1]  7/9
soon [2]  15/6 27/10
sort [1]  12/14
sought [2]  18/17 27/9
sources [1]  9/11

Southern [2]  14/20 18/12
SPAHR [1]  1/9
span [2]  6/20 9/22
speaking [2]  11/16 23/8
Special [5]  4/5 10/15 33/3 34/1 34/1
specific [2]  24/20 34/19
specifically [2]  5/9 11/4
specifics [1]  33/12
staging [1]  23/18
standard [12]  12/22 13/11 13/21 14/20
 14/25 15/15 15/15 15/18 15/22 16/14
 22/8 22/10
standing [1]  10/16
start [2]  8/6 31/19
starting [1]  12/7
State [2]  12/25 17/19
Statement [1]  32/21
STATES [3]  1/1 1/12 36/3
status [2]  1/10 13/18
stayed [1]  13/3
stays [1]  17/5
step [2]  3/7 18/15
sticking [1]  15/21
still [3]  19/6 33/11 33/13
straight [1]  14/3
strain [2]  14/11 14/16
streamline [1]  23/14
Street [3]  1/15 1/20 2/4
subject [6]  5/17 5/19 13/12 16/3 17/9
 29/23
submissions [1]  23/19
submit [1]  30/21
submitted [2]  12/14 23/25
subparts [1]  33/23
subscribed [1]  36/10
such [1]  25/21
suggestion [2]  12/21 18/10
summaries [6]  4/8 4/12 4/12 4/15 12/4
 12/13
summary [9]  19/7 23/12 24/7 24/9
 24/10 26/24 29/23 32/13 32/22
supposed [1]  22/11
sure [2]  19/23 20/4
surrounds [1]  29/1
suspect [1]  10/20
suspected [1]  7/22
system [1]  31/13

**T**

table [3]  3/13 3/18 19/4
take [8]  4/19 7/20 8/5 9/8 11/9 25/7
 28/13 30/24
taken [2]  8/25 28/7
takes [2]  15/22 20/3
taking [3]  7/7 34/5 34/22
talk [3]  10/17 23/24 27/3
talking [3]  16/4 20/9 21/9
target [1]  34/13
task [1]  5/23
tell [2]  9/7 10/3
template [1]  29/11
ten [5]  16/21 23/5 31/3 32/4 32/6
terms [1]  4/24
test [1]  7/11
testified [1]  6/5
testimony [1]  36/5
than [7]  11/19 13/12 13/14 14/23 15/7

**T**

**than...** [2]  20/19 27/18
**Thank** [6]  11/11 30/1 30/13 31/7 35/3 35/4
**Thanksgiving** [1]  9/23
**that** [198]
**that's** [15]  5/16 11/8 11/9 12/15 12/18 16/21 17/6 27/2 27/11 29/25 30/16 31/19 31/23 32/8 33/25
**their** [9]  5/7 5/14 10/9 10/12 10/25 11/23 16/3 19/21 20/21
**them** [8]  5/1 5/11 5/24 8/22 20/3 27/21 29/14 34/18
**themselves** [1]  6/24
**then** [22]  4/15 7/11 7/23 9/9 9/11 10/3 11/1 12/13 15/17 16/10 23/6 24/4 26/16 26/20 27/3 27/23 29/24 31/3 31/18 32/6 32/15 32/19
**theoretically** [1]  10/8
**theory** [2]  25/12 25/14
**there** [22]  3/23 5/1 7/25 8/12 8/16 8/20 8/22 8/23 10/1 10/2 10/5 10/8 10/18 14/6 14/21 20/6 20/22 26/12 28/21 31/9 34/9 34/11
**there's** [16]  5/17 5/22 6/15 8/7 13/14 14/19 15/4 15/7 15/15 19/25 25/1 25/2 26/17 26/22 29/15 33/24
**Thereupon** [1]  35/5
**these** [19]  6/9 6/9 6/11 9/20 15/23 15/25 16/18 19/5 20/1 20/4 24/3 25/21 27/7 27/10 29/13 30/15 30/18 34/4 34/6
**they** [59]
**they'd** [2]  7/2 24/4
**they're** [11]  5/4 6/11 7/7 9/17 14/16 22/23 28/24 30/22 31/9 34/3 34/25
**they've** [3]  14/14 26/11 26/18
**thing** [2]  3/20 30/14
**things** [9]  5/14 9/19 10/20 11/20 12/13 13/16 18/4 25/12 34/20
**think** [30]  10/16 10/22 10/23 12/7 12/10 12/13 13/19 13/20 17/8 17/15 18/18 18/19 19/8 20/15 20/16 20/20 21/2 21/19 21/21 21/21 24/11 24/16 24/19 26/22 26/24 27/12 27/17 28/1 31/17 34/11
**Third** [1]  1/15
**this** [48]
**those** [27]  4/15 5/6 7/3 8/18 10/13 10/17 11/4 11/5 11/6 11/10 13/6 13/18 14/12 16/22 17/24 19/1 19/18 19/20 21/3 22/15 24/20 25/12 28/8 28/15 33/22 34/8 34/21
**thought** [1]  33/11
**thousand** [3]  12/16 14/1 19/12
**three** [4]  21/13 25/10 30/5 30/10
**threshold** [6]  4/24 24/13 24/22 28/2 28/9 30/18
**through** [6]  5/25 19/8 20/3 24/21 34/15 34/22
**throughout** [3]  24/14 28/3 34/19
**throw** [1]  9/3
**time** [24]  5/21 6/20 6/22 6/25 9/22 15/4 20/8 20/15 20/15 21/22 22/7 22/15 23/2 24/19 29/18 29/20 29/21 29/24 29/25 30/2 30/23 32/15 34/5 34/23

**timeline** [1]  27/21
**timeliness** [4]  19/13 20/22 21/21 27/9
**Times** [2]  25/2 25/19
**timing** [1]  23/24
**Tobin** [3]  1/18 3/13 4/21
**tobinc** [1]  1/22
**today** [1]  10/16
**together** [10]  5/24 6/19 9/4 9/21 10/23 12/2 20/24 34/2 34/8 34/16
**told** [3]  6/17 13/1 33/10
**too** [8]  11/1 13/1 17/6 17/6 33/11 33/13 33/15 35/1
**took** [1]  7/21
**Topic** [3]  1/14 3/9 12/1
**town** [3]  21/4 22/21 25/9
**track** [3]  12/15 14/15 22/12
**transcribed** [1]  35/6
**transcript** [2]  1/10 36/8
**treating** [1]  22/4
**trial** [7]  8/16 10/10 31/17 31/18 31/18 31/19 31/24
**tripartite** [1]  23/13
**try** [5]  11/9 23/13 27/10 30/18 31/12
**trying** [3]  9/17 14/11 34/8
**Tuesday** [3]  21/5 21/14 21/15
**two** [8]  9/12 21/3 25/1 31/24 32/6 32/17 33/8 33/18
**two o'clock** [1]  32/6
**type** [3]  13/4 20/8 21/22
**types** [1]  34/21
**typewritten** [1]  12/4
**typically** [1]  24/3

**U**

**U.S** [5]  1/7 2/3 2/9 3/3 26/4
**Ukraine** [1]  19/24
**under** [8]  4/16 5/19 9/2 17/3 19/10 25/4 28/3 32/20
**underlying** [1]  30/15
**understand** [5]  5/3 25/12 26/1 26/6 27/20
**understanding** [1]  17/1
**unfortunately** [2]  31/8 31/11
**UNITED** [3]  1/1 1/12 36/3
**universe** [2]  20/13 20/14
**unless** [1]  5/8
**unquote** [1]  33/21
**unredacted** [1]  26/16
**unsurprisingly** [1]  6/10
**unwarranted** [1]  7/13
**up** [8]  12/25 13/3 17/2 18/3 18/7 26/25 31/21 33/6
**updating** [1]  22/23
**upon** [4]  6/6 7/14 24/15 26/2
**urgency** [1]  16/19
**us** [14]  3/13 8/19 8/20 9/7 9/9 9/10 9/18 12/11 18/25 19/2 23/20 26/11 29/10 32/8
**usdoj.gov** [2]  2/6 2/6
**use** [1]  24/19
**used** [1]  19/5

**V**

**vacuum** [1]  27/15
**variety** [1]  5/22
**various** [2]  5/24 24/14
**vast** [1]  18/25

**versus** [2]  3/3 3/5
**very** [15]  5/20 7/15 13/4 13/16 13/17 14/13 22/17 22/19 23/1 24/15 26/11 27/23 30/12 32/18 32/25
**volume** [1]  34/21

**W**

**wait** [1]  18/13
**waiting** [1]  33/8
**waive** [1]  32/20
**WALTON** [1]  1/11
**want** [4]  10/17 27/25 30/13 30/25
**wanted** [2]  23/10 23/24 32/13
**wants** [1]  4/18
**was** [40]
**Washington** [4]  1/21 2/5 2/10 13/6
**wasn't** [2]  6/16 9/3
**waste** [3]  29/18 29/19 29/21
**Watch** [2]  25/1 25/18
**way** [4]  13/12 18/3 20/6 24/25
**Wayne** [1]  1/14
**we** [69]
**we'd** [2]  19/12 32/19
**we'll** [6]  8/2 20/25 23/6 24/5 27/22 31/23
**we're** [14]  12/7 13/19 16/4 16/12 18/18 19/6 19/9 20/9 20/18 22/11 23/11 24/1 28/5 31/24
**we've** [8]  11/22 12/21 13/24 19/11 26/13 33/4 34/2 34/22
**wealth** [1]  15/17
**Wednesday** [2]  21/5 21/14
**week** [14]  9/4 13/24 20/12 21/2 21/2 21/6 21/7 21/9 21/10 21/13 21/14 31/15 31/16 31/24
**weekend** [1]  21/7
**weeks** [12]  9/2 9/12 9/13 20/12 21/3 21/13 25/10 30/6 30/10 32/17 33/18 34/17
**weigh** [2]  19/18 19/21
**weighed** [1]  33/12
**well** [14]  3/25 6/21 9/7 16/15 22/17 23/1 23/9 27/23 28/8 30/12 30/20 32/14 32/18 32/25
**went** [5]  5/25 17/14 17/18 17/22 17/23 27/21 31/16
**were** [19]  4/3 4/5 4/13 5/1 5/23 6/21 8/1 8/16 8/17 8/20 10/9 10/18 14/8 15/12 18/4 22/9 31/3 34/7 34/15
**what** [32]  5/11 5/20 5/24 8/4 10/19 11/18 11/19 12/9 12/19 13/8 13/10 15/13 17/15 19/9 20/13 20/16 20/17 23/2 25/11 25/13 25/24 26/2 27/11 28/13 28/16 29/13 29/13 30/9 30/20 30/20 31/23 34/25
**what's** [7]  7/2 8/14 12/5 19/14 25/14 26/7 34/12
**whatever** [2]  18/20 23/4
**when** [12]  6/8 6/12 6/20 7/2 7/21 7/22 7/22 18/24 19/21 19/24 20/23 21/10
**where** [14]  6/2 6/5 8/12 8/22 8/23 8/24 9/8 12/7 12/15 12/25 14/21 20/15 20/22 25/21
**Where's** [1]  31/19
**whereof** [1]  36/10
**whether** [10]  5/6 6/14 7/3 7/11 7/12 19/17 20/21 21/14 24/7 26/7

**which [20]**  3/22 4/1 4/15 5/9 15/4
15/18 18/24 19/2 21/6 22/9 23/21
24/25 26/20 27/16 28/25 30/19 31/18
33/14 34/1 34/11
**who [11]**  4/4 6/4 7/7 8/16 10/9 10/25
16/6 28/22 29/4 29/6 29/10
**wholesale [2]**  26/14 26/16
**whose [1]**  8/9
**why [7]**  8/4 10/5 10/18 14/8 25/14
30/16 30/22
**will [12]**  5/3 6/23 10/6 17/4 17/5 18/24
19/9 21/4 22/20 25/24 26/25 30/16
**willing [1]**  33/6
**withheld [3]**  4/16 18/23 25/4
**withholdings [1]**  24/18
**within [2]**  17/14 18/11
**without [1]**  27/15
**witness [4]**  7/7 7/18 23/21 36/10
**witnesses [6]**  4/4 4/10 6/4 6/9 8/16
28/22
**won't [2]**  28/4 28/21
**word [1]**  34/19
**work [24]**  10/4 10/23 12/25 15/23 19/8
20/1 20/3 23/19 24/12 24/22 24/25
25/3 25/11 25/15 25/23 26/8 26/12
26/23 27/16 28/1 28/9 28/23 30/14
30/17
**working [3]**  33/23 34/2 34/22
**works [2]**  21/24 31/22
**would [45]**
**would adhere [1]**  29/22
**writing [1]**  25/24
**written [1]**  25/20

**Y**

**year [1]**  25/18
**Year's [1]**  9/24
**yes [13]**  3/24 4/21 12/18 14/1 20/10
21/18 25/17 26/5 27/24 28/19 31/2
32/3 32/25
**yet [5]**  5/6 6/11 7/23 10/11 28/7
**York [6]**  12/25 13/6 14/21 18/12 25/2
25/19
**you [47]**
**you're [4]**  21/9 21/10 22/4 28/11
**You've [1]**  22/5
**your [44]**
**yourselves [1]**  3/8