# **Exhibit A**

**Kelley, Matthew E. (DC)**

| | |
|---|---|
| **From:** | Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> |
| **Sent:** | Monday, January 13, 2020 6:02 PM |
| **To:** | Matt Topic |
| **Cc:** | Tobin, Charles D. (DC); Kelley, Matthew E. (DC); FOIA Team |
| **Subject:** | RE: CNN/Leopold v DOJ 19-1278 - (b)(5) privileges |
| **Attachments:** | 2020.1.13 List of b5 Withholdings.pdf |

⚠ **EXTERNAL**

Hi Matt,

Please see the attached list that indicates the privilege(s) withheld under Exemption 5.

Best regards,
Courtney


Courtney Enlow
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12102
Washington, D.C. 20005
(202) 616-8467
courtney.d.enlow@usdoj.gov



**From:** Matt Topic <matt@loevy.com>
**Sent:** Friday, January 10, 2020 6:31 PM
**To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Kelley, Matthew E. <kelleym@ballardspahr.com>; FOIA Team <foia@loevy.com>
**Subject:** Re: CNN/Leopold v DOJ 19-1278 - (b)(5) privileges

No problem at all.  You too.

On Fri, Jan 10, 2020 at 5:18 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:

> Hi Matt,
>
> I'm apologize—I've been handling urgent matters in my other cases yesterday and today.  I will get you a response on Monday.
>
> I hope you have a pleasant weekend.
>
> Courtney Enlow
> U.S. Department of Justice
> (202) 616-8467

1

On Jan 9, 2020, at 8:11 PM, Matt Topic <matt@loevy.com> wrote:

Sounds good.  Thanks.

On Thu, Jan 9, 2020 at 5:34 PM 'Enlow, Courtney D. (CIV)' via FOIA Team <FOIA@loevy.com> wrote:

> Hi Matt,
>
> I've been tied up with other matters today but should be able to get a response to you tomorrow on this.
>
> Thanks,
>
> Courtney
>
> **From:** Matt Topic <matt@loevy.com>
> **Sent:** Wednesday, January 08, 2020 5:41 PM
> **To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
> **Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Kelley, Matthew E. <kelleym@ballardspahr.com>; FOIA Team <foia@loevy.com>
> **Subject:** Re: CNN/Leopold v DOJ 19-1278 - (b)(5) privileges
>
> Are you able to identify which are which?
>
> On Wed, Jan 8, 2020, 4:23 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:
>
>> Hi Matt,
>>
>> The other privileges I was referencing in Court today were the deliberative process privilege and the presidential communications privilege.
>>
>> Best regards,
>>
>> Courtney

2

**From:** Matt Topic <matt@loevy.com>
**Sent:** Wednesday, January 08, 2020 12:55 PM
**To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Kelley, Matthew E. <kelleym@ballardspahr.com>; FOIA Team <foia@loevy.com>
**Subject:** CNN/Leopold v DOJ 19-1278 - (b)(5) privileges

Hi Courtney.  Correct me if I'm wrong, but all we've seen so far as the underlying (b)(5) privileges is attorney work product. Could you please identify for us as soon as possible the other underlying privileges you referenced in court today?  I don't think we know which they are.

--

**Matthew Topic**

**Loevy & Loevy**

311 North Aberdeen, 3rd Floor

Chicago, IL 60607

312-789-4973 (direct)

773-368-8812 (cell)

matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic

@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

4

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

| AWP only | | | PCP and DPP | | | AWP, PCP, DPP | | |
|---|---|---|---|---|---|---|---|---|
| Name | Interview Date | Production Date | Name | Interview Date | Production Date | Name | Interview Date | Production Date |
| Beniaminov | 1/6/2018 | 1/2/2020 | [Name withheld in 302] | 8/15/2017 | 1/2/2020 | Dearborn | 6/20/2018 | 1/2/2020 |
| Gerson | 6/15/2018 | 1/2/2020 | McFarland | 12/5/2017 | 1/2/2020 | Dhillon | 11/21/2017 | 1/2/2020 |
| Gerson | 6/5/2018 | 1/2/2020 | McFarland | 9/14/2017 | 1/2/2020 | Kushner | 4/11/2018 | 1/2/2020 |
| [Name withheld in 302] | 4/12/2018 | 1/2/2020 | McFarland | 10/17/2017 | 1/2/2020 | McFarland | 12/22/2017 | 1/2/2020 |
| Kaveladze | 11/16/2017 | 1/2/2020 | [Name withheld in 302] | 1/18/2019 | 12/1/2019 | Porter | 4/13/2018 | 1/2/2020 |
| Mashburn | 8/2/2018 | 1/2/2020 | Rosenstein | 5/23/2017 | 12/1/2019 | Porter | 5/8/2018 | 1/2/2020 |
| Rtskhiladze | 5/10/2018 | 1/2/2020 | Comey | 6/7/2017 | 12/1/2019 | S. Miller | 10/31/2017 | 1/2/2020 |
| [Name withheld in 302] | 12/15/2017 | 1/2/2020 | | | | Sanders | 7/3/2018 | 1/2/2020 |
| Sater | 9/19/2017 | 1/2/2020 | | | | Cohen | 9/12/2018 | 1/2/2020 |
| Simes | 3/27/2018 | 1/2/2020 | | | | Ruddy | 6/6/2018 | 1/2/2020 |
| Simes | 3/8/2018 | 1/2/2020 | | | | Kelly | 8/2/2018 | 12/1/2019 |
| Newman | 8/23/2018 | 12/1/2019 | | | | Hicks | 3/13/2018 | 12/1/2019 |
| | | | | | | McCord | 7/17/2017 | 12/1/2019 |
| | | | | | | Hicks | 12/8/2017 | 12/1/2019 |
| | | | | | | Cohen | 11/20/2018 | 12/1/2019 |
| | | | | | | Christie | 2/13/2019 | 12/1/2019 |
| | | | | | | Lewandowski | 4/6/2018 | 12/1/2019 |
| | | | | | | Bannon | 2/14/2018 | 11/1/2019 |
| | | | | | | Cohen | 9/18/2018 | 11/1/2019 |
| | | | | | | Cohen | 8/7/2018 | 11/1/2019 |