# **Exhibit B**

| | Interviewee | Interview Date | Production Date | Text in Mueller Report | Mueller Volume | Mueller Page | Citation | Relevant text in 302 from page(s) cited in Mueller Report |
|---|---|---|---|---|---|---|---|---|
| 1 | Corey Lewandowski | 4/6/2018 | Dec 2 2020 | "The President said that if Sessions delivered that statement he would be the 'most popular guy in the country.' Lewandowski told the President he understood what the President wanted Sessions to do." | II | 92 | nn. 611-12 (citing 3) | "The President did not provide additional instructions to Lewandowski other than to say he wanted Lewandowski to deliver the message to Sessions, and for Sessions to make the statement publicly. Lewandowski said he understood." |
| 2 | Corey Lewandowski | 4/6/2018 | Dec 2 2020 | "Lewandowski said he asked Hope Hicks to type the notes when he went in to the Oval Office, and he then retrieved the notes from her partway through his meeting with the President." | II | 93 | n. 625 (citing 5) | Redacted |
| 3 | Corey Lewandowski | 4/6/2018 | Dec 2 2020 | "Later that day, Lewandowski met with Hicks and they discussed the President's New York Times interview." | II | 94 | n. 634 (citing 6) | "Lewandowski met with Hicks at around 6:30 pm that day." |
| 4 | Dimitri Simes | 3/27/2018 | Jan 2 2020 | "Simes personally has many contacts with current and former Russian government officials" | I | 104 | n. 598 (citing 10-15) | redacted |
| 5 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "On March 14, 2016, CNI board member Richard Plepler organized a luncheon for CNI and its honorary chairman, Henry Kissinger, at the Time Warner Building in New York." | I | 104 | n. 601 (citing 6) | "March 2016 luncheon at Time Warner [redacted] could benefit from conversations with Kissinger and, in turn, they would want to become involved in CNI's work." |
| 6 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "The idea behind the event was to generate interest in CNI's work and recruit new board members for CNI." | I | 104 | n. 602 (citing 5-6) | "March 2016 luncheon at Time Warner [redacted] could benefit from conversations with Kissinger and, in turn, they would want to become involved in CNI's work." |
| 7 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Along with Simes, attendees at the event included Jared Kushner, son-in-law of candidate Trump." | I | 104 | n. 603 (citing 6) | Redacted |
| 8 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "During both their March 24 phone call and their March 31 in-person meeting, Simes and Kushner discussed the possibility of CNI hosting a foreign policy speech by candidate Trump." | I | 105 | n. 611 (citing 7, 8-11) | pg 7: "Simes met with Kushner in New York on March 31, 2016"; pg 8: "Simes told Kushner the best way to approach foreign policy would be to organize a small group of foreign policy . . . . Simes wanted the small group of foreign policy experts to meet with Trump to develop a foreign policy approach that was consistent with Trump's voice. Simes thought Kushner was comfortable with Simes' suggestion" |
| 9 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Following these conversations, Simes agreed that he and others associated with CNI would provide behind-the-scenes input on the substance of the foreign-policy speech and that CNI officials would coordinate the logistics of the speech with Sessions and his staff, including Sessions's chief of staff, Rick Dearborn | I | 105 | n. 612 (citing 8-11) | pg 8: "Simes told Kushner the best way to approach foreign policy would be to organize a small group of foreign policy . . . . Simes wanted the small group of foreign policy experts to meet with Trump to develop a foreign policy approach that was consistent with Trump's voice. Simes thought Kushner was comfortable with Simes' suggestion" |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Simes received subsequent draft outlines from Miller, and he and Saunders spoke to Miller by phone about substantive changes to the speech." | I | 105 | n. 615 (citing 13) | "Simes never saw an actual draft of Trump's foreign policy speech. He and the Trump campaign exchanged draft outlines." |
| 11 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Kushner later requested that the event be moved to the Mayflower Hotel, which was another venue that Simes had mentioned during the initial discussions with the Campaign, in order to address concerns about security and capacity." | I | 105 | n. 618 (citing 12) | Redacted |
| 12 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "After those members had been introduced, Simes stood next to Trump and introduced him to the CNI invitees in attendance, including Kislyak. Simes perceived the introduction to be positive and friendly, but thought it clear that Kislyak and Trump had just met for the first time." | I | 106 | nn. 626-27 (citing 21) | "After Sessions each member of Congress to Trump, [redacted]" |
| 13 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Simes, for example, did not recall seeing Kislyak at the post-speech luncheon," | I | 107 | n. 632 (citing 22) | Redacted |
| 14 | Dimitri Simes | 3/8/2020 | Jan 2 2020 | "In the summer of 2016, CNI organized at least two dinners in Washington, D.C. for Sessions to meet with experienced foreign policy professionals." | I | 107 | n. 641 (citing 31) | Redacted |
| 15 | Dimitri Simes | 3/8/2020 | Jan 2 2020 | "At the dinners and in the meetings, the participants addressed U.S. relations with Russia, including how U.S. relations with NATO and European countries affected U.S. policy toward Russia." | I | 108 | n. 644 (citing 31) | Redacted |
| 16 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Between the April 2016 speech at the Mayflower Hotel and the presidential election, Jared Kushner had periodic contacts with Simes. Those contacts consisted of both in-person meetings and phone conversations . . ." | I | 109 | n. 653 (citing 27) | "After the April 27, 2016 speech, Simes had contact with Kushner from time to time to discuss how to proceed with the advisory group, Russia in the campaign [redacted]" |
| 17 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Among the Kushner-Simes meetings was one held on August 17, 2016, at Simes's request, in Kushner's New York office. The meeting was to address foreign policy advice that CNI was providing and how to respond to the Clinton Campaign's Russia-related attacks on candidate Trump." | I | 109 | n. 653 (citing 29-30) | "Kushner organized this meeting at 666 5th Avenue in New York at Simes' request to talk about the advisory group and about the Clinton campaign's Russia attacks on Trump and how to respond." |
| 18 | Dimitri Simes | 3/27/2018 | Jan 2 2020 | "Among the Kushner-Simes meetings was one held on August 17, 2016, at Simes's request, in Kushner's New York office. The meeting was to address foreign policy advice that CNI was providing and how to respond to the Clinton Campaign's Russia-related attacks on candidate Trump." | I | 109 | n. 653 (citing 6) | redacted |
| 19 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "During the August 17 meeting, Simes provided Kushner the Clinton-related information he had promised. Simes told Kushner that, [redacted] Simes claimed that he had received this information from former CIA and Reagan White House official Fritz Ermarth, who claimed to have learned it from U.S. intelligence sources, not from Russians. Simes perceived that Kushner did not find the information to be of interest or use to the Campaign because it was, in Simes's words, 'old news.'" | I | 109 | n. 658 (citing 29-30) | "Kushner organized this meeting at 666 5th Avenue in New York at Simes' request to talk about the advisory group and about the Cinton campaign's Russia attacks on Trump and how to respond." |

| # | Name | Date | Date2 | Quote | Vol | Page | Note | Additional Quote |
|---|---|---|---|---|---|---|---|---|
| 20 | Dimitri Simes | 3/27/2018 | Jan 2 2020 | "During the August 17 meeting, Simes provided Kushner the Clinton-related information he had promised. Simes told Kushner that, [redacted] Simes claimed that he had received this information from former CIA and Reagan White House official Fritz Ermarth, who claimed to have learned it from U.S. intelligence sources, not from Russians. Simes perceived that Kushner did not find the information to be of interest or use to the Campaign because it was, in Simes's words, 'old news.'" | I | 109 | n. 658 (citing 6) | "Kushner gave Simes the impression that the information was 'old news.'" |
| 21 | Dimitri Simes | 3/8/2018 | Jan 2 2020 | "Despite Kushner's reaction, Simes believed that he provided the same information at a small group meeting of foreign policy experts that CNI organized for Sessions." | I | 110 | n. 663 (citing 30) | Redacted |
| 22 | Dimitri Simes | 3/27/2018 | Jan 2 2020 | "Burt contacted Simes by telephone and asked if he could arrange a meeting with Kushner to discuss setting up a high-level communications channel between Putin and the incoming Administration. Simes told the Office that he declined and stated to Burt that setting up such a channel was not a good idea in light of the media attention surrounding Russian influence in the U.S. presidential election. According to Simes, he understood that Burt was seeking a secret channel, and Simes did not want CNI to be seen as an intermediary between the Russian government and the incoming Administration." | I | 164 | n. 1179 (citing 4, 5) | "The last thing Simes wanted was for CNI to be seen as an intermediary between the Russian government and a U.S. Presidential Administration." |
| 23 | Dimitri Simes | 3/27/2018 | Jan 2 2020 | "Simes was born in the former Soviet Union, emigrated to the United States in the early 1970s, and joined CNI's predecessor after working at the Carnegie Endowment for International Peace." | I | 103-04 | n. 597 (citing 19) | Redacted |
| 24 | Felix Sater | 9/19/2017 | Jan 2 2020 | "Sater contacted Cohen on behalf of I.C. Expert Investment Company (I.C. Expert), a Russian real-estate development corporation controlled by Andrei Vladimirovich Rozov." | I | 69 | n. 307 (citing 3) | "Rozov's architect/development business was I.C. Expert Investments Company [redacted] Sater introduced Rozov to Cohen." |
| 25 | Giorgi Rtskhiladze | 5/10/2018 | Jan 2 2020 | "Cohen stated that he spoke to Rtskhiladze in part because Rtskhiladze had pursued business ventures in Moscow, including a licensing deal with the Agalarov-owned Crocus Group." | I | 70 | n. 314 (citing 1) | Redacted |
| 26 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "In mid-June 2017--the same week that the President first asked Lewandowski to pass a message to Sessions--senior Administration officials became aware of emails exchanged during the campaign arranging a meeting between Donald Trump Jr., Paul Manafort, Jared Kushner, and a Russian attorney." | II | 98-99 | n. 663 (citing 1) | "Kushner said that he, Donald Trump, Jr (hereinafter Junior) and Paul Manafort had attended a meeting during the campaign and started to open the folder when the President stopped him and said he did not want to know about it. [Redacted.] Hicks speculated Kushner's folder had emails in it regarding the referenced meeting Junior, Kushner, and Manafort participated in, [redacted]." |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "Trump Organization attorneys became aware of the June 9 meeting no later than the first week of June 2017, when they began interviewing the meeting participants, and the Trump Organization attorneys provided the emails setting up the meeting to the President's personal counsel." | II | 99 | n. 670 (citing 2) | "Hicks was shocked by the emails concerning the meeting she and Raffel reviewed in [redacted] office. She thought they looked really bad." |
| 28 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "The next day, Hicks spoke privately with the President to mention her concern about the emails, which she understood were soon going to be shared with Congress. The President seemed upset because too many people knew about the emails and he told Hicks that just one lawyer should deal with the matter. The President indicated that he did not think the emails would leak, but said they would leak if everyone had access to them." | II | 100 | nn. 682-84 (citing 8, 2-3) | Pg 3: "The President said they should not do anything, asked why so many people had the emails, and said they needed to let the lawyers deal with it." |
| 29 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "A short while later, while still on Air Force One, Hicks learned that Priebus knew about the emails, which further convinced her that additional information about the June 9 meeting would leak and the White House should be proactive and get in front of the story." | II | 103 | n. 713 (citing 6) | "Priebus already knew about the emails. They decided they should let Trump know that Priebus knew about the emails, so Hicks went to Trump's cabin and notified him." |
| 30 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "Hicks recalled again going to the President to urge him that they should be fully transparent about the June 9 meeting, but he again said no, telling Hicks, 'You've given a statement. We're done.'" | II | 103 | n. 714 (citing 12) | Redacted |
| 31 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "In addition to criticizing Sessions's recusal, the President raised other concerns about Sessions and his job performance with McGahn and Hicks." | II | 108 | n. 751 (citing 10) | Redacted |
| 32 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "Hicks recalled relaying to the President that one of his attorneys had spoken to McGahn's attorney about the issue." | II | 114 | n. 788 (citing 11) | Redacted |
| 33 | Hope Hicks | 3/13/2018 | Dec 2 2020 | "Hicks said that candidate Trump trusted Manafort's judgment while he worked on the Campaign, but she also once heard Trump tell Gates to keep an eye on Manafort." | II | 123 | n. 851 (citing 16) | "Trump said something along the lines of Gates needing to keep an eye on Manafort." |
| 34 | Hope Hicks | 12/8/2017 | Dec 2 2020 | Hicks "(recalling that the President never denied making the statements attributed to him in the Lavrov meeting and that the President had said similar things about Comey in an off-the-record meeting with reporters on May 18, 2017, calling Comey a 'nut job' and 'crazy')." | II | 71 | n. 470 (citing 19) | "The day prior (May 18, 2018), Trump and Hicks had an off the record lunch with news anchors to discuss his foreign trip and had said similar things about Comey to that group. He said Comey was a 'nut job' and was 'crazy.'" |
| 35 | Hope Hicks | 12/8/2017 | Dec 2 2020 | "Hicks said that when she told the President about the reports on his meeting with Lavrov, he did not look concerned and said of Comey, 'he *is* crazy.'" | II | 71 | n. 471 (citing 19) | "[Redacted] Trump [Redacted] did not seem concerned, and said, 'he *is* crazy.'" |
| 36 | Ike Kaveladze | 11/16/2017 | Jan 2 2020 | "Donald J. Trump, Jr. served as the primary negotiator on behalf of the Trump Organization; Emin Agalaraov (son of Aras Agalarov) and Irakli 'Ike' Kaveladze represented the Crocus Group during negotiations" for the Trump Tower Moscow project." | I | 67 | n. 292 (citing 2, 4-6) | "At Crocus, Kaveladze reports to Aras Agalarov (Aras)." |

| # | Name | Date | Date2 | Quote | Vol | Page | Note | Redaction |
|---|------|------|-------|-------|-----|------|------|-----------|
| 37 | Ike Kaveladze | 11/16/2017 | Jan 2 2020 | "The relationship continued over time, as the parties pursued the Trump Moscow project in 2013-2014 and exchanged gifts and letters in 2016." | I | 111 | n. 666 (citing 5-6) | Redacted |
| 38 | Ike Kaveladze | 11/16/2017 | Jan 2 2020 | "According to several participants in the lunch, Veselnitskaya showed Akhmetshin a document alleging financial misconduct by Bill Browder and the Ziff brothers (Americans with business in Russia), and those individuals subsequently making political donations to the DNC." | I | 117 | n. 719 (citing 7) | "Kaveladze arrived in New York [redacted] on June 9, 2016. Veselnitskaya picked [redacted] for lunch before the meeting. Kaveladze arrived first. Veselnitskaya and Anatoli Samachornov arrived [redacted.] Kaveladze began to review the 10-12 page sysnopsis provided by Veselnitskaya." |
| 39 | Ike Kaveladze | 11/16/2017 | Jan 2 2020 | "Aras Agalarov is the president of the Crocus Group, a Russian enterprise that holds substantial Russian government construction contracts and that--as discussed above, Volume I, Section IV.A.1, supra--worked with Trump in connection with the 2013 Miss Universe pageant in Moscow and a potential Trump Moscow real-estate project." | I | 110-11 | n. 665 (citing 3) | Redacted |
| 40 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Along with Simes, attendees at the event included Jared Kushner, son-in-law of candidate Trump." | I | 104 | n. 603 (citing 2) | withheld for referral/consult |
| 41 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner told the Office that the event came at a time when the Trump Campaign was having trouble securing support from experienced foreign policy professionals and that, as a result, he decided to seek Simes's assistance during the March 14 event." | I | 104 | n. 604 (citing 2) | withheld for referral/consult |
| 42 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kislyak also met Kushner during the pre-speech reception. The two shook hands and chatted for a minute or two, during which Kushner recalled Kislyak saying, 'we like what your candidate is saying...it's refreshing.'" | I | 106 | n. 628 (citing 4) | withheld for referral/consult |
| 43 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner generally provided a similar account of his interactions with Simes." | I | 108 | n. 652 (citing 11-13) | withheld for referral/consult |
| 44 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner forwarded the email to senior Trump Campaign officials Stephen Miller, Paul Manafort, and Rick Gates, with the note 'suggestion only.'" | I | 109 | n. 658 (citing 12) | withheld for referral/consult |
| 45 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "When interviewed by the Office, Kushner stated that he believed that there was little chance of something new being revealed about the Clintons given their long career as public figures, and that he never received from Simes information that could be 'operationalized' for the Trump Campaign." | I | 109 | n. 662 (citing 12) | withheld for referral/consult |
| 46 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner did not recall if the planned June 9 meeting came up at all earlier that week." | I | 115 | n. 707 (citing 8) | withheld for referral/consult |
| 47 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Similarly, neither Manafort nor Kushner recalled anyone informing candidate Trump of the meeting, including Trump Jr." | I | 116 | n. 712 (citing 10) | withheld for referral/consult |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 48 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Samochornov recalled that Kushner departed the meeting before it concluded; Veselnitskaya recalled the same when interviewed by the press in July 2017." | I | 119 | n. 736 (citing 9-10) | withheld for referral/consult |
| 49 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "After the election, Gerson assisted the transition by arranging meetings for transition officials with former UK prime minister Tony Blair and a UAE delegation led by Crown Prince Mohammed." | I | 157 | n. 1100 (citing 21) | withheld for referral/consult |
| 50 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Gerson explained that Dmitriev was the head of RDIF, and Gerson may have alluded to Dmitriev's being well connected." | I | 158 | n. 1114 (citing 22) | withheld for referral/consult |
| 51 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner ultimately gave one copy of the document to Bannon and another to Rex Tillerson; according to Kushner, neither of them followed up with Kushner about it." | I | 158 | n. 1116 (citing 32) | withheld for referral/consult |
| 52 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner also asked Kislyak to identify the best person (whether Kislyak or someone else) with whom to direct future discussions--someone who had contact with Putin and the ability to speak for him." | I | 160 | n. 1142 (citing 18) | withheld for referral/consult |
| 53 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "The three men also discussed U.S. policy toward Syria, and Kislyak floated the idea of having Russian generals brief the Transition Team on the topic using a secure communications line." | I | 160 | n. 1143 (citing 18) | withheld for referral/consult |
| 54 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner declined several proposed meeting dates, but Kushner's assistant indicated that Kislyak was very insistent about securing a second meeting. Kushner told the Office that he did not want to take another meeting because he had already decided Kislyak was not the right channel for him to communicate with Russia, so he arranged to have one of his assistants, Avi Berkowitz, meet with Kislyak in his stead." | I | 161 | nn. 1147-48 (citing 19) | withheld for referral/consult |
| 55 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner agreed to meet with Gorkov. The one-on-one meeting took place the next day, December 13, 2016, at the Colony Capital building in Manhattan, where Kushner had previously scheduled meetings." | I | 161 | nn. 1151-52 (citing 19) | withheld for referral/consult |
| 56 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner did not, however, recall any discussion during his meeting with Gorkov about the sanctions against VEB or sanctions more generally. Kushner stated in an interview that he did not engage in any preparation for the meeting and that no one on the Transition Team even did a Google search for Gorkov's name. At the start of the meeting, Gorkov presented Kushner with two gifts: a painting and a bag of soil from the town in Belarus where Kushner's family originated." | I | 161 | nn. 1154-56 (citing 19, 20) | withheld for referral/consult |

| # | Name | Date | | Quote | Vol | Page | Footnote | Notes |
|---|---|---|---|---|---|---|---|---|
| 57 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Among the Kushner-Simes meetings was one held on August 17, 2016, at Simes's request, in Kushner's New York office. The meeting was to address foreign policy advice that CNI was providing and how to respond to the Clinton Campaign's Russia-related attacks on candidate Trump." | I | 108-09 | n. 653 (citing 12) | withheld for referral/consult |
| 58 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "At some point in the meeting, Kushner sent an iMessage to Manafort stating 'waste of time,' followed immediately by two separate emails to assistants at Kushner Companies with requests that they call him to give him an excuse to leave." | I | 118-19 | n. 735 (citing 9) | withheld for referral/consult |
| 59 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "After Flynn explained that there was no secure line in the Transition Team offices, Kushner asked Kislyak if they could communicate using secure facilities at the Russian Embassy. Kislyak quickly rejected that idea." | I | 160-61 | nn. 1144-45 (citing 18) | withheld for referral/consult |
| 60 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner had no recollection of whether the President asked Comey to stay behind." | II | 40 | n. 233 (citing 24) | withheld for referral/consult |
| 61 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner said that the termination letter reflected the reasons the President wanted to fire Comey and was the truest representation of what the President had said during the May 5 dinner." | II | 65 | n. 414 (citing 25) | withheld for referral/consult |
| 62 | Jared Kushner | 4/11/2018 | withheld for referral/consult | "Kushner said that he did not recall talking to the President at this time about the June 9 meeting or the underlying emails." | II | 100 | n. 679 (citing 30) | withheld for referral/consult |
| 63 | K.T. McFarland | 12/22/2017 | Jan 2 2020 | "During the rollout of the sanctions, President-Elect Trump and multiple Transition Team senior officials, including McFarland, Steve Bannon, and Reince Priebus, were staying at the Mar-a-Lago club in Palm Beach, Florida. Flynn was on vacation in the Dominican Republic, but was in daily contact with McFarland" | I | 169 | nn. 1224-25 (citing 3-8; 3-9) | "Mar-a-Lago Trip:" ; "On December 28, 2016, Flynn and McFarland spoke on the telephone [redacted." ; "McFarland and Flynn spoke on the telephone at around 4:00 pm on December 29." ; "McFarland and Flynn had a telephone call on the evening of December 29..." |
| 64 | K.T. McFarland | 12/22/2017 | Jan 2 2020 | "McFarland also gave Flynn a summary of her recent briefing with President-Elect Trump." | I | 171 | n. 1261 (citing 8) | Redacted |
| 65 | K.T. McFarland | 12/22/2017 | Jan 2 2020 | "Flynn directed McFarland to call the Washington Post columnist and inform him that no discussion of sanctions had occurred. McFarland recalled that Flynn said words to the effect of, 'I want to kill the story.' McFarland made the call as Flynn had requested although she knew she was providing false information, and the Washington Post updated the column to reflect that a 'Trump official' had denied that Flynn and Kislyak discussed sanctions." | II | 241 | nn. 128-30 (citing 12-13) | Redacted |

| # | Name | Date | Date2 | Quote | Vol | Pg | Note | Redaction |
|---|---|---|---|---|---|---|---|---|
| 66 | Mary McCord | 7/17/2017 | Dec 2 2020 | "Members of the intelligence community were surprised by Russia's decision not to retaliate in response to the sanctions. When analyzing Russia's response, they became aware of Flynn's discussion of sanctions with Kislyak. Previously, the FBI had opened an investigation of Flynn based on his relationship with the Russian government. Flynn's contacts with Kislyak became a key component of that investigation." | II | 26 | nn. 103-106 (citing 2-3) | "[redacted] the FBI's investigation into Mike Flynn [redacted] the lack of Russian reaction to the U.S.'s December 2018 sanctions. There was a lot of spculation regarding the minimal response from the Russians which was not 'what was expected [redacted]." |
| 67 | Mary McCord | 7/17/2017 | Dec 2 2020 | "The public statements of incoming Administration officials denying that Flynn and Kislyak had discussed sanctions alarmed senior DOJ officials, who were aware that the statements were not true. Those officials were concerned that Flynn had lied to his colleagues--who in turn had unwittingly misled the American public--creating a compromise situation for Flynn because the Department of Justice assessed that the Russian government could prove Flynn lied. The FBI investigative team also believed that Flynn's calls with Kislyak and subsequent denials about discussing sanctions raised potential Logan Act issues and were relevant to the FBI's broader Russia investigation." | II | 30 | nn. 134-136 (citing 3-4) | Redacted |
| 68 | Mary McCord | 7/17/2017 | Dec 2 2020 | "Yates said that the public statements made by the Vice President denying that Flynn and Kislyak discussed sanctions were not true and put Flynn in a potentially compromised position because the Russians would know know had lied." | II | 31 | n. 144 (citing 6-7) | Redacted |
| 69 | Michael Cohen | 9/12/2018 | Jan 2 2020 | "Cohen stated that he spoke to Rtskhiladze in part because Rtskhiladze had pursued business ventures in Moscow, including a licensing deal with the Agalarov-owned Crocus Group. | I | 70 | n. 314 (citing 12) | "Rtskhiladze wanted to do a TTM project as well, but it did not move forward because Trump Org already had the LOI in place with Sater." |
| 70 | Michael Cohen | 9/18/2018 | Nov 1 2019 | "This email appears to be their final exchange, and the investigation did not identify evidence that Cohen brought Klokov's initial offer of assistance to the Campaign's attention or that anyone associated with the Trump Organization or the Campaign dealt with Klokov at a later date. Cohen explained that he did not pursue the proposed meeting because he was already working on the Moscow Project with Sater, who Cohen understood to have his own connections to the Russian government." | I | 74 | n.344 (citing 12) | Redacted |
| 71 | Michael Cohen | 9/12/2018 | Jan 2 2020 | "Cohen described to Poliakova his position at the Trump Organization and outlined the proposed Trump Moscow project, including information about the Russian counterparty within which the Trump Organiation had partnered. Cohen requested assistance in moving the project forward, both in securing land to build the project and with financing. According to Cohen, Poliakova asked detailed questions and took notes, stating that she would need to follow up with others in Russia." | I | 75 | n. 352 (citing 2-3) | "Cohen received an email from a young lady requesting a call to discuss the TTM project. Cohen called and spoke to a woman named Elena or Yelena (Elena), [redacted.] Elena said she would put together notes and pass them along [redacted.]" |

| # | Name | Date | Date2 | Quote | Vol | Page | Note | Notes |
|---|---|---|---|---|---|---|---|---|
| 72 | Michael Cohen | 9/18/2018 | Nov 1 2019 | "Some witnesses said that Trump himself discussed the possibility of upcoming releases [redacted]. Michael Cohen, then-executive vice president of the Trump Organization and special counsel to Trump, recalled hearing [redacted]." | II | 17 | n. 25 (citing 8) | Redacted |
| 73 | Michael Cohen | 8/7/2018 | Nov 1 2019 | "As described in detail in Volume I, Section IV.A.1, *supra*, from September 2015 until at least June 2016, the Trump Organization pursued a Trump Tower Moscow project in Russia, with negotiations conducted by Cohen, then-executive vice president of the Trump Organization and special counsel to Donald J. Trump." | II | 134 | n. 909 (citing 12-17) | Redacted |
| 74 | Michael Cohen | 9/18/2018 | Nov 1 2019 | "As previously discussed, see Volume II, Section II.A, *supra*, when questions about possible Russian support for candidate Trump emerged during the 2016 presidential campaign, Trump denied having any personal, financial, or business connection to Russia, which Cohen described as the 'party line' or 'message' to follow for Trump and his senior advisors." | II | 138 | n.944 (citing 3, 5) | [Redacted] "The use of the Trump Org's 'party line' with respect to Russia went earlier than the closing of Trump Tower Batumi and Trump Tower Moscow." [Redacted] |
| 75 | Michael Cohen | 11/20/2018 | Dec 2 2019 | "Cohen recalled that the President's personal counsel reminded him that 'the President loves you' and told him that if he stayed on message, the President had his back." | II | 140 | n. 964 (citing 2) | "[redacted] he should stay on message [redacted] and everything would be fine." |
| 76 | Michael Cohen | 9/18/2018 | Nov 1 2019 | "In September 2015, Cohen had suggested the meeting to Trump, who told Cohen to reach out to Putin's office about it." | II | 141 | n. 977 (citing 11) | Redacted |
| 77 | Michael Cohen | 9/18/2018 | Nov 1 2019 | "Cohen spoke and emailed with a Russian official about a possible meeting, and recalled that Trump asked him multiple times for updates on the proposed meeting with Putin." | II | 141 | n. 978 (citing 11) | Redacted |
| 78 | Michael Cohen | 9/18/2018 | Nov 1 2019 | "According to Cohen, at around this time, in response to Trump's disavowal of connections to Russia, campaign advisors had developed a 'party line' that Trump had no business with Russia and no connections to Russia." | II | 19-20 | n. 45 (citing 3-5) | "The use of the Trump Org's 'party line' with respect to Russia went earlier than the closing of Trump Tower Batumi and Trump Tower Moscow." |
| 79 | Michael Cohen | 11/20/2018 | Dec 2 2020 | "Cohen thought his phone call renewed interest in the project." | II | 136 | n. 923 (citing 5) | Redacted |
| 80 | Michael Cohen | 11/20/2018 | Dec 2 2020 | "After January 2016, Cohen continued to have conversations with Sater about Trump Tower Moscow and continued to keep candidate Trump updated about those discussions and the status of the project. Cohen recalled that he and Trump wanted Trump Tower Moscow to succeed and that Trump never discouraged him from working on the project because of the campaign. In March or April 2016, Trump asked Cohen if anything was happening in Russia."" | II | 136 | nn. 927-929 (citing 4, 6) | Redacted |
| 81 | Michael Cohen | 11/20/2018 | Dec 2 2020 | "Cohen said that in those conversations the President's personal counsel would sometimes say that he had just been with the President." | II | 139-40 | n. 959 (citing 6) | Redacted |

| # | Name | Date | Date 2 | Quote | Vol | Pg | Note | Context |
|---|---|---|---|---|---|---|---|---|
| 82 | Michael Cohen | 11/20/2018 | Dec 2 2020 | "Cohen recalled that the President's personal counsel told him the JDA was working well together and assured him that there was nothing there and if they stayed on message the investigations would come to an end soon." | II | 140 | n. 960 (citing 2, 4) | pg 2: "[Redacted] he should stay on message [redacted] and everything would be fine. In January 2017, after the dossier was made public, [redacted] Cohen told Trump he had never been to Prague [redacted] the JDA was working well together and that things would end soon." pg 4: "[redacted] if they stayed on message, the investigation had to come to an end soon, [redacted] that as a part of the JDA, Cohen was protected, which he would not be if he 'went rogue.'" |
| 83 | Michael Cohen | 11/20/2018 | Dec 2 2020 | "Before the statement was finalized, early drafts contained a sentence stating, 'The building project led me to make limited contacts with Russian government officials.'" | II | 141 | n. 972 (citing 4) | "Cohen did not remove from the letter the line that said he had 'limited contact with Russian officials' and he did not know who did." |
| 84 | Michael Cohen | 11/20/2018 | Dec 2 2020 | "Cohen recalled he was concerned that if he told the truth about getting a response from the Kremlin or speaking to candidate Trump about travel to Russia to pursue the project, he would contradict the message that no connection existed between Trump and Russia, and he rationalized his decision to provide false testimony because the deal never happened." | II | 142 | n. 985 (citing 4) | "Cohen said the statement that Trump never considered traveling was false and he put it in the letter to be consistent with the message. He was sensitive to the idea of Trump traveling to Russia because he wanted to say there was no connection between Trump and Russia. He was protecting Trump and did not want to contradict anything Trump said. Cohen was being loyal. [Redacted.]" |
| 85 | Michael Kelly | 8/2/2018 | Dec 2 2020 | "The President asked McGahn, 'Did I say the word "fire"?'" | II | 117 | n. 814 (citing 2) | "In the Oval Office meeting, the President asked if McGahn had seen and read the article and told McGahn that he did not recall any discussion about firing Mueller." |
| 86 | Rick Gerson | 6/5/2018 | withheld for referral/consult | "In approximately late November 2016, the UAE national security advisor introduced [Kirill] Dmitriev to Rick Gerson, a friend of Jared Kushner who runs a hedge fund in New York." | I | 156 | n. 1098 (citing 1, 3) | withheld for referral/consult |
| 87 | Rick Gerson | 6/15/2018 | withheld for referral/consult | "Dmitriev told Gerson that he had been tasked by Putin to develop and execute a reconciliation plan between the United States and Russia. He noted in a text message to Gerson that if Russia was 'approached with respect and willingness to understand our position, we can have Major Breakthroughs quickly.'" | I | 157 | n. 1105 (citing 1) | withheld for referral/consult |
| 88 | Rick Gerson | 6/5/2018 | withheld for referral/consult | "Gerson told the Office that the Transition Team had not asked him to engage in these discussions with Dmitriev, and that he did so on his own initiative and as a private citizen." | I | 157 | n. 1107 (citing 1) | withheld for referral/consult |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 89 | Rick Gerson | 6/5/2018 | withheld for referral/consult | "On January 18, 2017, Gerson gave a copy of the" U.S.-Russia reconciliation plan to Kushner. "Kushner had not heard of Dmitriev at the time. Gerson explained that Dmitriev was the head of RDIF, and Gerson may have alluded to Dmitriev's being well connected. Kushner placed the document in a file and said he would get it to the right people." | I | 158 | nn. 1112-15 (citing 3) | withheld for referral/consult |
| 90 | Rick Gerson | 6/15/2018 | withheld for referral/consult | "Gerson informed Dmitriev that he had given the document to Kushner soon after delivering it." | I | 158 | n. 1118 (citing 2) | withheld for referral/consult |
| 91 | Rick Gerson | 6/5/2018 | withheld for referral/consult | "Gerson stated he had no formal role in the transition and had no involvement in the Trump Campaign other than occasional casual discussions about the Campaign with Kushner. After the election, Gerson assisted the transition by arranging meetings with transition officials with former UK prime minister Tony Blair and a UAE dleegation led by Crown Prince Mohammed. When Dmitriev and Gerson met, they principally discussed potential joint ventures between Gerson's hedge fund and RDIF. Dmitriev was interested in improved economic cooperation between the United States and Russia and and asked Gerson who he should meet with in the incoming Administration who would be helpful towards this goal." | I | 156-57 | nn. 1099-1102 (citing 1-4) | withheld for referral/consult |
| 92 | Rick Gerson | 6/5/2018 | withheld for referral/consult | "Dmitriev also asked Gerson if he knew Prince, and if Prince was somebody important or worth spending time with." | I | 157-58 | n. 1109 (citing 4) | withheld for referral/consult |
| 93 | Rick Gerson | 6/15/2018 | withheld for referral/consult | "Dmitriev reported directly to Putin and frequently referred to Putin as his 'boss.'" | I | 147 | n. 991 (citing 1) | withheld for referral/consult |
| 94 | Rick Gerson | 6/15/2018 | withheld for referral/consult | "On January 18, 2017, Gerson gave a copy of the document to Kushner." | I | 158 | n. 1112 (citing 2) | withheld for referral/consult |
| 95 | Rick Gerson | 6/15/2018 | withheld for referral/consult | "Gerson explained that Dmitriev was the head of RDIF, and Gerson may have alluded to Dmitriev's being well connected." | I | 158 | n. 1114 (citing 1-2) | withheld for referral/consult |
| 96 | Rick Gerson | 6/15/2018 | withheld for referral/consult | "Gerson and Dmitriev appeared to stop communicating with one another in approximately March 2017, when the investment deal they had been working on together showed no signs of progressing." | I | 159 | n. 1127 (citing 4) | withheld for referral/consult |
| 97 | Rob Porter | 4/13/2018 | Jan 2 2020 | "Porter said it was possible he took the notes on a day other than February 5." | II | 11 | n. 794 (citing 17) | Redacted |
| 98 | Rob Porter | 5/8/2018 | Jan 2 2020 | "During that Oval Office meeting, which Porter attended, the President again suggested that Sessions could 'unrecuse,' which Porter linked to taking back supervision of the Russia investigation and directing an investigation of Hillary Clinton. | II | 109 | n. 758 (citing 12) | Redacted |

| # | Name | Date | Date2 | Quote | Vol | Page | Note | Redaction |
|---|---|---|---|---|---|---|---|---|
| 99 | Rob Porter | 5/8/2018 | Jan 2 2020 | "According to contemporaneous notes taken by Porter, the President said, 'I don't know if you could un-recuse yourself. You'd be a hero. Not telling you to do anything. Dershowitz says POTUS can get involved. Can order AG to investigate. I don't want to get involved. I'm not going to get involved. I'm not going to do anything or direct you to do anything. I just want to be treated fairly.'" | II | 109 | n. 759 (citing 12) | Redacted |
| 100 | Rob Porter | 4/13/2018 | Jan 2 2020 | "According to contemporaneous notes taken by Porter, the President said, 'I don't know if you could un-recuse yourself. You'd be a hero. Not telling you to do anything. Dershowitz says POTUS can get involved. Can order AG to investigate. I don't want to get involved. I'm not going to get involved. I'm not going to do anything or direct you to do anything. I just want to be treated fairly.'" | II | 109 | n. 759 (citing 6) | "Earlier that day, Porter attended a Cabinet meeting and when it ended the President told him to go get Sessions and take him to the Oval Office. The President indicated he wanted Porter to stay for the meeting." |
| 101 | Rob Porter | 5/8/2018 | Jan 2 2020 | "The President raised Sessions's recusal and brought up and criticized the Special Counsel's investigation." | II | 110 | n. 767 (citing 15-16) | "The President raised Sessions' recusal." |
| 102 | Roman Beniaminov | 1/6/2018 | Jan 2 2020 | "Goldstone is a music and events promoter who represented Emin Agalarov from approximately late 2012 until late 2016. While representing Emin Agalarov, Goldstone facilitated the ongoing contact between the Trumps and the Agalarovs--including an invitation that Trump sent to Putin to attend the 2013 Miss Universe Pageant in Moscow." | I | 111 | nn. 670-71 (citing 3) | "Goldstone primarily did 'PR' work for Emin in the United States." |
| 103 | Roman Beniaminov | 1/6/2018 | Jan 2 2020 | "Kaveladze is a Georgia-born, naturalized U.S. citizen who worked in the United States for the Crocus Group and reported to Aras Agalarov." | I | 114 | n. 692 (citing 2-3) | Redacted |
| 104 | Stephen Bannon | 2/14/2018 | Nov 1 2019 | "Bannon, however, told the Office that Prince did not tell him in advance about his meeting with Dmitriev." | I | 153 | n. 1057 (citing 25-26) | Redacted |
| 105 | Stephen Bannon | 2/14/2018 | Nov 1 2019 | "Several advisors recalled that the President-Elect viewed stories about his Russian connections, the Russia investigations, and the intelligence community assessment of Russian interference as a threat to the legitimacy of his electoral victory." | II | 23 | n. 73 (citing 2) | Redacted |
| 106 | Stephen Miller | 10/31/2017 | Jan 2 2020 | "As reflected in the notes, the President told Miller that the letter should start, 'While I greatly appreciate you informing me that I am not under investigation concerning what I have often stated is a fabricated story on a Trump-Russia relationship – pertaining to the 2016 presidential election, please be informed that I, and I believe the American public – including Ds and Rs – have lost faith in you as Director of the FBI.'" | II | 64 | n. 406 (citing 8) | "The draft of the letter stated the investigation is 'fabricated [redacted]." |
| 107 | Uttam Dhillon | 11/21/2017 | Jan 2 2020 | "White House Counsel's Office attorney Uttam Dhillon did not recall a triggering event causing the White House Counsel's Office to begin this research." | II | 54 | n. 325 (citing 5) | "[REDACTED] to conduct legal research on whether the President needed cause to fire the FBI Director." |

| # | Name | Date | Date 2 | Quote | Vol | Page | Note | Additional |
|---|---|---|---|---|---|---|---|---|
| 108 | Uttam Dhillon | 11/21/2017 | Jan 2 2020 | "McGahn and Dhillon said the fact that neither Sessions nor Rosenstein objected to replacing Comey gave them peace of mind that the President's decision to fire Comey was not an attempt to obstruct justice." | II | 66 | n. 424 (citing 9) | Redacted |
| 109 | Uttam Dhillon | 11/21/2017 | Jan 2 2020 | "McGahn, Priebus, and Dhillon objected to including that language, but the President insisted that it be included." | II | 68 | n. 444 (citing 8, 10) | "McGahn tried to get the President to take out the part about the three times Comey told the President he was not under investigation, but it seemed to be the most important part of the letter to the President and he insisted on keeping it in." |