**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, <u>et al.</u>, | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

In accordance with the oral rulings issued by the Court at the status conference held on January 30, 2020, it is hereby

**ORDERED** that, until otherwise ordered by the Court, the United States Department of Justice (the "Department") shall (1) process, on a monthly basis, at least eight hundred (800) pages of the typewritten narratives of the FD-302 forms created by the Federal Bureau of Investigation (the "FBI") in relation to Special Counsel Mueller's investigation into Russian interference in the 2016 United States presidential election (the "FBI FD-302s"); and (2) produce, on or before March 2, 2020, and thereafter on the first business day of every month, the

non-exempt portions of the typewritten narratives of the FBI FD-302s to plaintiffs Jason

Leopold, Buzzfeed, Inc., and Cable News Network.[1]  It is further

 **ORDERED** that, on or before March 9, 2020, and every thirty days thereafter until all of

the typewritten narratives of the FBI FD-302s have been produced, the parties shall submit a

joint status report summarizing the Department's compliance with this Order, advising the Court

of, inter alia, whether the Department has produced the documents that were previously withheld

from prior productions based on the Department's solicitation and incorporation of feedback

from other government agencies.

 **SO ORDERED** this 5th day of February, 2020.


       REGGIE B. WALTON
       United States District Judge

---

[1] The Department may prioritize the processing of the typewritten narratives of the FBI FD-302s referenced in the report regarding Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election.