IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-1278 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's January 13, 2020, Order, Dkt. 53, Plaintiffs Jason Leopold and BuzzFeed, Inc., and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

The Court ordered the parties to meet and confer regarding Plaintiffs' "request for all documents and records collected, maintained and stored by the Office of Special Counsel Mueller since May 17, 2017 during the Office's investigation" and "file a joint status report regarding how they wish to proceed with respect to this FOIA request" by February 24, 2020. *Id.*

In compliance with the Court's Order, the parties have met and conferred several times regarding Plaintiffs' FOIA request but have been unable to reach a resolution at this point. The parties respectfully request that they be permitted to continue their discussions. Defendant anticipates providing a response to issues raised during the parties' most recent conference by Friday, February 28, 2020. The parties respectfully propose that they file an additional joint status report in 15 days (on March 10, 2020) regarding how they wish to proceed with respect to Plaintiffs' FOIA request.

Dated: February 24, 2020

Respectfully submitted,

/s/ Matthew V. Topic
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037

*Counsel for Plaintiffs Leopold and BuzzFeed, Inc.*

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Courtney D. Enlow
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12012
Washington, D.C. 20005
Telephone: (202) 616-8467
Facsimile: (202) 616-8470
courtney.d.enlow@usdoj.gov

*Counsel for the Defendant*