## INDEX TO EXHIBITS

Declaration of Bradley Weinsheimer, dated February 24, 2020……...……………...…….Exhibit 1

<u>Exhibits to Weinsheimer Declaration</u>

DOJ Order No. 3915-2017……………………………...………………..Exhibit A

Statement Before the House Permanent
Select Committee on Intelligence by James B. Comey...…….…………..Exhibit B

"Report On The Investigation Into Russian Interference
In The 2016 Presidential Election" with FOIA markings………………..Exhibit C

Special Counsel Robert S. Mueller III Makes Statement on
Investigation into Russian Interference in the
2016 Presidential Election ……………………...…………………….. Exhibit D

Letter from Andrew McCabe to Robert Mueller...……...……………….. Exhibit E

Declaration of Vanessa R. Brinkmann, dated February 24, 2020………………………….Exhibit 2

<u>Exhibit to Brinkmann Declaration</u>

*Vaughn* Index……………………………………………...……………..Exhibit A

Declaration of David Hardy, dated February 24, 2020……...……………………….………Exhibit 3

<u>Exhibit to Hardy Declaration</u>

Jason Leopold and Buzzfeed, Inc. FOIA request.……...………………..Exhibit A

Cable News Network FOIA request.……...…………………………..Exhibit B