# Exhibit 4

<mark>
<mark><mark><mark>
<mark>
<mark>
<mark>

FD-302 (Rev. 5-8-10)

- 1 of 6 -

b7E



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    08/28/2018

    Richard "Rick" M. GERSON, date of birth (DOB) ▮▮▮▮ Social Security Account Number (SSAN) of ▮▮▮▮ Address of ▮▮▮▮ ▮▮▮▮ was interviewed at the Special Counsel's Office, Washington, D.C. Present representing GERSON were ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮ of Paul Hastings, LLP. The interviewing team were FBI Special Agents ▮▮▮▮ and ▮▮▮▮ FBI Intelligence Analyst ▮▮▮▮ and Assistant Special Counsels Jeannie Rhee, Aaron Zelinsky, and Zainab Ahmad. After being advised of the identities of the interviewing agents and the nature of the interview, GERSON provided the following information:

b6
b7C

    [b5 Per DOJ/OIP]

    Jared KUSHNER has been a friend of GERSON's ▮▮▮▮ [b5 Per DOJ/OIP] When KUSHNER became involved in the Trump campaign, their friendship continued. GERSON would occasionally bump into KUSHNER and they would talk about the campaign wherein KUSHNER would update GERSON as a friend. ▮▮▮▮

    GERSON helped setup a lunch with ▮▮▮▮ Tony BLAIR ▮▮▮▮

[b5 Per DOJ/OIP]

▮▮▮▮ meeting with the UAE representatives ▮▮▮▮ [b5 Per DOJ/OIP]

---

Investigation on 06/05/2018 at Washington, District Of Columbia, United States (In Person)

File # ▮▮▮▮    Date drafted 07/11/2018

by ▮▮▮▮

b3
b6
b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(19cv1278)-1221

Continuation of FD-302 of (U) Interview of Rick Gerson on 06/05/2018 , On 06/05/2018 , Page 2 of 6

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b6
b7C

Gerson invited BLAIR to attend. The meeting

There were [ ] people there from the transition team: [ ] There were a lot of people there from the UAE side which included the UAE Ambassador.

b5 Per DOJ/OIP

b6
b7C

Continuation of FD-302 of (U) Interview of Rick Gerson on 06/05/2018 , On 06/05/2018 , Page 3 of 6

b5 Per DOJ/OIP
b7C

GERSON was put in touch with DMITRIEV through the UAE guys. ▮ b5 Per DOJ/OIP

GERSON and DMITRIEV discussed investment opportunities

DMITRIEV wanted economic cooperation with the United States

GERSON asked KUSHNER if he heard of DMITRIEV. KUSHNER said no, and GERSON explained that DMITRIEV headed the Russian Domestic Investment Fund (RDIF). GERSON ▮ gave KUSHNER the list of ideas. KUSHNER ▮ threw it in a file in his desk. KUSHNER said that he would make sure the right people got the list. ▮

Continuation of FD-302 of (U) Interview of Rick Gerson on 06/05/2018 , On 06/05/2018 , Page 4 of 6

**b5 Per DOJ/OIP**

[redacted]

**b5 Per DOJ/OIP**

GERSON discussed the possibility of joint investing with RDIF. [redacted]

**b5 Per DOJ/OIP**

[redacted]

**b5 Per DOJ/OIP**

DMITRIEV asked GERSON if he knew Erik PRINCE. [redacted] DMITRIEV asked if PRINCE was someone important or worth spending time with. [redacted]

**b5 Per DOJ/OIP**

[redacted]

Continuation of FD-302 of (U) Interview of Rick Gerson on 06/05/2018 , On 06/05/2018 , Page 5 of 6

b5 Per DOJ/OIP
b7A

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP
b7A
b6
b7C

b5 Per DOJ/OIP

Continuation of FD-302 of (U) Interview of Rick Gerson on 06/05/2018 , On 06/05/2018 , Page 6 of 6

[redacted — b5 Per DOJ/OIP]

[redacted — b5 Per DOJ/OIP]