Exhibit 5

**b7E**

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   09/06/2018

(U) MICHAEL DEAL COHEN (COHEN), date of birth [          ] was interviewed in the Special Counsel's Office, located at 395 E Street SE, Washington, DC. COHEN was accompanied by his attorneys, Guy Petrilo, Amy Lester, and Philip Pilmar, from the law offices of Petrilo Klein & Boxer LLP, 655 Third Avenue, New York, NY. Participating in the interview were FBI Special Agent (SA) [                        ] SA [                        ] Intelligence Analyst (IA) [                    ] Forensic Accountant (FoA) [                ] Senior Assistant Special Counsel (SASC) Jeannie S. Rhee, SASC Andrew D. Goldstein, and Assistant Special Counsel L. Rush Atkinson. Pursuant to signing a proffer agreement and after being advised of the identity of the interviewing agents, COHEN provided the following information:

**b6**
**b7C**

**b5** **Per DOJ/OIP**

**b5** **Per DOJ/OIP**

**b5** **Per DOJ/OIP**

Investigation on   08/07/2018   at   Washington, District Of Columbia, United States (In Person)

File # [                                ]   Date drafted   08/08/2018

by [                            ]

**b6**
**b7C**
**b7E**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U)  Interview of Michael Cohen                              , On  08/07/2018  , Page  2 of 22

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

FBI(19cv1278)-425

FD-302a (Rev. 05-08-10)

**b7E**

Continuation of FD-302 of   (U)  Interview of Michael Cohen _____ , On  08/07/2018  , Page  3 of 22

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7A**
**b7C**

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018  , Page  4 of 22

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

TRUMP JUNIOR said to TRUMP that he was setting up a meeting in order to get dirt on HILLARY CLINTON. (COHEN did not recall whether TRUMP JUNIOR said "Clinton" or "Hillary.")

b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018 ___ , Page  5 of 22 ___

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

(U)  Regarding the timing of the meeting, COHEN thought it was prior to
June 9th, 2016 by a couple of days.

b5 Per DOJ/OIP

b6
b7C

COHEN reviewed
a calendar of June 2016 and estimated the conversation he witnessed
between TRUMP JUNIOR and TRUMP was Monday, June 6, 2016,

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U)  Interview of Michael Cohen                                        , On  08/07/2018  , Page  6 of 22

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C
b7A

FD-302a (Rev. 05-08-10)

**b7E**

Continuation of FD-302 of (U) Interview of Michael Cohen _____, On 08/07/2018 , Page 7 of 22

b5 Per DOJ/OIP

**b7A**

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP
b6
b7A
b7B Per DOJ/OIP
b7C

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Interview of Michael Cohen _____, On 08/07/2018 , Page 8 of 22

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

COHEN heard

b5 Per DOJ/OIP
b7A
b7B Per DOJ/OIP
b7C

TRUMP said, "oh good, alright."

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of (U)  Interview of Michael Cohen _____ , On 08/07/2018 , Page 9 of 22

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Michael Cohen _____, On  08/07/2018 , Page  10 of 22

**b5 Per DOJ/OIP**

**b6**
**b7A**
**b7B Per DOJ/OIP**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7A**
**b7B Per DOJ/OIP**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7A**
**b7B Per DOJ/OIP**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7A**
**b7B Per DOJ/OIP**
**b7C**

FD-302a (Rev. 05-08-10)

**b7E**

Continuation of FD-302 of (U) Interview of Michael Cohen _____, On 08/07/2018 , Page 11 of 22

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7C

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Michael Cohen _____ , On  08/07/2018  , Page  12 of 22

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**
**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of (U) Interview of Michael Cohen , On 08/07/2018 , Page 13 of 22

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018 , Page  14 of 22

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7C**

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Michael Cohen _____ , On  08/07/2018 , Page  15 of 22

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

(U) COHEN did not have discussions with the TRUMP CAMPAIGN about TTM.

**b5 Per DOJ/OIP**

(U) Nobody from the campaign asked COHEN how TTM was going.  **b5 Per DOJ/OIP**

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U)  Interview of Michael Cohen , On  08/07/2018 , Page  16 of 22

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

Continuation of FD-302 of (U) Interview of Michael Cohen , On 08/07/2018 , Page 17 of 22

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

COHEN knew he w b5 Per DOJ/OIP
Russian Olympic Weightlifter.

b5 Per DOJ/OIP

b5 Per DOJ/OIP

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018 , Page 18 of 22

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b7A**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**
**b6**
**b7A**
**b7B Per DOJ/OIP**
**b7C**

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U) Interview of Michael Cohen _____ , On  08/07/2018 , Page  19 of 22

b5 Per DOJ/OIP

b7A

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

FD-302a (Rev. 05-08-10)                                                                                                    **b7E**

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018 , Page  20 of 22

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7C**

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018  , Page  21 of 22

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

Continuation of FD-302 of  (U)  Interview of Michael Cohen _____ , On  08/07/2018 , Page  22 of 22

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

**b6**
**b7C**

**b5 Per DOJ/OIP**

①

8/7/2018

Michael Cohen        attys: · Guy Petrilo        Petrilo Klein &
                          · Amy Lester        Boxer LLP,
                          · Philp Pilmar       655 Third Ave
                                              New York, NY
LRA
JSR
ADG                                           **b6**
                                              **b7C**

**b5 Per DOJ/OIP**

LRA:                                          **b5 Per DOJ/OIP**

LRA                                           **b5 Per DOJ/OIP**

                                              **b5 Per DOJ/OIP**

(9)

b5 Per DOJ/OIP

DJT Jr: ~~Not the~~

I have a meeting in order to get dirt
on Clinton.
         (or "Hillary")

b5 Per DOJ/OIP

(11)

prior to June 9 by a couple of days.
Rom it was kind of the beginning of June

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP



b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b6
b7A
b7B Per DOJ/OIP
b7C

b5 Per DOJ/OIP

b5 Per DOJ/OIP

b5 Per DOJ/OIP

Any discussion w/ DIT org or campaign
abt TTP at Same time at campaya
NO —

b5 Per DOJ/OIP

LRA

Nobody asked how TTM was doing
on the context of Campaign.

b5 Per DOJ/OIP

MC

FS

b5 Per DOJ/OIP

b5 Per DOJ/OIP

JSR



b5 Per DOJ/OIP

b5 Per DOJ/OIP

b6
b7C

b5 Per DOJ/OIP

Klokov –

russn    Olympic   weight – lifter



b5 Per DOJ/OIP

ADG
MC

b5 Per DOJ/OIP

not a
Mar-a-lago

FBI(19cv1278)-491



**U.S. Department of Justice**
*The Special Counsel's Office*

*Washington, D.C. 20530*

August 6, 2018

Guy Petrillo
Petrillo Klein & Boxer LLP
655 Third Ave.
22nd Floor
New York, NY 10017

      Re:    Michael D. Cohen

Dear Counsel:

      You have indicated that your client Michael D. Cohen (hereinafter "Client"), is interested in providing information to the government.

      With respect to the meeting between the government, Client and yourself on August 7, 2018 (hereinafter "the meeting"), the government will be represented by individuals from the Special Counsel's Office and the Federal Bureau of Investigation. The terms of this letter do not bind any office or component of the U.S. Department of Justice other than those identified in the preceding sentence. The following terms and conditions apply to the meeting:

      (1)    **THIS IS NOT A COOPERATION AGREEMENT**. Client has agreed to provide information to the government, and to respond to questions truthfully and completely. By receiving Client's proffer, the government does not agree to make any motion on Client's behalf or to enter into a cooperation agreement, plea agreement, immunity agreement or non- prosecution agreement with Client. The government makes no representation about the likelihood that any such agreement will be reached in connection with this meeting.

      (2)    Should Client be prosecuted, no statements made by Client during the meeting will be used against Client in the government's case-in-chief at trial or for purposes of sentencing, except as provided below.

      (3)    The government may use any statement made or information provided by Client, or on Client's behalf, in a prosecution for false statements, perjury, or obstruction of justice, premised on statements or actions during the meeting. The government may also use any such statement or information at sentencing in support of an argument that Client failed to provide truthful or complete information during the meeting, and, accordingly: (a) that under the United States Sentencing Guidelines, Client is not entitled to a downward adjustment for acceptance of

responsibility pursuant to Section 3E1.1, or should receive an upward adjustment for obstruction of justice pursuant to Section 3C1.1; and (b) that Client's conduct at the meeting is a relevant factor under 18 U.S.C. § 3553(a).

(4)   The government may make derivative use of any statements made or other information provided by Client during the meeting. Therefore, the government may pursue any investigative leads obtained directly or indirectly from such statements and information and may use the evidence or information subsequently obtained therefrom against Client in any manner and in any proceeding.

(5)   In any proceeding, including sentencing, the government may use Client's statements and any information provided by Client during or in connection with the meeting to cross- examine Client, to rebut any evidence or arguments offered on Client's behalf, or to address any issues or questions raised by a court on its own initiative.

(6)   Neither this agreement nor the meeting constitutes a plea discussion or an attempt to initiate plea discussions. In the event this agreement or the meeting is later construed to constitute a plea discussion or an attempt to initiate plea discussions, Client knowingly and voluntarily waives any right Client might have under Fed. R. Evid. 410, Fed. R. Crim. P. 11(f), or otherwise, to prohibit the use against Client of statements made or information provided during the meeting.

(7)   The government reserves the right to argue that neither this agreement nor the meeting constitutes the timely provision of complete information to the government concerning Client's involvement in an offense, within the meaning of Section 3E1.1(b) of the Sentencing Guidelines.

(8)   If and when required to do so by a court, the government may disclose to the Probation Office or the court any statements and information provided by Client during the meeting.

(9)   The government may disclose the fact of the meeting or the information provided by Client during the meeting to the extent the government determines in its sole discretion that disclosure would be in furtherance of its discharge of its duties and responsibilities or is otherwise required by law. Such disclosure includes disclosure to a local, state, federal, or foreign government office or agency, including but not limited to another prosecutor's office, if the recipient of the information agrees to abide by the relevant terms of this agreement.

(10)   The terms and conditions set forth in this agreement extend, if applicable, to the continuation of the meeting on the dates that appear below.

(11)   It is understood that this agreement is limited to the statements made by Client at the meeting and does not apply to any oral, written or recorded statements made by Client at any other time.

(12)   This document embodies the entirety of the agreement between the government and Client to provide information and evidence.  No other promises, agreements or understandings exist between Client and the government regarding Client's provision of information or evidence

to the government.

(13)   Client and Client's attorney acknowledge that they have read, fully discussed and understand every paragraph and clause in this document and the consequences thereof.

Dated: _August 7, 2018_

At: _Washington, DC_

ROBERT S. MUELLER, III
Special Counsel

By:   L. Rush Atkinson
Assistant Special Counsel
The Special Counsel's Office

Michael D. Cohen

Guy Petrillo
Attorney for Client

Dates of Continuation                    Initials of counsel, Client and government attorney

_____                    _____  _____  _____

_____                    _____  _____  _____

_____                    _____  _____  _____