IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1278 (RBW)<br>) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| CABLE NEWS NETWORK, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-1626 (RBW)<br>) |
| FEDERAL BUREAU OF INVESTIGATION | )<br>)<br>) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 5, 2020, Order, Dkt. 60, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this consolidated Freedom of Information Act ("FOIA") case.

The Court ordered Defendant to

(1) process, on a monthly basis, at least eight hundred (800) pages of the typewritten narratives of the FD-302 forms created by the Federal Bureau of Investigation (the "FBI") in relation to Special Counsel Mueller's investigation into Russian interference in the 2016 United States presidential election (the "FBI FD-302s"); and (2) produce, on or before March 2, 2020, and thereafter on the

> first business day of every month, the non-exempt portions of the typewritten narratives of the FBI FD-302s to plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network.

Order 1–2, Dkt. 60.  The Court further ordered the parties to "submit a joint status report summarizing the Department's compliance with this Order, advising the Court of, *inter alia*, whether the Department has produced the documents that were previously withheld from prior productions based on the Department's solicitation and incorporation of feedback from other government agencies." *Id.* at 2.

In the month of February, the FBI processed 800 pages of the typewritten narratives of the FD-302 forms related to the Special Counsel's investigation.  On March 2, 2020, which was the first business day of the month, the FBI produced the non-exempt portions of the typewritten narratives of the FBI FD-302s to Plaintiffs.  Pursuant to the procedures outlined in the declaration of David Hardy, Dkt. 58-1, the FBI withheld from production 21 FD-302s totaling 199 pages because the FBI sent consultation/coordination requests to other governmental agencies so that they can review the records for their equities and advise the FBI on how to handle (i.e., disclose or redact) their information.  The FBI included in the production five FD-302s that were previously withheld from prior productions because they were referred to other governmental agencies for review.  Because the FBI received a response from the other governmental agencies on those five FD-302s, the FBI included them in the March production. The FBI will continue to include FD-302s in upcoming productions when it receives responses back from the other governmental agencies.

Plaintiffs remain concerned that DOJ still is withholding on this basis at least nine FD-302s referenced in its previous productions.

Dated: March 9, 2020                              Respectfully submitted,


    */s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

 */s/ Matthew V. Topic*
Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037
*Counsel for Leopold and BuzzFeed, Inc.*

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12012
Washington, D.C. 20005
Telephone: (202) 616-8467
Facsimile: (202) 616-8470
courtney.d.enlow@usdoj.gov

*Counsel for the Defendant*