# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                 )
JASON LEOPOLD, BUZZFEED, INC.,  )
                                                 )
          Plaintiffs,            )
                                                 )
           v.                   )      Civil Action No. 19-cv-1278 (RBW)
                                               )
UNITED STATES DEPARTMENT OF  )
JUSTICE, et al.                        )
                                               )
          Defendants.           )
_____  )
                                               )
CABLE NEWS NETWORK,          )
                                               )
          Plaintiff,             )
                                               )
           v.                   )      Civil Action No. 19-cv-1626 (RBW)
                                               )
FEDERAL BUREAU OF            )
INVESTIGATION,                 )
                                             )
          Defendant.            )
_____  )

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF THE DEADLINES TO FILE ITS REPLY BRIEF IN LIGHT OF THE COVID-19 PANDEMIC'S EFFECT ON FEDERAL GOVERNMENT OPERATIONS**

       Defendant hereby moves for a one-week extension of the deadline to file its reply in support of Defendant's Motion for Partial Summary Judgment, Dkt. 62. Defendant's reply brief is currently due Friday, March 20. Defendant seeks an extension until Friday, March 27, 2020, to file its reply brief. Defendant has not sought any previous extensions on filing deadlines for briefs. The reasons for the requested extension of this deadline are as follows:

       1.      On March 11, 2020, the World Health Organization publicly characterized

COVID-19 as a pandemic.[1]  On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19,[2] and on March 16, 2020, the President announced new guidance to slow the spread of the virus, including avoiding groups of more than 10 people and working or schooling from home whenever possible.[3]  This guidance follows recommendations by the Centers for Disease Control ("CDC") to engage in social distancing, and, in some circumstances, to close schools.[4]  The Office of Personnel Management ("OPM") has been issuing guidance concerning the continuity of Federal Government operations, including recommendations that agencies permit employees to telework.[5]  The Deputy Attorney General, in turn, implemented OMB's guidance through a memorandum to Department of Justice Components directing components to "move to a posture of maximum telework in the [National Capital Region] effective Monday, March 16, until further notice."[6]  Many schools around the country and in the D.C. area are closed and will be closed for weeks.

2. Undersigned counsel is responsible for preparing Defendant's reply in support of Defendant's motion for partial summary judgment.  Pursuant to Department of Justice guidance,

---

[1] *See* Centers for Disease Control and Prevention. "Coronavirus Disease 2019 (COVID-19): Situation Summary," https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html (last accessed Mar. 17, 2020).

[2] *See* https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last accessed Mar. 17, 2020).

[3] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed Mar. 17, 2020).

[4] *See* Centers for Disease Control and Prevention. "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission, https://www.cdc.gov/coronavirus/2019-ncov/downloads/community-mitigation-strategy.pdf (last accessed Mar. 17, 2020).

[5] *See* United States Office of Personnel Management, "Memorandum for: Heads of Executive Departments and Agencies.  Subject: Coronavirus Disease 2019 (COVID-19); Additional Guidance" (Mar. 7, 2020), *available at* https://www.chcoc.gov/content/coronavirus-disease-2019-covid-19-additional-guidance (last accessed Mar. 17, 2020).

[6]  Memorandum from the Deputy Attorney General to Heads of Department [of Justice] Components, "Updated Guidance for the National Capital Region on Maximum Telework in Response to the Coronavirus" (Mar.15, 2020).

undersigned counsel is teleworking full-time. On March 16, 2020, the school where undersigned counsel's young child attends closed for the next several weeks. As a result, undersigned counsel has had to manage child care duties with work responsibilities. Given the unexpected child care duties, it would be difficult for undersigned counsel to finish the reply brief by the current March 20th deadline.

3. In addition, prior to filing, undersigned counsel must consult with others within the Department of Justice. Most, if not all, of these individuals are also teleworking, and some also have unexpected child care duties. These duties make it difficult for others to have time to assist with the brief.

4. Opposing counsel has authorized counsel for the Government to state that Plaintiffs have no objection to this motion.

The requested extension will have no effect on any deadlines, as the oral argument that had been set for April 2, 2020, is postponed pursuant to the Court Operations Standing Order 20-9.

Therefore, Defendant respectfully requests that the Court grant Defendant a one-week extension, to Friday March 27, 2020, to file its reply in support of Defendant's Motion for Partial Summary Judgment. A proposed order accompanies this motion.

Dated: March 17, 2020                    Respectfully submitted,

                                         ETHAN P. DAVIS
                                         Principal Deputy Assistant Attorney General
                                         Civil Division

                                         ELIZABETH J. SHAPIRO
                                         Deputy Director
                                         Federal Programs Branch

                                         */s/ Courtney D. Enlow*
                                         COURTNEY D. ENLOW (N.C. Bar No. 46578)
                                         Trial Attorney
                                         United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*