IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <u>et al.</u> <br><br> Defendants. <br><br><br> CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Case No: 1:19-cv-01278-RBW |

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Cable News Network, Inc., Jason Leopold and Buzzfeed Inc. (together, "Plaintiffs") respectfully submit this Notice to inform the Court of the recent decision of the United States Court of Appeals for the District of Columbia Circuit in *U.S. House of Representatives v. United States DOJ (In re Comm. on the Judiciary)*, No. 19-5288, 2020 U.S. App. LEXIS 7471 (D.C. Cir. Mar. 10, 2020). This decision is relevant to Plaintiffs' argument that Defendant has waived any exemptions for information in FD-302 reports that the government officially acknowledged.  *See* Dkt. 59 at 10-13 & n.7; Dkt. 64 at 9-13.

1

*In re Committee on the Judiciary* involved the House Committee on the Judiciary's application to the district court to obtain portions of the Mueller Report that were redacted to protect grand jury materials pursuant to Federal Rule of Criminal Procedure 6(e), as well as the underlying grand jury materials referenced in those portions of the Mueller Report. 2020 U.S. App. LEXIS 7471 at *6-7. The D.C. Circuit affirmed Chief Judge Howell's order releasing those materials to the House committee because they were to be used in a "judicial proceeding"—the ongoing investigation of potential impeachable offenses by President Trump and members of his administration. *Id.* at *13-19. In the D.C. Circuit's opinion, Judge Rogers, writing for the panel majority, noted that "the Department [of Justice] recently introduced the grand jury testimony of senior Trump advisor, Steven Bannon, at Roger Stone's criminal trial, *United States v. Stone*, No. 19-cr-00018 (D.D.C. Nov. 8, 2019), publicly disclosing grand jury materials concerning a player who was interviewed in connection with the Special Counsel's investigation but not indicted." *Id.* at *28.

As the Court knows, 302 reports of interviews with Bannon are among those records at issue in this matter. DOJ has redacted these reports pursuant to claims of Freedom of Information Act exemptions including Exemption 5. Plaintiffs have argued that those redactions are inappropriate to the extent that they obscure publicly acknowledged information such as the Bannon testimony regarding his grand jury appearance. *See* Dkt. 59 at 13 n.7.[1]

---

[1] At the same time as they have filed this Notice, Plaintiffs have provided a transcript of Bannon's testimony in the *Stone* trial to DOJ counsel with a request to release the information publicly acknowledged therein. A copy of that correspondence is attached hereto as Exhibit 1.

Dated: March 18, 2020                               Respectfully submitted,

                                           */s/ Charles D. Tobin*
                                           Charles D. Tobin (D.C. Bar No. 455593)
                                           tobinc@balladspahr.com
                                           Matthew E. Kelley (D.C. Bar No. 1018126)
                                           kelleym@ballardspahr.com
                                           BALLARD SPAHR LLP
                                           1909 K Street, NW
                                           Washington, D.C. 20006-1157
                                           T: (202) 661-2200
                                           F: (202) 661-2299
                                           *Counsel for Cable News Network, Inc.*

                                           */s/ Matthew V. Topic*
                                           Matthew Topic
                                           (E-Mail: foia@loevy.com)
                                           LOEVY & LOEVY
                                           311 N. Aberdeen, Third Floor
                                           Chicago, Illinois 60607
                                           Tel.: (312) 243-5900
                                           Fax: (312) 243-5902
                                           DC Bar No. IL0037
                                           *Counsel for Leopold and BuzzFeed, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  March 18, 2020                              /s/ *Charles D. Tobin*
                                                    Charles D. Tobin