# Exhibit 1

**Tobin, Charles D. (DC)**

| | |
|---|---|
| **From:** | Tobin, Charles D. (DC) |
| **Sent:** | Wednesday, March 18, 2020 4:34 PM |
| **To:** | 'Enlow, Courtney D. (CIV)' |
| **Cc:** | Kelley, Matthew E. (DC); matt@loevy.com |
| **Subject:** | CNN and Leopold v. FBI/DOJ - improper redactions from Steven Bannon 302s |
| **Attachments:** | Ex. A Bannon Stone Trial Testimony.pdf |

Courtney:

We wish you and your colleagues and families good health and hope that everyone remains safe during the coming weeks.

As you'll recall, the Court instructed the Plaintiffs to notify the Department of Justice regarding improper redactions from the FD-302s of information that it has already released to the public.

The D.C. Circuit noted just last week, "the Department [of Justice] recently introduced the grand jury testimony of senior Trump advisor, Steven Bannon, at Roger Stone's criminal trial, *United States v. Stone*, No. 19-cr-00018 (D.D.C. Nov. 8, 2019), *publicly disclosing grand jury materials concerning a player who was interviewed in connection with the Special Counsel's investigation but not indicted*." *U.S. House of Representatives v. United States DOJ* (*In re Comm. on the Judiciary*), No. 19-5288, 2020 U.S. App. LEXIS 7471, at *28 (D.C. Cir. Mar. 10, 2020) (emphasis added). We attach here a transcript of the portion of Bannon's testimony including the references to Bannon's grand jury testimony that DOJ introduced at Stone's trial. Through that disclosure, DOJ officially acknowledged that Bannon:

- Testified before the grand jury empaneled during the Special Counsel's investigation. Tr. at 851:7-9, *Stone* (Nov. 8, 2019) (attached); *id.* at 858:4-6; *id.* at 866:3-4.

- Provided that grand jury testimony on January 18, 2019. *Id.* at 852:1-6.

- Testified to the grand jury that he had private conversations with Stone regarding Stone's connection to Julian Assange. *Id.* at 853:17-854:2.

- Testified to the grand jury that the first of those conversations occurred months before Bannon joined the Trump campaign on Aug. 14, 2016. *Id.*

- Testified to the grand jury that those conversations continued until "right before" Bannon joined the Trump campaign. *Id.*

- Testified to the grand jury that Stone frequently brought up his connections to Assange during conversations with Bannon. *Id.*

- Testified to the grand jury that "it was generally believed" in the Trump campaign that Stone was the Trump campaign's "access point or potential access point to WikiLeaks and to Julian Assange." *Id.* at 858:9-13.

At Stone's trial, Bannon also testified that he believed, because of his private conversations with Stone and Stone's public statements, that Stone was the "access point" between the Trump campaign and WikiLeaks.  *Id.* at 858:16-22.

Moreover, during Bannon's testimony, prosecutor Michael Marando read into the record two email exchanges between Bannon and Stone:

- An August 16, 2016 email from Stone to Bannon that said: "Trump can still win, but time is running out. Early voting begins in six weeks. I do know how to win this, but it ain't pretty.  Campaign has never been good at playing the new media.  Lots to do, let me know when you can talk, R."  Id. at 859:6-860:5.  Bannon responded: "Let's talk ASAP."  *Id.* at 860:6-7.

- An October 4, 2016 email exchange between Bannon and Stone.  Bannon wrote:  "What was that this morning?"  *Id.* at 861:15-18.  Bannon testified at Stone's trial that his email was referring to Assange and WikiLeaks' news conference that day that had been hyped as revealing information about Hillary Clinton but did not do so.  *Id.* at 861:19-863:2.  According to Marando's reading of the email during Bannon's trial testimony, Stone responded:  "Fear, serious security concern, he thinks they are going to kill him and the London police are standing down.  However, a load every week going forward.  Roger Stone."  *Id.* at 863:8-12.  Bannon replied:  "He didn't cut deal with Clintons."  *Id.* at 863:13-16.

We believe that these two email exchanges are the subject of redacted portions of at least one of the Bannon 302s that DOJ has released in this FOIA litigation.  For example, in the 2/14/18 Bannon 302, at Bates Nos. 165-66, the unredacted portion mentions an email with "Wikileaks" in the subject line.  This indicates that the redacted material in this section of the 302 contains a discussion of one or both of the emails read at Stone's trial.

Because the information we recount in this email has been publicly disclosed either by a government prosecutor or in testimony elicited by the government, the same information may not be withheld from any 302 reports.  We expect that DOJ will unredact this information and re-release the Bannon 302s in upcoming productions.

If you have any questions about this or would like to discuss the issue, please let me know and we can set up a time for a conference call.

Best regards,

Chuck

**Charles D. Tobin**

**Ballard Spahr** LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157

202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com

----------------------------------
www.ballardspahr.com

# **Exhibit A**

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,  :
                           :      Criminal Action
            Plaintiff,     :      No. 19-CR-018
                           :
                           :      JURY TRIAL - DAY 4
                           :      Afternoon Session
        vs.                :
                           :      Washington, D.C.
                           :      November 8, 2019
ROGER JASON STONE, JR.,    :      Time: 1:55 p.m.
                           :
            Defendant.     :
_____


                 TRANSCRIPT OF JURY TRIAL
                      HELD BEFORE
              THE HONORABLE AMY BERMAN JACKSON
                 UNITED STATES DISTRICT JUDGE
_____


                  A-P-P-E-A-R-A-N-C-E-S

For the Plaintiff:   JONATHAN IAN KRAVIS, Esquire
                     MICHAEL JOHN MARANDO, Esquire
                     ADAM C. JED, Esquire
                     AARON SIMCHA JON ZELINSKY, Esquire
                     U.S. Attorney's Office for
                     the District of Columbia
                     555 Fourth Street, NW
                     Washington, DC  20530
                     (202) 252-7698
                     Email: Jonathan.kravis3@usdoj.gov
                     Email: Asjz@usdoj.gov
                     Email: Michael.marando@usdoj.gov
                     Email: Adam.Jed@usdoj.gov


For the Defendant:   Bruce S. Rogow, Esquire
                     Law Office of Bruce S. Rogow, P.A.
                     100 NE 3rd Avenue
                     Suite 1000
                     Fort Lauderdale, FL 33301
                     (954) 767-8909
                     Email: brogow@rowlaw.com
```

```
 1   Appearances continued:

 2   For the Defendant:   ROBERT C. BUSCHEL, Esquire
                          TARA A. CAMPION, Esquire
 3                        Buschel & Gibbons, P.A.
                          100 S.E. Third Avenue
 4                        Suite 1300
                          Ft. Lauderdale, FL  33394
 5                        (954) 530-5301
                          Email: Buschel@bglaw-pa.com
 6                        Email: Campion@bglaw-pa.com

 7                        GRANT J. SMITH, Esquire
                          StrategySmith, P.A.
 8                        401 East Las Olas Boulevard
                          Suite 130-120
 9                        Fort Lauderdale, FL 33301
                          (954) 328-9064
10                        Email: Gsmith@strategysmith.com

11                        CHANDLER PAIGE ROUTMAN, Esquire
                          Law Office of Chandler P. Routman
12                        501 East Las Olas Blvd.
                          Suite #331
13                        Fort Lauderdale, FL  33316
                          (954) 235-8259
14                        Email:  Routmanc@gmail.com
     ────────────────────────────────────────────────────
15   Court Reporter:      Crystal M. Pilgrim, RPR, FCRR
                          Official Court Reporter
16                        United States District Court
                          District of Columbia
17                        333 Constitution Avenue, NW
                          Room 4700-F
18                        Washington, DC  20001
                          Email:  crystalmpilgrim@gmail.com
19

20

21

22

23

24

25
```

1                              TABLE OF CONTENTS

2                                    Direct   Cross   Redirect Recross

3     On behalf of the Government:

4          Margaret Kunstler

5             By Mr. Marando          830

6             By Mr. Rogow                     841

7          Stephen Bannon

8             By Mr. Marando          846                  875

9             By Mr. Buschel                   865

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    P-R-O-C-E-E-D-I-N-G-S
```

2          THE DEPUTY CLERK:  Your Honor, recalling Criminal

3  Case Number 19-18, united States of America v. Roger Stone.

4  Mr. Stone is present in the courtroom.

5          THE COURT:  All right, is the government ready to

6  proceed?

7          MR. MARANDO:  Yes, Your Honor.

8          THE COURT:  Mr. Haley said you want to talk about

9  scheduling briefly?

10          MR. MARANDO:  Yes, Your Honor.  We just wanted to

11  discuss a little bit of how the government would see the

12  afternoon proceed.

13       We have one -- we have two witnesses that we would like to

14  call.  We expect the direct examination of the first witness to

15  take 25 minutes to 30 minutes.  We don't know how long cross

16  will be.

17       The second witness should likewise be 30 minutes or so.

18       We were planning to call a third witness.  That third

19  witness lives a little distance away, so we are going to

20  respectfully request that if we do end it today at 4 o'clock,

21  around that time, that we could just end at that time today.

22          THE COURT:  All right, I think if we complete the two

23  witnesses that you have coming up next, that that would be a

24  very productive day and week, and I would be satisfied with

25  that.

1      Does the defense know who they are, the ones you're

2   planning to call?

3           MR. MARANDO:  Yes, Your Honor.

4           MR. ROGOW:  We do, Your Honor.

5           THE COURT:  All right, so let's bring the jury in,

6   and you can call your first witness.

7        (Jury present.)

8           THE DEPUTY CLERK:  Jury is all present, Your Honor.

9           THE COURT:  Mr. Haley, it looks like we have a

10   witness here to call.

11           MR. MARANDO:  Government's first witness this

12   afternoon is Ms. Margaret Kunstler.

13           GOVERNMENT WITNESS MARGARET KUNSTLER SWORN

14           THE COURT:  Yes, you can proceed.

15                       DIRECT EXAMINATION

16   BY MR. MARANDO:

17   Q.   In a loud clear voice could you state your name for the

18   record?

19   A.   Yes, it's Margaret Kunstler.

20   Q.   Ms. Kunstler, if you can just try to speak into the mic, I

21   know it's a little difficult, just so we can pick up everything

22   you are saying.

23      Miss Kunstler, what city do you live in?

24   A.   Brooklyn.

25   Q.   Are you an attorney?

```
 1   A.   Yes.

 2   Q.   What are your areas of practice?

 3   A.   Criminal law and constitutional law, First Amendment

 4   really.

 5   Q.   As an attorney, have you ever represented anyone connected

 6   or associated to WikiLeaks?

 7   A.   Yes.

 8   Q.   First off I'll ask you, what is WikiLeaks, if you know?

 9   A.   WikiLeaks is a library and a publication for information

10   that is sent secretly to them.

11   Q.   Ms. Kunstler, I think the jury is having difficulty

12   hearing you.  If I can adjust the mic.

13            THE COURT:  That's much better.  Thank you.

14        If you could repeat your answer as to what WikiLeaks is.

15            THE WITNESS:  WikiLeaks is an online publication and

16   a library, and the material in the library and on the

17   publication are materials that are sent to it secretly.

18   BY MR. MARANDO:

19   Q.   Who have you represented who is connected to WikiLeaks?

20   A.   I have represented Sarah Harrison.  I still represent

21   Sarah Harrison.  She was -- did work at WikiLeaks, but she no

22   longer does.

23   Q.   How long had you represented her?

24   A.   For about four and a half years.

25   Q.   How did Ms. Harrison become your client?
```

1   A.   She became my client because the lawyers representing

2   Mr. Assange decided that it would be helpful to have a second

3   lawyer for Ms. Harrison, and I was asked to do that.

4   Q.   Do you know who the founder of WikiLeaks is?

5   A.   Yes.

6   Q.   Who is it?

7   A.   Julian Assange.

8   Q.   Have you, as an attorney, ever represented Mr. Assange?

9   A.   Only to the extent that I sometimes represented WikiLeaks,

10  so it kind of overlaps.  But technically, I don't know.

11  Q.   Have you ever spoken with Mr. Assange?

12  A.   Yes.

13  Q.   How often have you spoken with him?

14  A.   I think about a total of under ten times.

15  Q.   When is the last time that you have spoken with

16  Mr. Assange, if you can remember?

17  A.   Probably the end of 1918.

18  Q.   I'm sorry, do you mean 2018?

19  A.   Yes, I'm sorry, 2018.

20  Q.   Ms. Kunstler, do you know an individual by the name of

21  Randy Credico?

22  A.   I do.

23  Q.   How long have you known Mr. Credico?

24  A.   For about ten years.

25  Q.   How did you meet Mr. Credico originally?

1    A.    He brought a client in to my husband for him to represent,

2    and I don't know if I met him at that point exactly, but that's

3    when he came into our lives.

4    Q.    I think the jury may still be having issues hearing you.

5    So I know it's very difficult --

6    A.    Sorry, I'll try.

7    Q.    The mics here aren't as good as we would hope.  Just try

8    to speak up as best you can.

9    A.    All right.

10   Q.    So you said that he brought a client to your husband?

11   A.    Right.

12   Q.    Was your husband an attorney?

13   A.    Yes.

14   Q.    What was your husband's -- what was your husband's name?

15   A.    William Kunstler.

16   Q.    What was your husband's relationship with Mr. Credico

17   like?

18   A.    They became friendly over the years.

19   Q.    As a result, did you subsequently become friendly with

20   Mr. Credico?

21   A.    In passing, because Bill's office was downstairs in the

22   second House, and Randy was there quite often, so I got to know

23   him.

24   Q.    Is your husband, Bill, still alive?

25   A.    No.

1   Q.   When did he pass?

2   A.   1995.

3   Q.   Following your husband's passing, did you continue to

4   maintain a friendship with Mr. Credico?

5   A.   I did.

6   Q.   How close are you with Randy Credico today?

7   A.   Well, I'm close with him, because when my husband was ill

8   for the last year and a half and he wanted to maintain his

9   schedule, which was very active, Randy helped him and made it

10  possible for him to do that, and I was appreciative of that

11  because I had two daughters and couldn't function in that way,

12  and I was -- you know, Randy did that, and I was very

13  appreciative.  So as a result of that, we're friends.

14  Q.   How often do you see Mr. Credico?

15  A.   I would say almost once a week.

16  Q.   Now, Ms. Kunstler, I want to focus in on a specific period

17  of time.  I want to focus in on 2016.

18       Do you know if Randy Credico was employed in 2016?

19  A.   Yes.

20  Q.   If you know, where did he work?

21  A.   He had a radio program on WBAI.

22  Q.   Is that a radio station in New York City?

23  A.   Yes.

24  Q.   I want to focus in, even more narrow, on August of 2016,

25  so August 2016.

1    Did there come a time during that month that Mr. Credico

2  asked you to put him in touch with Julian Assange to see if

3  Mr. Assange would be on Mr. Credico's radio show?

4  A.   He did.

5  Q.   Did you agree to assist Mr. Credico?

6  A.   I did.

7  Q.   Prior to that time, had Randy Credico ever asked you to

8  put him in touch with Mr. Assange?

9  A.   Yes.

10  Q.   Prior to that time that he asked Mr. Assange -- I'm sorry,

11  let me rephrase.

12    Prior to that time in August 2016, when Mr. Credico asked

13  you to put him in touch with Assange, to see if Assange would

14  be on his radio show, was that the first time that Mr. Credico

15  had ever asked you to put him in touch with Mr. Assange?

16  A.   Well, he kind of intimated before then that he would like

17  me to do that for him, but I didn't.

18  Q.   But you didn't.  Okay.

19    To your knowledge, before that August 2016 request, had

20  Randy Credico ever made any contact with Mr. Assange?

21  A.   Not to my knowledge.

22  Q.   To your knowledge, to your knowledge, do you know whether

23  or not Randy Credico had any other connections to Mr. Assange

24  besides you?

25  A.   Not to my knowledge.

```
 1   Q.   Now, walk us through what, if anything, you did to put

 2   Mr. Credico in touch with Mr. Assange in August of 2016.

 3   A.   I wrote a note to Mr. Assange's assistant, saying that a

 4   friend of mine had a radio program, and he would love to have

 5   Mr. Assange as a guest, and I included Randy's contact

 6   information on that message.

 7   Q.   Did Mr. Assange eventually appear on Mr. Credico's radio

 8   show on August 25th, 2016?

 9   A.   Yes, he did.

10   Q.   Do you remember how far in advance or how far before that

11   August 25th, 2016 interview you reached out to somebody at

12   WikiLeaks?

13   A.   It was under a week before.

14   Q.   Now, after Assange appeared on Mr. Credico's radio show on

15   August 25th, 2016, did Mr. Credico ever ask you to pass along

16   any requests for information to Mr. Assange?

17   A.   No.

18   Q.   I want to show you what has been previously admitted into

19   evidence as Exhibit 55.

20        MR. MARANDO:  Can we publish that for the jury.

21        Ms. Rhode, can you just blow up the header in the first

22   line.

23   BY MR. MARANDO:

24   Q.   Now, Ms. Kunstler, do you recognize what Government's

25   Exhibit 55 is?
```

 1   A.   Yes.

 2   Q.   And what is it?

 3   A.   It's an email to me from Randy Credico.

 4   Q.   What is the date of this email?

 5   A.   September 20th, 2016.

 6   Q.   All right.  Have you seen this email before?

 7   A.   Yes.

 8   Q.   Do you remember receiving this email?

 9   A.   Yes.

10   Q.   When you received this email, did you read it?

11   A.   No.  Well, I read the, "Can you find out from JA if there

12   is," and I didn't read any farther than that.

13   Q.   Why didn't you read any farther than that?

14   A.   Because I was not going to ask Mr. Assange to do anything

15   that -- to look up anything for me for someone else.

16   Q.   And why not?

17   A.   Because I'm a lawyer and I don't do things like that.

18   Q.   Now, did -- so did you ever forward this email on to

19   anyone at WikiLeaks or connected to WikiLeaks?

20   A.   No, I did not.

21   Q.   Did you ever forward this request in any form orally,

22   through telephone or any other means to anybody at WikiLeaks?

23   A.   No.

24   Q.   Did you eventually become aware of a public claim by Roger

25   Stone that Mr. Credico was his, quote/unquote, back channel to

1  WikiLeaks during the 2016 presidential campaign of Donald

2  Trump?

3  A.   I think that that was subsequent to that, that I found

4  out.

5  Q.   But you heard -- did you hear Mr. Stone make a public

6  claim that Randy Credico was a back channel to WikiLeaks?

7  A.   Well, he may have made that claim, but I didn't know that

8  that was true.

9  Q.   All right.  But did you hear the claim; were you aware

10 that he was making the claim?

11 A.   I'm not sure.

12 Q.   Do you remember -- did you eventually become aware of a

13 claim that Mr. Stone had made that Randy Credico was a back

14 channel to WikiLeaks?

15 A.   Yes.

16 Q.   Do you remember when you became aware of that?

17 A.   I became aware of that when Maggie Haberman, in an

18 article, said that he had said that.

19 Q.   And do you remember when that was?

20 A.   I think that was in 1917, in November.

21 Q.   2017?

22 A.   Yes.  I'm sorry.

23        THE COURT:  You said Maggie Haberman said it in an

24 article.  Who is Maggie Haberman?

25        MR. MARANDO:  You can answer the question.

1          THE COURT:  I just want to clarify.  I'm also allowed

2  to ask questions.

3          THE WITNESS:  Sorry.

4          THE COURT:  I try to do it infrequent.

5          THE WITNESS:  Maggie Haberman is a reporter for The

6  New York Times.

7          THE COURT:  Thank you.

8  BY MR. MARANDO:

9  Q.   You said you first heard about it sometime in 2017?

10 A.   Yes.

11 Q.   Besides the email exhibit that we showed you in

12 Exhibit 55, which is still on the screen, has Mr. Credico ever

13 asked you to pass along or confirm any information in

14 Mr. Assange's or WikiLeaks' possession?

15 A.   No.

16 Q.   So referring back to Government's Exhibit 55, which you

17 have in front of you, was this the only time that Mr. Credico

18 ever asked you to confirm any information with Mr. Assange?

19 A.   Yes.

20 Q.   Now, Ms. Kunstler, are you familiar with WikiLeaks'

21 release of emails during the 2016 presidential election?

22 A.   Yes, I am.

23 Q.   Turning to WikiLeaks' release of materials, are you

24 generally familiar with the July 22nd, 2016 release of

25 information by WikiLeaks related to the Democratic National

```
 1  Committee?

 2  A.   Yes.

 3  Q.   How are you familiar with this?

 4  A.   Through the media.

 5  Q.   Did you ever, at any time, possess any information

 6  regarding that release of information by WikiLeaks -- I'm

 7  sorry.

 8      Did you ever, at any time, pass any information regarding

 9  that release of information by WikiLeaks to Mr. Credico?

10  A.   No, and I had no information about that release.

11  Q.   So you never possessed any information regarding that?

12  A.   No.

13  Q.   Are you also familiar with the October 7th, 2016 release

14  of emails by WikiLeaks related to John Podesta?

15  A.   Yes.

16  Q.   How are you familiar with that?

17  A.   Through the media.

18  Q.   Did you ever, at any time, pass any information regarding

19  that October 7th release to Mr. Credico?

20  A.   No, I did not.

21  Q.   Had you at any time possessed any information regarding

22  that October 7th release of information by WikiLeaks?

23  A.   No.

24  Q.   So now, in general, have you at any time ever passed any

25  information from Julian Assange or WikiLeaks to Mr. Credico?
```

```
 1   A.   No.
 2            MR. MARANDO:  All right.  Nothing further, Your
 3   Honor.
 4            THE COURT:  All right, any cross-examination?
 5            MR. ROGOW:  Yes, Your Honor.
 6                        CROSS-EXAMINATION
 7   BY MR. ROGOW:
 8   Q.   Good afternoon, Mrs. Kunstler.
 9   A.   Good afternoon.
10   Q.   My name is Bruce Rogow, and I just have a few questions
11   for you.
12       Did you ever authorize Randy Credico to use your name in
13   any communication with Roger Stone?
14   A.   No.
15   Q.   Were you surprised when you looked at that email,
16   Exhibit 55, which has been shown to you, and it showed that
17   Roger Stone was a blind copy on that?
18   A.   I didn't know he was a bind copy.  How would I know that?
19            MR. ROGOW:  Well, let's pull up 55, please.
20   BY MR. ROGOW:
21   Q.   And the top part, you see where it says, "Bcc"?
22   A.   Yes, I see that.
23   Q.   Did you know -- did you notice that when you first looked
24   at it?
25   A.   I did, but I didn't know what that was.
```

1           THE COURT:  Well, when you first received it, did it

2   show who the blind carbon copy was?

3   A.   No.  I mean it said Players2, but I didn't know who

4   Players2 was.

5           MR. MARANDO:  I understand.

6   BY MR. MARANDO:

7   Q.   Did you ask Mr. Credico who Players2 was?

8   A.   I didn't.  I was so annoyed about the whole thing that I

9   just kind of put it aside.

10  Q.   Had you authorized Mr. Credico to use your name in his

11  communications with anyone?

12  A.   No.

13  Q.   And you said you were annoyed at what happened.

14  A.   Well, I don't like to be told to ask a client somebody --

15  by somebody else.

16  Q.   Did you instruct Mr. Credico to never use your name again

17  like that?

18  A.   Well, I don't know if I specifically said that, but I told

19  him that I was not pleased that he did that, and I think that

20  the implication of that was that he shouldn't do it again.

21  Q.   So you made that clear to Mr. Credico that he should not

22  do this again?

23  A.   Yes, by implication.

24  Q.   Did you ever represent Mr. Credico as a lawyer?

25  A.   I don't think so.

1    Q.    Were you ever at legal meetings with Mr. Credico?

2    A.    When Mr. Credico first got his subpoena, congressional

3    subpoena, I was in a meeting with a number of lawyers about

4    that subpoena and his response to it.

5    Q.    How many lawyers were there, if you recall?

6              MR. MARANDO:  Objection, Your Honor.

7              THE COURT:  What grounds?

8              MR. MARANDO:  First, relevance.  Relevance, Your

9    Honor.

10             THE COURT:  All right, approach the bench.

11             (Bench conference.)

12             THE COURT:  This is also beyond the scope of direct,

13   so why do you want to ask her now about what happened in the

14   meeting when he got a subpoena?

15             MR. ROGOW:  Well, it is beyond the scope of direct.

16   I understand that, but she already answered it.  That's enough,

17   I can rest with that.

18             THE COURT:  All right.

19             MR. ROGOW:  Okay.

20             (Open court.)

21   BY MR. ROGOW:

22   Q.    Have you spoken recently with Mr. Credico -- when I say

23   "recently," within the past four or five months -- about

24   Exhibit 55 and his use of your name?

25   A.    No.

1   Q.   Are you at all concerned about the use of your name

2   without authorization?

3   A.   I'm not sure this was a use of my name.   This was an email

4   to me.

5   Q.   And blind copied to someone else.

6           THE COURT:   Can you all approach the bench again.

7       (Bench conference.)

8           THE COURT:   Mr. Rogow, do you understand that a blind

9   copy means that she didn't see that he sent it to Roger Stone?

10  This is a copy which shows a list.

11          MR. ROGOW:   You know, you're right.

12          THE COURT:   Okay, thank you.

13      (Open court.)

14  BY MR. ROGOW:

15  Q.   You would not have seen the blind copy, would you?

16  A.   No, that's what I was saying if an email came to me, if it

17  was a blind copy, I wouldn't see the blind copy.   If I wrote

18  the email, I would know, have the blind copy.   But someone

19  sending an email to me who had a blind copy, I would not see

20  that.

21  Q.   When did you first see this email in toto with the blind

22  copy showing?

23  A.   When it was shown to me by an Assistant U.S. Attorney.

24  Q.   I'm sorry, I couldn't hear the last part.

25  A.   When it was shown to me as an exhibit by the Assistant

```
 1  U.S. Attorney.

 2          MR. ROGOW:  Nothing further, Your Honor.

 3          THE COURT:  All right, any redirect?

 4          MR. MARANDO:  No, Your Honor.

 5          THE COURT:  All right, thank you very much,

 6  Ms. Kunstler, you are excused.

 7      And the government can call your next witness.

 8          MR. MARANDO:  Yes, Your Honor, the government calls

 9  Stephen Bannon.

10          (Pause.)

11          MR. KRAVIS:  May we approach?

12          THE COURT:  Yes.

13          (Bench conference.)

14          MR. KRAVIS:  I apologize, there's apparently some

15  sort of delay in getting Mr. Bannon into the building.  He's in

16  the building now.  He's on his way to the courtroom.

17          THE COURT:  All right.

18          MR. KRAVIS:  Thank you, just want to make sure the

19  Court was aware.

20          THE COURT:  That's fine.

21          MR. KRAVIS:  Thank you, Your Honor.

22          (Open court.)

23          THE COURT:  He was not waiting outside the door.  It

24  just sometimes takes time to get people from where they started

25  to where they need to end up, through the fault of no one in
```

 1  particular.

 2              GOVERNMENT WITNESS STEVEN K. BANNON SWORN

 3              THE COURT:  You can proceed.

 4              MR. MARANDO:  Thank you.

 5                          DIRECT EXAMINATION

 6  BY MR. MARANDO:

 7  Q.   Good afternoon.  Could you please state your name for the

 8  Court?

 9  A.   Stephen K. Bannon.

10  Q.   Mr. Bannon, are you appearing here today, in court,

11  pursuant to a subpoena from the United States Government?

12  A.   Yes, I've been subpoenaed, and I've been compelled to

13  testify.

14  Q.   So would you have voluntarily appeared here today in this

15  court without a subpoena from the U.S. Government?

16  A.   No, I would not.

17  Q.   All right, Mr. Bannon, where do you live?

18  A.   I live in Washington, D.C.

19  Q.   Did you go to college?

20  A.   I did.

21  Q.   Where did you go?

22  A.   Virginia Tech, Georgetown, and Harvard.

23  Q.   What, if anything, do you currently do for a living?

24  A.   I run some not-profits.  I'm an investor. I have a

25  financial advisory firm.

1   Q.   Did you previously work on the 2016 Trump presidential

2   campaign?

3   A.   I did.

4   Q.   Did you have a title?

5   A.   I did.

6   Q.   What was your title?

7   A.   CEO Chief Executive Officer.

8   Q.   Was CEO Chief Executive Officer the highest position in

9   the Trump campaign other than the candidate himself?

10  A.   Yes, when I took over, yes.

11  Q.   When did you begin working as CEO of the Trump campaign?

12  A.   On the afternoon of the 14th of August, 2016.

13  Q.   Did you have a physical office while you worked as CEO of

14  the Trump campaign?

15  A.   I did.

16  Q.   Where was that office?

17  A.   The 14th floor of Trump Tower.

18  Q.   In New York City?

19  A.   In New York City.

20  Q.   Prior to working as CEO of the Trump campaign, what, if

21  anything, did you do?

22  A.   I was the executive chairman of Breitbart News, and I was

23  a head of a couple of not-for-profits.

24  Q.   How many years were you at Breitbart?

25  A.   Four, five years, I think four years as executive

1   chairman.

2   Q.   Now, while you were at Breitbart, did you meet the

3   defendant, Roger Stone?

4   A.   Yes.

5   Q.   What year did you meet Mr. Stone, if you remember?

6   A.   I think around 2011, 2012.

7   Q.   Do you know what Mr. Stone does for a living?

8   A.   Yes.

9   Q.   What does he do?

10  A.   I think he's a political operative, a political

11  strategist; and an author, a writer of books and, you know,

12  newspaper articles; commentator.

13  Q.   Now, before you joined the Trump campaign as its CEO on

14  August 14, 2016, how frequently were you communicating with

15  Mr. Stone?

16  A.   I probably talked to Roger every couple of weeks.

17  Q.   How did you communicate with Mr. Stone?

18  A.   By email, I guess, at first and maybe a phone call, or

19  principally I think by email.

20  Q.   What, if anything, did you know at the time about Roger

21  Stones's relationship with Donald Trump?

22  A.   I knew he'd had a longstanding relationship with the

23  candidate.

24  Q.   Now, before you joined the Trump campaign on August 14th,

25  2016, did you ever hear Roger Stone discuss any connections

1  that he had with Julian Assange or WikiLeaks?

2  A.   Yes.

3  Q.   What -- where did you hear those statements from, how did

4  you hear them?

5  A.   I think just in conversation.

6  Q.   Did you hear them from public statements that he made?

7  A.   Yes, from public statements.

8  Q.   Did you also hear, you said, from conversations with him?

9  A.   I believe so, yes.

10 Q.   And these are conversations -- were these conversations

11 you had directly with Mr. Stone?

12 A.   Yes.

13 Q.   And what did Mr. Stone -- what, if anything, did Mr. Stone

14 tell you before you joined the Trump campaign about his

15 relationship or connection with Julian Assange?

16 A.   Just that they -- he had a relationship with WikiLeaks and

17 Julian Assange.

18 Q.   Did Roger Stone ever tell you that he could obtain

19 information from WikiLeaks through that relationship or

20 connection?

21 A.   Never directly, but I think implied he had a relationship

22 with WikiLeaks and with Julian Assange but never directly told

23 me that.

24 Q.   What do you mean when you say the word "implied"?

25 A.   That he had a relationship, and WikiLeaks was a site that

1  was, you know, starting to release information or potentially

2  release information.

3  Q.   When Mr. Stone told you directly in conversations about

4  his relationship or connection with Mr. Assange, approximately

5  how far in advance of you joining the Trump campaign did those

6  conversations occur?

7  A.   I think sometime maybe in the spring or summer of 2016.

8  Q.   Would it have been a few months before you joined as CEO

9  of the Trump campaign?

10  A.   As I remember, around there, sometime in the summer, late

11  spring or summer of 2016.

12  Q.   Was Mr. Stone's relationship with Julian Assange something

13  that he would frequently mention or talk about in your

14  conversations with him?

15  A.   Not frequently, no, but I think he would mention it, and

16  he mentioned it a lot on -- in the media, but not something

17  that he would mention all the time.  Like I said, we didn't

18  talk that often.  It was every couple of weeks.

19  Q.   Now, so -- I want to be sure I'm clear on this.

20      So you did have private conversations with Mr. Stone before

21  you joined the Trump campaign, correct?

22  A.   Before he -- before I joined.

23  Q.   Before you joined the Trump campaign, correct?

24  A.   Yes, I would talk to Roger every couple of weeks.

25  Q.   In those conversations would he, or would he not,

1  frequently mention his connection with Mr. Assange?

2  A.   It was not frequently but, you know, every now and again.

3  So I knew it, but it wasn't frequently, as I remember.

4  Q.   Mr. Bannon, this isn't the first time you testified in

5  this case; is that correct?

6  A.   The first time testifying in this case?

7  Q.   In this matter, you testified in the grand jury; is --

8  A.   That's correct.  I was compelled to testify, forced to

9  testify at the grand jury.

10  Q.   Okay.

11          MR. MARANDO:  May I approach, Your Honor?

12          THE COURT:  Yes.

13  BY MR. MARANDO:

14  Q.   I'm showing you what has been marked as Grand Jury

15  Exhibit 209.

16     If you look at the front page, is that your name?

17  A.   Yes, that's my name.

18  Q.   Do you remember testifying before the grand jury?

19  A.   I do.

20  Q.   And was it on July 6th, 2017?

21  A.   I don't remember.

22  Q.   Is there a date that appears on the front page of this?

23  A.   There is.

24  Q.   What is that date?

25  A.   July 6th, 2017.

```
 1   Q.   Does that date sound like the time that -- I'm sorry.

 2   January 18th, 2019.  My apologies.

 3        Did you testify on January 18th, 2019?

 4   A.   I have no idea.

 5   Q.   Does that sound correct?

 6   A.   Yes.

 7   Q.   Now, there were prosecutors that were present there,

 8   correct?

 9   A.   They were, yes.

10   Q.   Andrew Goldstein, does that sound correct?

11   A.   Yes.

12   Q.   And you were the witness that was there, correct?

13   A.   Yes.

14   Q.   There was a court reporter that was taking down everything

15   you said, correct?

16   A.   That's correct.

17   Q.   And there were grand jurors there; isn't that right?

18   A.   That's correct.

19   Q.   You took an oath -- the defendant, Mr. Stone, was not

20   there; is that right?

21   A.   That's correct.

22   Q.   You took an oath to tell the truth; isn't that right?

23   A.   That's correct.

24   Q.   And the prosecutor asked you a number of questions; isn't

25   that right?
```

1  A.   That's correct.

2  Q.   But before he asked you any questions, he advised you of

3  your rights as a witness; is that correct?

4  A.   That's correct.

5  Q.   All right.  And he told you that if you failed to tell the

6  truth before the grand jury, you could be charged with perjury;

7  isn't that right?

8  A.   That's correct.

9  Q.   And you told the grand jury that you understood that

10 right; isn't that correct?

11 A.   That's correct.

12 Q.   I want to turn to page 7, if you can.  Let me know when

13 you're on page 7.

14 A.   I'm at page 7.

15 Q.   Line 15?

16 A.   Yes.

17 Q.   So you were asked at page 7, line 15, "And when you had

18 private conversations with him about his connection to Julian

19 Assange, approximately how far in advance of your joining the

20 campaign did that conversation take place?"

21      And you responded, "Oh, I think the first time it was

22 months before, but I think it all the way led up to right

23 before I joined the campaign.  It was something he would, I

24 think, frequently mention or talk about when we talked about

25 other things."

1      Did I read that correctly?

2  A.   That's correct.

3  Q.   All right.  Now, in any of your conversations with

4  Mr. Stone, did he ever brag to you about his connections to

5  Assange?

6  A.   I wouldn't call it bragging, but maybe boasting, I guess

7  the difference between bragging and boasting, but he would

8  mention it.

9  Q.   What do you mean by "boast"?

10  A.   That he had a relationship with WikiLeaks and Julian

11  Assange.

12  Q.   Now, I want to discuss -- I'm sorry.

13      So you actually began working as CEO of the Trump campaign

14  on August 14th, 2016, correct?

15  A.   Yes.

16  Q.   I would like to ask you some questions about individuals

17  you may have encountered while you were CEO of the Trump

18  campaign; first, Eric Prince.

19  A.   Yes.

20  Q.   Do you know an individual named Eric Prince?

21  A.   I do.

22  Q.   Have you met him personally?

23  A.   I have.

24  Q.   How long have you known him?

25  A.   Five, six, seven years.

1  Q.   Was Mr. Prince a supporter of the Trump campaign?

2  A.   He was.

3  Q.   Would Mr. Prince ever come to Trump Tower while you were

4  CEO of the campaign?

5  A.   Yes.

6  Q.   Was Mr. Prince providing any ideas to the campaign while

7  were you CEO?

8  A.   Yes.

9  Q.   What topics, if any, do you remember discussing with

10  Mr. Prince while you were CEO of the Trump campaign?

11  A.   National security types of things, defense.

12  Q.   Okay.  Did -- moving on, I want to turn now to another

13  individual.

14      Do you know an individual by the name of Ted Malik?

15  A.   I do.

16  Q.   Do you know what, if anything, Mr. Malik does for a

17  living?

18  A.   I think he's a professor in the United Kingdom.

19  Q.   Do you know if he is a writer?

20  A.   Yeah, I believe he also writes, yes.

21  Q.   Do you know about what subjects he writes?

22  A.   I think he writes about politics and European Union

23  politics.

24  Q.   Does Mr. Malik, to your knowledge, live in England?

25  A.   I believe he lives in England.

```
 1  Q.    Do you know whether or not Mr. Malik has any relationship

 2  to Mr. Stone?

 3  A.    I don't.

 4  Q.    Did you have any interaction with Mr. Malik after you

 5  became CEO of the Trump campaign?

 6  A.    I might have.

 7  Q.    And now in what -- you say you might have.

 8      In what context do you think you may have had interactions

 9  with Mr. Malik while you were CEO of the Trump campaign?

10  A.    He might have sent some emails with ideas, foreign policy

11  ideas, et cetera, ideas about the campaign.

12  Q.    Was Mr. Malik trying to become the United States

13  ambassador to the European Union?

14  A.    I found that out after the campaign, but yes.

15  Q.    So you found that out after the campaign?

16  A.    Yes.

17  Q.    Did you have any communications with Mr. Malik while he

18  was -- about the topic of him trying to become ambassador,

19  U.S. ambassador to the EU?

20  A.    I don't remember.

21  Q.    I want to turn back to Roger Stone.

22      After you joined the Trump campaign as its CEO on

23  August 14th, 2016, did you continue to communicate with

24  Mr. Stone?

25  A.    I did.
```

1   Q.   How many times did you communicate with Mr. Stone after

2   you became CEO of the Trump campaign but before election day?

3   A.   I don't totally recall, but I would say a half a dozen,

4   ten, twelve, something like that.

5   Q.   During that time, you're now CEO of the Trump campaign,

6   did Mr. Stone continue to tell you that he had a connection to

7   WikiLeaks and Julian Assange?

8   A.   Yes.

9   Q.   In any of those communications after you joined the Trump

10  campaign, did Mr. Stone tell you that WikiLeaks had materials

11  that would help Donald Trump and possibly hurt Hillary Clinton?

12  A.   I think he implied maybe in some of the emails that there

13  were potential, the Clinton emails or emails that he had gotten

14  from the Clinton campaign were potentially -- WikiLeaks

15  potentially had, and I would view that as helping -- hurting

16  Hillary Clinton and helping the Trump campaign.

17  Q.   And he represented this to you?

18  A.   I think in some of the emails he might have, yes.

19  Q.   While you were CEO of the Trump campaign, who, if anyone,

20  was the campaign's access point to WikiLeaks?

21  A.   The campaign's access point?

22  Q.   Yes.

23  A.   I don't think we had one.

24  Q.   I want to refer back to Government's Exhibit 209 that's in

25  front of you.

1      This is the same grand jury transcript that I showed you

2  before, correct?  Am I correct?

3  A.   Yes.

4  Q.   Okay, this is your testimony in the grand jury.

5      This was the Robert Mueller grand jury, correct?

6  A.   Yes.

7  Q.   Now, I want you to turn to page 14, line 4.  I'm going to

8  read line 4 through 8 on page 14.

9      And you're asked, "And just within the campaign, who was

10  the access point to WikiLeaks?"

11      And you responded, "I think it was generally believed that

12  the access point or potential access point to WikiLeaks and to

13  Julian Assange would be Roger Stone."

14      Did I read that correctly?

15  A.   That's correct.

16  Q.   And did you, at that time, did you personally believe or

17  did you personally view Roger Stone as the access point between

18  the Trump campaign and WikiLeaks?

19  A.   Yes.

20  Q.   And was that based on represent -- the representation that

21  Mr. Stone had made to you?

22  A.   Both publicly and also privately, yes.

23  Q.   I want to show to the jury what has been previously

24  admitted into evidence as Government's Exhibit 28.

25      Mr. Bannon, can you see Government's Exhibit 28?

1   A.    I can.

2   Q.    Do you recognize what this is?

3   A.    Yes.

4   Q.    What is this?

5   A.    It's an email.

6   Q.    Is this an email that Mr. Stone, beginning at the bottom,

7   that Mr. Stone sent to you on August 18th, 2016?

8   A.    Yes.

9   Q.    So this email was sent August 18th, 2016.

10     About how many days after, if you remember, was this email

11  sent from when you became CEO of the Trump campaign?

12  A.    I think it was publicly announced, I believe on the 17th

13  or 18th, so this would be right when it was publicly announce.

14  Q.    So approximately one day after it was publicly announced

15  that you became CEO of the Trump campaign, Mr. Stone sent you

16  this email?

17  A.    That would be correct, yes.

18  Q.    Now, at the time that you received this email from

19  Mr. Stone, do you remember where then-candidate Donald Trump

20  was in the polls relative to his opponent Hillary Clinton?

21  A.    We were, depending on the pole, I don't know, 10, 12, 14,

22  16 points behind.  It depended on the polling, but we were

23  pretty far behind.

24  Q.    At the bottom of this email Mr. Stone states, "Trump can

25  still win, but time is running out.  Early voting begins in six

1  weeks.  I do know how to win this, but it ain't pretty.

2  Campaign has never been good at playing the new media.  Lots to

3  do, let me know when you can talk, R."

4      Did I read that correctly?

5  A.   That's correct.

6  Q.   Then you respond, "Let's talk ASAP"; am I correct?

7  A.   That's correct.

8  Q.   When Mr. Stone wrote to you, "I do know how to win this

9  but it ain't pretty," what in your mind did you understand that

10  to mean?

11  A.   Well, roger is an agent provocateur, he's an expert in

12  opposition research.  He's an expert in the tougher side of

13  politics.  And when you're this far behind, you have to use

14  every tool in the toolbox.

15  Q.   What do you mean by that?

16  A.   Well, opposition research, dirty tricks, the types of

17  things that campaigns use when they have got to make up some

18  ground.

19  Q.   Did you view that as sort of value added that Mr. Stone

20  could add to the campaign?

21  A.   Potentially value added, yes.

22  Q.   Was one of the ways that Mr. Stone could add value to the

23  campaign his relationship with WikiLeaks or Julian Assange?

24  A.   I don't know if I thought it at the time, but he could --

25  you know, I was led to believe that he had a relationship with

1  WikiLeaks and Julian Assange.

2  Q.   I want to turn to Exhibit 32.

3          MR. MARANDO:  And publish it to the jury, please.

4      Ms. Rhode, can you -- yes, thank you.  The bottom part

5  first, please, right there.

6  BY MR. MARANDO:

7  Q.   Mr. Bannon, directing you to Government's Exhibit 32, I

8  want to direct to you all the way to the bottom of this

9  exhibit.

10     Do you recognize at the bottom, is that an email from you,

11 dated October 4th, 2016, at 9:25 a.m.?

12 A.   That's correct, yes.

13 Q.   Was this an email that you sent to Roger Stone?

14 A.   Yes, that's correct.

15 Q.   I'm going to read that bottom email.  It says, "What was

16 that this morning?"

17     Did I read that correctly?

18 A.   You did.

19 Q.   Now, do you remember what that was in reference to?

20 A.   There was, I believe, that morning a press coverage in

21 London that had been highly touted by the media, and it didn't

22 turn out like the media hyped it in advance.  It didn't turn

23 out to be what people were hyping it about.

24 Q.   Was it supposed to be an announcement by WikiLeaks?

25 A.   I think Julian Assange and WikiLeaks were having a press

1  conference and potentially making some announcements, yes.

2  Q.   And what would those announcements have related to, to

3  your knowledge?

4  A.   I think what the news media was saying that it was

5  potentially about the Clinton emails or Clinton -- something to

6  do with the Clinton campaign.

7  Q.   Was that getting a lot of press at the time, that there

8  was supposed to be this announcement by WikiLeaks?

9  A.   Yes, it was.  The Drudge website had a double siren.  It

10 means it's of like national importance.

11 Q.   Why then, why did you send this email then, that date on

12 October 4th, 2016, to Mr. Stone?

13 A.   I don't believe -- I think the press conference was about

14 another topic or it wasn't about the topic that everybody had

15 hyped it about.

16 Q.   Was one of the reasons why you sent this email to

17 Mr. Stone because he was the access point to WikiLeaks and

18 Julian Assange in the campaign?

19 A.   Yes, he had a relationship or told me he had a

20 relationship with Julian Assange and WikiLeaks, so it would be

21 natural that I would reach out to him.

22 Q.   So were you sending this email to try to find out why

23 there wasn't any announcement that day?

24 A.   I think it's twofold.  One is to find out why there's no

25 announcement, and the other was a little bit of a heckle.

1  Q.   That nothing came up?

2  A.   That nothing came up.

3  Q.   I want to read the email responsive above that from

4  Mr. Stone on the same day.

5          MR. MARANDO:  I'm sorry, you can bring it back to

6  where it was.

7  BY MR. MARANDO:

8  Q.   "Fear, serious security concern, he thinks they are going

9  to kill him and the London police are standing down.  However,

10 a load every week going forward.  Roger Stone."

11    Did I read that correctly?

12 A.   You did, sir.

13 Q.   And you responded above, "He didn't cut deal with

14 Clintons."

15    Did I read that correctly?

16 A.   That's correct.

17 Q.   Why did you respond that way to Mr. Stone?

18 A.   Well, this was so hyped that it was going to be something,

19 and then it turned out to be something totally different, I --

20 you know, putting my cynical hat on that it might have been

21 some other reason then, they just didn't -- they had the press

22 conference and didn't say anything.  Maybe a deal was cut

23 behind the scenes.

24 Q.   When you are having this back-and-forth with Mr. Stone on

25 October 4th, 2016, did you believe that Stone actually knew

1  what happened with WikiLeaks and why they didn't release

2  documents on that day?

3  A.   Yes.  I took it from the email he had sent me, he had

4  quite a detailed knowledge of what went on.  So from the email

5  he sent me, he had quite a detailed knowledge of what went on.

6  So I also thought that he had an understanding of what went on.

7  Q.   That's why you wrote the first email?

8  A.   That's correct, yes.

9  Q.   Now, do you know whether or not WikiLeaks released any

10  emails related to John Podesta, the chair of the Clinton

11  campaign, following the October 4th, 2016 email?

12  A.   Yes, I believe they did, yes.

13  Q.   Was that, to your memory, on October 7th, 2016?

14  A.   I don't remember specifically on October 7th, no.

15  Q.   You don't?

16  A.   No.

17  Q.   All right.  Does that sound about right, do you remember

18  the date it came out?

19  A.   I just remember the weekend.  It came out on what we refer

20  to as "Billy Bush Weekend."  I think they came out around that

21  time.

22        MR. MARANDO:  Okay, nothing further, Your Honor.

23        THE COURT:  All right, any cross-examination of this

24  witness?

25        MR. BUSCHEL:  Yes, Judge.

1        May it please the Court, good afternoon.

2        Good afternoon, Mr. Bannon.

3              THE WITNESS:  Hi.

4                    CROSS-EXAMINATION

5    BY MR. BUSCHEL:

6    Q.   I represent Roger Stone.

7      Before you joined the Trump campaign, you were the

8    executive chairman of Breitbart News?

9    A.   That's correct.

10   Q.   That is a conservative news site?

11   A.   Yes.

12   Q.   You became chief executive officer of the Trump campaign,

13   didn't you?

14   A.   That's correct.

15   Q.   And you knew Roger Stone at this time and while you were

16   working at Breitbart as an author, writer, political operative,

17   correct?

18   A.   That's correct.

19   Q.   At that time you said you spoke to Roger Stone every

20   couple of weeks, right?

21   A.   Yes.

22   Q.   And you knew that Roger Stone had a longstanding

23   relationship with Donald Trump?

24   A.   Yes.

25   Q.   You have been interviewed by the special counsel's office

1    numerous times, right?

2    A.    Yes.

3    Q.    And you appeared in front of the grand jury?

4    A.    Yes.

5    Q.    And you also appeared in front of the House Permanent

6    Select Committee on Intelligence, true?

7    A.    Yes.

8    Q.    Throughout all of those interviews by Congress and the

9    Department of Justice, you were asked many questions about many

10   different topics that have absolutely nothing to do with Roger

11   Stone.

12   A.    That's correct, yes.

13   Q.    The interviews with the FBI and the special counsel's

14   office were hours long, correct?

15   A.    More than hours, many hours.

16   Q.    Many hours.  Many lawyers, many federal agents, right?

17   A.    Yes, sir.

18   Q.    When you appeared in front of the House Permanent Select

19   Committee, there were a dozen or so congressman --

20           MR. MARANDO:  Objection.

21           MR. BUSCHEL:  Just describing the room.

22           THE COURT:  All right.  Well, you can come to the

23   bench and tell me what the basis of the objection is.

24           (Bench conference.)

25           THE COURT:  Okay.

1            MR. MARANDO:  Just asking questions about the, his

2     testimony before the House Permanent Select Committee seems

3     like it's outside the scope of the direct.

4            THE COURT:  What are we doing?

5            MR. BUSCHEL:  It's just to set that he testified

6     there, and there's some questions about what he testified to,

7     and documents were asked of him and he had lawyers respond.

8     It's general.

9            THE COURT:  About the subject matter of his -- are

10    you going to ask him about things he was asked there?

11           MR. BUSCHEL:  Yes.

12           THE COURT:  That relate to his direct testimony or

13    about all of these other topics?

14           MR. BUSCHEL:  No, I'm not going to ask about the

15    other topics.

16           THE COURT:  All right, is it inconsistent with his

17    in-court testimony?

18           MR. BUSCHEL:  Some yes, some no.  It's not a big

19    deal.

20           THE COURT:  I'm just saying if it's inconsistent with

21    his in-court testimony, you can bring it out.  If it's not

22    inconsistent with his in-court testimony it's hearsay and you

23    can't bring it up.

24           MR. BUSCHEL:  I understand.

25           THE COURT:  All right.

```
 1        (Open court.)

 2   BY MR. BUSCHEL:

 3   Q.    You were brought to Congress, there were many congressman

 4   and congresswomen asking you questions about various topics

 5   outside of Roger Stone?

 6   A.    Yes, sir.

 7   Q.    You and the Trump campaign did not view Roger Stone as an

 8   access point between the Trump campaign and WikiLeaks, correct?

 9   A.    I did or did not?

10   Q.    Did not.

11   A.    Did not view him as an access point?  I think we did, yes.

12   Q.    You just gave an interview in preparation for your

13   testimony today, right, with the government, with the

14   Department of Justice?

15   A.    What do you mean, an interview?

16   Q.    Did you sit down with them recently?

17   A.    Yes.

18   Q.    And did they ask you that precise question, whether you

19   thought Roger Stone was an access point to WikiLeaks?

20   A.    I think they asked me the exact question they just asked

21   me a few minutes ago.

22   Q.    And you gave a different answer than you just gave right

23   now, didn't you?

24        You said that Roger Stone -- you and the Trump campaign did

25   not view Mr. Stone as an access point between the Trump
```

1    campaign and WikiLeaks.

2    A.    The campaign had no -- had no official access to WikiLeaks

3    or to Julian Assange, but Roger would be considered, if we

4    needed an access point, an access point because he had implied

5    or told me that he had a relationship with WikiLeaks and Julian

6    Assange.

7    Q.    You don't recall Mr. Stone had access to nonpublic

8    information from WikiLeaks, correct?

9               THE COURT:  Do you recall -- do you know --

10   BY MR. BUSCHEL:

11   Q.    He didn't tell you that, did he, that he had nonpublic

12   access to WikiLeaks documents?

13   A.    No, I don't believe he ever did.

14   Q.    And you never spoke to Mr. Stone about who his actual

15   source might be, correct?

16   A.    That never came up.  I thought he would have -- it was

17   always -- I always believed that Roger had the relationship

18   with WikiLeaks and Julian Assange.  It never came up that there

19   was someone else.

20   Q.    But that is your speculation, he did not tell you that.

21   A.    Did not tell me what?

22   Q.    That Julian Assange was that contact person.

23   A.    I don't remember.

24   Q.    In September 2016 -- by September 2016, WikiLeaks already

25   released a large number of emails from the DNC that you felt

1  were marginally helpful to the Trump campaign.

2  A.   That's correct.

3  Q.   You don't remember if Roger Stone had any discussion of

4  WikiLeaks within the campaign, besides you?

5  A.   I don't know.

6  Q.   In fact, in your mind it wasn't a major topic of

7  conversation, was it?

8  A.   That's correct, it was not.

9  Q.   I mean you're -- at the time, you were a busy guy.  The

10  campaigns could be intense, time intensive, you've got

11  everybody talking in your ear, right?

12  A.   That's correct.

13  Q.   Everybody is sending you emails?

14  A.   That's correct.

15  Q.   Everybody has the great idea to turn this campaign around,

16  right, everyone.

17  A.   That's correct.

18  Q.   From the kid in the mailroom to everyone, right?

19  A.   That's correct.

20  Q.   To the guy on the street.

21  A.   That's correct.

22  Q.   And you have to -- being the head person in charge at the

23  time, need to filter all of that?

24  A.   That's correct.

25  Q.   The good ideas from the silly ones, right?

1  A.   That's correct.

2  Q.   And everybody thinks they know something special and have

3  special access and all of this stuff that you don't know, that

4  they know better than you, right?

5  A.   That's correct.

6  Q.   And it's your job to distinguish reality from fantasy, if

7  you will.

8  A.   That's correct.

9  Q.   So in your mind at the time, you had important stuff to

10  look at, and WikiLeaks was not a high priority, was it.

11  A.   That's correct.

12  Q.   You believed that Assange was, quote, a nonevent.

13  A.   That's correct.

14           THE COURT:  At what point?

15           MR. BUSCHEL:  At the event of --

16      Let's get into what the government just showed you.

17  BY MR. BUSCHEL:

18  Q.   At that point where there was a big hype, Drudge Report,

19  two sirens, it was nothing, right, a big dud?

20  A.   It was a big dud, yes.

21  Q.   So you just said, in essence, you were teasing Roger

22  Stone, "Hey, what happened," heckling him, "Nice, nice, your

23  friend, Julian Assange."

24  A.   I didn't heckle, but things that the WikiLeaks thing would

25  do would be marginally helpful.  Things that would hurt Hillary

1   Clinton and help the candidate would be positive for the

2   campaign, we were that far behind.

3   Q.   At that point you thought it was all a lot of talk,

4   nothing from Roger Stone?

5   A.   That morning, yes.

6   Q.   Julian Assange made a promise publicly that he'll have

7   more releases about the Clinton campaign and Clinton things on

8   a weekly basis.  That was public knowledge at that point.

9   A.   That is correct, yes, as I remember.

10  Q.   Even then, even with that announcement, you thought it was

11  nonsense that -- not even something you were concerned with?

12  A.   Not a high priority, yes.

13  Q.   Roger Stone was not sent by anyone in the campaign to talk

14  to Julian Assange, true?

15  A.   Not to my knowledge, no.

16  Q.   And you never had a conversation with Roger Stone about

17  sending someone to talk to Julian Assange, correct?

18  A.   That's correct.

19  Q.   And the campaign, when you were there, never sent anyone

20  to contact Julian Assange?

21  A.   Not to my knowledge, no.

22  Q.   You've spoken to Roger Stone since you left the campaign?

23  A.   I have, yes.

24  Q.   You have spoken to Roger Stone since you -- you had a

25  position in the White House for a period of time?

1   A.   That is correct.

2   Q.   And you have spoken to Roger Stone since you left the

3   White House, correct?

4   A.   That is correct.

5   Q.   You have never spoken about Russian interference in the

6   election with Roger Stone, have you?

7   A.   I have not.

8   Q.   This Billy Bush Weekend time period that you just

9   referenced, others outside of the campaign were taking credit

10  for this event of this WikiLeaks dump, correct?

11  A.   As I remember, when I became cognizant that that happened,

12  yes.

13  Q.   When asked who it might be, you said it could have been

14  Jason Miller who took credit for this?

15  A.   I don't remember saying that.

16  Q.   David Bossie, Brad Parsale, Michael Flynn, Donald

17  Trump Jr., Rudy Giuliani, these are all names that people were

18  going, "Oh, I had something to do with that."

19  A.   I didn't hear that.  I'm not saying it's not true, I just

20  don't remember hearing that.

21  Q.   In fact, in retrospect, you don't think Roger Stone

22  predicted anything having to do with WikiLeaks or talked to

23  someone at WikiLeaks about data dumps, upcoming data dumps.

24  A.   What do you mean, "in retrospect"?

25  Q.   As you sit here today, you don't think that Roger Stone

```
 1   had any inside knowledge and predictions from WikiLeaks.

 2              MR. MARANDO:  Object, Your Honor.

 3              THE COURT:  Sustained.

 4   BY MR. BUSCHEL:

 5   Q.   Roger Stone was not the only person claiming to attempt to

 6   have contact with WikiLeaks as a source, true?

 7              MR. MARANDO:  Objection, Your Honor.

 8              THE COURT:  I think he asked him that question.

 9        To your knowledge, did other people -- well, let's break

10   this into two.

11        Did other people claim to you that they had a connection

12   to WikiLeaks?

13              THE WITNESS:  No, not that I remember.

14              THE COURT:  Are you aware of whether other people

15   claimed publicly that they did?

16              THE WITNESS:  I don't even remember it publicly.  I

17   remember it was -- basically, I think, particularly in

18   conservative media, it was Roger.

19   BY MR. BUSCHEL:

20   Q.   Eric Prince was not an employee of the Trump campaign,

21   true?

22   A.   That's correct.

23   Q.   Held no official position with the campaign?

24   A.   That's correct.

25              MR. BUSCHEL:  One moment, Judge.
```

1          THE COURT:  That's fine.

2      (Pause.)

3          MR. BUSCHEL:  That's it, thank you.

4      Thank you, sir.

5          THE COURT:  All right.  Any redirect of this witness?

6          MR. MARANDO:  Just briefly, Your Honor.

7                     REDIRECT EXAMINATION

8  BY MR. MARANDO:

9  Q.   You were asked on cross-examination about whether or not

10 you were interested in the WikiLeaks release; you were asked

11 that, am I right, by Mr. Buschel?

12 A.   Yes, I think so.

13 Q.   You were interested -- let me rephrase that.

14     You were asked on cross-examination whether or not you were

15 interested in what WikiLeaks had; is that right?

16 A.   That's correct.

17 Q.   Now, I want to pull back up the October 4th email,

18 Exhibit 32.

19     Is this the email that we discussed on direct examination

20 regarding the date that WikiLeaks was supposed to make an

21 announcement releasing materials possibly belonging to Hillary

22 Clinton?

23 A.   At a press conference, yes.

24 Q.   You testified on cross-examination that you weren't

25 necessarily interested in what WikiLeaks has, correct, but --

1  am I right, did you answer that to Mr. Buschel?

2  A.    Yes.

3  Q.    But in this email here, on October 4th, 2016, this is the

4  date of the supposed announcement, am I right?

5  A.    Yes.

6  Q.    At 9:25 a.m. --

7  A.    Yes.

8  Q.    -- that morning, Mr. Stone was the man that you wrote to,

9  to find out what was happening with that announcement; am I

10 right?

11 A.    That's correct.

12 Q.    And there was a reason why you wrote to Mr. Stone at

13 9:25 in the morning, of the morning of that announcement; am I

14 right?

15 A.    That's correct.

16 Q.    And that reason is -- is that reason that he was the

17 access point or the --

18        MR. BUSCHEL:  Objection, leading.

19        THE COURT:  I think you testified on direct that he

20 had few reasons for writing him, so why did you write to Stone,

21 in particular, at 9:25 that morning, what was that?

22        THE WITNESS:  Because Roger was the guy that knew --

23 had told us or told me he knew WikiLeaks and knew Julian

24 Assange.

25        MR. MARANDO:  Thank you.

1   BY MR. MARANDO:

2   Q.   You were also asked on cross-examination about various

3   individuals who took credit for predicting the release of

4   emails by WikiLeaks.

5        You were asked that on cross-examination, correct?

6   A.   That's correct.

7   Q.   So names like Jason Miller were mentioned, and other

8   individuals that may have announced or may have predicted this

9   release of materials; is that right?

10  A.   But I said that I didn't them predict that.

11  Q.   Okay.  But you are aware that -- or you knew that Roger

12  Stone took credit for predicting the release of those emails;

13  am I correct?

14  A.   I think what I said is that over that weekend, when I

15  heard and became aware that there were emails released, that I

16  also believed I heard that Roger Stone was somehow involved in

17  the release of those emails.

18            MR. MARANDO:  Nothing further.

19            THE COURT:  All right.  Mr. Bannon, you are excused

20  as a witness.  Thank you, you may step down.

21        (Witness excused.)

22            THE COURT:  I have some good news for members of the

23  jury.  Our next witness is not in the building and not going to

24  testify today, so we're going to break and let you all enjoy

25  your weekend.

1    I do want to underscore that, again, the case has not yet

2  been submitted to you.  You have heard some evidence, you have

3  not heard all of the evidence.  There will be many

4  opportunities over the next three days to perhaps hear someone

5  discussing the matter on the news or in public, or see

6  something on line.  People may want to ask you about it.  You

7  may be thinking, "Gee, I just need to solidify in my mind what

8  happened about this, that or the other," but you are instructed

9  to put this case out of your mind for the next several days.

10 Do not discuss it with anyone.  If they bring it up, you tell

11 them you don't want to discuss it with them.  If any press

12 information comes to your attention inadvertently, turn the

13 page, click on something else, turn off the TV, leave the room.

14    I will ask you when you get back on Tuesday if you have

15 read or heard anything about the case.  If someone brings

16 something to you or tries to talk to you, please be sure to

17 report that to Mr. Haley when you come back on Tuesday.

18    I hope you all have a great weekend, and we'll see you

19 then.

20    Thank you very much.  You can leave your notebooks here.

21    (Jury excused 3:03 p.m.)

22        THE COURT:  I plan to start at the regular time,

23 9:30 a.m. on Tuesday, so please have the witness here and ready

24 to go at that time, and whoever the witnesses that are to

25 follow the witness on Tuesday morning should be teed up and

1    ready to go.

2        On Wednesday the 13th, I want to let you know that we

3    won't go much later than 4:00 or 4:15 if necessary.  There

4    is -- there's a conflict in the afternoon in another event, and

5    then there may be some cases that I have to hear either

6    Thursday morning or Friday morning that may require us to start

7    a little later, but we'll talk about that at that time.

8        Is there anything the government wanted to bring to my

9    attention now?

10           MR. KRAVIS:  May we approach briefly regarding

11   scheduling?

12           THE COURT:  Yes.

13       Is this a conversation you also want sealed?

14           MR. KRAVIS:  Yes, please.

15           (Bench conference sealed.)

16           THE COURT:  Okay.

17           MR. KRAVIS:  ████████████████████████████████

18   ████████████████████████████████████████████████████

19   ███████████████████████████████████████████████████

20   █████████████████████████████████████████████████

21   ██████████████████████████████████████████████████

22   ████████████████████████████████████████████████████

23   ██████████████████

24       ████████████████████████████████████████████████

25   ████████████████████████████████████████████████████

880



1

2

3          MR. BUSCHEL:

4

5          MR. KRAVIS:

6

7

8

9

10

11          THE COURT:

12

13

14

15

16

17

18

19

20

21

22

23

24

25





882

MR. KRAVIS:



884

1      MR. BUSCHEL: ███████████████████████

2      THE COURT: ██████

3      MR. KRAVIS: ███████████████

4   █████████████████████████████████████

5   █████████████████████████████████████

6   █████████████████████████████████████

7   █████████████████████████████████████

8   █████████████████████████████████████

9   ████████████████████████████████████

10  █████████████

11     THE COURT: ████████████████

12  ██████████████████████████████████████

13  ████████████████████████████████████

14  ████████████████████████████████████

15  ██████████████████████████████████████

16  ████████████████████████████████████

17  ████████████████████████████████████

18  ███████████████

19     MR. KRAVIS: █████████████████

20  ██████████████████

21     THE COURT: ██████████

22  █████████████████████

23     MR. BUSCHEL: █████████████████

24  ███████████

25     THE COURT: ████████████████

885



```
 1  ███████████████████
 2    ████████████████████████████████████████████████████
 3  █████████████████████████
 4        MR. BUSCHEL: ████████████████████████████
 5  ██████████████████████████████████████████████████████
 6  ██████████████████████████████████████████████████████
 7  ████████████████████████████████████████████
 8  ████████████████████████████████████████████████████
 9  █████████████
10        THE COURT: ██████████████████████████
11  ██████
12        MR. BUSCHEL: ██
13        MR. KRAVIS: █████████
14        THE COURT: ███████████████████████████
15  ██████████████████████████████████████████████████
16  ██████████████████████████████████████████████████████
17  ███████████████████████████████████████████████
18  ███████████████████████████████████████████████
19  ████████████████████████████████████████
20        MR. KRAVIS: ████████████████████████████
21  ███
22        MR. BUSCHEL: ████████
23        MR. KRAVIS: ████
24        THE COURT: ███████████████████████████
25  ████████████████████████████████████████████
```

1   ███████████████████████

2    ██████████████████████████████████

3   █████████████████████████████████████████

4   ███████████████████████████████████████

5   ███████████████████████████████████████

6   ██████████████████████████████████████

7   ███████████████████████

8        MR. KRAVIS:  ████████████████

9        MR. BUSCHEL:  █████████████████

10       (Open court.)

11       THE COURT:  All right, court is adjourned until

12  Tuesday.

13       (Trial adjourned at 3:15 p.m.)

14                    -oOo-

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE

 2        I certify that the foregoing is a true and correct

 3   transcript, to the best of my ability, of the above pages, of

 4   the stenographic notes provided to me by the United States

 5   District Court, of the proceedings taken on the date and time

 6   previously stated in the above matter.

 7        I further certify that I am neither counsel for, related

 8   to, nor employed by any of the parties to the action in which

 9   this hearing was taken, and further that I am not financially

10   nor otherwise interested in the outcome of the action.

11
     _____      _____
12   /s/ Crystal M. Pilgrim, RPR, FCRR    Date: November 9, 2019

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:19-cv-01278-RBW   Document 227-12   Filed 03/18/20   Page 68 of 80

**- Case**

-ooo [1] 886/14
/
/s [1] 887/12
0
018 [1] 826/4
1
10 [1] 859/21
100 [2] 826/22 827/3
1000 [1] 826/22
12 [1] 859/21
120 [1] 827/8
130-120 [1] 827/8
1300 [1] 827/4
13th [1] 879/2
14 [4] 848/14 858/7 858/8 859/21
14th [5] 847/12 847/17 848/24 854/14 856/23
15 [2] 853/15 853/17
16 [1] 859/22
17th [1] 859/12
18 [1] 829/3
18th [5] 852/2 852/3 859/7 859/9 859/13
19-18 [1] 829/3
19-CR-018 [1] 826/4
1917 [1] 838/20
1918 [1] 832/17
1995 [1] 834/2
1:55 [1] 826/7
2
20001 [1] 827/18
2011 [1] 848/6
2012 [1] 848/6
2016 [33] 834/17 834/18 834/24 834/25 835/12 835/19 836/2 836/8 836/11 836/15 837/5 838/1 839/21 839/24 840/13 847/1 847/12 848/14 848/25 850/7 850/11 854/14 856/23 859/7 859/9 861/11 862/12 863/25 864/11 864/13 869/24 869/24 876/3
2017 [4] 838/21 839/9 851/20 851/25
2018 [2] 832/18 832/19
2019 [4] 826/7 852/2 852/3 887/12
202 [1] 826/18
20530 [1] 826/17
209 [2] 851/15 857/24
20th [1] 837/5
22nd [1] 839/24
235-8259 [1] 827/13
25 [1] 829/15
252-7698 [1] 826/18
25th [3] 836/8 836/11 836/15
28 [2] 858/24 858/25
3
30 [2] 829/15 829/17
32 [3] 861/2 861/7 875/18
328-9064 [1] 827/9

3b then 827/12
333 [1] 827/17
33301 [2] 826/23 827/9
33316 [1] 827/13
33394 [1] 827/4
3:03 [1] 878/21
3:15 [1] 886/13
3rd [1] 826/22
4
4 o'clock [1] 829/20
401 [1] 827/8
4700-F [1] 827/17
4:00 [1] 879/3
4:15 [1] 879/3
4th [6] 861/11 862/12 863/25 864/11 875/17 876/3
5
501 [1] 827/12
530-5301 [1] 827/5
5301 [1] 827/5
55 [7] 836/19 836/25 839/12 839/16 841/16 841/19 843/24
555 [1] 826/17
6
6th [2] 851/20 851/25
7
767-8909 [1] 826/23
7698 [1] 826/18
7th [5] 840/13 840/19 840/22 864/13 864/14
8
8259 [1] 827/13
830 [1] 828/5
841 [1] 828/6
846 [1] 828/8
865 [1] 828/9
875 [1] 828/8
8909 [1] 826/23
9
9064 [1] 827/9
954 [4] 826/23 827/5 827/9 827/13
9:25 [2] 876/6 876/21
9:25 a.m [1] 861/11
9:25 in [1] 876/13
9:30 a.m [1] 878/23
A
A-P-P-E-A-R-A-N-C-E-S [1] 826/13
a.m [3] 861/11 876/6 878/23
AARON [1] 826/15
ability [1] 887/3
about [50] 829/8 831/24 832/14 832/24 839/9 840/10 842/8 843/3 843/13 843/23 844/1 848/20 849/14 850/3 850/13 853/18 853/24 853/24 854/4 854/16 855/21 855/22 856/11 856/18 859/10 861/23 862/5 862/13 862/14 862/15

864/17 866/9 867/1 867/6 867/9 867/10 867/13
867/14 868/4 869/14 872/7 872/16 873/5 873/23 875/9
877/2 878/6 878/8 878/15 879/7
above [4] 863/3 863/13 887/3 887/6
absolutely [1] 866/10
access [18] 857/20 857/21 858/10 858/12 858/12 858/17 862/17 868/8 868/11 868/19 868/25 869/2 869/4 869/4 869/7 869/12 871/3 876/17
action [3] 826/3 887/8 887/10
active [1] 834/9
actual [1] 869/14
actually [2] 854/13 863/25
ADAM [1] 826/15
Adam.Jed [1] 826/20
add [2] 860/20 860/22
added [2] 860/19 860/21
adjourned [2] 886/11 886/13
adjust [1] 831/12
admitted [2] 836/18 858/24
advance [4] 836/10 850/5 853/19 861/22
advised [1] 853/2
advisory [1] 846/25
after [9] 836/14 856/4 856/14 856/15 856/22 857/1 857/9 859/10 859/14
afternoon [10] 826/5 829/12 830/12 841/8 841/9 846/7 847/12 865/1 865/2 879/4
again [6] 842/16 842/20 842/22 844/6 851/2 878/1
agent [1] 860/11
agents [1] 866/16
ago [1] 868/21
agree [1] 835/5
ain't [2] 860/1 860/9
alive [1] 833/24
all [39] 829/5 829/22 830/5 830/8 833/9 837/6 838/9 841/2 841/4 843/10 843/18 844/1 844/6 845/3 845/5 845/17 846/17 850/17 853/5 853/22 854/3 861/8 864/17 864/23 866/8 866/22 867/13 867/16 867/25 870/23 871/3 872/3 873/17 875/5 877/19 877/24 878/3 878/18 886/11
allowed [1] 839/1
almost [1] 834/15
along [2] 836/15 839/13
already [2] 843/16 869/24
also [11] 839/1 840/13 843/12 849/8 855/20 858/22 864/6 866/5 877/2 877/16 879/13
always [2] 869/17 869/17
am [11] 839/22 858/2

Case 1:19-cv-01278-RBW   Document 131-2   Filed 03/18/20   Page 69 of 80

**A**

am... [9]   860/6 875/11
 876/1 876/4 876/9 876/13
 877/13 887/7 887/9
ambassador [3]   856/13
 856/18 856/19
Amendment [1]   831/3
AMERICA [2]   826/3 829/3
AMY [1]   826/11
Andrew [1]   852/10
announce [1]   859/13
announced [3]   859/12
 859/14 877/8
announcement [9]   861/24
 862/8 862/23 862/25
 872/10 875/21 876/4 876/9
 876/13
announcements [2]   862/1
 862/2
annoyed [2]   842/8 842/13
another [3]   855/12 862/14
 879/4
answer [4]   831/14 838/25
 868/22 876/1
answered [1]   843/16
any [40]   835/20 835/23
 836/16 837/12 837/13
 837/21 837/22 839/13
 839/18 840/5 840/5 840/8
 840/8 840/11 840/18
 840/18 840/21 840/21
 840/24 840/24 841/4
 841/13 845/3 848/25 853/2
 854/3 855/6 855/9 856/1
 856/4 856/17 857/9 862/23
 864/9 864/23 870/3 874/1
 875/5 878/11 887/8
anybody [1]   837/22
anyone [7]   831/5 837/19
 842/11 857/19 872/13
 872/19 878/10
anything [12]   836/1
 837/14 837/15 846/23
 847/21 848/20 849/13
 855/16 863/22 873/22
 878/15 879/8
apologies [1]   852/2
apologize [1]   845/14
apparently [1]   845/14
appear [1]   836/7
Appearances [1]   827/1
appeared [5]   836/14
 846/14 866/3 866/5 866/18
appearing [1]   846/10
appears [1]   851/22
appreciative [2]   834/10
 834/13
approach [5]   843/10 844/6
 845/11 851/10 879/10
approximately [3]   850/4
 853/19 859/14
are [28]   829/19 830/1
 830/22 830/25 831/2
 831/17 831/17 834/6
 839/20 839/23 840/3
 840/13 840/16 844/1 845/6
 846/10 849/10 863/8 863/9
 863/24 867/4 867/9 873/17
 874/14 877/11 877/19
 878/8 878/24

areas [1]   831/2
aren't [1]   833/7
around [5]   829/21 848/6
 850/10 864/20 870/15
article [2]   838/18 838/24
articles [1]   848/12
as [38]   831/5 831/14
 832/8 833/7 833/7 833/8
 833/19 834/13 836/5
 836/19 842/24 844/25
 847/11 847/13 847/20
 847/25 848/13 850/8
 850/10 851/3 851/14 853/3
 854/13 856/22 857/15
 858/17 858/24 860/19
 864/20 865/16 868/7
 868/11 868/25 872/9
 873/11 873/25 874/6
 877/20
ASAP [1]   860/6
aside [1]   842/9
Asjz [1]   826/19
ask [13]   831/8 836/15
 837/14 839/2 842/7 842/14
 843/13 854/16 867/10
 867/14 868/18 878/6
 878/14
asked [24]   832/3 835/2
 835/7 835/10 835/12
 835/15 839/13 839/18
 852/24 853/2 853/17 858/9
 866/9 867/7 867/10 868/20
 868/20 873/13 874/8 875/9
 875/10 875/14 877/2 877/5
asking [2]   867/1 868/4
Assange [50]   832/2 832/7
 832/8 832/11 832/16 835/2
 835/3 835/8 835/10 835/13
 835/13 835/15 835/20
 835/23 836/2 836/5 836/7
 836/14 836/16 837/14
 839/18 840/25 849/1
 849/15 849/17 849/22
 850/4 850/12 851/1 853/19
 854/5 854/11 857/7 858/13
 860/23 861/1 861/25
 862/18 862/20 869/3 869/6
 869/18 869/22 871/12
 871/23 872/6 872/14
 872/17 872/20 876/24
Assange's [2]   836/3
 839/14
assist [1]   835/5
assistant [3]   836/3
 844/23 844/25
associated [1]   831/6
attempt [1]   874/5
attention [2]   878/12
 879/9
attorney [6]   830/25 831/5
 832/8 833/12 844/23 845/1
Attorney's [1]   826/16
August [15]   834/24 834/25
 835/12 835/19 836/2 836/8
 836/11 836/15 847/12
 848/14 848/24 854/14
 856/23 859/7 859/9
August 14 [1]   848/14
August 14th [2]   854/14
 856/23
author [2]   848/11 865/16

authorization [1]   844/2
authorize [1]   841/12
authorized [1]   842/10
Avenue [3]   826/22 827/3
 827/17
aware [9]   837/24 838/9
 838/12 838/16 838/17
 845/19 874/14 877/11
 877/15
away [1]   829/19

**B**

back [11]   837/25 838/6
 838/13 839/16 856/21
 857/24 863/5 863/24
 875/17 878/14 878/17
back-and-forth [1]   863/24
Bannon [12]   828/7 845/9
 845/15 846/2 846/9 846/10
 846/17 851/4 858/25 861/7
 865/2 877/19
based [1]   858/20
basically [1]   874/17
basis [2]   866/23 872/8
Bcc [1]   841/21
be [31]   829/16 829/17
 829/23 829/24 832/2 833/4
 835/3 835/14 842/14
 850/19 853/6 858/13
 859/13 859/17 861/23
 861/24 862/8 862/20
 863/18 863/19 869/3
 869/15 870/10 871/25
 872/1 873/13 878/3 878/7
 878/16 878/25 879/5
became [11]   832/1 833/18
 838/16 838/17 856/5 857/2
 859/11 859/15 865/12
 873/11 877/15
because [9]   832/1 833/21
 834/7 834/11 837/14
 837/17 862/17 869/4
 876/22
become [6]   831/25 833/19
 837/24 838/12 856/12
 856/18
been [13]   836/18 841/16
 846/12 846/12 850/8
 851/14 858/23 860/2
 861/21 863/20 865/25
 873/13 878/2
before [23]   826/10 835/16
 835/19 836/10 836/13
 837/6 848/13 848/24
 849/14 850/8 850/20
 850/22 850/22 850/23
 851/18 853/2 853/6 853/22
 853/23 857/2 858/2 865/7
 867/2
began [1]   854/13
begin [1]   847/11
beginning [1]   859/6
begins [1]   859/25
behalf [1]   828/3
behind [5]   859/22 859/23
 860/13 863/23 872/2
being [1]   870/22
believe [11]   849/9 855/20
 855/25 858/16 859/12
 860/25 861/20 862/13
 863/25 864/12 869/13

Case 1:19-cv-01278-RBW Document 180 Filed 12/05/19 Page 70 of 80

**B**

believed [4]  858/11
  869/17 871/12 877/16
belonging [1]  875/21
bench [8]  843/10 843/11
  844/6 844/7 845/13 866/23
  866/24 879/15
BERMAN [1]  826/11
besides [3]  835/24 839/11
  870/4
best [2]  833/8 887/3
better [2]  831/13 871/4
between [4]  854/7 858/17
  868/8 868/25
beyond [2]  843/12 843/15
bglaw [2]  827/5 827/6
bglaw-pa.com [2]  827/5
  827/6
big [4]  867/18 871/18
  871/19 871/20
Bill [1]  833/24
Bill's [1]  833/21
Billy [2]  864/20 873/8
bind [1]  841/18
bit [2]  829/11 862/25
blind [10]  841/17 842/2
  844/5 844/8 844/15 844/17
  844/17 844/18 844/19
  844/21
blow [1]  836/21
Blvd [1]  827/12
boast [1]  854/9
boasting [2]  854/6 854/7
books [1]  848/11
Bossie [1]  873/16
Both [1]  858/22
bottom [6]  859/6 859/24
  861/4 861/8 861/10 861/15
Boulevard [1]  827/8
Brad [1]  873/16
brag [1]  854/4
bragging [2]  854/6 854/7
break [2]  874/9 877/24
Breitbart [5]  847/22
  847/24 848/2 865/8 865/16
briefly [3]  829/9 875/6
  879/10
bring [6]  830/5 863/5
  867/21 867/23 878/10
  879/8
brings [1]  878/15
brogow [1]  826/24
Brooklyn [1]  830/24
brought [3]  833/1 833/10
  868/3
Bruce [3]  826/21 826/21
  841/10
building [3]  845/15
  845/16 877/23
BUSCHEL [6]  827/2 827/3
  827/5 828/9 875/11 876/1
Bush [2]  864/20 873/8
busy [1]  870/9

**C**

call [8]  829/14 829/18
  830/2 830/6 830/10 845/7
  848/18 854/6
calls [1]  845/8
came [9]  833/3 844/16

863/1 863/2 864/18 864/19
864/20 869/16 869/18
campaign [61]  838/1 847/2
  847/9 847/11 847/14
  847/20 848/13 848/24
  849/14 850/5 850/9 850/21
  850/23 853/20 853/23
  854/13 854/18 855/1 855/4
  855/6 855/10 856/5 856/9
  856/11 856/14 856/15
  856/22 857/2 857/5 857/10
  857/14 857/16 857/19
  858/9 858/18 859/11
  859/15 860/2 860/20
  860/23 862/6 862/18
  864/11 865/7 865/12 868/7
  868/8 868/24 869/1 869/2
  870/1 870/4 870/15 872/2
  872/7 872/13 872/19
  872/22 873/9 874/20
  874/23
campaign's [2]  857/20
  857/21
campaigns [2]  860/17
  870/10
CAMPION [2]  827/2 827/6
can [25]  830/6 830/14
  830/20 830/21 831/12
  832/16 833/8 836/20
  836/21 837/11 838/25
  843/17 844/6 845/7 846/3
  853/12 858/25 859/1
  859/24 860/3 861/4 863/5
  866/22 867/21 878/20
can't [1]  867/23
candidate [4]  847/9
  848/23 859/19 872/1
carbon [1]  842/2
case [6]  829/3 851/5
  851/6 878/1 878/9 878/15
cases [1]  879/5
CEO [20]  847/7 847/8
  847/11 847/13 847/20
  848/13 850/8 854/13
  854/17 855/4 855/7 855/10
  856/5 856/9 856/22 857/2
  857/5 857/19 859/11
  859/15
CERTIFICATE [1]  887/1
certify [2]  887/2 887/7
cetera [1]  856/11
chair [1]  864/10
chairman [3]  847/22 848/1
  865/8
CHANDLER [2]  827/11
  827/11
channel [3]  837/25 838/6
  838/14
charge [1]  870/22
charged [1]  853/6
chief [3]  847/7 847/8
  865/12
city [4]  830/23 834/22
  847/18 847/19
claim [7]  837/24 838/6
  838/7 838/9 838/10 838/13
  874/11
claimed [1]  874/15
claiming [1]  874/5
clarify [1]  839/1
clear [3]  830/17 842/21

853/13 853/18 853/19
click [1]  878/13
client [5]  831/25 832/1
  833/1 833/10 842/14
Clinton [3]  857/11
  857/13 857/14 857/16
  859/20 862/5 862/5 862/6
  864/10 872/1 872/7 872/7
  875/22
Clintons [1]  863/14
close [2]  834/6 834/7
cognizant [1]  873/11
college [1]  846/19
COLUMBIA [3]  826/1 826/16
  827/16
come [4]  835/1 855/3
  866/22 878/17
comes [1]  878/12
coming [1]  829/23
commentator [1]  848/12
Committee [4]  840/1 866/6
  866/19 867/2
communicate [1]  848/17
  856/23 857/1
communicating [1]  848/14
communication [1]  841/13
communications [3]  842/11
  856/17 857/9
compelled [2]  846/12
  851/8
complete [1]  829/22
concern [1]  863/8
concerned [2]  844/1
  872/11
conference [9]  843/11
  844/7 845/13 862/1 862/13
  863/22 866/24 875/23
  879/15
confirm [2]  839/13 839/18
conflict [1]  879/4
Congress [2]  866/8 868/3
congressional [1]  843/2
congressman [2]  866/19
  868/3
congresswomen [1]  868/4
connected [3]  831/5
  831/19 837/19
connection [7]  849/15
  849/20 850/4 851/1 853/18
  857/6 874/11
connections [3]  835/23
  848/25 854/4
conservative [2]  865/10
  874/18
considered [1]  869/3
Constitution [1]  827/17
constitutional [1]  831/3
contact [5]  835/20 836/5
  869/22 872/20 874/6
CONTENTS [1]  828/1
context [1]  856/8
continue [3]  834/3 856/23
  857/6
continued [1]  827/1
conversation [5]  849/5
  853/20 870/7 872/16
  879/13
conversations [10]  849/8
  849/10 849/10 850/3 850/6
  850/14 850/20 850/25
  853/18 854/3

Case 1:19-cv-01278-RBW   Document 175-1   Filed 09/15/20

**C**

copied [1]   844/5
copy [11]   841/17 841/18
842/2 844/9 844/10 844/15
844/17 844/17 844/18
844/19 844/22
correct [72]
correctly [6]   854/1
858/14 860/4 861/17
863/11 863/15
could [11]   829/21 830/17
831/14 846/7 849/18 853/6
860/20 860/22 860/24
870/10 873/13
couldn't [2]   834/11
844/24
counsel [1]   887/7
counsel's [2]   865/25
866/13
couple [5]   847/23 848/16
850/18 850/24 865/20
court [20]   826/1 827/15
827/15 827/16 843/20
844/13 845/19 845/22
846/8 846/10 846/15
852/14 865/1 867/17
867/21 867/22 868/1
886/10 886/11 887/5
courtroom [2]   829/4
845/16
coverage [1]   861/20
CR [1]   826/4
Credico [36]   832/21
832/23 832/25 833/16
833/20 834/4 834/6 834/14
834/18 835/1 835/5 835/7
835/12 835/14 835/20
835/23 836/2 836/15 837/3
837/25 838/6 838/13
839/12 839/17 840/9
840/19 840/25 841/12
842/7 842/10 842/16
842/21 842/24 843/1 843/2
843/22
Credico's [3]   835/3 836/7
836/14
credit [4]   873/9 873/14
877/3 877/12
Criminal [3]   826/3 829/2
831/3
cross [11]   828/2 829/15
841/4 841/6 864/23 865/4
875/9 875/14 875/24 877/2
877/5
cross-examination [9]
841/4 841/6 864/23 865/4
875/9 875/14 875/24 877/2
877/5
Crystal [2]   827/15 887/12
crystalmpilgrim [1]
827/18
currently [1]   846/23
cut [2]   863/13 863/22
cynical [1]   863/20

**D**

D.C [2]   826/6 846/18
data [1]   873/23 873/23
date [10]   837/4 851/22
851/24 852/1 862/11

dated [1]   861/11
daughters [1]   834/11
David [1]   873/16
day [7]   826/5 829/24
857/2 859/14 862/23 863/4
864/2
days [3]   859/10 878/4
878/9
DC [2]   826/17 827/18
deal [3]   863/13 863/22
867/19
decided [1]   832/2
defendant [5]   826/8
826/21 827/2 848/3 852/19
defense [2]   830/1 855/11
delay [1]   845/15
Democratic [1]   839/25
Department [2]   866/9
868/14
depended [1]   859/22
depending [1]   859/21
describing [1]   866/21
detailed [2]   864/4 864/5
did [111]
didn't [23]   835/17 835/18
837/12 837/13 838/7
841/18 841/25 842/3 842/8
844/9 850/17 861/21
861/22 863/13 863/21
863/22 864/1 865/13
868/23 869/11 871/24
873/19 877/10
difference [1]   854/7
different [3]   863/19
866/10 868/22
difficult [2]   830/21
833/5
difficulty [1]   831/11
direct [11]   828/2 829/14
830/15 843/12 843/15
846/5 861/8 867/3 867/12
875/19 876/19
directing [1]   861/7
directly [4]   849/11
849/21 849/22 850/3
dirty [1]   860/16
discuss [5]   829/11 848/25
854/12 878/10 878/11
discussed [1]   875/19
discussing [2]   855/9
878/5
discussion [1]   870/3
distance [1]   829/19
distinguish [1]   871/6
DISTRICT [7]   826/1 826/1
826/11 826/16 827/16
827/16 887/5
DNC [1]   869/25
do [67]
documents [3]   864/2 867/7
869/12
does [10]   830/1 831/22
848/7 848/9 852/1 852/5
852/10 855/16 855/24
864/17
doing [1]   867/4
don't [29]   829/15 832/10
833/2 837/17 842/14
842/18 842/25 851/21

856/3 856/20 857/3 857/23
859/21 860/24 862/13
864/14 864/15 869/7
869/13 869/23 870/3 870/5
871/3 873/15 873/20
873/21 873/25 874/16
878/11
Donald [6]   838/1 848/21
857/11 859/19 865/23
873/16
door [1]   845/23
double [1]   862/9
down [4]   852/14 863/9
868/16 877/20
downstairs [1]   833/21
dozen [2]   857/3 866/19
Drudge [2]   862/9 871/18
dud [2]   871/19 871/20
dump [1]   873/10
dumps [2]   873/23 873/23
during [4]   835/1 838/1
839/21 857/5

**E**

ear [1]   870/11
Early [1]   859/25
East [2]   827/8 827/12
either [1]   879/5
election [3]   839/21 857/2
873/6
else [5]   837/15 842/15
844/5 869/19 878/13
email [46]   826/18 826/19
826/19 826/20 826/24
827/5 827/6 827/10 827/14
827/18 837/3 837/4 837/6
837/8 837/10 837/18
839/11 841/15 844/3
844/16 844/18 844/19
844/21 848/18 848/19
859/5 859/6 859/9 859/10
859/16 859/18 859/24
861/10 861/13 861/15
862/11 862/16 862/22
863/3 864/3 864/4 864/7
864/11 875/17 875/19
876/3
emails [15]   839/21 840/14
856/10 857/12 857/13
857/13 857/18 862/5
864/10 869/25 870/13
877/4 877/12 877/15
877/17
employed [2]   834/18 887/8
employee [1]   874/20
encountered [1]   854/17
end [4]   829/20 829/21
832/17 845/25
England [2]   855/24 855/25
enjoy [1]   877/24
enough [1]   843/16
Eric [3]   854/18 854/20
874/20
Esquire [9]   826/14 826/14
826/15 826/15 826/21
827/2 827/2 827/7 827/11
essence [1]   871/21
et [1]   856/11
et cetera [1]   856/11
EU [1]   856/19
European [2]   855/22

**E**

European... [1]   856/13
even [5]   834/24 872/10
872/10 872/11 874/16
event [3]   871/15 873/10
879/4
eventually [3]   836/7
837/24 838/12
ever [23]   831/5 832/8
832/11 835/7 835/15
835/20 836/15 837/18
837/21 839/12 839/18
840/5 840/8 840/18 840/24
841/12 842/24 843/1
848/25 849/18 854/4 855/3
869/13
every [7]   848/16 850/18
850/24 851/2 860/14
863/10 865/19
everybody [5]   862/14
870/11 870/13 870/15
871/2
everyone [2]   870/16
870/18
everything [2]   830/21
852/14
evidence [4]   836/19
858/24 878/2 878/3
exact [1]   868/20
exactly [1]   833/2
examination [14]   829/14
830/15 841/4 841/6 846/5
864/23 865/4 875/7 875/9
875/14 875/19 875/24
877/2 877/5
excused [4]   845/6 877/19
877/21 878/21
executive [6]   847/7 847/8
847/22 847/25 865/8
865/12
exhibit [16]   836/19
836/25 839/11 839/12
839/16 841/16 843/24
844/25 851/15 857/24
858/24 858/25 861/2 861/7
861/9 875/18
Exhibit 209 [1]   851/15
Exhibit 32 [1]   875/18
Exhibit 55 [4]   836/25
839/12 841/16 843/24
expect [1]   829/14
expert [2]   860/11 860/12
extent [1]   832/9

**F**

fact [2]   870/6 873/21
failed [1]   853/5
familiar [5]   839/20
839/24 840/3 840/13
840/16
fantasy [1]   871/6
far [7]   836/10 836/10
850/5 853/19 859/23
860/13 872/2
farther [2]   837/12 837/13
fault [1]   845/25
FBI [1]   866/13
FCRR [2]   827/15 887/12
Fear [1]   863/8
federal [1]   866/16

few [4]   841/10 850/8
868/21 876/20
filter [1]   870/23
financial [1]   846/25
financially [1]   887/9
find [4]   837/11 862/22
862/24 876/9
fine [2]   845/20 875/1
firm [1]   846/25
first [20]   829/14 830/6
830/11 831/3 831/8 835/14
836/21 839/9 841/23 842/1
843/2 843/8 844/21 848/18
851/4 851/6 853/21 854/18
861/5 864/7
five [3]   843/23 847/25
854/25
FL [4]   826/23 827/4 827/9
827/13
floor [1]   847/17
Flynn [1]   873/16
focus [3]   834/16 834/17
834/24
follow [1]   878/25
following [2]   834/3
864/11
forced [1]   851/8
foregoing [1]   887/2
foreign [1]   856/10
form [1]   837/21
Fort [3]   826/23 827/9
827/13
forth [1]   863/24
forward [3]   837/18 837/21
863/10
found [3]   838/3 856/14
856/15
founder [1]   832/4
four [4]   831/24 843/23
847/25 847/25
Fourth [1]   826/17
frequently [7]   848/14
850/15 850/15 851/1 851/2
851/3 853/24
Friday [1]   879/6
friend [2]   836/4 871/23
friendly [2]   833/18
833/19
friends [1]   834/13
friendship [1]   834/4
front [7]   839/17 851/16
851/22 857/25 866/3 866/5
866/18
Ft [1]   827/4
function [1]   834/11
further [6]   841/2 845/2
864/22 877/18 887/7 887/9

**G**

gave [3]   868/12 868/22
868/22
Gee [1]   878/7
general [2]   840/24 867/8
generally [2]   839/24
858/11
Georgetown [1]   846/22
get [3]   845/24 871/16
878/14
getting [2]   845/15 862/7
Gibbons [1]   827/3

gmail.com [2]   827/14
827/18
go [5]   846/19 846/21
878/24 879/1 879/3
going [12]   829/19 837/14
858/7 861/15 863/8 863/10
863/18 867/10 867/14
873/18 877/23 877/24
Goldstein [1]   852/10
good [9]   833/7 841/8
841/9 846/7 860/2 865/1
865/2 870/25 877/22
got [5]   833/22 843/2
843/14 860/17 870/10
gotten [1]   857/13
government [12]   828/3
829/5 829/11 830/13 845/7
845/8 846/2 846/11 846/15
868/13 871/16 879/8
Government's [7]   830/11
836/24 839/16 857/24
858/24 858/25 861/7
grand [11]   851/7 851/9
851/14 851/18 852/17
853/6 853/9 858/1 858/4
858/5 866/3
GRANT [1]   827/7
great [2]   870/15 878/18
ground [1]   860/18
grounds [1]   843/7
Gsmith [1]   827/10
guess [2]   848/18 854/6
guest [1]   836/5
guy [3]   870/9 870/20
876/22

**H**

Haberman [4]   838/17
838/23 838/24 839/5
had [59]   834/3 834/11
834/21 835/7 835/15
835/19 835/23 836/4
838/13 838/18 840/10
840/21 842/10 844/19
848/22 849/1 849/11
849/16 849/21 849/25
853/17 854/10 856/8 857/6
857/10 857/13 857/15
857/23 858/21 860/25
861/21 862/9 862/14
862/19 862/19 863/21
864/3 864/3 864/5 864/6
865/22 867/7 869/2 869/2
869/4 869/5 869/7 869/11
869/17 870/3 871/9 872/16
872/24 873/18 874/1
874/11 875/15 876/20
876/23
Haley [3]   829/8 830/9
878/17
half [3]   831/24 834/8
857/3
happened [6]   842/13
843/13 864/1 871/22
873/11 878/8
happening [1]   876/9
Harrison [4]   831/20
831/21 831/25 832/3
Harvard [1]   846/22
has [10]   836/18 839/12

**H**

has... [8]   841/16 851/14
 856/1 858/23 860/2 870/15
 875/25 878/1
hat [1]   863/20
have [67]
having [5]   831/11 833/4
 861/25 863/24 873/22
he [85]
he'd [1]   848/22
he'll [1]   872/6
he's [6]   845/15 845/16
 848/10 855/18 860/11
 860/12
head [2]   847/23 870/22
header [1]   836/21
hear [11]   838/5 838/9
 844/24 848/25 849/3 849/4
 849/6 849/8 873/19 878/4
 879/5
heard [7]   838/5 839/9
 877/15 877/16 878/2 878/3
 878/15
hearing [4]   831/12 833/4
 873/20 887/9
hearsay [1]   867/22
heckle [2]   862/25 871/24
heckling [1]   871/22
HELD [2]   826/10 874/23
help [2]   857/11 872/1
helped [1]   834/9
helpful [3]   832/2 870/1
 871/25
helping [2]   857/15 857/16
her [2]   831/23 843/13
here [8]   830/10 833/7
 846/10 846/14 873/25
 876/3 878/20 878/23
Hey [1]   871/22
Hi [1]   865/3
high [2]   871/10 872/12
highest [1]   847/8
highly [1]   861/21
Hillary [5]   857/11 857/16
 859/20 871/25 875/21
him [27]   832/13 833/1
 833/2 833/23 834/7 834/9
 834/10 835/2 835/8 835/13
 835/15 835/17 842/19
 849/8 850/14 853/18
 854/22 854/24 856/18
 862/21 863/9 867/7 867/10
 868/11 871/22 874/8
 876/20
himself [1]   847/9
his [22]   834/8 835/14
 837/25 842/10 843/2 843/4
 843/24 845/16 849/14
 850/4 851/1 853/18 854/4
 859/20 860/23 867/1 867/9
 867/12 867/16 867/21
 867/22 869/14
Honor [19]   829/2 829/7
 829/10 830/3 830/4 830/8
 841/3 841/5 843/6 843/9
 845/2 845/4 845/8 845/21
 851/11 864/22 874/2 874/7
 875/6
HONORABLE [1]   826/11
hope [2]   833/7 878/18

hours... [4]   866/14 866/15
 866/15 866/16
House [6]   833/22 866/5
 866/18 867/2 872/25 873/3
how [26]   829/11 829/15
 831/23 831/25 832/13
 832/23 832/25 834/6
 834/14 836/10 836/10
 840/3 840/16 841/18 843/5
 847/24 848/14 848/17
 849/3 850/5 853/19 854/24
 857/1 859/10 860/1 860/8
However [1]   863/9
hurt [2]   857/11 871/25
hurting [1]   857/15
husband [5]   833/1 833/10
 833/12 833/24 834/7
husband's [4]   833/14
 833/14 833/16 834/3
hype [1]   871/18
hyped [3]   861/22 862/15
 863/18
hyping [1]   861/23

**I**

I'll [2]   831/8 833/6
I'm [23]   832/18 832/19
 834/7 835/10 837/17
 838/11 838/22 839/1 840/6
 844/3 844/24 846/24
 850/19 851/14 852/1
 853/14 854/12 858/7
 861/15 863/5 867/14
 867/20 873/19
I've [2]   846/12 846/12
IAN [1]   826/14
idea [2]   852/4 870/15
ideas [5]   855/6 856/10
 856/11 856/11 870/25
ill [1]   834/7
implication [2]   842/20
 842/23
implied [4]   849/21 849/24
 857/12 869/4
importance [1]   862/10
important [1]   871/9
in-court [3]   867/17
 867/21 867/22
inadvertently [1]   878/12
included [1]   836/5
inconsistent [1]   867/16
 867/20 867/22
individual [4]   832/20
 854/20 855/13 855/14
individuals [3]   854/16
 877/3 877/8
information [21]   831/9
 836/6 836/16 839/13
 839/18 839/25 840/5 840/6
 840/8 840/9 840/10 840/11
 840/18 840/21 840/22
 840/25 849/19 850/1 850/2
 869/8 878/12
infrequent [1]   839/4
inside [1]   874/1
instruct [1]   842/16
instructed [1]   878/8
Intelligence [1]   866/6
intense [1]   870/10
intensive [1]   870/10
interaction [1]   856/4

interactions [1]   856/8
interested [5]   875/10
 875/13 875/15 875/25
 887/10
interference [1]   873/5
interview [3]   836/11
 868/12 868/15
interviewed [1]   865/25
interviews [2]   866/8
 866/13
intimated [1]   835/16
investor [1]   846/24
involved [1]   877/16
is [66]
isn't [6]   851/4 852/17
 852/22 852/24 853/7
 853/10
issues [1]   833/4
it [95]
it's [16]   830/19 830/21
 833/5 837/3 859/5 862/10
 862/24 867/3 867/5 867/8
 867/18 867/20 867/21
 867/22 871/6 873/19
its [2]   848/13 856/22

**J**

JA [1]   837/11
JACKSON [1]   826/11
January [2]   852/2 852/3
January 18th [1]   852/3
JASON [3]   826/7 873/14
 877/7
JED [1]   826/15
job [1]   871/6
JOHN [3]   826/14 840/14
 864/10
joined [11]   848/13 848/24
 849/14 850/8 850/21
 850/22 850/23 853/23
 856/22 857/9 865/7
joining [2]   850/5 853/19
JON [1]   826/15
JONATHAN [1]   826/14
Jonathan.kravis3 [1]
 826/18
JR [2]   826/7 873/17
JUDGE [3]   826/11 864/25
 874/25
Julian [27]   832/7 835/2
 840/25 849/1 849/15
 849/17 849/22 850/12
 853/18 854/10 857/7
 858/13 860/23 861/1
 861/25 862/18 862/20
 869/3 869/5 869/18 869/22
 871/23 872/6 872/14
 872/17 872/20 876/23
July [3]   839/24 851/20
 851/25
jurors [1]   852/17
jury [22]   826/5 826/10
 830/5 830/7 830/8 831/11
 833/4 836/20 851/7 851/9
 851/14 851/18 853/6 853/9
 858/1 858/4 858/5 858/23
 861/3 866/3 877/23 878/21
just [29]   829/10 829/21
 830/20 830/21 833/7
 836/21 839/1 841/10 842/9
 845/18 845/24 849/5

Case 1:19-cv-01278-RBW   Document 71/16 1874/19 d 03/18/20 may Page 74 833/16 838/7

**J**

just... [17]   849/16 858/9
863/21 864/19 866/21
867/1 867/5 867/20 868/12
868/20 868/22 871/16
871/21 873/8 873/19 875/6
878/7
Justice [2]   866/9 868/14

**K**

kid [1]   870/18
kill [1]   863/9
kind [3]   832/10 835/16
842/9
Kingdom [1]   855/18
knew [9]   848/22 851/3
863/25 865/15 865/22
876/22 876/23 876/23
877/11
know [49]   829/15 830/1
830/21 831/8 832/4 832/10
832/20 833/2 833/5 833/22
834/12 834/18 834/20
835/22 838/7 841/18
841/18 841/23 841/25
842/3 842/18 844/11
844/18 848/7 848/11
848/20 850/1 851/2 853/12
854/20 855/14 855/16
855/19 855/21 856/1
859/21 860/1 860/3 860/8
860/24 860/25 863/20
864/9 869/9 870/5 871/2
871/3 871/4 879/2
knowledge [14]   835/19
835/21 835/22 835/22
835/25 855/24 862/3 864/4
864/5 872/8 872/15 872/21
874/1 874/9
known [2]   832/23 854/24
KRAVIS [1]   826/14
Kunstler [14]   828/4
830/12 830/13 830/19
830/20 830/23 831/11
832/20 833/15 834/16
836/24 839/20 841/8 845/6

**L**

large [1]   869/25
Las [2]   827/8 827/12
last [3]   832/15 834/8
844/24
late [1]   850/10
later [2]   879/3 879/7
Lauderdale [4]   826/23
827/4 827/9 827/13
law [4]   826/21 827/11
831/3 831/3
lawyer [3]   832/3 837/17
842/24
lawyers [5]   832/1 843/3
843/5 866/16 867/7
leading [1]   876/18
leave [2]   878/13 878/20
led [2]   853/22 860/25
left [2]   872/22 873/2
legal [1]   843/1
let [6]   835/11 853/12
860/3 875/13 877/24 879/2
let's [5]   830/5 841/19

860/6 871/16 874/19
library [3]   831/9 831/16
831/16
like [15]   829/13 830/9
833/17 835/16 837/17
842/14 842/17 850/17
852/1 854/16 857/4 861/22
862/10 867/3 877/7
likewise [1]   829/17
line [6]   836/22 853/15
853/17 858/7 858/8 878/6
line 4 [1]   858/8
list [1]   844/10
little [5]   829/11 829/19
830/21 862/25 879/7
live [4]   830/23 846/17
846/18 855/24
lives [3]   829/19 833/3
855/25
living [3]   846/23 848/7
855/17
load [1]   863/10
London [2]   861/21 863/9
long [5]   829/15 831/23
832/23 854/24 866/14
longer [1]   831/22
longstanding [2]   848/22
865/22
look [3]   837/15 851/16
871/10
looked [2]   841/15 841/23
looks [1]   830/9
lot [3]   850/16 862/7
872/3
Lots [1]   860/2
loud [1]   830/17
love [1]   836/4

**M**

made [8]   834/9 835/20
838/7 838/13 842/21 849/6
858/21 872/6
Maggie [4]   838/17 838/23
838/24 839/5
mailroom [1]   870/18
maintain [2]   834/4 834/8
major [1]   870/6
make [4]   838/5 845/18
860/17 875/20
making [2]   838/10 862/1
Malik [8]   855/14 855/16
855/24 856/1 856/4 856/9
856/12 856/17
man [1]   876/8
many [12]   843/5 847/24
857/1 859/10 866/9 866/9
866/15 866/16 866/16
866/16 868/3 878/3
MARANDO [3]   826/14 828/5
828/8
Margaret [4]   828/4 830/12
830/13 830/19
marginally [2]   870/1
871/25
marked [1]   851/14
material [1]   831/16
materials [5]   831/17
839/23 857/10 875/21
877/9
matter [4]   851/7 867/9
878/5 887/6

maybe [5]   848/18 850/7
845/11 851/11 854/17
856/8 865/1 877/8 877/8
877/20 878/6 878/7 879/5
879/6 879/10
maybe [5]   848/18 850/7
854/6 857/12 863/22
me [23]   835/11 835/17
837/3 837/15 844/4 844/16
844/19 844/23 844/25
849/23 853/12 860/3
862/19 864/3 864/5 866/23
868/20 868/21 869/5
869/21 875/13 876/23
887/4
mean [9]   832/18 842/3
849/24 854/9 860/10
860/15 868/15 870/9
873/24
means [3]   837/22 844/9
862/10
media [8]   840/4 840/17
850/16 860/2 861/21
861/22 862/4 874/18
meet [3]   832/25 848/2
848/5
meeting [2]   843/3 843/14
meetings [1]   843/1
members [1]   877/22
memory [1]   864/13
mention [6]   850/13 850/15
850/17 851/1 853/24 854/8
mentioned [2]   850/16
877/7
message [1]   836/6
met [2]   833/2 854/22
mic [2]   830/20 831/12
MICHAEL [2]   826/14 873/16
Michael.marando [1]
826/19
mics [1]   833/7
might [7]   856/6 856/7
856/10 857/18 863/20
869/15 873/13
Miller [2]   873/14 877/7
mind [5]   860/9 870/6
871/9 878/7 878/9
mine [1]   836/4
minutes [4]   829/15 829/15
829/17 868/21
Miss [1]   830/23
Miss Kunstler [1]   830/23
moment [1]   874/25
month [1]   835/1
months [3]   843/23 850/8
853/22
more [3]   834/24 866/15
872/7
morning [10]   861/16
861/20 872/5 876/8 876/13
876/13 876/21 878/25
879/6 879/6
moving [1]   855/12
Mr [8]   828/5 828/6 828/8
828/9 832/11 855/1 855/3
855/6
Mr. [109]
Mr. Assange [17]   832/2
832/8 832/16 835/3 835/8
835/10 835/15 835/20
835/23 836/2 836/5 836/7

Case 1:19-cv-01278-RBW   Document 854-20   Filed 03/18/20   Page 75 of 80

## M

Mr. Assange... [5]   836/16
 837/14 839/18 850/4 851/1
Mr. Assange's [2]   836/3
 839/14
Mr. Bannon [8]   845/15
 846/10 846/17 851/4
 858/25 861/7 865/2 877/19
Mr. Buschel [2]   875/11
 876/1
Mr. Credico [26]   832/23
 832/25 833/16 833/20
 834/4 834/14 835/1 835/5
 835/12 835/14 836/2
 836/15 837/25 839/12
 839/17 840/9 840/19
 840/25 842/7 842/10
 842/16 842/21 842/24
 843/1 843/2 843/22
Mr. Credico's [3]   835/3
 836/7 836/14
Mr. Haley [3]   829/8 830/9
 878/17
Mr. Malik [7]   855/16
 855/24 856/1 856/4 856/9
 856/12 856/17
Mr. Prince [1]   855/10
Mr. Rogow [1]   844/8
Mr. Stone [38]   829/4
 838/5 838/13 848/5 848/7
 848/15 848/17 849/11
 849/13 849/13 850/3
 850/20 852/19 854/4 856/2
 856/24 857/1 857/6 857/10
 858/21 859/6 859/7 859/15
 859/19 859/24 860/8
 860/19 860/22 862/12
 862/17 863/4 863/17
 863/24 868/25 869/7
 869/14 876/8 876/12
Mr. Stone's [1]   850/12
Mrs. [1]   841/8
Mrs. Kunstler [1]   841/8
Ms. [12]   830/12 830/20
 831/11 831/25 832/3
 832/20 834/16 836/21
 836/24 839/20 845/6 861/4
Ms. Harrison [2]   831/25
 832/3
Ms. Kunstler [7]   830/20
 831/11 832/20 834/16
 836/24 839/20 845/6
Ms. Margaret [1]   830/12
Ms. Rhode [2]   836/21
 861/4
much [4]   831/13 845/5
 878/20 879/3
Mueller [1]   858/5
my [15]   832/1 833/1 834/7
 835/21 835/25 841/10
 844/3 851/17 852/2 863/20
 872/15 872/21 878/7 879/8
 887/3

## N

name [14]   830/17 832/20
 833/14 841/10 841/12
 842/10 842/16 843/24
 844/1 844/3 846/7 851/16
 851/17 855/14

named [1]   854/20
names [2]   873/17 877/7
narrow [1]   834/24
national [3]   839/25
 855/11 862/10
natural [1]   862/21
NE [1]   826/22
necessarily [1]   875/25
necessary [1]   879/3
need [3]   845/25 870/23
 878/7
needed [1]   869/4
neither [1]   887/7
never [11]   840/11 842/16
 849/21 849/22 860/2
 869/14 869/16 869/18
 872/16 872/19 873/5
new [5]   834/22 839/6
 847/18 847/19 860/2
news [6]   847/22 862/4
 865/8 865/10 877/22 878/5
newspaper [1]   848/12
next [5]   829/23 845/7
 877/23 878/4 878/9
nice [2]   871/22 871/22
no [36]   826/4 831/21
 833/25 836/17 837/11
 837/20 837/23 839/15
 840/10 840/10 840/12
 840/20 840/23 841/1
 841/14 842/3 842/12
 843/25 844/16 845/4
 845/25 846/16 850/15
 852/4 862/24 864/14
 864/16 867/14 867/18
 869/2 869/2 869/13 872/15
 872/21 874/13 874/23
nonevent [1]   871/12
nonpublic [2]   869/7
 869/11
nonsense [1]   872/11
not [55]   835/21 835/23
 835/25 837/14 837/16
 837/20 838/11 840/20
 842/19 842/21 844/3
 844/15 844/19 845/23
 846/16 846/24 847/23
 850/15 850/16 850/25
 851/2 852/19 856/1 864/9
 867/14 867/18 867/21
 868/7 868/9 868/10 868/11
 868/25 869/20 869/21
 870/8 871/10 872/11
 872/12 872/13 872/15
 872/21 873/7 873/19
 873/19 874/5 874/13
 874/20 875/9 875/14
 877/23 877/23 878/1 878/3
 878/10 887/9
not-for-profits [1]
 847/23
not-profits [1]   846/24
note [1]   836/3
notebooks [1]   878/20
notes [1]   887/4
nothing [9]   841/2 845/2
 863/1 863/2 864/22 866/10
 871/19 872/4 877/18
notice [1]   841/23
November [3]   826/7 838/20
 887/12

now [2]   834/16 836/1
 836/14 836/24 837/18
 839/20 840/24 843/13
 845/16 848/2 848/13
 848/24 850/19 851/2 852/7
 854/3 854/12 855/12 856/7
 857/5 858/7 859/18 861/19
 864/9 868/23 875/17 879/9
number [4]   829/3 843/3
 852/24 869/25
numerous [1]   866/1
NW [2]   826/17 827/17

## O

o'clock [1]   829/20
oath [2]   852/19 852/22
object [1]   874/2
objection [5]   843/6
 866/20 866/23 874/7
 876/18
obtain [1]   849/18
occur [1]   850/6
October [11]   840/13
 840/19 840/22 861/11
 862/12 863/25 864/11
 864/13 864/14 875/17
 876/3
October 4th [3]   861/11
 862/12 863/25
October 7th [2]   840/19
 840/22
off [2]   831/8 878/13
office [8]   826/16 826/21
 827/11 833/21 847/13
 847/16 865/25 866/14
officer [3]   847/7 847/8
 865/12
official [3]   827/15 869/2
 874/23
often [4]   832/13 833/22
 834/14 850/18
Oh [2]   853/21 873/18
Okay [10]   835/18 843/19
 844/12 851/10 855/12
 858/4 864/22 866/25
 877/11 879/16
Olas [2]   827/8 827/12
once [1]   834/15
one [8]   829/13 845/25
 857/23 859/14 860/22
 862/16 862/24 874/25
ones [2]   830/1 870/25
online [1]   831/15
only [3]   832/9 839/17
 874/5
ooo [1]   886/14
Open [5]   843/20 844/13
 845/22 868/1 886/10
operative [2]   848/16
 865/16
opponent [1]   859/20
opportunities [1]   878/4
opposition [2]   860/12
 860/16
orally [1]   837/21
originally [1]   832/25
other [13]   835/23 837/22
 847/9 853/25 862/25
 863/21 867/13 867/15
 874/9 874/11 874/14 877/7
 878/8

Case 1:19-cv-01278-RBW   Document 190-4   Filed 03/18/20   Page 76 of 80

**O**

others [1]   873/9
otherwise [1]   887/10
our [2]   833/3 877/23
out [18]   836/11 837/11
 838/4 856/14 856/15
 859/25 861/22 861/23
 862/21 862/22 862/24
 863/19 864/18 864/19
 864/20 867/21 876/9 878/9
outcome [1]   887/10
outside [4]   845/23 867/3
 868/5 873/9
over [4]   833/18 847/10
 877/14 878/4
overlaps [1]   832/10

**P**

P-R-O-C-E-E-D-I-N-G-S [1]
 829/1
P.A [3]   826/21 827/3
 827/7
p.m [3]   826/7 878/21
 886/13
pa.com [2]   827/5 827/6
page [9]   851/16 851/22
 853/12 853/13 853/14
 853/17 858/7 858/8 878/13
 887/3
pages [1]   887/3
PAIGE [1]   827/11
Parsale [1]   873/16
part [3]   841/21 844/24
 861/4
particular [2]   846/1
 876/21
particularly [1]   874/17
parties [1]   887/8
pass [5]   834/1 836/15
 839/13 840/8 840/18
passed [1]   840/24
passing [2]   833/21 834/3
past [1]   843/23
Pause [2]   845/10 875/2
people [7]   845/24 861/23
 873/17 874/9 874/11
 874/14 878/6
perhaps [1]   878/4
period [3]   834/16 872/25
 873/8
perjury [1]   853/6
Permanent [3]   866/5
 866/18 867/2
person [3]   869/22 870/22
 874/5
personally [3]   854/22
 858/16 858/17
phone [1]   848/18
physical [1]   847/13
pick [1]   830/21
Pilgrim [2]   827/15 887/12
place [1]   853/20
Plaintiff [2]   826/4
 826/14
plan [1]   878/22
planning [2]   829/18 830/2
Players2 [3]   842/3 842/4
 842/7
playing [1]   860/2
please [8]   841/19 846/7
 861/3 861/5 865/1 878/16

pleased [1]   842/19
Podesta [2]   840/14 864/10
point [19]   833/2 857/20
 857/21 858/10 858/12
 858/12 858/17 862/17
 868/8 868/11 868/19
 868/25 869/4 869/4 871/14
 871/18 872/3 872/8 876/17
points [1]   859/22
pole [1]   859/21
police [1]   863/9
policy [1]   856/10
political [3]   848/10
 848/10 865/16
politics [2]   855/22
 855/23 860/13
polling [1]   859/22
polls [1]   859/20
position [3]   847/8 872/25
 874/23
positive [1]   872/1
possess [1]   840/5
possessed [2]   840/11
 840/21
possession [1]   839/14
possible [1]   834/10
possibly [2]   857/11
 875/21
potential [2]   857/13
 858/12
potentially [6]   850/1
 857/14 857/15 860/21
 862/1 862/5
practice [1]   831/2
precise [1]   868/18
predict [1]   877/10
predicted [2]   873/22
 877/8
predicting [2]   877/3
 877/12
predictions [1]   874/1
preparation [1]   868/12
present [4]   829/4 830/7
 830/8 852/7
presidential [3]   838/1
 839/21 847/1
press [7]   861/20 861/25
 862/7 862/13 863/21
 875/23 878/11
pretty [3]   859/23 860/1
 860/9
previously [4]   836/18
 847/1 858/23 887/6
Prince [7]   854/18 854/20
 855/1 855/3 855/6 855/10
 874/20
principally [1]   848/19
Prior [4]   835/7 835/10
 835/12 847/20
priority [2]   871/10
 872/12
private [2]   850/20 853/18
privately [1]   858/22
probably [2]   832/17
 848/16
proceed [4]   829/6 829/12
 830/14 846/3
proceedings [1]   887/5
productive [1]   829/24
professor [1]   855/18

profits [2]   846/24 847/23
program [2]   834/21 836/4
promise [1]   872/6
prosecutor [1]   852/24
prosecutors [1]   852/7
provided [1]   887/4
providing [1]   855/6
provocateur [1]   860/11
public [6]   837/24 838/5
 849/6 849/7 872/8 878/5
publication [3]   831/9
 831/15 831/17
publicly [7]   858/22
 859/12 859/13 859/14
 872/6 874/15 874/16
publish [2]   836/20 861/3
pull [2]   841/19 875/17
pursuant [1]   846/11
put [7]   835/2 835/8
 835/13 835/15 836/1 842/9
 878/9
putting [1]   863/20

**Q**

question [4]   838/25
 868/18 868/20 874/8
questions [9]   839/2
 841/10 852/24 853/2
 854/16 866/9 867/1 867/6
 868/4
quite [3]   833/22 864/4
 864/5
quote [2]   837/25 871/12
quote/unquote [1]   837/25

**R**

radio [7]   834/21 834/22
 835/3 835/14 836/4 836/7
 836/14
Randy [13]   832/21 833/22
 834/6 834/9 834/12 834/18
 835/7 835/20 835/23 837/3
 838/6 838/13 841/12
Randy's [1]   836/5
reach [1]   862/21
reached [1]   836/11
read [14]   837/10 837/11
 837/12 837/13 854/1 858/8
 858/14 860/4 861/15
 861/17 863/3 863/11
 863/15 878/15
ready [3]   829/5 878/23
 879/1
reality [1]   871/6
really [1]   831/4
reason [4]   863/21 876/12
 876/16 876/16
reasons [2]   862/16 876/20
recall [4]   843/5 857/3
 869/7 869/9
recalling [1]   829/2
received [3]   837/10 842/1
 859/18
receiving [1]   837/8
recently [3]   843/22
 843/23 868/16
recognize [3]   836/24
 859/2 861/10
record [1]   830/18
Recross [1]   828/2
redirect [4]   828/2 845/3

**R**
redirect... [2]   875/5
  875/7
refer [2]   857/24 864/19
reference [1]   861/19
referenced [1]   873/9
referring [1]   839/16
regarding [7]   840/6 840/8
  840/11 840/18 840/21
  875/20 879/10
regular [1]   878/22
relate [1]   867/12
related [5]   839/25 840/14
  862/2 864/10 887/7
relationship [19]   833/16
  848/21 848/22 849/15
  849/16 849/19 849/21
  849/25 850/4 850/12
  854/10 856/1 860/23
  860/25 862/19 862/20
  865/23 869/5 869/17
relative [1]   859/20
release [17]   839/21
  839/23 839/24 840/6 840/9
  840/10 840/13 840/19
  840/22 850/1 850/2 864/1
  875/10 877/3 877/9 877/12
  877/17
released [3]   864/9 869/25
  877/15
releases [1]   872/7
releasing [1]   875/21
relevance [2]   843/8 843/8
remember [28]   832/16
  836/10 837/8 838/12
  838/16 838/19 848/5
  850/10 851/3 851/18
  851/21 855/9 856/20
  859/10 859/19 861/19
  864/14 864/17 864/19
  869/23 870/3 872/9 873/11
  873/15 873/20 874/13
  874/16 874/17
repeat [1]   831/14
rephrase [2]   835/11
  875/13
report [2]   871/18 878/17
reporter [4]   827/15
  827/15 839/5 852/14
represent [5]   831/20
  833/1 842/24 858/20 865/6
representation [1]   858/20
represented [7]   831/5
  831/19 831/20 831/23
  832/8 832/9 857/17
representing [1]   832/1
request [3]   829/20 835/19
  837/21
requests [1]   836/16
require [1]   879/6
research [2]   860/12
  860/16
respectfully [1]   829/20
respond [3]   860/6 863/17
  867/7
responded [3]   853/21
  858/11 863/13
response [1]   843/4
responsive [1]   863/3
rest [1]   843/17

result [21] 7833/19 e834/20
retrospect [2]   873/21
  873/24
Rhode [2]   836/21 861/4
right [54]   829/5 829/22
  830/5 833/9 833/11 837/6
  838/9 841/2 841/4 843/10
  843/18 844/11 845/3 845/5
  845/17 846/17 852/17
  852/20 852/22 852/25
  853/5 853/7 853/10 853/22
  854/3 859/13 861/5 864/17
  864/17 864/23 865/20
  866/1 866/16 866/22
  867/16 867/25 868/13
  868/22 870/11 870/16
  870/18 870/25 871/4
  871/19 875/5 875/11
  875/15 876/1 876/4 876/10
  876/14 877/9 877/19
  886/11
rights [1]   853/3
ROBERT [2]   827/2 858/5
roger [45]   826/7 829/3
  837/24 841/13 841/17
  844/9 848/3 848/16 848/20
  848/25 849/18 850/24
  856/21 858/13 858/17
  860/11 861/13 863/10
  865/6 865/15 865/19
  865/22 866/10 868/5 868/7
  868/19 868/24 869/3
  869/17 870/3 871/21 872/4
  872/13 872/16 872/22
  872/24 873/2 873/6 873/21
  873/25 874/5 874/18
  876/22 877/11 877/16
Rogow [5]   826/21 826/21
  828/6 841/10 844/8
room [3]   827/17 866/21
  878/13
ROUTMAN [2]   827/11 827/11
Routmanc [1]   827/14
rowlaw.com [1]   826/24
RPR [2]   827/15 887/12
Rudy [1]   873/17
run [1]   846/24
running [1]   859/25
Russian [1]   873/5

**S**
S.E [1]   827/3
said [19]   829/8 833/10
  838/18 838/18 838/23
  838/23 839/9 842/3 842/13
  842/18 849/8 850/17
  852/15 865/19 868/24
  871/21 873/13 877/10
  877/14
same [2]   858/1 863/4
Sarah [2]   831/20 831/21
satisfied [1]   829/24
say [6]   834/15 843/22
  849/24 856/7 857/3 863/22
saying [7]   830/22 836/3
  844/16 862/4 867/20
  873/15 873/19
says [2]   841/21 861/15
scenes [1]   863/23
schedule [1]   834/9
scheduling [2]   829/9

scope [3]   843/12 843/15
  867/3
screen [1]   839/12
sealed [2]   879/13 879/15
second [3]   829/17 832/2
  833/22
secretly [2]   831/10
  831/17
security [2]   855/11 863/8
see [13]   829/11 834/14
  835/2 835/13 841/21
  841/22 844/9 844/17
  844/19 844/21 858/25
  878/5 878/18
seems [1]   867/2
seen [2]   837/6 844/15
Select [3]   866/6 866/18
  867/2
send [1]   862/11
sending [4]   844/19 862/22
  870/13 872/17
sent [14]   831/10 831/17
  844/9 856/10 859/7 859/9
  859/11 859/15 861/13
  862/16 864/3 864/5 872/13
  872/19
September [3]   837/5
  869/24 869/24
serious [1]   863/8
Session [1]   826/5
set [1]   867/5
seven [1]   854/25
several [1]   878/9
she [5]   831/21 831/21
  832/1 843/16 844/9
should [3]   829/17 842/21
  878/25
shouldn't [1]   842/20
show [7]   835/3 835/14
  836/8 836/14 836/18 842/2
  858/23
showed [4]   839/11 841/16
  858/1 871/16
showing [2]   844/22 851/14
shown [3]   841/16 844/23
  844/25
shows [1]   844/10
side [1]   860/12
silly [1]   870/25
SIMCHA [1]   826/15
since [3]   872/22 872/24
  873/2
sir [4]   863/12 866/17
  868/6 875/4
siren [1]   862/9
sirens [1]   871/19
sit [1]   868/16 873/25
site [2]   849/25 865/10
six [2]   854/25 859/25
SMITH [1]   827/7
so [42]   829/17 829/19
  830/5 830/21 832/10 833/5
  833/10 833/22 834/13
  834/25 837/18 839/16
  840/11 840/24 842/8
  842/21 842/25 843/13
  846/14 849/9 850/19
  850/20 851/3 853/17
  854/13 856/15 859/9
  859/13 859/14 862/20

**S**

so... [12]   862/22 863/18
  864/4 864/6 866/19 871/9
  871/21 875/12 876/20
  877/7 877/24 878/23
solidify [1]   878/7
some [15]   845/14 846/24
  854/16 856/10 857/12
  857/18 860/17 862/1
  863/21 867/6 867/18
  867/18 877/22 878/2 879/5
somebody [3]   836/11
  842/14 842/15
somehow [1]   877/16
someone [8]   837/15 844/5
  844/18 869/19 872/17
  873/23 878/4 878/15
something [13]   850/12
  850/16 853/23 857/4 862/5
  863/18 863/19 871/2
  872/11 873/18 878/6
  878/13 878/16
sometime [3]   839/9 850/7
  850/10
sometimes [2]   832/9
  845/24
sorry [11]   832/18 832/19
  833/6 835/10 838/22 839/3
  840/7 844/24 852/1 854/12
  863/5
sort [2]   845/15 860/19
sound [4]   852/1 852/5
  852/10 864/17
source [2]   869/15 874/6
speak [2]   830/20 833/8
special [4]   865/25 866/13
  871/2 871/3
specific [1]   834/16
specifically [2]   842/18
  864/14
speculation [1]   869/20
spoke [2]   865/19 869/14
spoken [8]   832/11 832/13
  832/15 843/22 872/22
  872/24 873/2 873/5
spring [2]   850/7 850/11
standing [1]   863/9
start [2]   878/22 879/6
started [1]   845/24
starting [1]   850/1
state [2]   830/17 846/7
stated [1]   887/6
statements [3]   849/3
  849/6 849/7
states [9]   826/1 826/3
  826/11 827/16 829/3
  846/11 856/12 859/24
  887/4
station [1]   834/22
stenographic [1]   887/4
step [1]   877/20
Stephen [3]   828/7 845/9
  846/9
STEVEN [1]   846/2
still [5]   831/20 833/4
  833/24 839/12 859/25
STONE [77]
Stone's [1]   850/12
Stones's [1]   848/21
strategist [1]   848/11

strategysmith [1]
  strategysmith.com [1]
  827/10
street [2]   826/17 870/20
stuff [2]   871/3 871/9
subject [1]   867/9
subjects [1]   855/21
submitted [1]   878/2
subpoena [6]   843/2 843/3
  843/4 843/14 846/11
  846/15
subpoenaed [1]   846/12
subsequent [1]   838/3
subsequently [1]   833/19
Suite [4]   826/22 827/4
  827/8 827/12
summer [3]   850/7 850/10
  850/11
supporter [1]   855/1
supposed [4]   861/24 862/8
  875/20 876/4
sure [5]   838/11 844/3
  845/18 850/19 878/16
surprised [1]   841/15
Sustained [1]   874/3
SWORN [2]   830/13 846/2

**T**

TABLE [1]   828/1
take [2]   829/15 853/20
taken [2]   887/5 887/9
takes [1]   845/24
taking [2]   852/14 873/9
talk [12]   829/8 850/13
  850/18 850/24 853/24
  860/3 860/6 872/3 872/13
  872/17 878/16 879/7
talked [3]   848/16 853/24
  873/22
talking [1]   870/11
TARA [1]   827/2
teasing [1]   871/21
Tech [1]   846/22
technically [1]   832/10
Ted [1]   855/14
teed [1]   878/25
telephone [1]   837/22
tell [11]   849/14 849/18
  852/22 853/5 857/6 857/10
  866/23 869/11 869/20
  869/21 878/10
ten [3]   832/14 832/24
  857/4
testified [6]   851/4 851/7
  867/5 867/6 875/24 876/19
testify [5]   846/13 851/8
  851/9 852/3 877/24
testifying [2]   851/6
  851/18
testimony [7]   858/4 867/2
  867/12 867/17 867/21
  867/22 868/13
than [7]   837/12 837/13
  847/9 866/15 868/22 871/4
  879/3
thank [13]   831/13 839/7
  844/12 845/5 845/18
  845/21 846/4 861/4 875/3
  875/4 876/25 877/20
  878/20
that [282]

833/16 833/20 833/21 833/2
  843/16 844/16 845/20
  851/8 851/17 852/16
  852/18 852/21 852/23
  853/1 853/4 853/8 853/11
  854/2 857/24 858/15 860/5
  860/7 861/12 861/14
  863/16 864/7 864/8 865/9
  865/14 865/18 866/12
  870/2 870/8 870/12 870/14
  870/17 870/19 870/21
  870/24 871/1 871/5 871/8
  871/11 871/13 872/18
  874/22 874/24 875/1 875/3
  875/16 876/11 876/15
  877/6
them [7]   831/10 849/4
  849/6 868/16 877/10
  878/11 878/11
then [10]   835/16 859/19
  860/6 862/11 862/11
  863/19 863/21 872/10
  878/19 879/5
then-candidate [1]   859/19
there [32]   833/22 835/1
  837/11 843/5 850/10
  851/22 851/23 852/7 852/7
  852/12 852/14 852/17
  852/17 852/20 857/12
  861/5 861/20 862/7 862/23
  866/19 867/6 867/10 868/3
  869/18 871/18 872/19
  876/12 877/15 878/3 879/3
  879/5 879/8
there's [4]   845/14 862/24
  867/6 879/4
these [4]   849/10 849/10
  867/13 873/17
they [21]   830/1 833/18
  845/24 845/25 849/16
  852/9 860/17 863/8 863/21
  863/21 864/1 864/12
  864/20 868/18 868/20
  868/20 871/2 871/4 874/11
  874/15 878/10
thing [2]   842/8 871/24
things [8]   837/17 853/25
  855/11 860/17 867/10
  871/24 871/25 872/7
think [41]   829/22 831/11
  832/14 833/4 838/3 838/20
  842/19 842/25 847/25
  848/6 848/10 848/19 849/5
  849/21 850/7 850/15
  853/21 853/22 853/24
  855/18 855/22 856/8
  857/12 857/18 857/23
  858/11 859/12 861/25
  862/4 862/13 862/24
  864/20 868/11 868/20
  873/21 873/25 874/8
  874/17 875/12 876/19
  877/14
thinking [1]   878/7
thinks [2]   863/8 871/2
third [3]   827/3 829/18
  829/18
this [65]
those [8]   849/3 850/5
  850/25 857/9 862/2 866/8
  877/12 877/17

thought [6]   860/24 864/6
  868/19 869/16 872/3
  872/10
three [1]   878/4
through [7]   836/1 837/22
  840/4 840/17 845/25
  849/19 858/8
Throughout [1]   866/8
Thursday [1]   879/6
time [42]   826/7 829/21
  829/21 832/15 834/17
  835/1 835/7 835/10 835/12
  835/14 839/17 840/5 840/8
  840/18 840/21 840/24
  845/24 848/20 850/17
  851/4 851/6 852/1 853/21
  857/5 858/16 859/18
  859/25 860/24 862/7
  864/21 865/15 865/19
  870/9 870/10 870/23 871/9
  872/25 873/8 878/22
  878/24 879/7 887/5
times [4]   832/14 839/6
  857/1 866/1
title [2]   847/4 847/6
today [8]   829/20 829/21
  834/6 846/10 846/14
  868/13 873/25 877/24
told [10]   842/14 842/18
  849/22 850/3 853/5 853/9
  862/19 869/5 876/23
  876/23
took [7]   847/10 852/19
  852/22 864/3 873/14 877/3
  877/12
tool [1]   860/14
toolbox [1]   860/14
top [1]   841/21
topic [4]   856/18 862/14
  862/14 870/6
topics [5]   855/9 866/10
  867/13 867/15 868/4
total [1]   832/14
totally [2]   857/3 863/19
toto [1]   844/21
touch [5]   835/2 835/8
  835/13 835/15 836/2
tougher [1]   860/12
touted [1]   861/21
Tower [2]   847/17 855/3
transcript [3]   826/10
  858/1 887/3
TRIAL [3]   826/5 826/10
  886/13
tricks [1]   860/16
tries [1]   878/16
true [7]   838/8 866/6
  872/14 873/19 874/6
  874/21 887/2
Trump [44]   838/2 847/1
  847/9 847/11 847/14
  847/17 847/20 848/13
  848/21 848/24 849/14
  850/5 850/9 850/21 850/23
  854/13 854/17 855/1 855/3
  855/10 856/5 856/9 856/22
  857/2 857/5 857/9 857/11
  857/16 857/19 858/18
  859/11 859/15 859/19

868/25 870/1 873/17
  874/20
Trump Jr [1]   873/17
truth [2]   852/22 853/6
try [5]   830/20 833/6
  833/7 839/4 842/22
trying [2]   856/12 856/18
Tuesday [5]   878/14 878/17
  878/23 878/25 886/12
turn [10]   853/12 855/12
  856/21 858/7 861/2 861/22
  861/22 870/15 878/12
  878/13
turned [1]   863/19
Turning [1]   839/23
TV [1]   878/13
twelve [1]   857/4
two [5]   829/13 829/22
  834/11 879/11 874/10
twofold [1]   862/24
types [2]   855/11 860/16

**U**

U.S [3]   826/16 844/23
  846/15
U.S. [2]   845/1 856/19
U.S. ambassador [1]
  856/19
U.S. Attorney [1]   845/1
under [2]   832/14 863/16
underscore [1]   878/1
understand [5]   842/5
  843/16 844/8 860/9 867/24
understanding [1]   864/6
understood [1]   853/9
Union [2]   855/22 856/13
united [9]   826/1 826/3
  826/11 827/16 829/3
  846/11 855/18 856/12
  887/4
unquote [1]   837/25
until [1]   886/11
up [17]   829/23 830/21
  833/8 836/21 837/15
  841/19 845/25 853/22
  860/17 863/1 863/2 867/23
  869/16 869/18 875/17
  878/10 878/25
upcoming [1]   873/23
us [3]   836/1 876/23 879/6
usdoj.gov [4]   826/18
  826/19 826/19 826/20
use [8]   841/12 842/10
  842/16 843/24 844/1 844/3
  860/13 860/17

**V**

value [3]   860/19 860/21
  860/22
various [2]   868/4 877/2
very [6]   829/24 833/5
  834/9 834/12 845/5 878/20
view [6]   857/15 858/17
  860/19 868/7 868/11
  868/25
Virginia [1]   846/22
voice [1]   830/17
voluntarily [1]   846/14
voting [1]   859/25

waiting [1]   845/23
walk [1]   836/1
want [25]   829/8 834/16
  834/17 834/24 836/18
  839/1 843/13 845/18
  850/19 853/12 854/12
  855/12 856/21 857/24
  858/7 858/23 861/2 861/8
  863/3 875/17 878/1 878/6
  878/11 879/2 879/13
wanted [3]   829/10 834/8
  879/8
was [129]
Washington [4]   826/6
  826/17 827/18 846/18
wasn't [4]   851/3 862/14
  862/23 870/6
way [5]   834/11 845/16
  853/22 861/8 863/17
ways [1]   860/22
WBAI [1]   834/21
we [31]   829/10 829/13
  829/13 829/13 829/14
  829/15 829/18 829/19
  829/20 829/21 829/22
  830/4 830/9 830/21 833/7
  836/20 839/11 845/11
  850/17 853/24 857/23
  859/21 859/22 864/19
  867/4 868/11 869/3 872/2
  875/19 879/2 879/10
we'll [2]   878/18 879/7
we're [2]   834/13 877/24
website [1]   862/9
Wednesday [1]   879/2
week [4]   829/24 834/15
  836/13 863/10
weekend [6]   864/19 864/20
  873/8 877/14 877/25
  878/18
weekly [1]   872/8
weeks [5]   848/16 850/18
  850/24 860/1 865/20
well [14]   834/7 835/16
  837/11 838/7 841/19 842/1
  842/14 842/18 843/15
  860/11 860/16 863/18
  866/22 874/9
went [3]   864/4 864/5
  864/6
were [55]   829/18 838/9
  841/15 842/13 843/1 843/5
  847/24 848/2 848/14
  849/10 852/7 852/7 852/9
  852/12 852/17 853/17
  854/17 855/3 855/7 855/10
  856/9 857/13 857/14
  857/19 859/21 859/22
  861/23 861/25 862/22
  865/7 865/15 866/9 866/14
  866/19 867/7 868/3 868/3
  870/1 870/9 871/21 872/2
  872/11 872/19 873/9
  873/17 875/9 875/10
  875/10 875/13 875/14
  875/14 877/2 877/5 877/7
  877/15
weren't [1]   875/24
what [66]

# W

when [39]   832/15 833/3
834/1 834/7 835/12 837/10
838/16 838/17 838/19
841/15 841/23 842/1 843/2
843/14 843/22 844/21
844/23 844/25 847/10
847/11 849/24 850/3
853/12 853/17 853/24
859/11 859/13 860/3 860/8
860/13 860/17 863/24
866/18 872/19 873/11
873/13 877/14 878/14
878/17
where [11]   834/20 841/21
845/24 845/25 846/17
846/21 847/16 849/3
859/19 863/6 871/18
whether [7]   835/22 856/1
864/9 868/18 874/14 875/9
875/14
which [6]   834/9 839/12
839/16 841/16 844/10
887/8
while [10]   847/13 848/2
854/17 855/3 855/6 855/10
856/9 856/17 857/19
865/15
White [2]   872/25 873/3
who [16]   830/1 831/19
831/19 832/4 832/6 838/24
842/2 842/3 842/7 844/19
857/19 858/9 869/14
873/13 873/14 877/3
whoever [1]   878/24
whole [1]   842/8
why [13]   837/13 837/16
843/13 862/11 862/11
862/16 862/22 862/24
863/17 864/1 864/7 876/12
876/20
WikiLeaks [68]
WikiLeaks' [3]   839/14
839/20 839/23
will [4]   829/16 871/7
878/3 878/14
William [1]   833/15
win [3]   859/25 860/1
860/8
within [3]   843/23 858/9
870/4
without [2]   844/2 846/15
witness [19]   829/14
829/17 829/18 829/19
830/6 830/10 830/11
830/13 845/7 846/2 852/12
853/3 864/24 875/5 877/20
877/21 877/23 878/23
878/25
witnesses [3]   829/13
829/23 878/24
won't [1]   879/3
word [1]   849/24
work [3]   831/21 834/20
847/1
worked [1]   847/13
working [4]   847/11 847/20
854/13 865/16
would [44]   829/11 829/13
829/23 829/24 832/2 833/7

834/15 835/3 835/13
835/16 836/4 841/18
844/15 844/15 844/18
844/19 846/14 846/16
850/8 850/13 850/15
850/17 850/24 850/25
850/25 853/23 854/7
854/16 855/3 857/3 857/11
857/15 858/13 859/13
859/17 862/2 862/20
862/21 869/3 869/16
871/24 871/25 871/25
872/1
wouldn't [2]   844/17 854/6
write [1]   876/20
writer [3]   848/11 855/19
865/16
writes [3]   855/20 855/21
855/22
writing [1]   876/20
wrote [6]   836/3 844/17
860/8 864/7 876/8 876/12

# Y

Yeah [1]   855/20
year [2]   834/8 848/5
years [7]   831/24 832/24
833/18 847/24 847/25
847/25 854/25
yes [102]
yet [1]   878/1
York [4]   834/22 839/6
847/18 847/19
you [393]
you're [7]   830/1 844/11
853/13 857/5 858/9 860/13
870/9
you've [2]   870/10 872/22
your [64]

# Z

ZELINSKY [1]   826/15