**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CABLE NEWS NETWORK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 20, 2020, Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this consolidated Freedom of Information Act ("FOIA") case. In that Minute Order, the Court vacated the pending processing deadlines in this case and ordered the parties to confer and "file a joint status report proposing a schedule governing further proceedings in this case."

Defendant provides the following update as to the impact on FOIA processing operations as a result of the ongoing pandemic. The Federal Bureau of Investigation ("FBI"), and,

specifically, the Record/Information Dissemination Section ("RIDS"), is primarily responsible for processing and producing the non-exempt portions of the FD-302s to Plaintiffs.  RIDS employees have been designated as not mission-critical and were sent home as of March 17, 2020.  Second Decl. of Michael G. Seidel ¶ 8 (Apr. 9, 2020).  "While RIDS initially anticipated that its staff would return to work on March 30, 2020, the situation has continued to develop." *Id.*  "As a result, and subject to continued reassessment, RIDS now anticipates that its staff will return on a limited basis no earlier than April 27, 2020." *Id.*  Accordingly, "[u]ntil at least April 27th, no production of records pursuant to FOIA will be made." *Id.*

Based on these representations from FBI regarding its operating status and the developing situation concerning the pandemic's effect on governmental operations, the parties respectfully request that they file another joint status report on April 27, 2020, to propose a schedule governing further proceedings in the case. The parties also agree that their counsel will confer by telephone on April 22, 2020, to discuss whether the FBI is able to make alternative plans to resume production of FD-302s if RIDS does not resume ordinary operations on April 27, 2020.

Dated: April 13, 2020                          Respectfully submitted,

                                                */s/ Charles D. Tobin*
                                           Charles D. Tobin (D.C. Bar No. 455593)
                                           tobinc@balladspahr.com
                                           Matthew E. Kelley (D.C. Bar No. 1018126)
                                           kelleym@ballardspahr.com
                                           BALLARD SPAHR LLP
                                           1909 K Street, NW
                                           Washington, D.C. 20006-1157
                                           T: (202) 661-2200
                                           F: (202) 661-2299
                                           *Counsel for Cable News Network, Inc.*

*/s/ Matthew V. Topic*
Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037
*Counsel for Leopold and BuzzFeed, Inc.*

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12012
Washington, D.C. 20005
Telephone: (202) 616-8467
Facsimile: (202) 616-8470
courtney.d.enlow@usdoj.gov

*Counsel for the Defendant*