IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 19-cv-1278 (RBW) |
| CABLE NEWS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION <br><br> Defendant. | Civil Action No. 19-cv-1626 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 15, 2020, Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this consolidated Freedom of Information Act ("FOIA") case. In that Minute Order, the Court ordered the parties to confer and "file a joint status report proposing a schedule governing further proceedings in this case."

    **I.**    **Defendant's Statement**

Defendant provides the following update as to the impact on FOIA processing operations as a result of the ongoing pandemic. The Federal Bureau of Investigation ("FBI"), and,

specifically, the Record/Information Dissemination Section ("RIDS"), is primarily responsible for processing and producing the non-exempt portions of the FD-302s to Plaintiffs.  RIDS employees were designated as not mission-critical and were sent home as of March 17, 2020. Decl. of David Hardy ¶ 13 (Apr. 24, 2020).  Based on its assessment of the current circumstances, RIDS management has determined that RIDS "can safely resume FOIA operations in a limited fashion and will do so as of April 29, 2020." *Id.* ¶ 17.  RIDS's operations will be limited in order to practice social distancing and to take into account the inability of certain employees to return to work. *See id.* ¶¶ 17–19.  Specifically, "[t]o maximize social distancing, no more than 1/3 of RIDS employees will be permitted to work on any given day," and three teams of employees will rotate their work days (*i.e.*, Team A will work on Wednesday, April 29, Team B on Thursday, April 30, Team C on Friday, May 1, and then Team A again on Monday, May 4 and so on). *Id.* ¶ 18.  In addition to this rotating schedule, approximately "15% of the workforce has self-identified as being higher risk for severe illness" and "will remain on administrative leave at this time." *Id.* ¶ 19.  And employees who are sick may not return to work until they have been fever- and cough-free for 24 hours. *Id.*  Finally, other employees will be unable to return to work because "schools and day care facilities are closed." *Id.*  Accordingly, "while RIDS will be resuming FOIA operations on April 29, it will be in a limited fashion given the limitations necessitated by social distancing and other health and safety measures." *Id.* ¶ 21.

       Based on these representations from FBI regarding its operating status and the developing situation concerning the pandemic's effect on governmental operations, Defendant respectfully requests that the parties file another joint status report in 30 days (on May 27, 2020), to address the operating status of RIDS and propose a schedule governing further proceedings in the case. During this 30-day period, RIDS's goal is to process at least some pages in each of its

approximately 100 pending cases in litigation, including some pages of the FD-302s at issue in this case. Because the RIDS employees have not yet returned to work, the FBI is unable to provide an estimate at this time as to the number of pages of FD-302s RIDS will be able to process in the month of May. The FBI proposes that it release any non-exempt portions of any processed FD-302s to Plaintiffs on June 1, 2020.

**II.      Plaintiffs' Statement**

Plaintiffs CNN, Leopold and BuzzFeed understand that it will take the DOJ time to resume full compliance with the Court's Order of February 5, 2020 [Dkt. 60] in light of the resumption of RIDS operations. Plaintiffs, however, believe the Court should order the FBI to resume processing and producing the FD-302 reports as provided in that order to ensure, to the greatest extent possible, that this information, which is of critical importance to voters in the November Presidential election, is produced in full by October 2020. Plaintiffs therefore disagree that the FD-302 reports that the Court has ordered processed and produced in this case should be processed in the same manner as all other requests included in other pending FOIA litigation against the FBI. Indeed, the FBI has acknowledged to this Court that expedited treatment "is an ordering mechanism, allowing certain FOIA requesters to jump to a faster processing queue" than other requesters. [Dkt. 58 at 7.]

Plaintiffs therefore propose that the Court order the FBI to report to Plaintiffs, within 10 business days: (1) the total estimated pages per month FBI believes it will be able to process and an explanation of how it arrived at that estimate; and (2) a list identifying the case name and court-ordered production rate for all FOIA requests in pending litigation that are being processed as expedited requests, as the Court similarly required in its Order of January 13, 2020 [Dkt. 53 at

3]. This will enable the parties to better confer, and if necessary, seek the Court's assistance with respect to the further schedule.

Plaintiffs further propose that the parties then confer and submit a Joint Status Report on May 15, 2020, with their proposals for processing in this case beginning on July 1, 2020. In the meantime, FBI should process the request to the best of its ability as FBI has proposed.

Dated: April 27, 2020                                   Respectfully submitted,

    */s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@ballardspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

 */s/ Matthew V. Topic*
Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037
*Counsel for Leopold and BuzzFeed, Inc.*

  ETHAN P. DAVIS
  Principal Deputy Assistant Attorney General

  ELIZABETH J. SHAPIRO
  Deputy Director

  */s/ Courtney D. Enlow*
  COURTNEY D. ENLOW (N.C. Bar No. 46578)

        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W., Room 12012
        Washington, D.C. 20005
        Telephone: (202) 616-8467
        Facsimile: (202) 616-8470
        courtney.d.enlow@usdoj.gov

        *Counsel for the Defendant*