UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 19-1626 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on June 8, 2020, it is hereby

**ORDERED** that, on or before July 1, 2020, the United States Department of Justice (the "Department") shall process at least five hundred (500) pages of the typewritten narratives of the FD-302 forms created by the Federal Bureau of Investigation (the "FBI") in relation to Special Counsel Mueller's investigation into Russian interference in the 2016 United States presidential election (the "FBI FD-302s") and produce the non-exempt portions of the typewritten narratives

of the FBI FD-302s to plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network.  It is further

**ORDERED** that, beginning on July 2, 2020, and until otherwise ordered by the Court, the Department shall (1) process, on a monthly basis, at least eight hundred (800) pages of the typewritten narratives of the FBI FD-302s (unless fewer than eight hundred (800) pages remain, in which case the remaining balance shall be processed); and (2) produce, on or before August 3, 2020, and thereafter on the first business day of every month, the non-exempt portions of the typewritten narratives of the FBI FD-302s to plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network.

**ORDERED** that, on or before September 11, 2020, the parties shall submit a joint status report regarding the status of the Department's processing and production obligations.  It is further

**ORDERED** that the status conference currently scheduled for June 18, 2020, is **VACATED**.  It is further

**ORDERED** that, on July 23, 2020, at 10:00 a.m., the parties shall appear before the Court for a hearing on the parties' cross-motions for summary judgment.

**SO ORDERED** this 9th day of June, 2020.

REGGIE B. WALTON  
United States District Judge