# **Exhibit A**

**From:** Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>
**Sent:** Wednesday, August 12, 2020 10:04 AM
**To:** Matt Topic <matt@loevy.com>
**Cc:** FOIA Team <foia@loevy.com>; Tobin, Charles D. (DC) <TobinC@ballardspahr.com>
**Subject:** RE: Mueller 302s 19 CH 1278

⚠ **EXTERNAL**
Good morning Matt,

I have received the following information from the FBI. Consultation/coordination requests for 49 FD-302s have been pending more than 60 days, and consultation/coordination requests for an additional 12 FD-302s have been pending more than 30 days. As stated below and in the declaration of David Hardy, the FBI's practice has been to "follow[] up on outstanding consultation/coordination requests with [other governmental agencies] on a regular basis," Hardy Decl. ¶ 15, Dkt. 58-1, and it continues to do so with respect to the outstanding consultation/coordination requests.

Thanks,
Courtney

**From:** Matt Topic <matt@loevy.com>
**Sent:** Friday, August 07, 2020 10:09 AM
**To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
**Cc:** FOIA Team <foia@loevy.com>; Tobin, Charles D. <TobinC@ballardspahr.com>
**Subject:** Re: Mueller 302s 19 CH 1278

Thanks Courtney. Can you please let us know how many consults have been pending for more than 30 and more than 60 days?

On Thu, Aug 6, 2020 at 2:55 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:

Hi Matt,

I have received the following information from the FBI. In the month of July, the FBI processed 800 pages of the typewritten narratives of the FD-302 forms related to the Special Counsel's investigation. Pursuant to the procedures outlined in the declaration of David Hardy, Dkt. 58-1, the FBI withheld from the August 3 production 49 FD-302s because the FBI sent consultation/coordination requests to 15 other governmental agencies so that they can review the records for their equities and advise the FBI on how to handle (i.e., disclose or redact) their information. As explained in Mr. Hardy's declaration, the FBI "do[es] not identify the agency or agencies to which [it is] sending records as part of [its] processing of a FOIA request . . . to avoid potential inadvertent disclosure of classified and/or law enforcement sensitive information that would otherwise be exempt under the FOIA." Hardy Decl. ¶ 11, Dkt. 58-1.

So far, consultation/coordination requests have been sent to 23 agencies and concern a total of 129 FD-302s.  Out of the total number of consultation/coordination requests, the FBI has received responses from other governmental agencies and produced to Plaintiffs 6 FD-302s in prior productions. The FBI did not include in the August 3 production any FD-302s that were previously withheld from prior productions on the basis of consultation/coordination requests.  The FBI's practice has been to "follow[] up on outstanding consultation/coordination requests with [other governmental agencies] on a regular basis," *id.* ¶ 15, and it continues to do so with respect to the outstanding consultation/coordination requests.

Thanks,

Courtney

**From:** Matt Topic <matt@loevy.com>
**Sent:** Tuesday, August 04, 2020 9:14 PM
**To:** Enlow, Courtney D. (CIV) <cenlow@CIV.USDOJ.GOV>
**Cc:** FOIA Team <foia@loevy.com>; Tobin, Charles D. <TobinC@ballardspahr.com>
**Subject:** Re: Mueller 302s 19 CH 1278

Thank you.

On Tue, Aug 4, 2020, 7:43 PM Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov> wrote:

Hi Matt,

I should be able to give you an update this week.

Best regards,

Courtney

Courtney Enlow

U.S. Department of Justice

(202) 616-8467

On Aug 4, 2020, at 11:45 AM, Matt Topic <matt@loevy.com> wrote:

Hi Courtney.  Can you please update us on the status of all the referrals and consults?  Who has them, which records, and for how long have they had them?  I thought Judge Walton had ordered that each monthly release include an update on that but I could be mistaken and haven't double checked the orders.

Matt

--

**Matthew Topic**

**Loevy & Loevy**

311 North Aberdeen, 3rd Floor

Chicago, IL 60607

312-789-4973 (direct)

773-368-8812 (cell)

matt@loevy.com

3

www.loevy.com/attorneys/matthew-v-topic

@mvtopic


*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com


*Encrypted communications available.*


The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.


--

**Matthew Topic**
**Loevy & Loevy**

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
matt@loevy.com

www.loevy.com/attorneys/matthew-v-topic
@mvtopic

*To schedule a call or meeting, click here:* https://freebusy.io/matt@loevy.com

*Encrypted communications available.*

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me

5

immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.