IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) |
| Defendants. | ) |
| CABLE NEWS NETWORK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS EMERGENCY CONSENT MOTION FOR EXTENSION OF TIME AND REQUEST FOR EXPEDITED RULING**

On September 1, 2020, Defendant filed an emergency consent motion for extension of time to comply with this Court's Order to process 800 pages of the typewritten narratives of the FBI FD-302s and produce by September 1 the non-exempt portions of the typewritten narratives of the FD-302s to Plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network.[1]  Dkt. 84. Defendant sought a one-day extension based on technical issues experienced by the FBI. Since that filing, the FBI resolved its technical issues and has released the non-exempt portions of the typewritten narratives of the FBI FD-302s to Plaintiffs. Accordingly, Defendant no longer requires

---

[1] Undersigned counsel appreciates the willingness of Plaintiffs' counsel to consent to the emergency motion.

an extension of time to comply with the Court's Order, Dkt. 80, and respectfully withdraws its emergency consent motion for extension of time.

Dated: September 1, 2020          Respectfully submitted,

                                                 ETHAN P. DAVIS
                                                 Acting Assistant Attorney General
                                                 Civil Division

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Director
                                                 Federal Programs Branch

                                                 */s/ Courtney D. Enlow*
                                                 COURTNEY D. ENLOW (N.C. Bar No. 46578)
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street, N.W.
                                                 Room 12102
                                                 Washington, D.C. 20005
                                                 Tel: (202) 616-8467
                                                 Email: courtney.d.enlow@usdoj.gov

                                                 *Counsel for Defendant*