IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) |
| Defendants. | ) |
| CABLE NEWS NETWORK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 9, 2020 (Dkt. 80), Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this consolidated Freedom of Information Act ("FOIA") case. In that Order, the Court ordered the parties to "submit a joint status report regarding the status of the Department's processing and production obligations."

The Court has ordered that by October 30, 2020, the FBI will conclude processing and production of all typewritten narratives of the FD-302s. Dkt. 90. As to the FD-302s sent to other agencies for consultation, the Court has ordered that by October 9, 2020, those agencies

must conclude the consultation process, and that any agency that represents it will be unable to meet that deadline must attend a hearing the Court has set for October 7, 2020. *Id.* Defendant have moved for clarification and/or reconsideration of that Order to the extent that it requires the consultation/coordination requests identified by the FBI in the month of September to be completed by October 9 and to the extent it requires the identities of the other governmental agencies to be revealed to Plaintiffs at the status conference set for October 7, 2020. Plaintiffs will oppose the Defendant's motion because, if the Court grants it, the release of information that the Court already has determined is of pressing public interest will be delayed until after the November 3, 2020, Presidential Election.

On August 20, 2020, defense counsel contacted Plaintiffs' counsel to inquire about next steps in the case. Specifically, defense counsel inquired whether Plaintiffs would seek processing of the handwritten notes and/or the attachments to any of the FD-302s after the FBI completed its processing of the typewritten narratives of the FD-302s. Defense counsel further informed Plaintiffs' counsel that if Plaintiffs seek the handwritten notes or attachments to the FD-302s or any other records, the FBI anticipates that there will be a gap in processing between the completion of the typewritten narratives of the FD-302s and the handwritten notes and/or attachments, as the FBI will need time to search for and process the requested records. Plaintiffs' counsel has stated that Plaintiffs will seek additional records following the completion of processing of the typewritten narratives of the FD-302s, but have not yet specified which records. The parties will continue to confer regarding the processing and production of the remaining portions of Plaintiffs' FOIA requests.

The parties respectfully request that the Court permit the parties to continue their discussions and set October 23, 2020 as the deadline for a joint status report containing a proposal for further proceedings in this case.

Dated: September 11, 2020         Respectfully submitted,

  /s/ Charles D. Tobin
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

  /s/ Matthew V. Topic
Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037
*Counsel for Leopold and BuzzFeed, Inc.*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

  /s/ Courtney D. Enlow
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12012
Washington, D.C. 20005
Telephone: (202) 616-8467

       Facsimile: (202) 616-8470
       courtney.d.enlow@usdoj.gov

*Counsel for the Defendant*