IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO COURT ORDER**

On September 8, 2020, the Court ordered that "on or before October 9, 2020, the government agencies to which the Department has sent typewritten narratives of the FD-302s for consultation shall complete their review of such documents."[1] Amended Order at 2, Dkt. 90. The Court further stated that "[i]n the event that any agency cannot comply with the Court's deadline, a representative from that agency and the parties shall appear before the Court for a status conference on October 7, 2020, at 9:00 a.m."[2] *Id.* The Court then ordered Defendant to "advise

---

[1] At the hearing on Defendant's Motion for Clarification and Partial Reconsideration, held on October 2, 2020, the Court determined that the October 9 deadline does not apply to any consultation/coordination requests that were identified by the FBI in the month of September and sent to other governmental agencies on October 2, 2020.

[2] At the October 2 hearing, the Court converted the October 7 status conference back into an *ex parte* hearing.

the Court of the need for the conference on or before October 5, 2020, so that the Court can coordinate where and how the conference will be conducted in light of the COVID-19 pandemic." *Id.* at 2 n.1.

Undersigned counsel has been informed that not all of the government agencies to which the Federal Bureau of Investigation had sent typewritten narratives of the FD-302s for consultation prior to October 2 will be able to complete their review of such documents by October 9, 2020. Pursuant to the Court's instructions, Defendant accordingly provides notice that there is a need for a hearing on October 7, 2020. Defendant respectfully provides notice that the *ex parte* hearing should take place in a closed courtroom (rather than a telephonic hearing) because classified and/or law enforcement sensitive information may be discussed during the hearing.

Dated: October 5, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*