UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| CABLE NEWS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED ORDER

In accordance with the oral rulings issued by the Court at the motions hearing held on the same date via teleconference, it is hereby

**ORDERED** that the Plaintiffs' Motion to Enforce Orders of November 28, 2019 and December 16, 2019, ECF No. 54, is **DENIED AS MOOT WITHOUT PREJUDICE**. It is further

**ORDERED** that the plaintiffs' Motion to Modify Orders of February 5, 2020 and June 9, 2020, ECF No. 81, is **GRANTED IN PART AND DENIED IN PART**. The motion is granted to the extent that the plaintiffs seek an order from this Court requiring that the United States

Department of Justice (the "Department") release, before the November 2020 presidential election, the non-exempt portions of the typewritten narratives of all the FD-302 forms created by the Federal Bureau of Investigation ("FBI") in conjunction with Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election. The motion is **DENIED** in all other respects.  It is further

**ORDERED** that, on or before October 9, 2020, the government agencies to which the Department has sent typewritten narratives of the FD-302s for consultation shall complete their review of such documents.  In the event that any agency cannot comply with the Court's deadline, a representative from that agency and the Department shall appear before the Court for an ex parte hearing on October 7, 2020, at 9:00 a.m.[1]  It is further

**ORDERED** that, on or before October 30, 2020, the Department shall produce to the plaintiffs the non-exempt portions of the typewritten narratives of all the FD-302 forms created by the FBI in conjunction with Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election, including the typewritten narratives of the FD-302s that were provided to other government agencies for consultation.

**SO ORDERED** this 5th day of October, 2020.

REGGIE B. WALTON
United States District Judge

---

[1] In the event that the ex parte hearing will have to be conducted, counsel for the Department shall advise the Court of the need for the hearing on or before October 5, 2020, so that the Court can coordinate where and how the hearing will be conducted in light of the COVID-19 pandemic.