IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**DEFENDANT'S AMENDED RESPONSE TO COURT ORDER**

On September 8, 2020, the Court ordered that "on or before October 9, 2020, the government agencies to which the Department has sent typewritten narratives of the FD-302s for consultation shall complete their review of such documents."[1] Amended Order at 2, Dkt. 90. The Court further stated that "[i]n the event that any agency cannot comply with the Court's deadline, a representative from that agency and the parties shall appear before the Court for a status conference on October 7, 2020, at 9:00 a.m."[2] *Id.* The Court then ordered Defendant to "advise

---

[1] At the hearing on Defendant's Motion for Clarification and Partial Reconsideration, held on October 2, 2020, the Court determined that the October 9 deadline does not apply to any consultation/coordination requests that were identified by the FBI in the month of September and sent to other governmental agencies on October 2, 2020.

[2] At the October 2 hearing, the Court converted the October 7 status conference back into an *ex parte* hearing.

the Court of the need for the conference on or before October 5, 2020, so that the Court can coordinate where and how the conference will be conducted in light of the COVID-19 pandemic." *Id.* at 2 n.1.

On October 5, 2020, Defendant advised the Court that a hearing would be necessary because "not all of the government agencies to which the Federal Bureau of Investigation had sent typewritten narratives of the FD-302s for consultation prior to October 2 will be able to complete their review of such documents by October 9, 2020." Def.'s Notice, Dkt. 95. Since that time, however, undersigned counsel has been informed that all of the government agencies will be able to finish their review of the FD-302s that were sent to them for consultation prior to October 2 by the Court's October 9 deadline. Therefore, no representatives from any consulting agency will be present at the hearing and no classified information will be discussed.

Defense counsel will still be present at the *ex parte* hearing to describe, per the Court's Order, "the typewritten narratives of the FD-302 forms that it identified in its processing of the documents produced on October 1, 2020, for which [the FBI] has issued consultation or coordination requests." Order at 2, Dkt. No. 96.

Dated: October 6, 2020              Respectfully submitted,

                                    JEFFREY BOSSERT CLARK
                                    Acting Assistant Attorney General
                                    Civil Division

                                    ELIZABETH J. SHAPIRO
                                    Deputy Director
                                    Federal Programs Branch

                                    */s/ Courtney D. Enlow*
                                    COURTNEY D. ENLOW (N.C. Bar No. 46578)
                                    Trial Attorney
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch

1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*