# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF JUSTICE, <u>et al.</u>, ) ) ) Defendants. ) | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, ) ) Plaintiff, ) ) v. ) ) FEDERAL BUREAU OF INVESTIGATION, ) ) Defendant. ) | Civil Action No. 19-1626 (RBW) |

## **ORDER**

In accordance with the oral ruling issued by the Court at the <u>ex parte</u> hearing held on the same date, it is hereby

**ORDERED** that the United States Department of Justice shall file under seal a list of the typewritten narratives of the FD-302 forms that it identified in its processing of the documents produced on October 1, 2020, for which it has issued consultation or coordination requests.

**SO ORDERED** this 7th day of October, 2020.

REGGIE B. WALTON<br>
United States District Judge