# Group Exhibit A

10/8/2020    Donald J. Trump on Twitter: "I have fully authorized the total Declassification of any & all documents pertaining to the single greatest…

Case 1:19-cv-01278-RBW Document 102-1 Filed 10/08/20 Page 2 of 3



# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

**Donald J. Trump** ✓
@realDonaldTrump

All Russia Hoax Scandal information was Declassified by me long ago. Unfortunately for our Country, people have acted very slowly, especially since it is perhaps the biggest political crime in the history of our Country. Act!!!

8:21 PM · Oct 6, 2020 · Twitter for iPhone

**45.9K** Retweets  **2.5K** Quote Tweets  **161.2K** Likes

---

**Parry Headrick** @pheadrick · Oct 6
Replying to @realDonaldTrump

💬 9   ♺ 4   ♡ 22

**VanillaGorilla** @Van1llaGorilla · Oct 6
Replying to @realDonaldTrump

💬 5   ♺ 23   ♡ 89

**oregon4TRUMP** @shawgerald4 · Oct 6
Replying to @realDonaldTrump
November 3rd

Search Twitter

**Relevant people**

**Donald J. Trump** ✓
@realDonaldTrump
45th President of the United States of America

**What's happening**

News · 1 hour ago
FBI thwarted a plot to kidnap Michigan Gov. Gretchen Whitmer
Trending with Terrorists, Michigan

#CharmCityKings
Life at a Crossroad. Stream Now
Promoted by HBO Max

Trending in Illinois
Heidi
8,332 Tweets

US elections · LIVE
Illinois: Election news and updates

Trending in United States
Wolverine Watchmen
3,388 Tweets

Show more

Terms of Service  Privacy Policy
Ads info  More ▾  © 2020 Twitter

**Blake Bunting**
@bunting_blake