# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF JUSTICE, et al., ) ) ) Defendants. ) | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, ) ) ) Plaintiff, ) ) v. ) ) FEDERAL BUREAU OF INVESTIGATION, ) ) Defendant. ) | Civil Action No. 19-1626 (RBW) |

## ORDER

In order to ensure the expeditious resolution of the Emergency Motion of Plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network, Inc. for Court Order Requiring Defendants to Reprocess Records Before the November 3, 2020 Presidential Election in Light of the President's Recent Declassification and Waiver, it is hereby

**ORDERED** that, on or before October 13, 2020, at 5:00 p.m., the United States Department of Justice (the "Department") shall file its opposition to the plaintiffs' motion. The Department's opposition shall address, inter alia, the plaintiffs' claim that the tweets by President Donald Trump referred to in the plaintiffs' motion resulted in the declassification of and waiver

of exemptions under the Freedom of Information Act for the FD-302 reports prepared by the Federal Bureau of Investigation of witness interviews from Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election.  It is further

**ORDERED** that the Department shall confer with the White House in order to advise the Court as to the White House's official position regarding the declassification and release to the public of information related to the Russia investigation.  It is further

**ORDERED** that, on or before October 14, 2020, at 5:00 p.m., the plaintiffs shall file a reply, if any, in support of their motion.  It is further

**ORDERED** that, on October 16, 2020, at 11:00 a.m., the parties shall appear before the Court for a motion hearing via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 8th day of October, 2020.

REGGIE B. WALTON
United States District Judge