UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| CABLE NEWS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Defendant's Sealed Notice of Compliance with Court Order, it is hereby

**ORDERED** that, on or before October 30, 2020, the United States Department of Justice shall make a good faith effort to complete its review of and produce to the plaintiffs as many non-exempt portions as possible of the typewritten narratives of the FD-302 forms that it identified on the list filed under seal to the Court on October 7, 2020.  It is further

**ORDERED** that, on November 4, 2020, at 2:00 p.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 9th day of October, 2020.

REGGIE B. WALTON
United States District Judge
