**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
JASON LEOPOLD, BUZZFEED, INC.,        )
                                                    )
            Plaintiffs,                             )
                                                    )
        v.                                          )        Civil Action No. 19-cv-1278 (RBW)
                                                    )
UNITED STATES DEPARTMENT OF          )
JUSTICE, et al.                                    )
                                                    )
            Defendants.                            )
_____ )
                                                    )
CABLE NEWS NETWORK,                      )
                                                    )
            Plaintiff,                              )
                                                    )
        v.                                          )        Civil Action No. 19-cv-1626 (RBW)
                                                    )
FEDERAL BUREAU OF                         )
INVESTIGATION,                               )
                                                    )
            Defendant.                             )
_____ )

## DEFENDANT'S AMENDED RESPONSE TO COURT ORDER AND MOTION FOR EMERGENCY RELIEF AND REQUEST FOR EXPEDITED RULING

On September 8, 2020, the Court ordered that "on or before October 9, 2020, the government agencies to which the Department has sent typewritten narratives of the FD-302s for consultation shall complete their review of such documents."[1]  Amended Order at 2, Dkt. 90.  The Court further stated that "[i]n the event that any agency cannot comply with the Court's deadline, a representative from that agency and the parties shall appear before the Court for a status

---

[1] At the hearing on Defendant's Motion for Clarification and Partial Reconsideration, held on October 2, 2020, the Court determined that the October 9 deadline does not apply to any consultation/coordination requests that were identified by the FBI in the month of September and sent to other governmental agencies on October 2, 2020.

conference on October 7, 2020, at 9:00 a.m."[2]  *Id.*  The Court then ordered Defendant to "advise the Court of the need for the conference on or before October 5, 2020, so that the Court can coordinate where and how the conference will be conducted in light of the COVID-19 pandemic." *Id.* at 2 n.1.

On October 5, 2020, Defendant advised the Court that a hearing would be necessary because "not all of the government agencies to which the Federal Bureau of Investigation had sent typewritten narratives of the FD-302s for consultation prior to October 2 will be able to complete their review of such documents by October 9, 2020."  Def.'s Notice, Dkt. 95.

On October 6, 2020, undersigned counsel was informed that all of the government agencies will be able to finish their review of the FD-302s that were sent to them for consultation prior to October 2 by the Court's October 9 deadline.  Defendant therefore informed the Court that no representatives from any consulting agency will be present at the hearing and no classified information will be discussed.  Def.'s Amended Notice, Dkt. 99.

On October 9, 2020, at 1:48 in the afternoon, undersigned counsel was informed that one Federal agency will not be able to finish two of the consultation/coordination requests by today's court-ordered deadline.  Undersigned counsel has been advised of the following events:

1.      The Federal agency's FOIA team received two records from FBI on or about September 14, 2020.  As a result of administrative error, these two records were not placed in line for processing at that time.  Unfortunately, the Federal agency and FBI did not reconcile until late yesterday that the Federal agency had processed 14 documents for the October 9 deadline while FBI was expecting 16 documents.

---

[2] At the October 2 hearing, the Court converted the October 7 status conference back into an *ex parte* hearing.

2.      The two remaining FD-302s to be reviewed by the Federal agency are classified "SECRET/NOFORN" and must be reviewed by personnel in a secured facility.  The nature of the documents requires review by subject-matter experts from multiple offices before redactions can be confirmed, and approval given for release.

3.      The Federal agency's FOIA personnel returned to facilities today on an emergency basis in order to task these two records for review.  The records have been tasked for review with a deadline of Wednesday, October 14 (or earlier if possible).  Due to COVID staffing and the holiday weekend, not all required subject matter experts are available to review the records on October 9.

4.      The Federal agency's FOIA personnel expect that they will be able to complete review of these records and report back to FBI on them by October 16, 2020.

Undersigned counsel has been further informed that once the Federal agency provides a final response on the two consultation/coordination requests, the FBI will be able to include these FD-302s in the October 30, 2020 production to Plaintiffs.

Accordingly, Defendant regrets this late development, but respectfully requests that the Court modify its Amended Order, Dkt. 97, to permit the Federal agency an additional week (to October 16, 2020) to complete its review of the remaining two consultation/coordination requests that have been pending since September.

Because the Court's deadline is today, Defendant respectfully requests an expedited ruling on this motion.

Undersigned counsel has contacted Plaintiffs' counsel for their position on this motion, but was unable to obtain their position on the motion.

A proposed order accompanies this motion.

3

Dated: October 9, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*