UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al. <br><br> Defendants. | Civil Action No. 19-cv-1278 (RBW) |
| CABLE NEWS NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 19-cv-1626 (RBW) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EMERGENCY RELIEF AND REQUEST FOR EXPEDITED RULING**

Upon consideration of Defendant's Motion for Emergency Relief and Request for Expedited Ruling, it is ORDERED AND ADJUDGED that Defendant's Motion is GRANTED. It is further ORDERED that the Amended Order, Dkt. 97, is MODIFIED as follows:

1. The two remaining consultation/coordination requests sent prior to October 2, 2020 to the Federal agency described in Defendant's Motion must be returned to the Federal Bureau of Investigation no later than October 16, 2020; and

2. The non-exempt portions of the typewritten narratives of the FD-302s at issue in those two consultation/coordination requests must be produced to Plaintiffs by October 30, 2020.

_____
THE HONORABLE REGGIE B. WALTON