## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| CABLE NEWS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Defendant's Amended Response to Court Order and Motion for Emergency Relief and Request for Expedited Ruling, it is hereby

**ORDERED** that the Defendant's Amended Response to Court Order and Motion for Emergency Relief and Request for Expedited Ruling, ECF No. 105, is **GRANTED**. It is further

**ORDERED** that the Court's October 5, 2020 Amended Order, ECF No. 97, is **MODIFIED** as follows:

- The two remaining consultation requests issued prior to October 2, 2020, to the federal agency described in the United States Department of Justice's motion shall be returned to

the Federal Bureau of Investigation on or before October 16, 2020, so that the non-exempt information in the documents associated with those consultation requests can be produced to the plaintiffs on or before October 30, 2020, in accordance with the Court's October 5, 2020 Amended Order.

It is further

**ORDERED** that the Court's October 5, 2020 Amended Order otherwise remains in effect.

**SO ORDERED** this 10th day of October, 2020.

REGGIE B. WALTON  
United States District Judge