**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JASON LEOPOLD, BUZZFEED, INC.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.

Defendants.

Civil Action No. 19-cv-1278 (RBW)

CABLE NEWS NETWORK,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 19-cv-1626 (RBW)

**DEFENDANT'S CONSENT NUNC PRO TUNC MOTION FOR A ONE-DAY EXTENSION FOR ONE FEDERAL AGENCY TO PROVIDE FINAL RESPONSES ON CONSULTATION/COORDINATION REQUESTS**

On September 8, 2020, the Court ordered that "on or before October 9, 2020, the government agencies to which the Department has sent typewritten narratives of the FD-302s for consultation shall complete their review of such documents."[1] Amended Order at 2, Dkt. 90. The Court further stated that "[i]n the event that any agency cannot comply with the Court's deadline, a representative from that agency and the parties shall appear before the Court for a status

[1] At the hearing on Defendant's Motion for Clarification and Partial Reconsideration, held on October 2, 2020, the Court determined that the October 9 deadline does not apply to any consultation/coordination requests that were identified by the FBI in the month of September and sent to other governmental agencies on October 2, 2020.

conference on October 7, 2020, at 9:00 a.m."[2] *Id.* The Court then ordered Defendant to "advise the Court of the need for the conference on or before October 5, 2020, so that the Court can coordinate where and how the conference will be conducted in light of the COVID-19 pandemic." *Id.* at 2 n.1.

On October 5, 2020, Defendant advised the Court that a hearing would be necessary because "not all of the government agencies to which the Federal Bureau of Investigation had sent typewritten narratives of the FD-302s for consultation prior to October 2 will be able to complete their review of such documents by October 9, 2020." Def.'s Notice, Dkt. 95.

On October 6, 2020, undersigned counsel was informed that all of the government agencies will be able to finish their review of the FD-302s that were sent to them for consultation prior to October 2 by the Court's October 9 deadline. Defendant therefore informed the Court that no representatives from any consulting agency will be present at the hearing and no classified information will be discussed. Def.'s Amended Notice, Dkt. 99.

In the afternoon of October 9, 2020, undersigned counsel was informed that one Federal agency will not be able to finish two of the consultation/coordination requests by the court-ordered deadline. Defendant filed an emergency motion for relief from the deadline, seeking until Friday, October 16 for that agency to provide its final responses to the FBI, and representing that the FBI would include the non-exempt portions of those FD-302s in the October 30 production. Def.'s Mot., Dkt. 105. The Court granted the motion. Order, Dkt. 106.

After the close of business on October 9, 2020, undersigned counsel was informed that a second Federal agency would not be able to finish some of the consultation/coordination requests by the October 9 deadline. Undersigned counsel was advised that, due to a miscommunication

---

[2] At the October 2 hearing, the Court converted the October 7 status conference back into an *ex parte* hearing.

between the FBI and the Federal agency, that Federal agency did not complete its review of all of the consultation/coordination requests by October 9, and that the miscommunication was not fully resolved until this morning. However, undersigned counsel has been informed that the Federal agency's FOIA personnel completed review of all of the consultation/coordination requests and provided final responses on all of those requests to the FBI today. Therefore, the Federal agency has no outstanding consultation/coordination requests.

Undersigned counsel has been further informed that the FBI will be able to include these FD-302s in the October 30, 2020 production to Plaintiffs.

Finally, undersigned counsel has been informed that the FBI received responses to all other consultation/coordination requests on October 9 (aside from the two that were the subject of Defendant's prior motion).

Accordingly, Defendant regrets this late development, but respectfully requests that the Court permit the Federal agency through today to complete its review of the remaining consultation/coordination requests.

Undersigned counsel has contacted Plaintiffs' counsel for their position on this motion, and counsel for all Plaintiffs have represented that Plaintiffs consent to this motion.

A proposed order accompanies this motion.

Dated: October 13, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*

COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*