# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| CABLE NEWS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Defendant's Consent Nunc Pro Tunc Motion for a One-Day Extension for One Federal Agency to Provide Final Responses on Consultation/Coordination Requests, it is hereby

**ORDERED** that the Defendant's Consent Nunc Pro Tunc Motion for a One-Day Extension for One Federal Agency to Provide Final Responses on Consultation/Coordination Requests, ECF No. 108, is **GRANTED** nunc pro tunc. It is further

**ORDERED** that the Court's October 5, 2020 Amended Order, ECF No. 97, is **MODIFIED** as follows:

- The consultation requests issued prior to October 2, 2020, to the federal agency described in the United States Department of Justice's motion shall be returned to the Federal Bureau of Investigation on or before October 13, 2020, so that the non-exempt information in the documents associated with those consultation requests can be produced to the plaintiffs on or before October 30, 2020, in accordance with the Court's October 5, 2020 Amended Order.

It is further

**ORDERED** that the Court's October 5, 2020 Amended Order otherwise remains in effect.

**SO ORDERED** this 14th day of October, 2020.

REGGIE B. WALTON  
United States District Judge