# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | )<br>)<br>) |
| Defendants. | )<br>) |
| CABLE NEWS NETWORK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | )<br>)<br>) |
| Defendant. | )<br>) |

## **DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT ORDER**

Defendant respectfully provides notice that it is filing the attached declaration in compliance with the Court's Order of October 16, 2020. *See* Order, Dkt. 111.

Dated: October 20, 2020       Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

2

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

2