# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JASON LEOPOLD and                       )
BUZZFEED, INC.,                         )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )        Civil Action No. 19-1278 (RBW)
                                        )
UNITED STATES DEPARTMENT OF             )
JUSTICE, et al.,                        )
                                        )
            Defendants.                 )
_____ )
                                        )
CABLE NEWS NETWORK,                     )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 19-1626 (RBW)
                                        )
FEDERAL BUREAU OF INVESTIGATION,        )
                                        )
            Defendant.                  )
_____ )

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on October 21, 2020, via teleconference, it is hereby

**ORDERED** that the plaintiffs' Emergency Motion of Plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network, Inc. for Court Order Requiring Defendants to Reprocess Records Before the November 3, 2020 Presidential Election in light of the President's Recent Declassification and Waiver, ECF No. 102, is **DENIED**.  It is further

**ORDERED** that on October 29, 2020, at 11:00 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 22nd day of October, 2020.

REGGIE B. WALTON
United States District Judge