UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| CABLE NEWS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on October 29, 2020, via teleconference, it is hereby

**ORDERED** that, on or before October 29, 2020, the United States Department of Justice (the "Department") shall order a transcript of the ex parte hearing held on October 7, 2020, so that the court reporter can expeditiously prepare a transcript of the hearing for the Department's and the Court's review prior to the production of a redacted copy of the transcript to the plaintiffs before November 3, 2020.  It is further

**ORDERED** that the status conference currently scheduled for November 4, 2020, is **VACATED**. It is further

**ORDERED** that, on or before December 1, 2020, the Department shall produce to the plaintiffs all remaining non-exempt portions of the typewritten narratives of the FD-302 forms that it identified on the list filed under seal to the Court on October 7, 2020. It is further

**ORDERED** that, on December 4, 2020, at 9:30 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 29th day of October, 2020.

REGGIE B. WALTON
United States District Judge