UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and <br> BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> JUSTICE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-1626 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on December 4, 2020, via teleconference, it is hereby

**ORDERED** that, on or before January 15, 2021, in light of the grant of a full and unconditional pardon to General Michael T. Flynn by the President and General Flynn's acceptance of the pardon, to the extent that any typewritten narratives of the FD-302 forms created by the Federal Bureau of Investigation ("FBI") in conjunction with Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election concern General Flynn, the United States Department of Justice (the "Department")

shall (1) re-process the typewritten narratives and (2) produce to the plaintiffs all non-exempt portions of the re-processed typewritten narratives.  It is further

**ORDERED** that, until otherwise ordered by the Court, the Department shall, on a monthly basis, process at least five hundred (500) pages of the remaining records responsive to the plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Mueller's investigation (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be processed) and produce to the plaintiffs, on or before April 1, 2021, and thereafter on the first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records.

**SO ORDERED** this 7th day of December, 2020.

REGGIE B. WALTON<br>United States District Judge