IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1278 (RBW)<br>) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | )<br>)<br>) |
| Defendants. | )<br>) |
| CABLE NEWS NETWORK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-1626 (RBW)<br>) |
| FEDERAL BUREAU OF INVESTIGATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

On December 7, 2020, the Court ordered the Department to "process at least five hundred (500) pages of the remaining records responsive to the plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Mueller's investigation (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be processed) and produce to the plaintiffs, on or before April 1, 2021, and thereafter on the first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records." Order at 2, Dkt. 119.  The Department seeks a one-month extension, to Monday, May 3, 2021, to comply with the Court's Order.

Good cause exists to grant the requested extension. The FBI has been diligently processing responsive documents in compliance with the Court's Order. However, undersigned counsel has been informed that due to the ongoing COVID-19 pandemic, the FBI's FOIA processing unit responsible for processing Plaintiffs' FOIA requests has been reduced to a 50% staffing posture. Because these FOIA processors cannot process FOIA requests remotely, this reduced staffing posture means that the FBI's FOIA processing capacity has been, and continues to be, at most 50% of its normal capacity.[1] Accordingly, the Department needs additional time to process the first 500 pages of the remaining records responsive to the Plaintiffs' requests for the FD-302 forms.

Therefore, the Department respectfully requests that the Court modify its Order, Dkt. 119, to permit Defendant one additional month—until Monday, May 3, 2020—to process and produce the non-exempt portions of the first 500 pages of the attachments to FD-302s to Plaintiffs.

Undersigned counsel has contacted counsel for Plaintiffs Jason Leopold, Buzzfeed, Inc., and Cable News Network for their position on this motion, and Plaintiffs have consented to the relief requested.

A proposed order accompanies this motion.


Dated: February 18, 2021           Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Acting Assistant Attorney General
                                   Civil Division

                                   ELIZABETH J. SHAPIRO
                                   Deputy Director
                                   Federal Programs Branch

---

[1] Undersigned counsel will keep Plaintiffs and Court apprised of any changes in staffing posture that could further affect processing.

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*