# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and<br>BUZZFEED, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE, et al.,<br><br>            Defendants. | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>            Defendant. | Civil Action No. 19-1626 (RBW) |

## ORDER

Upon consideration of the Defendant's Consent Motion for Extension of Time, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Consent Motion for Extension of Time, ECF No. 120, is **GRANTED**. It is further

**ORDERED** that the Court's December 7, 2020 Order, ECF No. 119, is **MODIFIED** as follows:

1. Until otherwise ordered by the Court, the Department shall, on a monthly basis, process at least five hundred (500) pages of the remaining records responsive to the

Case 1:19-cv-01278-RBW   Document 121   Filed 02/22/21   Page 2 of 2

plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Mueller's investigation (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be processed) and produce to the plaintiffs, on or before May 3, 2021, and thereafter on the first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records. It is further

**ORDERED** that the Court's December 7, 2020 Order, ECF No. 119, otherwise remains in effect.

**SO ORDERED** this 22nd day of February, 2021.

REGGIE B. WALTON<br>
United States District Judge