IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO MODIFY THE PRODUCTION SCHEDULE**

On February 22, 2021, the Court ordered the Department to "process at least five hundred (500) pages of the remaining records responsive to the plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Mueller's investigation (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be processed) and produce to the plaintiffs, on or before May 3, 2021, and thereafter on the first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records." Order, Dkt. 121. In compliance with the Court's Order, the FBI has been diligently working on processing the attachments to the FD-

302s for the May 3 production.[1]

In March 2021, Plaintiffs Jason Leopold, Buzzfeed Inc., and Cable News Network requested that the FBI reprocess the typewritten narratives of certain FD-302s to reevaluate whether the information that was redacted under Exemption 7 remains applicable in light of the pardons issued by former President Donald Trump. Specifically, Plaintiffs requested that the FBI conduct the above-described reprocessing for the typewritten narratives of the FD-302s for the following individuals: Steve Bannon, George Papadopoulos, Paul Manafort, Erik Prince, Jerome Corsi, Ted Malloch, Alex Van Der Zwaan, Sam Patten, K.T. McFarland, and Rick Gates. The FBI has agreed to reprocess the Exemption 7 material in the typewritten narratives of the FD-302s for these individuals. However, because the FBI has already begun processing the attachments to certain FD-302s for the May 3 release, the FBI agreed to begin reprocessing in the manner described above after the May 3 release.

Accordingly, the parties respectfully propose that the Court modify the production schedule in a manner that permits the FBI sufficient time to reprocess and release the non-exempt portions of the requested records. The parties jointly propose the following modifications to the production schedule:

- The Department shall process at least five hundred (500) pages of the remaining records responsive to Plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Mueller's investigation and produce to Plaintiffs, on or before May 3, 2021, the non-exempt portions of these records.

- The Department is not required to issue any releases in June or July 2021.

- The Department shall reprocess at least five hundred (500) pages of the typewritten

---

[1] As Defendants previously informed the Court, the FBI has processed and produced to Plaintiffs all of the non-exempt portions of the typewritten narratives to the FD-302s.

    narratives to the FD-302s for Steve Bannon, George Papadopoulos, Paul Manafort, Erik Prince, Jerome Corsi, Ted Malloch, Alex Van Der Zwaan, Sam Patten, K.T. McFarland, and Rick Gates (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be reprocessed) to reevaluate the Exemption 7 redactions in light of the pardons issued by former President Trump, and will produce to Plaintiffs, on or before August 2, 2021, and thereafter on the first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records.[2]

- Following the final release of the non-exempt portions of the reprocessed typewritten narratives to the FD-302s referenced above, the Department shall process at least five hundred (500) pages of the remaining records responsive Plaintiffs' requests for the FD-302s and produce to Plaintiffs, on or before first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records.

A proposed order accompanies this motion.

Dated: April 5, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

---

[2] If the final release of reprocessed typewritten narratives to the FD-302s is fewer than five hundred (500) pages, the parties have agreed that the Department need not process additional records responsive to Plaintiffs' requests to reach the 500-page release for that month.

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

*/s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299

*Counsel for Cable News Network, Inc.*

*/s/ Matthew Topic*
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037

*Counsel for Leopold and BuzzFeed, Inc.*