UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 19-1626 (RBW) |

**ORDER**

Upon consideration of the parties' Joint Motion to Modify the Production Schedule, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion to Modify the Production Schedule, ECF No. 122, is **GRANTED**. It is further

**ORDERED** that the Court's December 7, 2020 Order, ECF No. 119, is **MODIFIED** as follows:

1. On or before May 3, 2021, the Department shall process at least five hundred (500) pages of the remaining records responsive to Plaintiffs' requests for the FD-302 forms

created by the FBI in conjunction with Special Counsel Mueller's investigation and produce to the plaintiffs the non-exempt portions of these records.

2. The Department is not required to make any productions to the plaintiffs in either June 2021 or July 2021.

3. The Department shall reprocess at least five hundred (500) pages of the typewritten narratives to the FD-302s for Steve Bannon, George Papadopoulos, Paul Manafort, Erik Prince, Jerome Corsi, Ted Malloch, Alex Van Der Zwaan, Sam Patten, K.T. McFarland, and Rick Gates (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be reprocessed) to reevaluate the Exemption 7 redactions in light of the pardons issued by former President Trump, and will produce to the plaintiffs, on or before August 2, 2021, and thereafter on the first day of every month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records. If the final release of reprocessed typewritten narratives to the FD-302s is fewer than five hundred (500) pages, the Department's production for that month may be comprised solely of those remaining reprocessed non-exempt pages.

4. Following the final release of the non-exempt portions of the reprocessed typewritten narratives to the FD-302s referenced above, and until otherwise ordered by the Court, the Department shall, on a monthly basis, process at least five hundred (500) pages of the remaining records responsive to the plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Mueller's investigation (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be processed) and produce to the plaintiffs on the first day of every

month (or on the next business day if the first is not a business day or is a holiday) until production has been completed, the non-exempt portions of these records. It is further

**ORDERED** that the Court's December 7, 2020 Order, ECF No. 119, otherwise remains in effect.

**SO ORDERED** this 8th day of April, 2021.

REGGIE B. WALTON<br>
United States District Judge