CO-386
10/2018

# United States District Court
# For the District of Columbia

Cable News Network, Inc. )
)
)
)
)
                    Plaintiff )         Civil Action No. __1:19-cv-1278-RBW____
        vs )
Federal Bureau of Investigation )
)
)
)
                    Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Cable News Network, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Cable News Network, Inc._____ which have any outstanding securities in the hands of the public:

Cable News Network, Inc. is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation.  Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Charles D. Tobin_____
Signature

No. 455593
_____        Charles D. Tobin_____
BAR IDENTIFICATION NO.                          Print Name

1909 K Street NW, 12th Floor_____
Address

Washington, DC 20006_____
City               State           Zip Code

202-661-2200_____
Phone Number