UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, et al., )<br>)<br>Defendants. ) | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. ) | Civil Action No. 19-1626 (RBW) |

**ORDER**

On April 8, 2021, the Court issued an Order granting the parties' joint motion to modify the production schedule in this case. See Order at 1–2 (Apr. 8, 2021), ECF No. 123. In light of the fact that the parties have not made any further substantive filings in this case since that date, it is hereby

**ORDERED** that, on or before November 1, 2022, and every 30 days thereafter, the parties shall submit a joint status report regarding the status of the productions in this case.

**SO ORDERED** this 6th day of October, 2022.

REGGIE B. WALTON  
United States District Judge
