**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| JASON LEOPOLD, BUZZFEED, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 19-cv-1278 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| CABLE NEWS NETWORK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-cv-1626 (RBW) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this consolidated Freedom of Information Act ("FOIA") case.  In that Order, the Court directed the parties to "submit a joint status report regarding the status of productions in this case" "[i]n light of the fact that the parties have not made any further substantive filings in this case since" spring 2021, when the Court granted the parties' joint motion to modify the production schedule.

On April 8, 2021, the Court ordered Defendant to reprocess the narratives of certain FD-302s and then to process, on a monthly basis, 500 pages of records responsive to Plaintiffs' requests for the FD-302 forms created by the FBI in conjunction with Special Counsel Robert Mueller's investigation.  *See* Order, ECF No. 123.  Defendant has been complying with the Court's Order.  Specifically, Defendant reprocessed the narratives and has been processing at least 500 pages per month of the attachments to the FD-302s and producing the non-exempt portions of those records to Plaintiffs at the first of each month.

The parties have been working cooperatively to move toward a resolution of this consolidated case.  In January 2022, the parties agreed that Plaintiffs would narrow their FOIA requests to exclude (1) attachments to FD-302s that the Special Counsel's Office marked as federal grand jury material; and (2) attachments to FD-302s where the narrative of the FD-302 discusses federal grand jury material (and thus the material has previously been marked and withheld under Exemption 3) and the attachment is the material the narrative is discussing.  As a result, Defendant removed such material from processing.  The parties will continue to work cooperatively to the extent similar issues arise.

To date, Defendant has processed more than 13,000 pages of records responsive to Plaintiffs' requests.  Defendant has completed its responsiveness review of more than an additional 1,500 pages of attachments to FD-302s, and Defendant is processing those records for future monthly releases.  Defendant has identified an additional tranche of approximately 6,000 pages of attachments to FD-302s that Defendant is currently reviewing for federal grand jury material.[1]  Upon completion of that review, Defendant will, in accordance with the parties'

---

[1] The 1,500 and 6,000 page counts do not include the handwritten notes taken during witness interviews that were used to draft the narrative to the FD-302s, nor do they include records response to the Leopold Plaintiffs' other FOIA requests.

agreement outline above, remove such material from its review and process the remaining records for release.  Defendant also is working to confirm whether any additional records responsive to Plaintiffs' requests for attachments to FD-302s exist.

Dated: November 1, 2022                     Respectfully submitted,


_/s/ Charles D. Tobin_
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
_Counsel for Cable News Network, Inc._


_/s/ Matthew V. Topic_
Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037
_Counsel for Leopold and BuzzFeed, Inc._


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

_/s/ Courtney D. Enlow_
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12012

Washington, D.C. 20005
Telephone: (202) 616-8467
Facsimile: (202) 616-8470
courtney.d.enlow@usdoj.gov

*Counsel for the Defendant*