IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| CABLE NEWS NETWORK, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION | )<br>)<br>) |
| Defendant. | ) |

**JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULE FOR FILING FUTURE JOINT STATUS REPORTS**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the status of productions in this consolidated Freedom of Information Act ("FOIA") case. The parties further move to amend the schedule for filing future joint status reports to every sixty days, rather than thirty days.

Since the last status report, ECF No. 126, Defendant has continued processing the attachments to the FD-302 forms created by the FBI in conjunction with Special Counsel Robert Mueller's investigation at a rate of 500 pages per month and has been producing the non-exempt portions of those records to Plaintiffs at the first of each month.  In accordance with the parties' agreement outlined in the last status report, ECF No. 126, Defendant is continuing to review for federal grand jury material and is working to remove such material from its review and process the remaining material for release.  Defendant also is working to confirm whether any additional records responsive to Plaintiffs' requests for attachments to FD-302s exist.

Because Defendant has several thousand pages left to review for responsiveness and process for release, and because Defendant has been routinely releasing the non-exempt portions of records to Plaintiffs in accordance with the Court's scheduling order, the parties respectfully request that the Court modify its Order of October 6, 2022, to permit the parties to file joint status reports every sixty (60) days, rather than the current schedule of every thirty (30) days. This would make the next joint status report due **January 30, 2023.**

Dated: December 1, 2022                             Respectfully submitted,

                                          */s/ Charles D. Tobin*
                                      Charles D. Tobin (D.C. Bar No. 455593)
                                      tobinc@balladspahr.com
                                      Matthew E. Kelley (D.C. Bar No. 1018126)
                                      kelleym@ballardspahr.com
                                      BALLARD SPAHR LLP
                                      1909 K Street, NW
                                      Washington, D.C. 20006-1157
                                      T: (202) 661-2200
                                      F: (202) 661-2299
                                      *Counsel for Cable News Network, Inc.*

                                          */s/ Matthew V. Topic*

        Matthew Topic
        (E-Mail:  foia@loevy.com)
        LOEVY & LOEVY
        311 N. Aberdeen, Third Floor
        Chicago, Illinois 60607
        Tel.: (312) 243-5900
        Fax: (312) 243-5902
        DC Bar No. IL0037
        *Counsel for Leopold and BuzzFeed, Inc.*

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director

        */s/ Courtney D. Enlow*
        COURTNEY D. ENLOW (N.C. Bar No. 46578)
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W., Room 12012
        Washington, D.C. 20005
        Telephone: (202) 616-8467
        Facsimile: (202) 616-8470
        courtney.d.enlow@usdoj.gov

        *Counsel for the Defendant*