IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, and the Court's January 6, 2023 Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the status of productions in this consolidated Freedom of Information Act ("FOIA") case.

Since the last status report, ECF No. 129, Defendant has continued processing the attachments to the FD-302 forms created by the FBI in conjunction with Special Counsel Robert Mueller's investigation at a rate of 500 pages per month and has been producing the non-exempt

portions of those records to Plaintiffs at the first of each month.  In accordance with the parties' agreement outlined in an earlier status report, ECF No. 126, Defendant is continuing to review for federal grand jury material and is working to remove such material from its review and process the remaining material for release.  Defendant also is working to confirm whether any additional records responsive to Plaintiffs' requests for attachments to FD-302s exist.  Defendant currently estimates that it will complete its initial processing of the attachments to the FD-302s by February 2024.[1]  That date is tentative and may change based on the amount of federal grand jury material remaining in the records and the result of Defendant's process to confirm whether any additional responsive material exists.

Dated: March 1, 2023                           Respectfully submitted,

   */s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

   */s/ Matthew V. Topic*
Matthew Topic
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY

---

[1] This estimated date is for Defendant's initial processing of the records and does not take into account the time other agencies or components may need to complete any consultations or referrals.  In addition, this estimated date pertains only to Defendant's processing of the attachments to the FD-302s and does not pertain to its processing of the handwritten notes taken during witness interviews that were used to draft the narrative to the FD-302s or records responsive to the Leopold Plaintiffs' other FOIA requests.

311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
DC Bar No. IL0037
*Counsel for Leopold and BuzzFeed, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12012
Washington, D.C. 20005
Telephone: (202) 616-8467
Facsimile: (202) 616-8470
courtney.d.enlow@usdoj.gov

*Counsel for the Defendant*