IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, and the Court's July 4, 2023 Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the status of productions in this consolidated Freedom of Information Act ("FOIA") case.

In the last status report, ECF No. 138, Defendant reported that it had nearly completed its initial processing of the attachments to the FD-302s and would be moving on to process attachments to FD-302s that were or are pending consultation. Since the last status report,

Defendant released to Plaintiffs the non-exempt portions of such records on March 1, 2024, April 1, 2024, and May 1, 2024. As of today, approximately 1,759 pages of FD-302 attachments remain outstanding pending consultation or have been returned and are awaiting final processing.

After consultation over the past several days, the parties are unable to reach agreement as to next steps. They therefore respectfully submit their respective positions as follows:

### Plaintiffs' Position

Plaintiffs note that this matter has been pending since 2019, and that the FBI has still not completed review of the FD-302 attachments or even sent out to other agencies all documents in this category that it believes require consultation. The Plaintiffs have asked the FBI to commit to an end date for the processing, sending out for consultation, return from consultation, and production to the Plaintiffs of any further attachments. The FBI has refused to commit to an end date.

Plaintiffs therefore respectfully request that the Court enter an order requiring that the Defendant, by October 1, 2024, shall complete all processing, consultations, and release of responsive non-exempt attachments to the FD-302s. This Court has previously ordered the Defendant in this case, as to another category of responsive documents, to make a production by a date certain, inclusive of all consults. *See* ECF No. 88. This Court in another case also recently ordered the DOJ to produce documents by a date certain, inclusive of consults. *See Leopold, et al. v. Dep't of Justice*, Civ. A. No. 24-0522 (RBW), ECF. No. 16 (D.D.C. entered May 24, 2024).

### Defendant's Position

Defendant has completed its initial processing of the FD-302 attachments. As Defendant reported in its last JSR, approximately 1,434 pages of FD-302 attachments remain pending on

consultation. Slightly more than 300 additional pages have been returned from consultation and are awaiting final processing by the FBI. The FBI does not anticipate that any additional pages will be sent out on consultation with respect to the FD-302 attachments. The FBI has been diligently following up with the entities with whom consults are pending but cannot commit to an end date for processing material that is pending consultation because the FBI cannot guarantee that the consulting entities will abide by whatever internal deadline the FBI assigns them. The FBI has agreed to contact each consulting entity by Friday, June 7, 2024, and request that each entity return all pending consults within 60 days. The FBI has further agreed to use its best efforts to make a final production of non-exempt FD-302 attachments by October 1, 2024, to the extent that Defendant receives the pending consultations in a timely manner.

Plaintiffs have identified no urgency related to these years-old materials that justifies an October 1, 2024 deadline. Unlike in *Leopold, et al. v. Dep't of Justice*, Civ. A. No. 24-0522 (RBW) (one of several "Hur investigation" FOIA litigation matters), a case still in its relative infancy, Plaintiffs here have already received the vast majority of the FD-302 attachments in this case, received the FD-302s themselves, and litigated Defendant's application of FOIA Exemption 5 to those FD-302s. *See* Mem. Op. at 5–22, ECF No. 86 (Sept. 3, 2020) (granting Defendant's motion for partial summary judgment on its withholdings pursuant to the attorney work product doctrine and the presidential communications privilege). Given this history, and the minority of material left at issue with respect to the FD-302 attachments, there is no justification for Plaintiffs here to leapfrog over other pressing FOIA requests—including CNN's and Leopold's own FOIA requests related to the Hur investigation, the expedited processing of which are already taxing the processing capacity of the FBI and other federal government entities.

***

In the interim, the parties have discussed Defendant's processing of (1) handwritten notes taken during witness interviews that were used to draft the narrative to the FD-302s as well as (2) records responsive to the *Leopold* Plaintiffs' other FOIA requests. Both sets of Plaintiffs have agreed not to pursue the handwritten notes. The *Leopold* Plaintiffs have confirmed that they wish Defendant to process their remaining requests. Defendant has begun to conduct the searches it agreed to undertake in the parties' March 10, 2020 JSR, *see* ECF No.68, and will confer with the *Leopold* Plaintiffs once Defendant has clarity regarding the results of the searches. The parties will update the Court as to the status of those discussions in the next scheduled joint status report.

Dated: May 31, 2024                             Respectfully submitted,

*/s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

 */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Leopold and BuzzFeed, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (D.C. Bar No. 991478)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.,
Washington, D.C. 20005
Telephone: (202) 305-0612
Facsimile: (202) 616-8470
jonathan.kossak@usdoj.gov

*Counsel for the Defendant*