IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, and the Court's July 4, 2023 Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the status of productions in this consolidated Freedom of Information Act ("FOIA") case.

In a prior status report, ECF No. 138, Defendant reported that it had nearly completed its initial processing of the attachments to the FD-302s and would be moving on to process attachments to FD-302s that were or are pending consultation. Since the last status report,

Defendant released to Plaintiffs the non-exempt portions of such records on June 3, 2024, and July 1, 2024. As of today, approximately 1,316 pages of FD-302 attachments remain outstanding pending consultation or have been returned and are awaiting final processing.

In the last joint status report, ECF No. 139, the parties set forth their respective positions regarding next steps. The Court by Minute Order subsequently set a status conference for August 1. The parties' respective positions on next steps remain unchanged since the last report.

***

With respect to the remaining issues, the parties report as follows. As reported in the previous joint status report, both sets of Plaintiffs have agreed not to pursue handwritten notes taken during witness interviews that were used to draft the narrative to the FD-302s. With respect to the *Leopold* Plaintiffs' remaining FOIA requests, OIP has completed the initial search to identify subpoenas and search warrants potentially responsive to FOIA request number DOJ-2019-003140. The *Leopold* Plaintiffs and the government continue to discuss potential ways to narrow the request. OIP is preparing a final response to FOIA request number DOJ-2019-003627. The *Leopold* Plaintiffs and the government anticipate discussing ways to narrow FOIA request number DOJ-2019-003098. With respect to FOIA request number DOJ-2019-003143, OIP has completed the email search as agreed in the parties' March 10, 2020 Joint Status Report, *see* ECF No.68, and is reviewing the search results for responsiveness. As agreed in the March 2020 Joint Status Report, the FBI has conducted an initial search using the agreed-upon search terms; in light of the volume of search results, the *Leopold* Plaintiffs and the government are conferring about ways to further narrow the request. The parties will update the Court as to the status of those discussions in the next scheduled joint status report.

Dated: July 30, 2024                           Respectfully submitted,

/s/ Charles D. Tobin
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@ballardspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Leopold and BuzzFeed, Inc.*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Amber Richer
AMBER RICHER
Trial Attorney (CA Bar No. 253918)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.,
Washington, D.C. 20005
Telephone: (202) 514-3489
amber.richer@usdoj.gov

*Counsel for the Defendant*

3