IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| Defendants. | ) | |
| CABLE NEWS NETWORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, and the Court's July 4, 2023 Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the status of productions in this consolidated Freedom of Information Act ("FOIA") case.

In a prior status report, ECF No. 138, Defendant reported that it had nearly completed its initial processing of the attachments to the FD-302s and would be moving on to process attachments to FD-302s that were or are pending consultation. Since the last status report,

Defendant released to Plaintiffs the non-exempt portions of such records on August 1, 2024, August 16, 2024, and September 3, 2024. Although the FBI believed it had received back all consultations on FD-302 attachments, it was discovered in the course of reviewing those records that a total of approximately ten additional pages still required consultation review due to an inadvertence. Those consultations are underway, and the FBI anticipates that the remaining consultations will be returned by October 11, 2024. In the meantime, the FBI continues to process the remaining records, totaling approximately 751 pages, and will release non-exempt portions of such records on a rolling basis.

* * *

With respect to the remaining issues, the parties report as follows. As reported in the previous joint status report, both sets of Plaintiffs have agreed not to pursue handwritten notes taken during witness interviews that were used to draft the narrative to the FD-302s. With respect to the *Leopold* Plaintiffs' remaining FOIA requests, OIP has completed the initial search to identify subpoenas and search warrants potentially responsive to FOIA request number DOJ-2019-003140. The *Leopold* Plaintiffs have agreed to scope out subpoenas. The *Leopold* Plaintiffs and the government continue to discuss potential ways to narrow the request. On August 16, 2024, OIP issued a final response to FOIA request number DOJ-2019-003627. The *Leopold* Plaintiffs and the government continue to discuss potential ways to narrow FOIA request number DOJ-2019-003098. With respect to FOIA request number DOJ-2019-003143, OIP has completed the email search as agreed in the parties' March 10, 2020 Joint Status Report, *see* ECF No.68, and is reviewing the search results for responsiveness. As agreed in the March 2020 Joint Status Report, the FBI conducted an initial search using the agreed-upon search terms; in light of the volume of search results, the *Leopold* Plaintiffs and the government agreed to refine the search terms and will

continue to confer about potential ways to further narrow the request. The parties will update the

Court as to the status of those discussions in the next scheduled joint status report.

Dated: September 27, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Charles D. Tobin*
　　　　　　　　　　　　　　　　　　Charles D. Tobin (D.C. Bar No. 455593)
　　　　　　　　　　　　　　　　　　tobinc@ballardspahr.com
　　　　　　　　　　　　　　　　　　Matthew E. Kelley (D.C. Bar No. 1018126)
　　　　　　　　　　　　　　　　　　kelleym@ballardspahr.com
　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　1909 K Street, NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-1157
　　　　　　　　　　　　　　　　　　T: (202) 661-2200
　　　　　　　　　　　　　　　　　　F: (202) 661-2299
　　　　　　　　　　　　　　　　　　*Counsel for Cable News Network, Inc.*

　　　　　　　　　　　　　　　　　　*/s/ Merrick Wayne*
　　　　　　　　　　　　　　　　　　Matthew Topic, D.C. Bar No. IL0037
　　　　　　　　　　　　　　　　　　Merrick Wayne, D.C. Bar No. IL0058
　　　　　　　　　　　　　　　　　　Stephen Stich Match, D.C. Bar No. MA0044
　　　　　　　　　　　　　　　　　　(E-Mail:  foia@loevy.com)
　　　　　　　　　　　　　　　　　　LOEVY & LOEVY
　　　　　　　　　　　　　　　　　　311 N. Aberdeen, Third Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60607
　　　　　　　　　　　　　　　　　　Tel.: (312) 243-5900
　　　　　　　　　　　　　　　　　　Fax: (312) 243-5902
　　　　　　　　　　　　　　　　　　*Counsel for Leopold and BuzzFeed, Inc.*


　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　*/s/ Amber Richer*
　　　　　　　　　　　　　　　　　　AMBER RICHER
　　　　　　　　　　　　　　　　　　Trial Attorney (CA Bar No. 253918)
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 514-3489
　　　　　　　　　　　　　　　　　　amber.richer@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for the Defendant*