IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| CABLE NEWS NETWORK, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 6, 2022 Order, ECF No. 125, and the Court's July 4, 2023 Minute Order, Plaintiffs Jason Leopold and BuzzFeed, Inc.; Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report regarding the status of productions in this consolidated Freedom of Information Act ("FOIA") case.

In the previous status report, the FBI reported that consultations on the attachments to FD-302s had been completed except for a total of approximately ten additional pages that the FBI

1

discovered inadvertently still required consultation review. Those additional consultations have since been returned to the FBI.

The FBI continues to process the remaining FD-302 attachments. To that end, Defendant issued interim responses dated October 1, 2024, and November 1, 2024. The FBI anticipates issuing its next interim response of 249 pages on December 2, 2024. The FBI estimates that it has a total of approximately 205 pages remaining and will continue to release non-exempt portions of such records on a rolling basis. The FBI anticipates that it is still on track to complete the final response by January 16, 2025.

\* \* \*

In addition, counsel for the *Leopold* Plaintiffs and Defendant met on November 5, 2024, and have continued to exchange emails regarding potential narrowing of the *Leopold* Plaintiffs' remaining FOIA requests in this case. The parties therefore report as follows with respect to ongoing discussions between the *Leopold* Plaintiffs and Defendant, as well as the status of Defendant's processing of these remaining requests.

The *Leopold* Plaintiffs and the government will continue to discuss potential ways to narrow FOIA request number DOJ-2019-003140. In the meantime, OIP's search is complete, as previously reported, and OIP has approximately 6,000 pages to process after excluding subpoenas, as previously agreed.

With respect to FOIA request number DOJ-2019-003098, the government and the *Leopold* Plaintiffs will continue to discuss potential ways to narrow this request.

With respect to FOIA request number DOJ-2019-003143, OIP continues to process search results, and the *Leopold* Plaintiffs have agreed to exclude draft search warrants and affidavits. The *Leopold* Plaintiffs also have confirmed that the previously agreed-upon set of terms for the FBI's

search is complete, and they do not intend to add any terms. To reduce the volume of results from the FBI's unclassified server, the *Leopold* Plaintiffs have further agreed to exclude subfiles and accept processing of serials from FBI main files only. The FBI is accordingly processing initial search results from the unclassified server and estimates that it will be able to provide a rough page count by January 16, 2025. The *Leopold* Plaintiffs and the government will continue to confer about potential ways to further narrow the request.

In light of these ongoing discussions regarding the scope of the remaining requests, Defendant is currently unable to provide estimated completion dates for these requests. The parties will update the Court as to the status of those discussions in the next scheduled joint status report.

Dated: November 26, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Charles D. Tobin*
　　　　　　　　　　　　　　　　　　Charles D. Tobin (D.C. Bar No. 455593)
　　　　　　　　　　　　　　　　　　tobinc@ballardspahr.com
　　　　　　　　　　　　　　　　　　Matthew E. Kelley (D.C. Bar No. 1018126)
　　　　　　　　　　　　　　　　　　kelleym@ballardspahr.com
　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　1909 K Street, NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-1157
　　　　　　　　　　　　　　　　　　T: (202) 661-2200
　　　　　　　　　　　　　　　　　　F: (202) 661-2299
　　　　　　　　　　　　　　　　　　*Counsel for Cable News Network, Inc.*

　　　　　　　　　　　　　　　　　　 */s/ Merrick Wayne*
　　　　　　　　　　　　　　　　　　Matthew Topic, D.C. Bar No. IL0037
　　　　　　　　　　　　　　　　　　Merrick Wayne, D.C. Bar No. IL0058
　　　　　　　　　　　　　　　　　　Stephen Stich Match, D.C. Bar No. MA0044
　　　　　　　　　　　　　　　　　　(E-Mail:  foia@loevy.com)
　　　　　　　　　　　　　　　　　　LOEVY & LOEVY
　　　　　　　　　　　　　　　　　　311 N. Aberdeen, Third Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60607
　　　　　　　　　　　　　　　　　　Tel.: (312) 243-5900
　　　　　　　　　　　　　　　　　　Fax: (312) 243-5902
　　　　　　　　　　　　　　　　　　*Counsel for Leopold and BuzzFeed, Inc.*



　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　*/s/ Amber Richer*
　　　　　　　　　　　　　　　　　　AMBER RICHER
　　　　　　　　　　　　　　　　　　Trial Attorney (CA Bar No. 253918)
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 514-3489
　　　　　　　　　　　　　　　　　　amber.richer@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for the Defendant*