IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 19-cv-1278 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |
| CABLE NEWS NETWORK, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 19-cv-1626 (RBW) |
| FEDERAL BUREAU OF INVESTIGATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 22, 2025 Order, ECF No. 147, Plaintiffs Jason Leopold and BuzzFeed, Inc. ("*Leopold* Plaintiffs"); Plaintiff Cable News Network, Inc. ("CNN"); and Defendant U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report apprising the Court of the status of this case.

As initially reported during the status conference on January 21, CNN and the FBI have reached an agreement to resolve all remaining issues without further litigation in Civil Action No. 19-1626.

1

With respect to Civil Action No. 19-1278, counsel for the *Leopold* Plaintiffs and Defendant will continue to meet and confer regarding potential ways to narrow the remaining three requests. Counsel for the *Leopold* Plaintiffs is away on personal leave February 18-25, 2025.

The *Leopold* Plaintiffs and the government will continue to discuss potential ways to narrow FOIA request number DOJ-2019-003140. In the meantime, OIP's search is complete, as previously reported, and OIP has approximately 6,000 pages to process after excluding subpoenas, as previously agreed. OIP is in the process of reviewing each of the 6,000 pages and anticipates reviewing and sending approximately 500 pages per month to the FBI for consultation beginning in March 2025.

With respect to FOIA request number DOJ-2019-003098, the government and the *Leopold* Plaintiffs will continue to discuss potential ways to narrow this request.

With respect to FOIA request number DOJ-2019-003143, OIP has almost completed the responsiveness and de-duplication review. Once that review is completed, OIP will extract the relevant records from its e-discovery platform into PDF format. At that point, OIP may provide additional narrowing proposals, if appropriate based on the volume of responsive records identified. The FBI processed initial search results from the unclassified server and provided an initial estimate of the page count to Plaintiffs. The *Leopold* Plaintiffs and the government will continue to confer about potential ways to further narrow the request.

In light of these ongoing discussions regarding the scope of the remaining requests, Defendant is currently unable to provide estimated completion dates for these requests. The parties will update the Court as to the status of those discussions in the next scheduled joint status report.

Dated: February 21, 2025                    Respectfully submitted,

                                              */s/ Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@ballardspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

   */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Leopold and BuzzFeed, Inc.*


BRETT SHUMATE
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Amber Richer*
AMBER RICHER
Trial Attorney (CA Bar No. 253918)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3489
amber.richer@usdoj.gov

*Counsel for the Defendant*

3