## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
CABLE NEWS NETWORK, INC.,        )
)
          Plaintiff,      )
)
          v.          )      Civil Action No. 19-cv-1626 (RBW)
)
FEDERAL BUREAU OF        )
INVESTIGATION,         )
)
          Defendant.     )
_____)

### STIPULATION OF DISMISSAL

Plaintiff Cable News Network (CNN) and Defendant Federal Bureau of Investigation (FBI) hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date: March 10, 2025             Respectfully submitted,

*/s/Charles D. Tobin*            YAAKOV M. ROTH
Charles D. Tobin (D.C. Bar No. 455593)   Acting Assistant Attorney General,
tobinc@ballardspahr.com        Civil Division
Matthew E. Kelley (D.C. Bar No.
1018126)               ELIZABETH J. SHAPIRO
kelleym@ballardspahr.com      Deputy Director, Federal Programs Branch
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157     */s/ Amber Richer*
T: (202) 661-2200           AMBER RICHER
F: (202) 661-2299           Trial Attorney (CA Bar No. 253918)
*Counsel for Cable News Network, Inc.*   U.S. Department of Justice
                       Civil Division, Federal Programs Branch
                       1100 L Street, N.W.
                       Washington, D.C. 20005
                       Telephone: (202) 514-3489
                       Email: amber.richer@usdoj.gov

                       *Counsel for the Defendant*