UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and<br>BUZZFEED, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE, et al.,<br><br>    Defendants. | Civil Action No. 19-1278 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on May 15, 2025, it is hereby

**ORDERED** that on August 21, 2025, at 9:30 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering the Meeting ID: 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).  At the hearing, the government shall be prepared to apprise the Court on a timeline for the projected completion of consultations of records that have or will be referred to any defendant agency-components or other agencies.

**SO ORDERED** this 19th day of May, 2025.

                       REGGIE B. WALTON
                       United States District Judge