**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE et al. | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Plaintiffs Jason Leopold and BuzzFeed, Inc. ("*Leopold* Plaintiffs") and Defendant U.S. Department of Justice ("DOJ") have conferred and hereby seek a brief extension of time to file the next joint status report, to and including January 16, 2026. In support of this motion, the parties submit the following as good cause for granting the extension.

1.      This Court's Order entered September 9, 2025, ECF No. 152, required the parties to file the next Joint Status Report on or before November 10, 2025, and every sixty days thereafter, unless instructed otherwise by the Court.

2.      On October 1, 2025, Chief Judge James E. Boasberg issued Standing Order No. 25-55 (JEB), which stayed deadlines in matters involving the United States.

3.      On November 13, 2025, Chief Judge Boasberg issued Standing Order No. 25-59 (JEB), which extended all such deadlines by a period of time equal to the duration of the lapse plus ten days. The deadline to file the next joint status report is therefore January 2, 2026.

4.      Undersigned counsel for both parties will be away on preplanned leave in late December and early January.

1

5.      This requested extension would not affect the timing of the status conference currently set for March 12, 2026.

6.      Consistent with this Court's September 9 Order, the parties propose to file joint status reports every sixty days following January 16, 2026.

*      *      *

In the meantime, the parties will continue to discuss potential ways to narrow the remaining issues. A proposed order granting the requested extension of time to file the next joint status report is attached to this joint motion.

Dated: December 12, 2025                    Respectfully submitted,


*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Leopold and BuzzFeed, Inc.*



BRETT SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Amber Richer*
AMBER RICHER
Trial Attorney (CA Bar No. 253918)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3489
amber.richer@usdoj.gov

*Counsel for the Defendant*