**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>_____<br>)</td><td></td></tr>
<tr><td>JASON LEOPOLD, BUZZFEED, INC.   )</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>Plaintiffs,   )</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>v.   )</td><td>Civil Action No. 19-cv-1278 (RBW)</td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>UNITED STATES DEPARTMENT OF   )<br>JUSTICE, et al.,   )</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>Defendants.   )</td><td></td></tr>
<tr><td>_____)</td><td></td></tr>
</table>

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered December 12, 2025, Plaintiffs Jason Leopold and BuzzFeed, Inc. and Defendant U.S. Department of Justice ("DOJ") have conferred and hereby submit this Joint Status Report apprising the Court of the status of this case.

With respect to FOIA request number DOJ-2019-003140, OIP issued an interim response dated January 14, 2026. OIP report that is in the process of reviewing the remaining 1,600 pages and sending approximately 600 pages per month to the FBI for consultation. The FBI reports that it returned 500 pages to OIP on December 5, 2025, and another 500 pages on January 5, 2026.

With respect to FOIA request number DOJ-2019-003098, OIP reports that it has not yet completed its search based on the parties' narrowing agreement. The parties will confer once OIP has an estimated page count.

With respect to FOIA request number DOJ-2019-003143, OIP previously reported that its search located approximately 3900 responsive pages. OIP issued its most recent interim response on September 17, 2025. OIP reports that it continues to process the remaining approximately 2900 pages, including consultations. In addition to those 3900 pages being processed, OIP reports that

its search located additional categories of documents that OIP proposes the parties could agree to scope out. Counsel for the parties will continue to confer about potential ways to further narrow the request.

The parties will provide a further update in the next joint status report by March 17, 2026.

Dated: January 16, 2026                    Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
(E-Mail:  foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Leopold and BuzzFeed, Inc.*


BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Amber Richer*
AMBER RICHER
Trial Attorney (CA Bar No. 253918)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3489
amber.richer@usdoj.gov

*Counsel for the Defendant*