**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| JASON LEOPOLD, BUZZFEED, INC. | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 19-cv-1278 (RBW) |
|  | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, et al., | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered March 17, 2026, Plaintiffs Jason Leopold and BuzzFeed, Inc. and Defendant U.S. Department of Justice ("DOJ") have conferred and hereby submit this Joint Status Report apprising the Court of the status of this case.

With respect to FOIA request number DOJ-2019-003140, since the last joint status report, OIP issued interim responses dated March 10, 2026, April 17, 2026, May 1, 2026, and May 15, 2026. OIP reports that it has now sent all remaining pages to the FBI for consultation. The FBI reports that it has approximately 2,501 pages remaining to process on consultation from OIP. Pursuant to the Court's Order (Sept. 9, 2025), ECF No. 152, the FBI is returning these pages at a rate of no less than 500 pages per month. As reported during the status conference on March 12, the FBI inadvertently counted in its 500 pages for February approximately 214 pages not responsive to this request. To account for this error, the FBI processed a commensurate number of additional pages in its consultation return for April.

1

With respect to FOIA request number DOJ-2019-003098, OIP reports that it has not yet completed its search based on the parties' narrowing agreement. The parties will confer once OIP has an estimated page count.

With respect to FOIA request number DOJ-2019-003143, the parties have continued to confer about potential narrowing. OIP previously reported that its search located approximately 3900 responsive pages. OIP issued its most recent interim response on September 17, 2025. In addition to those 3900 pages being processed, OIP proposed and Plaintiffs agreed to scope out thousands of pages of additional categories of documents. Plaintiffs also agreed to scope out several serials, but the FBI still estimates that it has tens of thousands of pages to process in response to this request. The FBI previously reported that it anticipated processing the first set of 500 pages by July. Due to unforeseen processing challenges, however, the FBI now anticipates issuing an initial response by August 14, 2026. But the FBI estimates that the current volume of search results would take several years to process at a rate of 500 pages per month. Counsel for the parties therefore will continue to confer about potential ways to further narrow the request.

The parties propose to provide a further update in the next joint status report by July 17, 2026.

Dated: May 18, 2026                          Respectfully submitted,


                                             /s/ Merrick Wayne
                                             Matthew Topic, D.C. Bar No. IL0037
                                             Merrick Wayne, D.C. Bar No. IL0058
                                             Stephen Stich Match, D.C. Bar No. MA0044
                                             (E-Mail:  foia@loevy.com)
                                             LOEVY & LOEVY
                                             311 N. Aberdeen, Third Floor
                                             Chicago, Illinois 60607
                                             Tel.: (312) 243-5900
                                             Fax: (312) 243-5902

                                             *Counsel for Leopold and BuzzFeed, Inc.*



                                             BRETT A. SHUMATE
                                             Assistant Attorney General, Civil Division

                                             ELIZABETH J. SHAPIRO
                                             Deputy Director, Federal Programs Branch

                                             /s/ Amber Richer
                                             AMBER RICHER
                                             Trial Attorney (CA Bar No. 253918)
                                             U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, N.W.
                                             Washington, D.C. 20005
                                             Telephone: (202) 514-3489
                                             amber.richer@usdoj.gov

                                             *Counsel for Defendants*