**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED, INC.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-cv-1278 (RBW) |

**JOINT STATUS REPORT**

The parties, by counsel, respectfully submit this Joint Status Report.

1. Plaintiffs filed suit regarding six (6) separate requests under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, that they submitted to components of the U.S. Department of Justice ("DOJ") related to Special Counsel Robert Mueller's Office ("SCO").[1]

2. Defendants have completed their responses to three of Plaintiffs' six requests, which Defendants had identified as DOJ-2019-003627, FBI-1432673-000, and FBI-1432684. The parties agree there are no ongoing disputes as to Defendants' responses to those requests.

3. The status for each of the three pending requests is outlined below. The next telephonic status conference is set for January 12, 2027, at 9:00 am. The parties respectfully propose providing the Court with an additional status report by January 22, 2027.

[1] The Federal Bureau of Investigation (FBI) has custody of the SCO investigative files and DOJ's Justice Management Division ("JMD") has custody of the non-investigative SCO files. ECF 68 at 3. The FBI is responsible for processing FOIA requests for investigative SCO files and DOJ's Office of Information Policy ("OIP") is responsible for processing FOIA requests for non-investigative SCO files. *Id.*

FOIA Request Number DOJ-2019-003140

4. As previously reported, OIP completed its search and initial processing of all potentially responsive records identified as within the agreed-to scope of this request. To date, OIP has provided Plaintiff with eleven interim responses, the most recent of which was dated October 21, 2026.

5. OIP reports that it requested consultations with the FBI as to all remaining pages. OIP further reports that it is awaiting responses to those consultation requests before it can make a final determination regarding the release or withholding of those records. OIP will continue to provide interim responses on a rolling basis as it receives and reviews responses to its consultation requests until its responses to this request are completed.

6. The FBI reports that it has completed its consultation requests with respect to DOJ-2019-003140.

FOIA Request No. DOJ-2019-003143

7. As previously reported, the parties have reached several agreements that narrow the scope of this FOIA request, both before and after OIP and the FBI completed their initial agreed-to searches. *See* ECF 68 at 3, *see also* ECF Nos. 144, 146, 148, 154, 156, and 157.

8. OIP reports that it has completed its search for records regarding the agreed-to scope of Plaintiffs' request and is conducting its review of the potentially responsive records identified in its search on a rolling basis. OIP reports that it has requested consultations from other government agencies and offices for some of the potentially responsive pages and it is awaiting responses to those consultation requests before it can make a final determination regarding the release or withholding of those records.

9. As previously reported, OIP provided Plaintiff with an interim response on September 17, 2025. As OIP's review of records is ongoing, it will continue to provide Plaintiff with interim responses until its review of all potentially responsive records is completed.

10. The FBI reports that it has also completed the agreed-to searches and began processing the potentially responsive records on a rolling basis. Since the last joint status report, the FBI has provided Plaintiff with interim responses on August 14, September 15, and October 15, 2026. The FBI anticipates providing Plaintiff with its next interim response for this request by November 16, 2026.

11. Due to the volume of potentially responsive material identified in the FBI's initial, agreed-to searches, the parties have continued to confer about ways to narrow the scope of potentially responsive materials in need of processing. To date, the parties have agreed to narrow the scope to a set of specific file serials identified in the FBI's searches and to prioritize the order of the FBI's processing for this narrowed set, as follows: Crossfire Hurricane; Donald Trump; Donald Trump, Jr.; Jared Kushner; Michael Flynn; Roger Stone; Erik Prince; Thomas Barrack; Michael Cohen; Konstantin Klimnik; and campaign (hereinafter, "prioritized set"). As part of this agreement, the FBI will process all parent documents in the prioritized set of file serials, without attachments, with the understanding that the Plaintiff reserves the right to identify specific attachments for processing after the FBI has completed its processing of all the parent documents. Also, the parties have agreed that the FBI will exclude from its processing the following:

a. grand jury material;

b. exemption 3 withholdings pursuant to the National Security Act of 1947, 50 U.S.C. § 3024(h)(1);

c. exemption 1 withholdings for classified material;

d. handwritten notes that were used to draft final reports; and

e. file serials identified in the FBI's agreed-to searches that are not included in the prioritized set described above.

12. Although the parties have made significant progress in narrowing the scope of this request, it is the FBI's position that the estimated volume of the FBI's search results remains quite large. As such, the parties have agreed to continually confer about ways to further narrow the scope of this request.

<u>FOIA Request No. DOJ-2019-003098</u>

13. As previously reported, the parties reached an agreement to narrow the scope of this request. *See* ECF Nos. 37, 154. OIP expects to search for and process any potentially responsive records for this request after it completes its responses to Plaintiff's other two pending requests in this case.

14. As with the other pending requests, the parties agree to discuss any further narrowing that may be needed once OIP completes its agreed-to search for this request.

* * * *

Dated October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*<u>/s/ Olivia Hussey Scott</u>*
OLIVIA R. HUSSEY SCOTT
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8491

Olivia.Hussey.Scott@usdoj.gov
*Counsel for Defendants*

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*